Lawrence M. Meadows, Pro Se
1900 Sunset Harbour Dr. #2112
Miami Beach, FL 33139
Phone: 516-982-7718
Facsimile: 435-604-7850
lawrencemeadows@yahoo.com



## IN THE UNITED STATES DISTRICT COURT

## FLORIDA SOUTHERN DISTRICT

| | |
|---|---|
| **LAWRENCE M. MEADOWS,** Plaintiff, v. **ALLIED PILOTS ASSOCIATION,** a Texas Labor Association, and **DOES 1-10,** Defendants. | **MOTION TO STAY THESE PROCEEDINGS** <br><br> Case No: 1:17-cv-22589-JLK <br><br> **Honorable Judge James Lawrence King** |

### MOTION AND INCORPORTATED MEMORANDUM TO STAY THESE PROCEEDINGS

**COMES NOW**, the Pro Se Plaintiff, Lawrence M. Meadows ("Meadows), who hereby, files this Motion To Stay These Proceedings.  This instant matter involves Meadow's claims relating to Defendant Allied Pilot Association's ("APA") disparate treatment his seniority rights during the recent Seniority Integration Proceedings ("SLI"), which involved merger of the pilot seniority lists of all Legacy American Airlines, Legacy US Air, and American West pilots.

Meadows had previously filed Company Grievance 12-011[1] which protested his improper removal from the American Airlines pilot seniority list in violation of the collective bargaining agreement ("CBA"). Full resolution of Grievance 12-011 via binding arbitration before a Railway Labor Act ("RLA"), System Board of Adjustment, 49 U.S.C. § 184, would likely resolve all of Meadows' seniority related claims and obviate the need for further proceedings in this instant matter. Recently, Meadows has been engaged in ongoing settlement discussions with APA's new President and General Counsel, seeking to finally arbitrate Meadows Grievance 12-011 before a RLA System Board of Adjustment.

Prior to filing this Motion To Stay, on Monday October, 16, 2017, Meadows meet and conferred in writing with APA's Counsel. APA never voiced any objection to this Motion, and instead simply responded to Meadows by forwarding Meadows a preliminary settlement agreement; which would allow for the conditional arbitration of Grievance 12-011 in lieu of these proceedings.

Additionally, prior to filing this instant lawsuit, Meadows' made a good faith effort to exhaust his internal union remedies under Article VII of APA's Constitution and Bylaws (C&B), by bringing charges against APA's "American Airlines Pilots Seniority Integration Committee", for its willful violation the APA C&B, Art. II.D., by specifically by failing, *"to maintain uniform principles of seniority and the perpetuation thereof."* That matter was timely filed, and is currently pending appeal to a neutral arbitrator, and not yet fully exhausted.

---

[1] In accordance with the American Airlines - APA collective bargaining agreement ("CBA") and the Railway Labor Act ("RLA"), 49 U.S.C. § 151 *et. seq.*; Meadows filed Grievance 12-011, to protest his improper removal from the American Airlines pilot's seniority list in violation of the CBA. In September 2013, APA's former President refused to forward that grievance to binding arbitration, as otherwise mandated under the RLA, 49 U.S.C. § 184. Meadows' subsequently filed suit in federal court, seeking to enforce his individual statutory right compel his grievance to arbitration as provided under the RLA *Id*. Litigation of that matter remains ongoing. However, as of July 1, 2016, APA has both a new President and General Counsel, who have now given favorable consideration to moving Grievance 12-011 forward and resolving it via arbitration.

Therefore, in the interest of judicial economy and conservation of the parties' resources, Meadows' respectfully request that this Honorable Court stay these proceedings at least until such time that the parties have a full opportunity to fully negotiate, review, and effectuate a mutually acceptable settlement agreement, which establishes a date certain for arbitration of Grievance 12-011. Or, alternatively, until such time Meadows has fully exhausted his internal union remedies, under APA's C&B, wherein he disputes APA's violations of his constitutional seniority rights during the SLI proceedings. Finally, Meadows' respectfully requests that all deadlines in this matter be abated, pending final decision of this Motion.

