UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-CIV-22589-KING

LAWRENCE M. MEADOWS,

    Plaintiff,

v.

ALLIED PILOTS ASSOCIATION, a Texas
Labor Association, and DOES 1-10,

    Defendant(s).
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO STAY

**THIS CAUSE** came before the Court upon *pro se* Plaintiff Lawrence Meadows's Motion to Stay (DE #7), filed on October 19, 2017. Therein, Plaintiff seeks a stay of all deadlines in this matter, advising the Court that the parties are engaging in settlement negotiations. Accordingly, Plaintiff requests a stay until some (undefined) time after the parties finalize a settlement, or after his grievance with Defendant can be arbitrated, or after he pursues and exhausts any (undefined) union remedies. The Court notes that while Return of Service filed in this matter indicates that Defendant Allied Pilots Association was served on October 6, 2017, making its Answer due October 27, 2017, no Answer has been filed. Moreover, no scheduling order has been entered in this matter. Apart from the Rules imposed by the Local Rules of this Court and the Federal Rules of Civil Procedure, including rules regarding time for answering complaints after proper service and dismissal for lack of prosecution, which deadlines remain in force and effect, there are at present no Court-imposed deadlines to stay.

Therefore, it is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff Lawrence Meadows's Motion to Stay **(DE #7)** be, and the same hereby is, **DENIED.**

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 7th day of November 2017.

```
                    JAMES LAWRENCE KING
                    UNITED STATES DISTRICT JUDGE
                    SOUTHERN DISTRICT OF FLORIDA
```

Cc:   **All Counsel of Record**

   **Lawrence Meadows**, *pro se*
   1900 Sunset Harbour Dr. #2112
   Miami Beach, FL 33139