Lawrence M. Meadows, Pro Se
1900 Sunset Harbour Dr. #2112
Miami Beach, FL 33139
Phone: 516-982-7718
Facsimile: 435-604-7850
lawrencemeadows@yahoo.com



FILED by SAS D.C.

NOV 0 8 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

## IN THE UNITED STATES DISTRICT COURT

## FLORIDA SOUTHERN DISTRICT

| | |
|---|---|
| LAWRENCE M. MEADOWS,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED PILOTS ASSOCIATION,<br>a Texas Labor Association, and<br><br>DOES 1-10,<br><br>Defendants. | VERIFIED MOTION REQUESTING ENTRY OF DEFAULT AGAINST DEFENDANT ALLIED PILOTS ASSOCIATION<br><br><br><br>Case No: 1:17-cv-22589-JLK<br><br>**Honorable Judge James Lawrence King** |

### VERIFIED MOTION REQUESTING ENTRY OF DEFAULT AGAINST DEFENDANT ALLIED PILOTS ASSOCIATION

**COMES NOW**, the Pro Se Plaintiff, Lawrence M. Meadows ("Meadows), who hereby, files this Verfied Motion Requesting Entry of Default Against Defendant Allied Pilots Association, in accordance with Fed. R. Civ. P, Rule 55. (a), which states in relevant part;

> (a) ENTERING A DEFAULT. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

1
Verified Motion Requesting Entry Of Default

## Statement of Facts

1. On July 11, 2017, Meadows filed this instant lawsuit against Defendants Allied Pilots Association ("APA"), and Does 1-10.

2. On October 6, 2017, Meadows timely served a summons with copy of his Complaint upon Defendant APA, and then promptly filed the Executed Summons with the Clerk.

3. On October, 3, 2017, the Clerk docketed the Executed Summons on Plaintiff's Complaint as to Defendant APA; and further stated that APA had *"a 21day response/answer filing deadline"*, and more specifically *"answer due 10/27/2017."*

4. To date Defendant APA's counsel has never made an appearance in this matter.

5. Defendant APA never filed a response/answer by the mandatory filing deadline.

6. On October 19, 2017, the Clerk docketed Meadows' Motion to Stay These Proceedings, and directed that *"Responses due 11/2/2017."*

7. Defendant APA never filed a response to Meadows' Motion.

8. On November 7, 2017, the Court entered an Order Denying Motion To Stay. Wherein, the Honorable Senor Judge King, noted that despite deadlines APA failed to its Answer, specifically stating;

> *The Court notes that while Return of Service filed in this matter indicates that* **Defendant Allied Pilots Association was served on October 6, 2017, making its Answer due October 27, 2017, no Answer has been filed.** *Moreover, no scheduling order has been entered in this matter. Apart from the Rules imposed by the Local Rules of this Court and the Federal Rules of Civil Procedure,* **including rules regarding time for answering complaints after proper service and dismissal for lack of prosecution, which deadlines remain in force and effect, there are at present no Court-imposed deadlines to stay.** *[Emphasis Added].*

## Conclusion

Based on all the foregoing facts, and this Court's recent order it is clear that Defendant APA failed to timely plead or otherwise defend against Meadows' claims within the required

deadlines mandated by federal rules and also as plainly shown in the docket. Accordingly, in accordance with Fed. R. Civ. P Rule 55. (a), Plaintiff Meadows respectfully request as that the Clerk/Court enter an Order of Default upon Defendant APA as to Counts I and II of the original Complaint. Additionally, Meadows seeks guidance from the Court, as he would like to reserve his right to amend his original Complaint, as he has additional newfound claims that he would like to bring against APA, and possibly against Does 1-10.

Dated: this 8th day of November, 2017,                     Respectfully submitted,

*/s/ L. M. Meadows*
Lawrence M. Meadows, Pro Se
1900 Sunset Harbour Dr., #2112
Miami Beach, FL 33139
Phone: 516-982-7718
Facsimile: 435-604-7850
lawrencemeadows@yahoo.com

## VERIFICATION

I, Lawrence M. Meadows, declare as follows;

I am on the Plaintiff in the above-entitled action. I have read the foregoing motion and know the contents thereof. With respect to the causes of action alleged by me, the same is true by my own knowledge, except as to those matters which are therein stated on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the state of Florida that the foregoing is true and correct.

Date: November 8, 2017;

*L. M. Meadows*
Lawrence M. Meadows, Pro Se

## CERTIFICATE OF SERVICE

**I, Lawrence M. Meadows, Pro Se Appellant hereby certify,** that a true and correct copy of the foregoing was served by U.S. Mail on November 8, 2017, on all counsel or parties of record on the Service List below.

Signature of Filer

## SERVICE LIST

James P. Clark, General Counsel
Jonathan Elifson, APA Legal Director
Allied Pilots Association
O'Connell Building - Suite 500
14600 Trinity Blvd.
Fort Worth, TX 76155

**Attorneys for Defendant –
Allied Pilots Association**