UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LAWRENCE MEADOWS

            PLAINTIFF(S)

v.

ALLIED PILOTS ASSOCIATION, et al.,

CASE NUMBER
   1:17−cv−22589−JLK

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

            DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Allied Pilots Association**

as of course, on the date November 8, 2017.

STEVEN M. LARIMORE
CLERK OF COURT

By  /s/ *Randi Marks*
Deputy Clerk

cc:  Senior Judge James Lawrence King
     Lawrence Meadows
     1900 Sunset Harbour Dr. #2112

     Miami Beach, FL
33139

CV–37 (10/01)