Lawrence M. Meadows, Pro Se
1900 Sunset Harbour Dr. #2112
Miami Beach, FL 33139
Phone: 516-982-7718
Facsimile: 435-604-7850
lawrencemeadows@yahoo.com



FILED by NS D.C.
NOV 29 2017
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

# IN THE UNITED STATES DISTRICT COURT

# FLORIDA SOUTHERN DISTRICT

| | |
|---|---|
| **LAWRENCE M. MEADOWS,**<br>Plaintiff,<br><br>v.<br><br>**ALLIED PILOTS ASSOCIATION,**<br>a Texas Labor Association, and<br><br>**DOES 1-10,**<br><br>Defendants. | **PLAINTIFF'S NOTICE OF ERRATA<br>TO PLAINTIFF'S VERIFIED RESPONSE**<br><br><br><br><br><br>Case No: **1:17-cv-22589-JLK**<br><br>**Honorable Judge James Lawrence King** |

## PLAINTIFF'S NOTICE OF ERRATA TO PLAINTIFF'S VERIFIED RESPONSE

**COMES NOW**, the Pro Se Plaintiff, Lawrence M. Meadows ("Meadows), who hereby, files Plaintiff's Notice Of Errata To Plaintiff's Verified Response to Defendant Allied Pilots Associations Motion To Set Aside Default. Plaintiff makes note of and respectfully informs the Court of four inadvertent date (month) error's found in his recent Response, and offers the following corrections;

1.      Plaintiff's Response (DE #12), pg.11, ¶ 30 inadvertently states the date as "October 8, 2017", but should have read "**November 8, 2017.**"

2.	Plaintiff's Response (DE #12), pg.11, ¶ 31 inadvertently states the date as "October 9, 2017", but should have read "**November** 9, 2017."

3.	Plaintiff's Response (DE #12), pg. 13, second paragraph, inadvertently states "Specifically, on the evening of October 7, 2017…", but should have read "Specifically, on the evening of **November** 7, 2017…"

4.	Plaintiff's Response (DE #12), pg. 13, third paragraph, inadvertently states "Up until October 9, 2017…", but should have read "Up until **November** 9, 2017…"

Plaintiff apologizes for any inconvenience that may have occurred, as a result of the inadvertent errors noted above.

Dated: this 29th day of November, 2017,                    Respectfully Submitted,

                                                                                          /s/ Lawrence M. Meadows
                                                                                          Lawrence M. Meadows, Pro Se
                                                                                          1900 Sunset Harbour Dr., #2112
                                                                                          Miami Beach, FL 33139
                                                                                          Phone: 516-982-7718
                                                                                          Facsimile: 435-604-7850
                                                                                          lawrencemeadows@yahoo.com

## CERTIFICATE OF SERVICE

**I, Lawrence M. Meadows, Pro Se Appellant hereby certify,** that a true and correct copy of the foregoing was served by U.S. Mail and e-mail on November 29, 2017, on all counsel or parties of record on the Service List below.

_____
Signature of Filer

## SERVICE LIST

Capri Trigo, Esq.
**Gordon Rees Scully Mansukhani**
100 SE Second Street, Suite 3900
Miami, FL 33131
Telephone: (305) 428-5323
Facsimile: (877) 634-7245
Ctrigo@gordonrees.com

**Counsel for Defendant –
Allied Pilots Association**

**FedEx Express US Airbill**

FedEx Tracking Number: 8095 1880 7089
Form ID No.: 0200

Date: 11/28/17

From:
Sender's Name: Lawrence Meadows
Phone: 516 982-7718
Company: Case # 1:17-cv-22589-JLK
Address: 1900 Sunset Harbour Dr #2112
City: Miami Beach   State: FL   ZIP: 33139

To:
Recipient's Name: Attn: Clerk of Court
Phone: 305 523-5100
Company: James Lawrence King Federal Justice Bldg
Address: 99 N.E. Fourth Street
City: Miami   State: FL   ZIP: 33132

**4 Express Package Service** — *To most locations.*

Next Business Day:
- FedEx First Overnight
- FedEx Priority Overnight
- ☒ FedEx Standard Overnight

2 or 3 Business Days:
- FedEx 2Day A.M.
- FedEx 2Day
- FedEx Express Saver

**5 Packaging** *Declared value limit $500.*
- ☒ FedEx Envelope
- FedEx Pak
- FedEx Box
- FedEx Tube
- Other

**6 Special Handling and Delivery Signature Options**
- Saturday Delivery: No
- No Signature Required
- ☒ Direct Signature
- Indirect Signature

Does this shipment contain dangerous goods?
- ☒ No
- Yes (As per attached Shipper's Declaration)
- Yes (Shipper's Declaration not required)
- Dry Ice

**7 Payment** Bill to:
- ☒ Sender
- Recipient
- Third Party
- Credit Card
- Cash/Check

Total Packages: 
Total Weight: 

644

Rev. Date 3/15 • Part #167002 • ©2012–2015 FedEx • PRINTED IN U.S.A. SRF

8095 1880 7089