UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-CIV-22589-KING

LAWRENCE M. MEADOWS,

    Plaintiff,

v.

ALLIED PILOTS ASSOCIATION, a
Texas Labor Association, and DOES 1-
10,

    Defendant(s).

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY

**THIS CAUSE** came before the Court upon *pro se* Plaintiff Lawrence Meadows's Motion for Permission to File Sur-Reply (DE #16), entered on the docket December 7, 2017.[1] Therein, Plaintiff seeks permission to file a sur-reply responding to what he claims are misrepresentations and new arguments and authorities cited by Defendant in its Reply in Support of Motion to Set Aside Clerk's Default. The Court has already ruled on Defendant's Motion to Set Aside Clerk's Default, all briefing permitted by the Rules having closed on December 4, 2017. *See* Order Granting Defendant's Motion to Set Aside Clerk's Default (DE #15), entered December 6, 2017. Accordingly, the underlying Motion having been ruled upon, Plaintiff's request to file a sur-reply thereto is moot.

---

[1] Pursuant to the FedEx receipt for this *pro se* filing, it appears that Plaintiff placed the instant Motion in the mail on or about December 5, 2017.

Therefore, it is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff Lawrence Meadows's Motion for Permission to File Sur-Reply **(DE #16)** be, and the same hereby is, **DENIED**.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 11th day of December 2017.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Cc: All Counsel of Record

**Lawrence Meadows**, *pro se*
1900 Sunset Harbour Dr. #2112
Miami Beach, FL 33139