Lawrence M. Meadows, Pro Se
1900 Sunset Harbour Dr. #2112
Miami Beach, FL 33139
Phone: 516-982-7718
Facsimile: 435-604-7850
lawrencemeadows@yahoo.com



FILED by ___ D.C.

JAN 09 2018

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## IN THE UNITED STATES DISTRICT COURT

## FLORIDA SOUTHERN DISTRICT

| | |
|---|---|
| **LAWRENCE M. MEADOWS,** | **MOTION FOR EXTENSION OF TIME AND TO STAY THESE PROCEEDINGS PENDING DECISION ON THIS MOTION** |
| Plaintiff, | |
| v. | |
| **ALLIED PILOTS ASSOCIATION,** | |
| a Texas Labor Association, and | |
| **DOES 1-10,** | **Case No: 1:17-cv-22589-JLK** |
| Defendants. | **Honorable Judge James Lawrence King** |

## <u>MOTION FOR EXTENSION OF TIME AND TO STAY THESE PROCEEDINGS PENDING DECISION ON THIS MOTION</u>

**COMES NOW**, the Pro Se Plaintiff, Lawrence M. Meadows ("Meadows), who hereby, files this Motion For Extension Of Time And To Stay These Proceedings Pending Decision On This Motion.

Plaintiff has been prejudiced as a direct result of Defendant Allied Pilots Association ("APA") excessively long delay in responding to his Complaint (91 days after service date).

Now Meadows is now squarely in the middle of briefing a voluminous federal appellate brief due late next month in another unrelated matter.

Additionally, since Meadows has serving his original complaint, Defendant APA has engaged in conduct which has given rise to several new causes of action, necessitating a complete and lengthy amendment to his original Complaint.  Thus, at this juncture as a Pro Se litigant with limited time and resources, it is particularly burdensome for Meadows to do so whilst in the midst of meeting his other current legal obligations.

Furthermore, as your Defendant APA is well aware, Meadows is currently on long term medical disability, and on that basis he also would request additional time as a reasonable accommodation.

Therefore, in light of the foregoing circumstances, Meadows respectfully requests that this Court grant an extension of time of 45 days after his current response deadline, making his new response deadline March 5, 2018. Such extension, is fair and equitable given the circumstances, especially considering that despite being found in default APA was allowed over three months to file its response after being timely served, which delay has prejudiced Meadows. Additionally, he asks that these proceedings and associated deadlines be stayed pending the Court's decision on this Motion.

### _Meet and Confer Certification_

Pro Se, Plaintiff Meadows certifies that on October 16, 2017 at 8:22 AM, he attempted to meet and confer with Defendant's Counsel in writing regarding this instant Motion, and requested a response no later than 5:00 PM. Defendant's Counsel never responded by the deadline, and as of this filing has raised no objection to the instant motion.

Dated: this 9th day of January, 2018,                    Respectfully submitted,

Lawrence M. Meadows, Pro Se
1900 Sunset Harbour Dr., #2112
Miami Beach, FL 33139
Phone: 516-982-7718
Facsimile: 435-604-7850
lawrencemeadows@yahoo.com

## CERTIFICATE OF SERVICE

**I, Lawrence M. Meadows, Pro Se Appellant hereby certify,** that a true and correct copy of the foregoing was served by U.S. Mail on January 18, 2017 on all counsel or parties of record on the Service List below.

Signature of Filer

## SERVICE LIST

Capri Trigo, Esq.
**Gordon Rees Scully Mansukhani**
100 SE Second Street, Suite 3900
Miami, FL 33131
Telephone: (305) 428-5323
Facsimile: (877) 634-7245
Ctrigo@gordonrees.com

**Counsel for Defendant –**
**Allied Pilots Association**

XH MPBA

fedex.com 1.800.GoFedEx 1.800.463.3339

**FedEx Express**

R1457
FZ 468

1 From    Date 1/8/18

Sender's Name  Lawrence Meceloub   Phone 516 982-7718

Company  Case No. 1:17-cv-22589-JLK

Address  1900 Sunset Harbour Dr    2112

City  Miami Beach   State FL   ZIP 33139

2 Your Internal Billing Reference

3 To
Recipient's Name  Atn: Clerk of Court   Phone 305 523-5100

Company  James Lawrence King Federal Justice Bldg.

Address  99 NE Fourth Street

City  Miami Beach   State FL   ZIP 33132

FedEx Tracking Number  8088 5240 1282

Package
US Airbill

E
16:00   1282
01.09

4 Express Pack

Next Business?

☐ FedEx First Oveh
☐ FedEx Priority Overnight
☑ FedEx Standard Overnight
☐ FedEx Express Saver

5 Packaging  *Declared value limit $500.
☑ FedEx Envelope*   ☐ FedEx Pak*   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other

6 Special Handling and Delivery Signature Options
☐ Saturday Delivery
No Signature Required   Direct Signature   Indirect Signature
☑ No   ☐ Yes

Does this shipment contain dangerous goods?
☑ No   ☐ Yes   ☐ Yes
☐ Cargo Aircraft Only

7 Payment  Bill to:
☑ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Total Packages   Total Weight   lbs.

FTD 5897688 08JAN18 B7FA 56CC1/8D48/8C8A

644

8088 5240 1282

fedex.com 1.800.GoFedEx 1.800.463.3339