## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

**LAWRENCE MEADOWS,**

      Plaintiff,                      **CASE NO. 17-CV-22589-JLK**

v.

**ALLIED PILOTS ASSOCIATION,**
**et al.**

      Defendant.

_____/

### DEFENDANT ALLIED PILOTS ASSOCIATION'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND TO STAY THESE PROCEEDINGS PENDING DECISION ON THIS MOTION [D.E.19]

      Defendant Allied Pilots Association ("APA") hereby respectfully submits its response to Plaintiff Lawrence Meadows' ("Meadows" or "Plaintiff") Motion for Extension of Time and to Stay these Proceedings Pending Decision on this Motion [D.E.19]. APA disagrees with Mr. Meadows characterization of APA, but agrees to thirty (30) days versus the forty-five (45) days Plaintiff requested for an extension of time.

      Respectfully submitted this 23rd day of January, 2018.

                           */s/ Capri Trigo*_____
                           Capri Trigo, FBN 0028564
                           Ctrigo@gordonrees.com
                           **GORDON REES SCULLY MANSUKHANI**
                           100 SE Second Street, Suite 3900
                           Miami, Florida 33131
                           Telephone:  (305) 428-5323
                           Facsimile:   (877) 634-7245
                           *Counsel for Defendant*
                           *Allied Pilots Association*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23, 2018, a true copy of the foregoing was electronically filed with the Clerk of Court by using CM/ECF, which will serve a copy of this document by electronic notice to the parties identified on the following Service List and by regular U.S. Mail and/or email to Plaintiff.

/ s/  *Capri Trigo*
Capri Trigo, Esq.

## SERVICE LIST

Lawrence Meadows
1900 Sunset Harbour Dr. #2112
Miami Beach, FL 33139
Telephone: 516-982-7718
Facsimile: 435-604-7850
PRO SE

**GORDON REES SCULLY MANSUKHANI**
100 SE Second Street, Suite 3900, Miami, FL 33131

1145644/36341889v.1