UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**LAWRENCE MEADOWS,**

    Plaintiff,                                            **CASE NO. 17-CV-22589-JLK**

v.

**ALLIED PILOTS ASSOCIATION,**
**et al.**

    Defendant.
_____/

**DEFENDANT ALLIED PILOTS ASSOCIATION'S RESPONSE TO PLAINTIFF'S MOTION TO RECUSE JUDGE JAMES LAWRENCE KING PURSUANT TO 28 U.S.C. §114 and §455(A), AND TO VACATE PENDING DEADLINES, AND TO STAY THESE PROCEEDINGS PENDING DECISION ON THIS MOTION [D.E.24]**

Defendant Allied Pilots Association ("APA") hereby respectfully submits its response to Plaintiff Lawrence Meadows' ("Meadows" or "Plaintiff") Motion to Recuse Judge James Lawrence King Pursuant to 28 U.S.C. §114 and §445(A), and to Vacate Pending Deadlines, and to Stay These Proceeding Pending Decision on this Motion [D.E.24]. APA disagrees with Mr. Meadows' characterization of APA, and objects to Plaintiff's motion to recuse Judge King. To APA's knowledge there is no basis for recusal.

Respectfully submitted this 23rd day of February, 2018.

                                            */s/ Capri Trigo*
                                            Capri Trigo, FBN 0028564
                                            Ctrigo@gordonrees.com
                                            **GORDON REES SCULLY MANSUKHANI**
                                            100 SE Second Street, Suite 3900
                                            Miami, Florida 33131
                                            Telephone:  (305) 428-5323
                                            Facsimile:   (877) 634-7245
                                            *Counsel for Defendant*

*Allied Pilots Association*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 23, 2018, a true copy of the foregoing was electronically filed with the Clerk of Court by using CM/ECF, which will serve a copy of this document by electronic notice to the parties identified on the following Service List and by regular U.S. Mail and/or email to Plaintiff.

/ s/  *Capri Trigo*
Capri Trigo, Esq.

**SERVICE LIST**

Lawrence Meadows
1900 Sunset Harbour Dr. #2112
Miami Beach, FL 33139
Telephone: 516-982-7718
Facsimile: 435-604-7850
PRO SE