IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 17-CV-22589-JLK

LAWRENCE MEADOWS,

    Plaintiff,

vs.

ALLIED PILOTS ASSOCIATION,

    Defendant.

                                      /

### ORDER DENYING PLAINTIFF'S MOTION FOR RECUSAL

THIS MATTER is before the Court upon Plaintiff's Motion for Recusal (DE #24), filed February 9, 2018.[1] Upon consideration of Plaintiff's Motion, the Court finds that it must be denied. *See Loranger v. Stierheim,* 10 F.3d 776, 781 (11th Cir. 1994) ("Neither the district judge's delay, nor his adverse rulings, constitute the sort of 'pervasive bias' that necessitates recusal.")

Accordingly, the Court therefore **ORDERS, ADJUDGES, and DECREES** that Plaintiff's Motion for Recusal (DE #24) is **DENIED**.

**DONE** and **ORDERED** in Chambers, at Miami, Miami-Dade County, Florida, this 27th day of February, 2018.

                                            */s/ James Lawrence King*
                                            JAMES LAWRENCE KING
                                            UNITED STATES DISTRICT JUDGE
                                            SOUTHERN DISTRICT OF FLORIDA

---

[1] The Defendant filed its response in opposition (DE #25) on February 23, 2018.

**Cc:**

<u>Plaintiff</u>
**Lawrence Meadows**
1900 Sunset Harbour Dr. #2112
Miami Beach, FL 33139
516-982-7718
Fax: 435-604-7850
*Pro Se*

<u>**Counsel for Defendant**</u>
**Capri Trigo**
Gordon & Rees LLP
100 SE Second Street
Suite 3900
Miami, FL 33131
305-668-4433
Fax: 877-644-6207
Email: ctrigo@gordonrees.com