

Lawrence M. Meadows, Pro Se
1900 Sunset Harbour Dr. #2112
Miami Beach, FL 33139
Phone: 516-982-7718
Facsimile: 435-604-7850
lawrencemeadows@yahoo.com

## IN THE UNITED STATES DISTRICT COURT
## FLORIDA SOUTHERN DISTRICT

| | |
|---|---|
| **LAWRENCE M. MEADOWS,** | PLAINTIFF'S REQUEST TO FILE OVER LENGTH REPLY TO DEFENDANT ALLIED PILOTS ASSOCIATION'S RESPONSE TO PLAINTIFF'S AMENDED MOTION TO FILE FIRST AMENDED COMPLAINT |
| Plaintiff, | |
| v. | |
| **ALLIED PILOTS ASSOCIATION,** | Case No:1:17-cv-22589-JLK |
| a Texas Labor Association, and | |
| **DOES 1-10,** | |
| Defendants. | |

### PLAINTIFF'S REQUEST TO FILE OVER LENGTH REPLY TO DEFENDANT ALLIED PILOTS ASSOCIATION'S RESPONSE TO PLAINTIFF'S AMENDED MOTION TO FILE FIRST AMENDED COMPLAINT

Pro Se Plaintiff, Lawrence M. Meadows, hereby file his Request to file an over-length

Reply to Defendant Allied Pilots Association ("APA") Response in Opposition to Plaintiff's

Amended Motion to Amend.

Defendant APA's Response and Opposition (Doc 29) To Plaintiff's Motion to File An

Amended Complaint (Doc 28), is in fact a hybrid motion; in which APA also makes pre-mature

unripe motion to dismiss arguments attacking the substantive facts and claims within Plaintiffs Amended Complaint itself.

Meadows believes APA's pre-mature motion to dismiss type arguments attacking the facts and claims in his Amended Complaint are unripe, and should be stricken in their entirety and refiled in a proper Motion to Dismiss, to afford him full due process.

However, out of an abundance of caution Plaintiff is compelled to rebut such arguments to the extent possible in this limited Reply. The Local Rules allow for a 10-page Reply, but in this case as a result of Defendant APA's extraneous motion to dismiss type arguments, this Reply is necessarily longer. Meadows Reply, excluding face sheet, statement of facts, and certificate of service consists of 13 pages of argument. Therefore, Plaintiff respectfully requests this honorable Court grant leave for an over-length Reply.

Dated this 10th day of April 2018;                Respectfully Submitted,

Lawrence M. Meadows, Pro Se
1900 Sunset Harbour Dr. #2112
Miami Beach, FL 33139
Cell: 516-982-7718
Fax: 435-604-7850
lawrencemeadows@yahoo.com

## CERTIFICATE OF SERVICE

**I, Lawrence M. Meadows, Pro Se Plaintiff hereby certify,** that a true and correct copy of the foregoing was served by U.S. Mail on April 10, 2018 on all counsel or parties of record on the Service List below.

_____
Signature of Filer

## SERVICE LIST

Capri Trigo, Esq.
**Gordon Rees Scully Mansukhani**
100 SE Second Street, Suite 3900
Miami, FL 33131
Telephone: (305) 428-5323
Facsimile: (877) 634-7245
Ctrigo@gordonrees.com

**Counsel for Defendant –
Allied Pilots Association**

**FedEx Express US Airbill**

Tracking Number: 8106 6127 5174

**1 From**
Date: 4/24/18
Sender's Name: Lawrence Meadows
Phone: 516-982-7718
Company: Case No. 1:17-cv-22589-JLK
Address: 1900 Sunset Harbour Dr. #2112
City: Miami Beach   State: FL   ZIP: 33139

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: Clerk of Court
Phone: 305-523-5100
Company: Wilkie D. Ferguson Jr. U.S. Courthouse
Address: 400 North Miami Ave
City: Miami   State: FL   ZIP: 33128

**4 Express Package Service**
☒ FedEx Standard Overnight

**5 Packaging**
☒ FedEx Envelope

**6 Special Handling and Delivery Signature Options**
☒ Direct Signature

**7 Payment** Bill to:
☒ Sender

Total Packages / Total Weight

644

Recipient's Copy