Lawrence M. Meadows  
Pro Se Plaintiff  
1900 Sunset Harbour Dr. #2112  
Miami Beach, FL 33139  

April 24, 2018

*Via Fedex*



Attn: Clerk of Court  
Wilkie D. Ferguson, Jr. U.S. Courthouse  
400 North Miami Avenue  
Miami, FL 33128  
(305) 523-5100  

**Re:** *Meadows v. Allied Pilots Assoc. ("APA")*: **Case No. 1:17-cv22589-JLK**

Dear Clerk of Court,

I'm a writing regarding my last two pleadings in the above referenced matter, specifically; 1) Plaintiff's Reply to Defendant APA's Response to Motion to Amend, and 2) Plaintiff's Request to File an Over-Length Reply, both of which were due on 4/12/18.

On 4/10/18, I sent both the above signed pleadings via Fedex overnight (# 8088 5240 1238) to the Clerk of Courts' attention at James Lawrence King Bldg., 99 NE 4th St. Miami, FL 33132. (Attachment 1 Herewith). Both of those pleadings were timely received and signed for by Receptionist G. Lopez at the James Lawrence King Bldg. on 4/11/18 at 9:00 am. (Attachment 2 Herewith). Additionally, those pleadings were timely served upon Defendant APA's Counsel via U.S.P.S. Priority Mail (#9505 5142 4531 8100 2333 24) on 4/12/18. (Attachment 3 Herewith).

However, when I checked Pacer this morning became concerned, because I noticed that neither pleading was docketed. So I called the Clerk's Office and a told that they do not have them, and that I should refile them directly with the Clerk at the Wilkie D. Ferguson Courthouse.

Therefore, I am refiling both my Reply and Request for Over-length (Enclosed Herewith). Please docket ASAP, and I would appreciate it if you could file this letter with those pleadings, and show them filed as of 4/11/18 based on the Fedex proof of delivery receipt.

If you have any question, feel free to contact me.

Sincerely,

*/s/ L.M. Meadows*

Lawrence M. Meadows,  
Pro Se Plaintiff

Attch: Fedex Airbill #8088 5240 1238, Fedex Proof of Delivery

Encl: 1. Plaintiff's Reply to Def. APA's Response to Plaintiff's Amended Motion to file Amend Complaint  
     2. Plaintiff's Request to File Over-Length Reply to Defendant APA's Response

Attachment 1

# FedEx US Airbill

**FedEx Tracking Number:** 8088 5240 1238
**Form ID No.:** 0200

## 1 From
**Date:** 4/10/18
**Sender's Name:** Lawrence Meadows
**Phone:** 516 982-7718
**Sender's FedEx Account Number:** 1799 3673 9
**Company:** Case No. 17cv-22589-JLK
**Address:** 1900 Sunset Harbour Dr, 2112
**City:** Miami Beach **State:** FL **ZIP:** 33139

## 2 Your Internal Billing Reference

## 3 To
**Recipient's Name:** Clerk of Court
**Phone:** 305 523-5100
**Company:** James Lawrence King Federal Justice Bldg
**Address:** 99 N.E. Fourth St.
**City:** Miami **State:** FL **ZIP:** 33132

Reply MTA

## 4 Express Package Service
- [ ] FedEx First Overnight
- [ ] FedEx Priority Overnight
- [X] FedEx Standard Overnight
- [ ] FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

## 5 Packaging
- [X] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

## 6 Special Handling and Delivery Signature Options
- [ ] Saturday Delivery
- [ ] No Signature Required
- [X] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?
- [X] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required.
- [ ] Dry Ice, 9, UN 1845 ___ kg
- [ ] Cargo Aircraft Only

## 7 Payment Bill to:
[X] Sender FedEx Acct. No. 1799 3673 9
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

**Total Packages:** 
**Total Weight:** 
**Total Declared Value:** $ .00

644



April 24, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **808852401238**.

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | G.LOPEZ | **Delivery location:** | 99 NE 4TH ST<br>FL 33132 |
| **Service type:** | FedEx Standard Overnight | **Delivery date:** | Apr 11, 2018 09:00 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 808852401238 | **Ship date:** | Apr 10, 2018 |
| | | **Weight:** | 2.0 lbs/0.9 kg |

**Recipient:**
CLK OF CT
JAMES LAWRENCE FEDEL
99 NE
FL 33132 US

**Shipper:**
LAWRENCE M
FIS 33139 US

Thank you for choosing FedEx.

# USPS Tracking®

Tracking FAQs

Track Another Package +

Remove

Tracking Number: 9505514245318100233324

Expected Delivery by:

Thursday 12 April 2018 by 8:00pm

Status:

Delivered To: Capri Trigo, Gordon, Rees, Scully

100 SE Second St, Suite 3900, Miami, FL 33131

April 12, 2018 at 1:46 pm

Delivered, In/At Mailbox

MIAMI, FL 33131

**Get Updates**

Delivered

**FedEx Express — US Airbill (Recipient's Copy)**

fedex.com  1.800.GoFedEx  1.800.463.3339

FedEx Tracking Number: 8106 6127 5174

1. **From**
   - Date: 4/24/18
   - Sender's Name: Lawrence Meadows
   - Phone: 516 982-7718
   - Company: Case No 1:17-cv-22589-JLK
   - Address: 1900 Sunset Harbour Dr #2112
   - City: Miami Beach  State: FL  ZIP: 33139

2. Your Internal Billing Reference

3. **To**
   - Recipient's Name: Clerk of Court
   - Phone: 305 523-5100
   - Company: Wilkie D. Ferguson, Jr. U.S. Courthouse
   - Address: 400 North Miami Ave
   - City: Miami  State: FL  ZIP: 33128

4. Express Package Service
   - [X] FedEx Standard Overnight

5. Packaging
   - [X] FedEx Envelope

6. Special Handling and Delivery Signature Options
   - [X] Direct Signature

7. Payment: [X] Sender

644