UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-22589-CIV-KING

LAWRENCE MEADOWS,

    Plaintiff,

v.

ALLIED PILOTS ASSOCIATION, *a Texas Labor Association*, DOES 1 - 10, PAM TORELL, *an individual*,

    Defendant.

_____/

**NOTICE THAT CASE WILL BE DISMISSED FOR LACK OF PROSECUTION**

The above-styled action is not at issue and has been pending before this Court without any action having been taken by Plaintiff since October 30, 2018(DE 36) on Joint Motion to Stay; and Order Granting Motion to Stay (D.E. #37), filed on November 1, 2018. There has been no record activity since that time, which amounts to more than 28 months of inactivity. Therefore, the Court hereby Vacates the STAY.

Accordingly, upon due consideration, the Court **ORDERS**, **ADJUDGES**, and **DECREES**, *sua sponte*, that the above-styled action be and the same will be dismissed on **May 10, 2021** for lack of prosecution unless some action is taken within the above specified time to bring this case to issue.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 28th day of April, 2021.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

**cc:**
*Counsel for Plaintiff*
Lawrence Meadows
1900 Sunset Harbour Dr. #2112
Miami Beach, FL 33139

*Counsel for Defendant*
**Capri Trigo**
Gordon & Rees LLP
100 SE Second Street
Suite 3900
MIami, FL 33131
305-428-5323
Fax: 877-644-6207
Email: ctrigo@gordonrees.com