Lawrence M. Meadows, Pro Se
1900 Sunset Harbour Dr. #2112
Miami Beach, FL 33139
Phone: 516-982-7718
Facsimile: 435-604-7850
lawrencemeadows@yahoo.com



## IN THE UNITED STATES DISTRICT COURT
## FLORIDA SOUTHERN DISTRICT

| | |
|---|---|
| **LAWRENCE M. MEADOWS,** | **PLANITIFF'S RESPONSE TO COURT'S NOTICE THAT CASE WILL BE DISMISSED FOR LACK OF PROSECTUION AND MOTION TO STAY** |
| Plaintiff, | |
| v. | |
| **ALLIED PILOTS ASSOCIATION,** a Texas Labor Association, and | |
| **DOES 1-10**, | Case No: **1:17-cv-22589-JLK** |
| Defendants. | **Honorable Judge James Lawrence King** |

### PLANTIFF's RESPONSE TO COURT'S NOTICE THAT CASE WILL BE DISMISSED FOR LACK OF PROSECUTION AND MOTION TO STAY

#### *Response*

Pro Se Plaintiff Lawrence Meadows timely files this response to this Court's April 28, 2021, *"Notice That Case Will Be Dismissed For Lack of Prosecution."* First and foremost, I do not want to dismiss this matter and intend to fully prosecute it, and respectfully request this Court not dismiss this case.

By way of background, I am a formerly disabled American Airlines ("American") pilot, who along with 240 others similarly situated who were purportedly administratively terminated and removed from the pilots' seniority list for being on long term disability leave for more than five years, in violation of the collective bargaining agreement. In May of 2012, my pilots' union, Defendant, Allied Pilots Association ("APA"), filed a collective (class action) grievance, DFW Domicile Grievance 12-012.

However, my circumstance changed in November 2018 when my disabling illness was treated into remission and based on new regulatory changes the Federal Aviation Administration ("FAA") finally re-approved me for the requisite FAA Airman's First-Class Medical Certificate needed to perform my duties as an American Airlines Pilot. At that juncture, I actively sought reinstatement as medically qualified pilot, Since such reinstatement would mitigate my damages obviate the need for many of my claims, myself and APA mutually agreed to Stay this matter in December 2018.

During the past two years I and APA have made multiple, albeit unsuccessful requests upon American Airlines for a medical return to work clearance and reinstatement to the seniority list. However, in the meantime another similarly situated American pilot and APA member, First Officer Wallace Pretiz, sued APA in U.S. District Court Eastern District of Pennsylvania, in a matter styled as *Wallace Preitz v. Allied Pilots Association* (EDPA, Case No. 17-cv-1166-MSG, date). That parallel matter is based on the exact same conduct and facts and brought many of the same claims, and extensive document and witness discovery was recently completed on March 15, 2021, and now ripe for Summary Judgement; its MSJ deadline was originally scheduled for April 12, 2021 (Exhibit A) but has been stayed until June 25, 2021. (Exhibit B).

### ***Motion To Stay***

Based on the recent developments in the parallel *Preitz* litigation, I conferred with APA's counsel and advised her that since the *Preitz* matter MSJ ruling may likely resolve many facts and causes of action at issue here, it would be in the interest of judicial economy and preservation of legal resources to continue to stay this matter at least until that MSJ is decided.

Therefore, I respectfully file this unopposed Motion To Stay this matter at least until the Preitz matters MSJ ruling issues and will provide a status update when that or any or significant changes happen.

### *Meet and Confer Certification*

Pro Se, Plaintiff Meadows certifies that on May 5, 2021, he met and conferred with Defendant's Counsel regarding this instant Motion, and she does not oppose said motion.

Signed: May 7, 2021

Respectfully Submitted,

Lawrence M. Meadows, Pro Se
1900 Sunset Harbour Dr., #2112
Miami Beach, FL 33139
Phone: 516-982-7718
Facsimile: 435-604-7850
lawrencemeadows@yahoo.com

## CERTIFICATE OF SERVICE

**I, Lawrence M. Meadows, Pro Se Appellant hereby certify,** that a true and correct copy of the foregoing was served by U.S. Mail on May 7, 2021 on all counsel or parties of record on the Service List below.

_____
Signature of Filer

## SERVICE LIST

Capri Trigo, Esq.
**Gordon Rees Scully Mansukhani**
100 SE Second Street, Suite 3900
Miami, FL 33131
Telephone: (305) 428-5323
Facsimile: (877) 634-7245
Ctrigo@gordonrees.com

**Counsel for Defendant –
Allied Pilots Association**