### Meet and Confer Certification

Pro Se, Plaintiff Meadows certifies that he conferred with Defendant's Counsel in writing on October 16, 2017 at 12:38 PM;  thereafter on October, 16, 2017 at 8:05PM, Defendant's Counsel voiced no objection to the instant motion and simply responded with a draft settlement agreement.

Dated: this 18th day of October, 2017,               Respectfully submitted,

_____
Lawrence M. Meadows, Pro Se
1900 Sunset Harbour Dr., #2112
Miami Beach, FL 33139
Phone: 516-982-7718
Facsimile: 435-604-7850
lawrencemeadows@yahoo.com

## CERTIFICATE OF SERVICE

**I, Lawrence M. Meadows, Pro Se Appellant hereby certify,** that a true and correct copy of the foregoing was served by U.S. Mail and E-mail on October 19, 2017, on all counsel or parties of record on the Service List below.

_____
Signature of Filer

## SERVICE LIST

James P. Clark, General Counsel
Jonathan Elifson, APA Legal Director
Allied Pilots Association
O'Connell Building - Suite 500
14600 Trinity Blvd.
Fort Worth, TX 76155

**Attorneys for Defendant –
Allied Pilots Association**

FZ 457

10.19

FedEx Express

FedEx Tracking Number 8088 5240 1113

Form ID No. 0200

**1 From** [redacted]

Date 10/13/17

Sender's Name [illegible] Phone [illegible]

Company [illegible] 1:17-cv-22589-JLK

Address [illegible] Dept./Floor/Suite/Room

City [illegible] State [illegible] ZIP [illegible]

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name [illegible] Phone [illegible]

Company [illegible]

FedEx TRK# 0200 8088 5240 1113

THU – 19 OCT AA
STANDARD OVERNIGHT
DSR
33128
FL-US
MIA

XH MPBA

FID 5138358 18OCT17 BTFA 546C4/94FC/0C8A

Hold Weekday
FedEx location address REQUIRED. NOT available for FedEx First Overnight.

Hold Saturday
FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

**4 Express Package Service** * To most locations.

*Packages up to 150 lbs.*
*For packages over 150 lbs., use the FedEx Express Freight US Airbill.*

**Next Business Day**

- ☐ FedEx First Overnight — Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.
- ☐ FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery is selected.
- ☒ FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.

**2 or 3 Business Days**

- ☐ FedEx 2Day A.M. — Second business morning.* Saturday Delivery NOT available.
- ☐ FedEx 2Day — Second business afternoon.* Thursday shipments will be delivered on Monday unless Saturday Delivery is selected.
- ☐ FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

**5 Packaging** * Declared value limit $500.

☐ FedEx Envelope* ☐ FedEx Pak* ☐ FedEx Box ☐ FedEx Tube ☐ Other

**6 Special Handling and Delivery Signature Options** Fees may apply. See the FedEx Service Guide.

☐ Saturday Delivery — NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required — Package may be left without obtaining a signature for delivery.
☐ Direct Signature — Someone at recipient's address may sign for delivery.
☐ Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

**Does this shipment contain dangerous goods?**
One box must be checked.

☐ No ☐ Yes As per attached Shipper's Declaration. ☐ Yes Shipper's Declaration not required. ☐ Dry Ice Dry Ice, 9, UN 1845 ____ x ____ kg

Restrictions apply for dangerous goods — see the current FedEx Service Guide. ☐ Cargo Aircraft Only

**7 Payment** *Bill to:*

Enter FedEx Acct. No. or Credit Card No. below. Obtain recip. Acct. No.

☒ Sender Acct. No. in Section 1 will be billed ☐ Recipient ☐ Third Party ☐ Credit Card ☐ Cash/Check

[redacted]

Total Packages Total Weight lbs. Credit Card Auth.

644

†Our liability is limited to US$100 unless you declare a higher value. See the current FedEx Service Guide for details.

Rev. Date 3/15 • Part #167002 • ©2012–2015 FedEx • PRINTED IN U.S.A. SRF

om 1.800.GoFedEx 1.800.463.3339

