**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NUMBER 17-22589-CIV-MOORE**

**LAWRENCE MEADOWS,**

        Plaintiff,                    **Courtroom 13-1**

  vs.                         **Miami, Florida**

**ALLIED PILOTS ASSOCIATION, et al.**       **May 8, 2025**

        Defendants.

===============================================================

**STATUS CONFERENCE**
**BEFORE THE HONORABLE K. MICHAEL MOORE**
**UNITED STATES DISTRICT JUDGE**

===============================================================

**APPEARANCES:**

**FOR THE PLAINTIFF:**     **LAWRENCE MEADOWS, Pro Se**
                        1900 Sunset Harbour Drive
                        #2112
                        Miami Beach, Florida 33139

**FOR THE DEFENDANTS:**    **JOSHUA B. SHIFFRIN, ESQ.**
                        **GRACE RYBAK, ESQ.**
                        Bredhoff & Kaiser, P.L.L.C.
                        805 15th Street N.W.
                        Suite 1000
                        Washington, DC 20005
                                    202-842-2600

                        **CAPRI TRIGO, ESQ.**
                        **ANDREW DYMOWSKI, ESQ.**
                        Gordon Rees Scully Mansukhani
                        100 Southeast Second Street
                        Suite 3900
                        Miami, Florida 33131
                                    305-428-5300

**REPORTED STENOGRAPHICALLY**
**BY:** **GILDA PASTOR-HERNANDEZ, RPR, FPR**
Official United States Court Reporter
Wilkie D. Ferguson Jr. US Courthouse
400 North Miami Avenue - Suite 12-2
Miami, Florida 33128 305.523.5118
gphofficialreporter@gmail.com

**TABLE OF CONTENTS**

Page

Reporter's Certificate ..................................... 29

**EXHIBITS**

| Exhibits | Marked for Identification | | Received in Evidence | |
|---|---|---|---|---|
| Description | Page | Line | Page | Line |

(None)

(The following proceedings were held at 2:25 p.m.:)

THE COURT: United States -- or I should say, Meadows versus Allied Pilots Association.

Counsel, note your appearances.

MR. SHIFFRIN: Good afternoon, Your Honor. Joshua Shiffrin on behalf of the Allied Pilots Association.

MS. TRIGO: Good afternoon, Your Honor. Capri Trigo for same.

MR. DYMOWSKI: Good afternoon, Your Honor. Andrew Dymowski for same.

MR. MEADOWS: Good afternoon, Your Honor. Lawrence Meadows on behalf of myself, pro se.

THE COURT: Okay. So ordinarily I might say you've got a new sheriff in town, but I'm not new, nor am I sheriff, but you got the idea.

This was filed in 2017. So we're going on eight years for this case. I think it's time to fish or cut bait. What do we want to do?

MR. SHIFFRIN: If I may?

THE COURT: Anybody.

MR. SHIFFRIN: I appreciate it. Again, Joshua Shiffrin on behalf of Allied Pilots.

We understand the case is currently closed. I'll say if the Court were to reopen the case, APA is ready to litigate it.

I'll say, just to introduce myself -- I know you granted my pro hac vice just this week -- I've been counsel to APA, outside counsel for a number of years. I'm familiar with the case. I'm not here to ask for time for anything. You have set a deadline for a response to the Complaint. We're prepared to file our Motion to Dismiss this coming Monday. We believe that Motion to Dismiss would resolve all of the issues in the case as a matter of law, but even if it were not, I'd expect that it would very severely narrow the case at that point.

We submitted a scheduling order. We're prepared -- I think the dates in there are realistic. We're prepared to complete discovery by October. We're prepared to file dispositive motions in December and go on from there.

I'm happy to address what brought us to this point, if you'd like us to, but that's where we are. I mean, as the case is closed and we took no position on Mr. Meadows' motion to reopen it -- look, we're the defendants. We're not eager to have the case reopened. We believe that the case should be dismissed because we don't think it has merit and we also say I believe it's plaintiff's obligation to move the case forward, but out of fairness to Mr. Meadows, the parties had been working over a number of years to try to resolve his issues.

Those efforts relied not just on us reaching agreement between the two parties who are here, but also working with American Airlines who was the employer to bring Mr. Meadows back

as a pilot.  American Airlines has made it clear that that's not happening.  So we're here, we're ready to litigate the case, if that's what you order us to do.

THE COURT:  So I guess one question that comes to mind then is -- and I just want to hear your explanation for this, but as I said, this case has been out there since 2017 -- why are we waiting eight years later to file a Motion to Dismiss? Is it even timely?

MR. SHIFFRIN:  Yeah, I believe it is.  The APA did file a Motion to Dismiss back in 2017.  Mr. Meadows responded to that Motion to Dismiss by filing an Amended Complaint, and then the case centered along the period of a stay while I think at that time the parties were trying to resolve getting Mr. Meadows back to a position of flying for American Airlines.  That would have been in 2018.  It was around that time that Mr. Meadows regained his medical license and his ability to operate commercial aircraft.  So the parties were putting their efforts into that. At that time there was a stay in place.  We had no duty to file a Motion to Dismiss or respond to the Complaint.

THE COURT:  Is the Motion to Dismiss that you want to file any different from the Motion to Dismiss you had filed?

MR. SHIFFRIN:  Well, that one was -- yes, Your Honor, and I'll say two things about that.  Yes, in that there are new claims in the Amended Complaint that were not in the original Complaint.  So we plan to address those.  And second, that first

Motion to Dismiss was never ruled upon. It was filed, but rather than respond to it, Mr. Meadows filed an Amended Complaint.

THE COURT: Okay. And then it was stayed?

MR. SHIFFRIN: And then it was stayed.

THE COURT: And that was stayed at the request of both parties?

MR. SHIFFRIN: I think originally it was stayed at the request of Mr. Meadows without objection by the defendant.

THE COURT: Okay. And the reason it was stayed was?

MR. SHIFFRIN: So the parties could -- the first stay was so the parties could discuss settlement.

THE COURT: Okay. And so you've been discussing settlement for the past seven years?

MR. SHIFFRIN: Well, I'd say off and on, Your Honor, the parties have made -- there were two long periods of stay in this case. The first one was for that reason. The second one was a motion by Mr. Meadows because there was a case pending in the Western District of Pennsylvania touching on similar issues and Mr. Meadows suggested to the Court that the parties should see how that case is resolved first.

I will say that there have been efforts to resolve this. Again, it's not just a question of us getting in a room with Mr. Meadows and resolving our differences. It was a question of getting in a room with American Airlines and

convincing American Airlines to bring Mr. Meadows back to flying and the APA has made a number of attempts at that over the years and those attempts have concluded and without success.

THE COURT:  Okay.  And when was that last --

MR. SHIFFRIN:  The last effort --

THE COURT:  Can you tell me when the last overture was?

MR. SHIFFRIN:  Yes.  In November of 2024, there was a mediation between American Airlines and APA at Mr. Meadows' request regarding one of the grievances at issue in this case, Grievance 1212.  That ultimately resulted in a settlement that gave pilots, other than Mr. Meadows, an opportunity to apply for reinstatement, but it didn't redound to Mr. Meadows' benefit for reasons I can go into, and that settlement was reached in January of this year.  So the parties have been engaged in -- and through those efforts we were advocating to have Mr. Meadows share in that settlement, but we weren't able to achieve that for him.

THE COURT:  So what's the likelihood -- I mean, do you want to engage in further mediation?

MR. SHIFFRIN:  The difficulty is that every -- and Mr. Meadows I'm sure will speak to this as well, but his position in our settlement discussions has been that he wants reinstatement to a position in American Airlines.  That's not something that American Airlines -- excuse me -- that's not something that APA can give and that's relief he's sticking to

in this litigation and that's not relief that Your Honor could give him either in this case, but that's been the number one demand that he has made.

Given that that's off the table, I don't know what the basis for a settlement would look like yet.  We have not broached the subject of a monetary type settlement and I think that from our -- we're always willing to engage in discussions, if there's an opportunity to resolve the case, but at this point I think what the parties need to do is litigate.

THE COURT:  Okay.  All right.  Mr. Meadows, do you want to address any of those concerns?

MR. MEADOWS:  Yes, sir.  Any specific questions you'd like me to answer to help clarify things for you, Your Honor?

THE COURT:  Well, one, do you think that further mediation efforts with this defendant would be helpful?  I'm not asking for a guarantee that there would be a successful mediation, but I don't want to waste people's time in a mediation or the expense of mediation if there's no possibility that it would be successful.

You know, I'm agnostic one way or the other as far as mediation.  I'm happy to try the case.  I'm happy to go through the briefing of the Motion to Dismiss.  I'm happy to give you a ruling.  I may be right, I may be wrong.  One side is going to win, so one side is going to lose, and you can take it up to the Eleventh Circuit.

I got this case.  It's seven years old.  I want to do my job and move the case along one way or the other.

MR. MEADOWS:  Understood.

THE COURT:  That's where I'm coming from.

MR. MEADOWS:  Can I give you just a little bit of background?

THE COURT:  Sure.

MR. MEADOWS:  So I know you had the question why the case was stayed and why it's been so long.  I understand it looks like a really stale loaf of bread, but it's anything but.

I was hired in 1991 by American Airlines after serving six years honorably as an Air Force officer and military pilot during the Gulf War, and one of my first acquaintances in the New York domicile was a pilot named Dan Carey who became president of the APA.  And when he took over the presidency of the APA, he knew there was a group of pilots like me.  It's a body of pilots called MDD, Medical Disability Drop, pilots that exceed five years of medical disability.

American Airlines' dropping seniority was in violation of the contract.  The unions filed three collective grievances protesting this in the New York, the Chicago, and the Dallas domiciles.  Over the years, the unions were reluctant to prosecute these grievances because it created tens of millions of dollars of financial exposure to them and they just let these things sit and they let the company pick and choose who could

return after five years of medical disability.  Many pilots had been out five, 10, 15, 25 years awaiting regulatory changes in the FAA to come back, and I'm one of those cases.  It took me many years to get requalified.

When Dan Carey took office in 2016, he assured me he'd get me back and spare no expense, and he said, I'm not doing anything for you until you get your medical.  If and when you get your medical, he said, there's nothing I won't do.  And when I was working with the FAA in 2018, I told Dan Carey, hey, it looks like I'm going to get my medical at the end of November.  I said, this case has come live.  It was filed right before you took office, I said, and he agreed we should stay it and he assured me he'd get me back.

I submitted my medical certificate and the company pushed back because I was a federal whistleblower, and I was in a group of pilots in the 2007 and 2011 time frame when American Airlines was leading in bankruptcy.  It was like a perfect financial storm.  Their 10-K report showed American Airlines pilots' Defined Benefit Plan was underfunded by 2.5 to 3.2 billion dollars.  Our collectively bargained LTD benefits which were paid by the company, not by an insurer, were paid out of that plan.

Additionally, the FAA just increased the pilot retirement age from 60 to 65, so pilots like me would stay on disability for five more years.

So the company created a cost saving scheme called a Pilot Disability Case Management Cost Savings Program, trying to calculate how much they could save by terminating pilots' disability benefits if they're out more than five years or approaching five years.  I was out at three and a half years, and they unilaterally terminated the benefits of over 100 plus pilots.  We all lost our benefits.  The union cried foul and called it a disability jihad and a sick jihad and professed to assess the membership and filed, you know, whatever to assess the membership, increased dues to litigate these claims.

Well, the problem is the union hired the ERISA investigator to investigate these claims and realized how much it was going to cost them to defend these hundred plus pilots and dropped us all and just went radio silent on us.

A handful of us started suing the company to get our benefits back.  I'm the only one I know of that's got my -- as I stand with you today, they say I'm terminated.  I'm a pilot for American.  I'm on a payroll.  I receive pilot W-2 employee wages, collectively bargained life insurance, medical insurance, dental insurance.  I accrue Pension Service Credits as a pilot employee in our Pension Benefit Plan.  Yet, they claim I'm terminated.  That's because I had my pension benefits reinstated.  I went to an appeal and was awarded all this stuff. So any effect of me being removed has been kind of reversed. I'm accruing Pension Service Credits as we speak today.

But because of that, the benefits were paid out of the Defined Benefit Plan, and at the time I had an attorney that figured out that they were knowingly terminating these rightful medical benefits and artificially inflating earnings by not funding the pension plan properly and it was the Sarbanes-Oxley claim.  So I filed a Sarbanes-Oxley whistleblower complaint.

It was proven that the company used a fraudulent third-party reviewer, hired mutually by APA and American, which is a mom-and-pop sweatshop that was later indicted.  After they reviewed me and five other pilots, a month later, they were indicted for felony medical claim fraud by the Texas Insurance Board, incarcerated for five years, and shuttered.  APA dropped them.  Eventually, they hired the Mayo Clinic, but APA and American refused to send pilots like me to get reevaluated by them.

So I highlighted myself by litigating these claims, and as I told you, my attorney lost my ERISA disability benefits appeal.  I won in the end on appeal after going four years with no pay and benefits.  I'm the only one I know of that got reinstated, got a half a million dollars retroactive pay and benefits and back on the payroll as we speak.  So I'm a very controversial individual because of this.

So in this body of pilots, this 241 pilots circa 2013 that this happened to, 59 have obtained their FAA medical certificates.  Only four of us weren't returned.  All four sued

APA for their representational failures.  They sued the company and filed ADA discrimination charges.  Three of those pilots took settlements, waiving their right to reemployment as a pilot for approximately 1.1 to 1.5 million dollars.  I personally was offered a settlement valued at $1.1 million to waive my right to reemployment when I was 53 in 2016.  I rejected that offer because I wanted to return.  I mean, my lifelong profession is a pilot.  I was a military pilot, airline pilot.  It's all I've ever known.  I've fought really hard to get my medical back.  It took me 15 years to get my medical certification.  Through like a congressional inquiry and everything, I finally got my medical.

So as I speak to you today, I rehabilitated my career. I've been FAA certified as an airline captain since 2018 continuously.  I was hired by Boeing as a flight test and evaluation pilot.  I'm working as a 777 instructor pilot and 787 dual-rated pilot in the Boeing facility and working for Atlas Airlines, and yet, I'm the only pilot out of all these pilots who has not waived my right to return, I'm the only one that hasn't been returned.  And that's where it's at.

So in 2018, Dan Carey assured me he'd get me back.  The company wouldn't return me.  They wouldn't deny me.  They just never gave me an answer.  Then four guys got their medicals after me.  They got returned.  I was held out of service.  He said, don't worry.  I promise you I will not sign a Collective

Bargaining Agreement or any new major agreement that doesn't include your return.  He got voted out of office.

The next president conducted an investigation into why this was happening.  He put my Miami domicile union representative in charge of the investigation, two pilot attorneys, a panel.  They were given carte blanche to investigate and do an internal inquiry within APA of all their staff and officers, and they learned that the attorneys at APA were withholding information to the board of directors.  They had a secret legal opinion trying to decouple their duty to representation to old pilots like us because it was so costly.

During the bankruptcy, American agreed to dole out $1.1 billion of stock for terminating or freezing the pilot pension plans.  APA decided to exclude the 241 pilots like me.  There was an arbitration.  In an arbitration, out of the 1,200 arbitrants, I'm the only one that won.  Arbitrator Stephen Goldberg, one of the most famous labor arbitrators, reasoned that APA ignored their duty to me, treated my grievance arbitrarily and should have treated my grievance as officially likely to prevail, and he believed I would have been reinstated to seniority had my grievance 1211 been heard.  Based on that, he said, you were on seniority as of 2013, and therefore, I got a full share equity payout of $148,000.

So APA is really petrified that all the other 240 pilots may also get a similar award.  They deprived those pilots

of that to this day.

So there are 240 pilots deprived of about an average at $100,000; $24 million, plus prejudgment interest, we're probably talking about $35 million, plus pilots like me who have gotten their medicals and may not get it back.  So they have a lot of financial exposure here.  So the lawyers over the years have tried to bury this.

Dan Carey fired their general counsel for their conduct related to this.  He fired their formal legal director who submitted a perjurious declaration in support of this, and he's fired one other -- two other attorneys.

Fast-forward after they did some investigation with Captain Sicher, they find out the attorneys at APA are lying to the committee, and the one pilot attorney who's a Marine JAG was so incensed, they reconvened and they recommended they terminate these two attorneys; the current general counsel, Jim Clark, and Mark Myers, APA, for ethical violations.

Before they submitted a final report, the president of the APA disbanded that committee and buried the report.

Come to 2022, my Miami domicile rep and longtime advocate, Captain Ed Sicher, becomes president of the APA.  He becomes the president.  He says, listen, I'm going to do everything in my power to get you back.  He's like, I guarantee I'll get your job back.  I'll move the grievance forward, do whatever I've got to do.

There was all kinds of internal resistance because the APA is an institution worth $85 million, and they're more interested in protecting their assets and power structures run by the legal department.

He made a lot of progress. This grievance 1212 was finally moved forward after a 13-year or 12-year delay at my request. I was the only pilot known to be in existence. Then they found three others who were held out of service besides me. It got delayed and derailed. It was expedited. It took like 20 some months to finally get to a position where it could get heard.

Meanwhile, I had a claim against American for treating me disparately with the ADA. I filed an EEOC charge in 2019 when they wouldn't reinstate me, and because of COVID, it was delayed many years, but I finally got a right to sue last year.

I called Captain Sicher and said, hey, I don't want to put salt in the wound, but now I've got to bring a lawsuit against American or lose my right to sue. I said, what do you want to do? How much progress are you making? He said, listen, I'm in the middle of negotiating a $38 million scope arbitration. I've got your settlement with these three other pilots coupled to that. I think I'm going to get you back, just sit tight. So I waited until the 11th hour to file and serve that lawsuit.

The lawsuit is progressing. He's not making any

headway.  He's dealing directly with the CEO of the company.  As a matter of fact, in July, in July of 2022, the company's whole scheduling system ceased.  All the pilots dropped their trips and there was a scheduling crisis.  American Airlines called the president of the APA and said, hey, I mean, contractually, what can I do?  I'm sorry.  I'll slow down.

He said, you know -- they actually offered to bring me back.  American Airlines offered to bring me back.  The union wasn't willing to make the concessions necessary to return me at that point in time.

So fast-forward to this ADA lawsuit.  After Captain Sicher was getting frustrated at the company's lack of progress in reinstating me and the three others, he agreed to hire outside counsel to represent me against American Airlines last year, last May, Sue Edwards.  Sue Edwards worked with me diligently.  She was making an appearance pro hac vice in this district.

At the 11th hour, six days before my Motion to Dismiss response deadline, Captain Sicher called and says, hey, I need you to drop your DFR lawsuit against the union by the close of business today.  I said, we all agreed to stay that.  I said, I told you, I'll drop it the minute you get me reinstated.  I'll drop any and all claims against the union and the company so long as you get me reinstated.  I just want my job back.  No back pay, no monetary award.  And he goes, you need to do it by

the end of the day.  I said, well, I need some assurances.  I have another grievance, 1211.  Will you move this individual grievance 1211 forward?  It's been sitting for another 12 years. And he goes, yeah, I've directed Trish Kenny, director of grievance at APA Legal, to move that grievance forward.  He gave me these other assurances and I said, I just need this in writing because it's like a global settlement.

When I didn't do it by the end of the day, he got hostile and threatening.  He said, listen, if you don't drop it now, I'm going to drop all representation of you, you don't treat the union as your enemy, we don't represent you anymore, and apparently, the board of directors had threatened him for hiring counsel to help me and threatened his job.  And three months later, he was recalled by the board of directors and thrown out.  So all my hopes of reinstatement went out the window with Captain Sicher's assurances.

The grievance he tried to move forward -- and he said he deliberately sat in any and all proceedings related to the stuff because he's very concerned that the lawyers at APA were going to cut me and the three others out of the deal.

So the grievance was scheduled to arbitrate in October. That's why this case has been drug out, "All Song and Stakes." I kept getting all these assurances, it's going to happen, it's going to happen.

Captain Sicher gets tossed out.  The grievance was

scheduled for arbitration I think October 12th.  Then it doesn't get arbitrated.  It gets converted to mediation, negotiated settlement.  APA's general counsel led me to believe, yeah, we'll look into doing your grievance 1211 in the alternative, all this stuff.  It all turns out to be a lie.

Someone at APA -- and this has happened several times.  Someone inside APA sends me these internal documents and I was given a secret settlement agreement that APA waived all my claims.  So under the Railway Labor Act, the union cannot dispose of a pilot's grievance claims for zero value without notice to them and give them the right to individually arbitrate those claims.  It's a statutory right.

They didn't allow me to do that.  They never notified me.  They just settled out and closed my claims, but they led me to believe they'd still consider doing my other grievance 1211, knowing they had already disposed of it two weeks prior.

So for the last several months it's been a bad faith representation on their part, leading me to believe there still could be a chance of settlement when there's not.

So at this juncture, I believe -- I'm certain APA can get me back if they really want to.  They're not willing to spend the time or resources to do it.  This company has already offered to bring me back once through the CEO, and if they're not willing to do it, then it has to result in a monetary settlement.

As I stand before you today, I'm out six years back pay and three years forward pay.  Three other pilots just like me just got reinstated with a settlement agreement they created. It wasn't a settlement at all.  And historically, all pilots are automatically reinstated to MDD status and back to active when they got their medical.  This agreement was a one-off written purely to carve out my grievance claims permanently and foreclose me and everything.

Salt in the wound, I wanted to speak to the board of directors last week, which is my right as a member in good standing.  I sit in the national committee as the Miami Domicile LTD coordinator helping pilots like me, and I kept writing to the president of the union, which is my right to speak to the board of directors, which I've done many times in the past and I was authorized to do it back in January.  They sent me a letter last week terminating my membership at APA after 34 years, which is an egregious, unlawful violation of the LMRDA.

So that's where we stand today.  So I'm ready to move this case forward.  I would wholeheartedly welcome a settlement through a court-ordered mediation only, and I'm willing to do that if there's any possibility.

Josh Shiffrin has just come in.  I've spent many hours talking to Capri Trigo, but she's representing the insurer. She's got the one teleconference call with the general counsel and the president back in September and that went nowhere

because Sicher was thrown out of office literally two weeks later.

So the best way I can characterize it, APA is a conflicted fiduciary that's corrupted internally, rotten to the core legally, and Ed Sicher's first order of business was to try to terminate Mark Myers and Jim Clark.  It's been a hostile legal relationship with these attorneys, but before he got to them, they got to him, and they took him out in October.

Now I'm not even a member of the APA according to them, which is crazy because under the Collective Bargaining Agreement, letter KK, it provides for collectively bargained disability benefit; and under the plan document for the 2004 Pilot Long Term Disability Plan, which I'm on, I receive W-2 pilot employee wages, I receive active pilot medical, dental, life insurance, dental insurance, and pension accrual, and I'm defined explicitly as a pilot employee.  So under collective bargaining, I am defined as an employee, yet they say I'm terminated and not an employee and not an APA member anymore as of last week, just changed the status quo like that, two days after I filed a motion to reopen this case.

So that's where it's at.  I'm sorry.  I know it's lengthy and it's a lot of background, but I think it warrants a detailed explanation and I can appreciate your concern taking over this case after such a long delay.

THE COURT:  Okay.

MR. MEADOWS:  Thank you.

THE COURT:  All right.

MR. SHIFFRIN:  If I may, Your Honor.  I'm not going to respond to everything that Mr. Meadows said.  Suffice it to say, first of all, we don't agree with much of what he just laid out either factually or legally.

Let me just touch on a few points.  First of all, it's been conclusively decided by Judge Gayles in his case against American Airlines that he is not a current American employee.  There's a decision.  We'll quote it in our Motion to Dismiss next week, but that issue is off the table for litigation.

He is also not a member in good standing.  That's also been conclusively decided in the arbitration that Mr. Meadows participated in.

I think what you heard Mr. Meadows say is, again, what he really wants is reinstatement by American Airlines and you heard him also say that there were two union presidents that went to bat for him and were not able to achieve that.  That is the reality.  He's not coming back to American Airlines.  He's suing for that in this case.  He's not going to be able to achieve that in this case like he was not able to achieve it in his cases against American Airlines directly.

Whether or not there's a monetary settlement to be had at some point is an interesting question, but I don't even hear that as being the basis of a discussion at this point.

So, you know, the case as it stands right now is closed.  If Your Honor were to reopen it, as I said, we're prepared to litigate it; and if there is anything in particular that caught your attention, I'm happy to address it.

THE COURT:  Well, we can go ahead and reopen it.  What we normally do is have the parties get together, give us an updated proposed scheduling order, kind of go effectively back to square one.

MR. SHIFFRIN:  Right.

THE COURT:  Once we get that proposed, we'll enter a scheduling order.

In that scheduling order, we typically have a provision requiring mediation, and we will just move forward on what would be a regular track.

Having said that, none of that precludes you from jump-starting this and getting into your own settlement discussions or mediation without Court involvement.  So, you know, I appreciate everybody's comments.  That's why I wanted to get everybody in here to make sure that I understood where we were going or where we were, where we are going to go now, and that's what we'll do.  I wanted to hear from you all.  If you all have anything else to say --

MR. SHIFFRIN:  The only thing I know, Your Honor, is we have filed -- pursuant to your April 7th order, the parties have filed a proposed scheduling order.  So I think we have done that

work along with a 16.1 Report.  So I think you have that in front of you, and we are, of course, prepared to engage in mediation and any other process that might lead the parties to a resolution.

Thank you.

THE COURT:  Okay.  All right.  Yes, sir?

MR. MEADOWS:  Plaintiff rebuts two things: Mr. Shiffrin said that Judge Gayles conclusively decided. That's not totally true.  That matter is on appeal right now in the Eleventh Circuit.  So it's not finally decided.  And with regard to Judge Gayles, he's upholding a bankruptcy court ruling where the bankruptcy judge determined I was terminated.  The only resolution I could have was grievance 1211 or 1212, which are both preserved in the bankruptcy, because these are all prepetition claims and APA didn't move any of those forward.

But yeah, there's a possibility of a resolution.  I mean, more than anything, I want my job back and to finish my career as a 777 captain for the airline I was hired for, which seniority in our business is not portable.  It's not like you're a senior judge and you go to another court and become a senior judge.  You have to start at the bottom as a clerk.  It's kind of like that in the airline business.

THE COURT:  That's why I didn't become a senior judge.

MR. MEADOWS:  Yes.  Seniority has its privileges, but in the airline business, it's only as good as the company you

work for.

THE COURT:  Well, I don't get any privileges.  I just get treated like everybody else around here.

MR. MEADOWS:  But in lieu of reinstatement -- if APA foreclosed me from arbitrating my claims which would have resulted in a full back-pay award, then there's a monetary award to be had here if that's the case.

THE COURT:  I understand.

MR. MEADOWS:  Thank you.

THE COURT:  And, you know, I mean, I do appreciate the historical background, and obviously, I heard a lot more today than what I knew about the case before coming in.

Having said that, you know, I have a fairly limited or narrow focus on the claims that are before me and not a lot of these other larger issues that are not going to bear directly on any decisions that I have to make with respect to the specific claims that are in front of me.  I think it's important to hear historically and be given some context, but, you know --

MR. SHIFFRIN:  And on that point, let me just make one other point.  Much of what Mr. Meadows has laid out to you is not in his Amended Complaint.  The Amended Complaint was filed in 2018.  Everything having to do with Mr. Sicher and grievance 1212 and his membership status, that's not going to be before the Court on a Motion to Dismiss.  We are dealing with the facts as they stood in 2018.

THE COURT: Well, that's what I'm alluding to. I mean, I think it's good to hear that we haven't just been sitting, stayed with nothing going on. I appreciate the fact that a lot of things have been going on, but I'm going to be dealing with the specific claims in the Complaint and that's pretty much it.

MR. SHIFFRIN: Understood.

THE COURT: Okay. So if you can focus on those claims in terms of, A, if you are going to have any mediation or settlement discussions, you know, that would be helpful to me. If we can get what's in front of me out of the way, that's good for me and it may be good for the parties in terms of at least carving that out of whatever other issues you may have with other entities or even with the same defendant in this case, but I'm just dealing with the Complaint that's in front of me. Okay? That's what I want to feel an obligation to move forward and resolve and I know both of you probably want me to do that and that's what I'm here to do.

Okay. So anything else that we need to take up today? You know, if we need to have more of these hearings, you know, just to make sure that it stays on the front burner and not -- this is not like somebody alluded to, this is not like fine wine that gets better with age. These cases are just the opposite.

Yes, sir?

MR. MEADOWS: One last comment, Your Honor. I've thoroughly reviewed the Complaint. All nine counts still stand.

Honestly, there are a lot more new facts and information.  It just bolsters the same claims.  The crux of the matter is they never timely prosecuted my grievance claims and allowed me the opportunity to do so on my own.  So that still stands.

I did try in good faith during the 16.1 conference with Ms. Trigo -- and Mr. Shiffrin just stepped in in the middle of all that -- I tried to address some defenses and factual disputes, and he didn't really want to get into too much specificity.  So it's hard for me to say what I can really amend at this juncture because we didn't really have a detailed enough discussion on those items.  So I think if he moves to dismiss, we may have to amend in the future.  I'm not sure, but we'll have to see what he responds with.

THE COURT:  We'll see.  I mean, obviously, nobody knows your case better than you do from your perspective.  You're obviously articulate and understand the history of your case.  You are proceeding pro se I guess at this point and, you know, whether that's good or bad, that's a decision for you to make, but you're going to be held to the same standards that you would be if you had a lawyer.  So you don't get any special breaks or special considerations just because you're proceeding pro se, and I'm not suggesting that you're even asking for it.

MR. MEADOWS:  Understood.

THE COURT:  But I do think that there's always a risk associated with somebody who represents himself pro se.  It's

not my business to make that decision.

MR. MEADOWS:  Point taken, Your Honor.

THE COURT:  Okay.

MR. MEADOWS:  Thank you.

THE COURT:  All right.  Anything further?

MR. SHIFFRIN:  No.  Thank you, Your Honor.

THE COURT:  Thank you.

MS. TRIGO:  Thank you, Your Honor.

MR. DYMOWSKI:  Thank you, Your Honor.

THE COURT SECURITY OFFICER:  All rise.

   (The hearing concluded at 3:00 p.m.:)


                  C E R T I F I C A T E

     I hereby certify that the foregoing is an accurate

transcription of proceedings in the above-entitled matter.


 __05-29-25_____      _____
      DATE            GILDA PASTOR-HERNANDEZ, RPR, FPR, FPR-C
                      Official United States Court Reporter
                      Wilkie D. Ferguson Jr. U.S. Courthouse
                      400 North Miami Avenue, Suite 12-2
                      Miami, Florida  33128    305.523.5118
                      gphofficialreporter@gmail.com

**A**

ability 6:16
able 8:16 23:18,20,21
about 6:23 16:2,4 26:12
above-entitled 29:15
according 22:9
accrual 22:15
accrue 12:20
accruing 12:25
accurate 29:14
achieve 8:16 23:18,21,21
acquaintances 10:13
Act 20:9
active 21:5 22:14
actually 18:7
ADA 14:2 17:13 18:11
Additionally 11:23
address 5:14 6:25 9:11 24:4 28:7
advocate 16:21
advocating 8:15
after 10:11 11:1 13:9,18 14:24
   16:12 17:6 18:11 21:16 22:20
   22:24
afternoon 4:5,7,9,11
again 4:21 7:23 23:15
against 17:12,18 18:14,20,23
   23:8,22
age 11:24 27:22
agnostic 9:20
agree 23:5
agreed 11:12 15:12 18:13,21
agreement 5:23 15:1,1 20:8 21:3
   21:6 22:11
ahead 24:5
Air 10:12
aircraft 6:17
airline 14:8,14 25:18,22,25
Airlines 5:25 6:1,14 7:25 8:1,8
   8:23,24 10:11,19 11:17,18
   14:18 18:4,8,14 23:9,16,19,22
al 1:7
Allied 1:7 4:3,6,22
allow 20:13
allowed 28:3
alluded 27:21
alluding 27:1
along 6:12 10:2 25:1
already 20:16,22
alternative 20:4
always 9:7 28:24
amend 28:9,12
Amended 6:11,24 7:2 26:21,21
American 5:25 6:1,14 7:25 8:1,8
   8:23,24 10:11,19 11:16,18
   12:18 13:8,14 15:12 17:12,18
   18:4,8,14 23:9,9,16,19,22
Andrew 1:20 4:9
another 19:2,3 25:20
answer 9:13 14:23
Anybody 4:20
anymore 19:11 22:18
anything 5:4 10:10 11:7 24:3,22
   25:17 27:18 29:5
APA 4:24 5:3 6:9 8:2,8,25 10:15
   10:16 13:8,12,13 14:1 15:7,8
   15:14,18,24 16:13,17,19,21
   17:2 18:5 19:5,19 20:6,7,8,20
   21:16 22:3,9,18 25:15 26:4
APA's 20:3
apparently 19:12
appeal 12:23 13:18,18 25:9
appearance 18:16
appearances 1:12 4:4
apply 8:11
appreciate 4:21 22:23 24:18
   26:10 27:3
approaching 12:5
approximately 14:4
April 24:24

**B**

B 1:16
back 5:25 6:10,13 8:1 11:3,6,13
   11:15 12:16 13:21 14:9,21
   16:5,23,24 17:22 18:8,8,24,25
   20:21,23 21:1,5,15,25 23:19
   24:7 25:17
background 10:6 22:22 26:11
back-pay 26:6
bad 20:17 28:18
bait 4:17
bankruptcy 11:17 15:12 25:11
   25:12,14
bargained 11:20 12:19 22:11
bargaining 15:1 22:10,17
Based 15:21
basis 9:5 23:25
bat 23:18
Beach 1:15
bear 26:15
became 10:14
become 25:20,23
becomes 16:21,22
before 1:10 11:11 16:18 18:18
   21:1 22:7 26:12,14,23
behalf 4:6,12,22
being 12:24 23:25
believe 5:6,18,20 6:9 20:3,15,18
   20:20
believed 15:20
benefit 8:12 11:19 12:21 13:2
   22:12
benefits 11:20 12:4,6,7,16,22
   13:1,4,17,19,21
besides 17:8
best 22:3
better 27:22 28:15
between 5:24 8:8
billion 11:20 15:13
bit 10:5
blanche 15:6
board 13:12 15:9 19:12,14 21:9
   21:14
body 10:17 13:23
Boeing 14:15,17
bolsters 28:2

arbitrants 15:16
arbitrarily 15:19
arbitrate 19:21 20:11
arbitrated 20:2
arbitrating 26:5
arbitration 15:15,15 17:21 20:1
   23:13
Arbitrator 15:16
arbitrators 15:17
around 6:15 26:3
articulate 28:16
artificially 13:4
asking 9:16 28:22
assess 12:9,9
assets 17:3
associated 28:25
Association 1:7 4:3,6
assurances 19:1,6,16,23
assured 11:5,13 14:21
Atlas 14:17
attempts 8:2,3
attention 24:4
attorney 13:2,17 16:14
attorneys 15:6,8 16:11,13,16
   22:7
authorized 21:15
automatically 21:5
Avenue 2:3 29:19
average 16:2
awaiting 11:2
award 15:25 18:25 26:6,6
awarded 12:23

both 7:6 25:14 27:16
bottom 25:21
bread 10:10
breaks 28:20
Bredhoff 1:17
briefing 9:22
bring 5:25 8:1 17:17 18:7,8
   20:23
broached 9:6
brought 5:14
buried 16:19
burner 27:20
bury 16:7
business 18:21 22:5 25:19,22,25
   29:1

**C**

C 29:13,13
calculate 12:3
call 21:24
called 10:17 12:1,8 17:16 18:4
   18:19
Capri 1:20 4:7 21:23
captain 14:14 16:13,21 17:16
   18:11,19 19:16,25 25:18
career 14:13 25:18
Carey 10:14 11:5,9 14:21 16:8
carte 15:6
carve 21:7
carving 27:12
case 1:3 4:17,23,24 5:4,8,9,15,18
   5:18,20 6:2,6,12 7:17,18,21
   8:9 9:2,8,21 10:1,2,9 11:11
   12:2 19:22 21:19 22:20,24
   23:8,20,21 24:1 26:7,12 27:13
   28:15,16
cases 11:3 23:22 27:22
caught 24:4
ceased 18:3
centered 6:12
CEO 18:1 20:23
certain 20:20
certificate 3:4 11:14
certificates 13:25
certification 14:10
certified 14:14
certify 29:14
chance 20:19
changed 22:19
changes 11:2
characterize 22:3
charge 15:5 17:13
charges 14:2
Chicago 10:21
choose 10:25
circa 13:23
Circuit 9:25 25:10
claim 12:21 13:6,11 17:12
claims 6:24 12:10,12 13:16
   18:23 20:9,10,12,14 21:7
   25:15 26:5,14,17 27:5,7 28:2
   28:3
clarify 9:13
Clark 16:16 22:6
clear 6:1
clerk 25:21
Clinic 13:13
close 18:20
closed 4:23 5:16 20:14 24:2
collective 10:20 14:25 22:10,16
collectively 11:20 12:19 22:11
come 11:3,11 16:20 21:22
comes 6:4
comment 27:24
comments 24:18
commercial 6:16
committee 16:14,19 21:11
company 10:25 11:14,21 12:1

   12:15 13:7 14:1,22 18:1,23
   20:22 25:25
company's 18:2,12
complaint 5:5 6:11,19,24,25 7:3
   13:6 26:21,21 27:5,14,25
complete 5:12
concern 22:23
concerned 19:19
concerns 9:11
concessions 18:9
concluded 8:3 29:11
conclusively 23:8,13 25:8
conduct 16:8
conducted 15:3
conference 1:10 28:5
conflicted 22:4
congressional 14:11
consider 20:15
considerations 28:21
CONTENTS 3:1
context 26:18
continuously 14:15
contract 10:20
contractually 18:5
controversial 13:22
converted 20:2
convincing 8:1
coordinator 21:12
core 22:5
corrupted 22:4
cost 12:1,2,13
costly 15:11
counsel 4:4 5:2,3 16:8,16 18:14
   19:13 20:3 21:24
counts 27:25
coupled 17:22
course 25:2
court 1:1 2:2 4:2,13,20,24 6:4,20
   7:4,6,10,13,20 8:4,6,18 9:10
   9:14 10:4,7 22:25 23:2 24:5
   24:10,17 25:6,11,20,23 26:2,8
   26:10,24 27:1,7 28:14,24 29:3
   29:5,7,10,18
Courthouse 2:2 29:18
Courtroom 1:5
court-ordered 21:20
COVID 17:14
crazy 22:10
created 10:23 12:1 21:3
Credits 12:20,25
cried 12:7
crisis 18:4
crux 28:2
current 16:16 23:9
currently 4:23
cut 4:17 19:20

**D**

D 2:2 29:18
Dallas 10:21
Dan 10:14 11:5,9 14:21 16:8
DATE 29:17
dates 5:11
day 16:1 19:1,8
days 18:18 22:19
DC 1:18
deadline 5:5 18:19
deal 19:20
dealing 18:1 26:24 27:4,14
December 5:13
decided 15:14 23:8,13 25:8,10
decision 23:10 28:18 29:1
decisions 26:16
declaration 16:10
decouple 15:10
defend 12:13
defendant 7:9 9:15 27:13
defendants 1:8,16 5:17
defenses 28:7

31

**defined** 11:19 13:2 22:16,17
**delay** 17:6 22:24
**delayed** 17:9,15
**deliberately** 19:18
**demand** 9:3
**dental** 12:20 22:14,15
**deny** 14:22
**department** 17:4
**deprived** 15:25 16:2
**derailed** 17:9
**Description** 3:11
**detailed** 22:23 28:10
**determined** 25:12
**DFR** 18:20
**differences** 7:24
**different** 6:21
**difficulty** 8:20
**diligently** 18:16
**directed** 19:4
**directly** 18:1 23:22 26:15
**director** 16:9 19:4
**directors** 15:9 19:12,14 21:10,14
**disability** 10:17,18 11:1,25 12:2
    12:4,8 13:17 22:12,13
**disbanded** 16:19
**discovery** 5:12
**discrimination** 14:2
**discuss** 7:12
**discussing** 7:13
**discussion** 23:25 28:11
**discussions** 8:22 9:7 24:17 27:9
**dismiss** 5:6,7 6:7,10,11,19,20,21
    7:1 9:22 18:18 23:10 26:24
    28:11
**dismissed** 5:19
**disparately** 17:13
**dispose** 20:10
**disposed** 20:16
**dispositive** 5:13
**disputes** 28:8
**district** 1:1,1,11 7:19 18:17
**DIVISION** 1:2
**document** 22:12
**documents** 20:7
**doing** 11:6 20:4,15
**dole** 15:12
**dollars** 10:24 11:20 13:20 14:4
**domicile** 10:14 15:4 16:20 21:11
**domiciles** 10:22
**done** 21:14 24:25
**down** 18:6
**Drive** 1:14
**drop** 10:17 18:20,22,23 19:9,10
**dropped** 12:14 13:12 18:3
**dropping** 10:19
**drug** 19:22
**dual-rated** 14:17
**dues** 12:10
**during** 10:13 15:12 28:5
**duty** 6:18 15:10,18
**Dymowski** 1:20 4:9,10 29:9

**E**

**E** 29:13,13
**eager** 5:17
**earnings** 13:4
**Ed** 16:21 22:5
**Edwards** 18:15,15
**EEOC** 17:13
**effect** 12:24
**effectively** 24:7
**effort** 8:5
**efforts** 5:23 6:17 7:22 8:15 9:15
**egregious** 21:17
**eight** 4:16 6:7
**either** 9:2 23:6
**Eleventh** 9:25 25:10
**employee** 12:18,21 22:14,16,17
    22:18 23:9

**employer** 5:25
**end** 11:10 13:18 19:1,8
**enemy** 19:11
**engage** 8:19 9:7 25:2
**engaged** 8:14
**enough** 28:10
**enter** 24:10
**entities** 27:13
**equity** 15:23
**ERISA** 12:11 13:17
**ESQ** 1:16,16,20,20
**et** 1:7
**ethical** 16:17
**evaluation** 14:16
**even** 5:8 6:8 22:9 23:24 27:13
    28:22
**Eventually** 13:13
**ever** 14:9
**every** 8:20
**everybody** 24:19 26:3
**everybody's** 24:18
**everything** 14:11 16:23 21:8
    23:4 26:22
**Evidence** 3:10
**exceed** 10:18
**exclude** 15:14
**excuse** 8:24
**Exhibits** 3:8,9
**existence** 17:7
**expect** 5:8
**expedited** 17:9
**expense** 9:18 11:6
**explanation** 6:5 22:23
**explicitly** 22:16
**exposure** 10:24 16:6

**F**

**F** 29:13
**FAA** 11:3,9,23 13:24 14:14
**facility** 14:17
**fact** 18:2 27:3
**facts** 26:24 28:1
**factual** 28:7
**factually** 23:6
**failures** 14:1
**fairly** 26:13
**fairness** 5:21
**faith** 20:17 28:5
**familiar** 5:3
**famous** 15:17
**far** 9:20
**fast-forward** 16:12 18:11
**federal** 11:15
**feel** 27:15
**felony** 13:11
**Ferguson** 2:2 29:18
**few** 23:7
**fiduciary** 22:4
**figured** 13:3
**file** 5:6,12 6:7,9,18,21 17:23
**filed** 4:16 6:21 7:1,2 10:20 11:11
    12:9 13:6 14:2 17:13 22:20
    24:24,25 26:21
**filing** 6:11
**final** 16:18
**finally** 14:11 17:6,10,15 25:10
**financial** 10:24 11:18 16:6
**find** 16:13
**fine** 27:21
**finish** 25:17
**fired** 16:8,9,11
**first** 6:25 7:11,17,21 10:13 22:5
    23:5,7
**fish** 4:17
**five** 10:18 11:1,2,25 12:4,5 13:10
    13:12
**flight** 14:15
**Florida** 1:1,6,15,22 2:3 29:19
**flying** 6:14 8:1

**focus** 26:14 27:7
**following** 4:1
**Force** 10:12
**foreclose** 21:8
**foreclosed** 26:5
**foregoing** 29:14
**formal** 16:9
**forward** 5:20 16:24 17:6 19:3,5
    19:17 21:2,19 24:13 25:15
    27:15
**fought** 14:9
**foul** 12:7
**found** 17:8
**four** 13:18,25,25 14:23
**FPR** 2:1 29:17
**FPR-C** 29:17
**frame** 11:16
**fraud** 13:11
**fraudulent** 13:7
**freezing** 15:13
**from** 5:13 6:21 9:7 10:4 11:24
    24:15,21 26:5 28:15
**front** 25:2 26:17 27:10,14,20
**frustrated** 18:12
**full** 15:23 26:6
**funding** 13:5
**further** 8:19 9:14 29:5
**future** 28:12

**G**

**gave** 8:11 14:23 19:5
**Gayles** 23:8 25:8,11
**general** 16:8,16 20:3 21:24
**gets** 19:25 20:2 27:22
**getting** 6:13 7:23,25 18:12 19:23
    24:16
**GILDA** 2:1 29:17
**give** 8:25 9:2,22 10:5 20:11 24:6
**given** 9:4 15:6 20:8 26:18
**global** 19:7
**go** 5:13 8:13 9:21 24:5,7,20
    25:20
**goes** 18:25 19:4
**going** 4:16 9:23,24 11:10 12:13
    13:18 16:22 17:22 19:10,20
    19:23,24 23:3,20 24:20,20
    26:15,23 27:3,4,4,8 28:19
**Goldberg** 15:17
**good** 4:5,7,9,11 21:10 23:12
    25:25 27:2,10,11 28:5,18
**Gordon** 1:21
**gotten** 16:4
**gphofficialreporter@gmail.com**
    2:4 29:20
**GRACE** 1:16
**granted** 5:2
**grievance** 8:10 15:18,19,21
    16:24 17:5 19:2,3,5,5,17,21
    19:25 20:4,10,15 21:7 25:13
    26:22 28:3
**grievances** 8:9 10:20,23
**group** 10:16 11:16
**guarantee** 9:16 16:23
**guess** 6:4 28:17
**guide** 10:13
**guys** 14:23

**H**

**hac** 5:2 18:16
**half** 12:5 13:20
**handful** 12:15
**happen** 19:23,24
**happened** 13:24 20:6
**happening** 6:2 15:4
**happy** 5:14 9:21,21,22 24:4
**Harbour** 1:14
**hard** 14:9 28:9
**having** 24:15 26:13,22
**headway** 18:1

**hear** 6:5 23:24 24:21 26:17 27:2
**heard** 15:21 17:11 23:15,17
    26:11
**hearing** 29:11
**hearings** 27:19
**held** 4:1 14:24 17:8 28:19
**help** 9:13 19:13
**helpful** 9:15 27:9
**helping** 21:12
**hey** 11:9 17:16 18:5,19
**highlighted** 13:16
**him** 8:17 9:2 19:12 22:8,8 23:17
    23:18
**himself** 28:25
**hire** 18:13
**hired** 10:11 12:11 13:8,13 14:15
    25:18
**hiring** 19:13
**historical** 26:11
**historically** 21:4 26:18
**history** 28:16
**Honestly** 28:1
**Honor** 4:5,7,9,11 6:22 7:15 9:1
    9:13 23:3 24:2,23 27:24 29:2
    29:6,8,9
**HONORABLE** 1:10
**honorably** 10:12
**hopes** 19:15
**hostile** 19:9 22:6
**hour** 17:23 18:18
**hours** 21:22
**hundred** 12:13

**I**

**idea** 4:15
**Identification** 3:10
**ignored** 15:18
**important** 26:17
**incarcerated** 13:12
**incensed** 16:15
**include** 15:2
**increased** 11:23 12:10
**indicted** 13:9,11
**individual** 13:22 19:2
**individually** 20:11
**inflating** 13:4
**information** 15:9 28:1
**inquiry** 14:11 15:7
**inside** 20:7
**institution** 17:2
**instructor** 14:16
**insurance** 12:19,19,20 13:11
    22:15,15
**insurer** 11:21 21:23
**interest** 16:3
**interested** 17:3
**interesting** 23:24
**internal** 15:7 17:1 20:7
**internally** 22:4
**introduce** 5:1
**investigate** 12:12 15:7
**investigation** 15:3,5 16:12
**investigator** 12:12
**involvement** 24:17
**issue** 8:9 23:11
**issues** 5:7,22 7:19 26:15 27:12
**items** 28:11

**J**

**JAG** 16:14
**January** 8:14 21:15
**jihad** 12:8,8
**Jim** 16:16 22:6
**job** 10:2 16:24 18:24 19:13
    25:17
**Josh** 21:22
**Joshua** 1:16 4:5,21
**Jr** 2:2 29:18
**judge** 1:11 23:8 25:8,11,12,20

25:21,23
**July** 18:2,2
**jump-starting** 24:16
**juncture** 20:20 28:10
**just** 5:1,2,23 6:5 7:23 10:5,24 11:23 12:14 14:22 17:22 18:24 19:6 20:14 21:2,3,22 22:19 23:5,7 24:13 26:2,19 27:2,14,20,2 2 28:2,6,21

**K**

**K** 1:10
**Kaiser** 1:17
**Kenny** 19:4
**kept** 19:23 21:12
**kind** 12:24 24:7 25:21
**kinds** 17:1
**KK** 22:11
**knew** 10:16 26:12
**know** 5:1 9:4,20 10:8 12:9,16 13:19 18:7 22:21 24:1,18,23 26:10,13,1 8 27:9,16,19,19 28:17
**knowing** 20:16
**knowingly** 13:3
**known** 14:9 17:7
**knows** 28:14

**L**

**labor** 15:17 20:9
**lack** 18:12
**laid** 23:5 26:20
**larger** 26:15
**last** 8:4,5,6 17:15 18:14,1 5 20:17 21:10,16 22:19 27:24
**later** 6:7 13:9,10 19:14 22:2
**law** 5:8
**Lawrence** 1:4,13 4:11
**lawsuit** 17:17,24,2 5 18:11,20
**lawyer** 28:20
**lawyers** 16:6 19:19
**lead** 25:3
**leading** 11:17 20:18
**learned** 15:8
**least** 27:11
**led** 20:3,14
**legal** 15:10 16:9 17:4 19:5 22:7
**legally** 22:5 23:6
**lengthy** 22:22
**let** 10:24,25 23:7 26:19
**letter** 21:15 22:11
**license** 6:16
**lie** 20:5
**lieu** 26:4
**life** 12:19 22:15
**lifelong** 14:7
**like** 5:15 9:5,13 10:10,16 11:10 11:17,24 13:14 14:10 15:11 15:14 16:4,23 17:9 19:7 21:2 21:12 22:19 23:21 25:19,22 26:3 27:21,21
**likelihood** 8:18
**likely** 15:20
**limited** 26:13
**Line** 3:11,11
**listen** 16:22 17:19 19:9
**literally** 22:1
**litigate** 4:24 6:2 9:9 12:10 24:3
**litigating** 13:16
**litigation** 9:1 23:11
**little** 10:5
**live** 11:11
**LMRDA** 21:17
**loaf** 10:10
**long** 7:16 10:9 18:24 22:13,24
**longtime** 16:20
**look** 5:17 9:5 20:4
**looks** 10:10 11:10
**lose** 9:24 17:18

**lost** 12:7 13:17
**lot** 16:5 17:5 22:22 26:11,14 27:3 28:1
**LTD** 11:20 21:12
**lying** 16:13

**M**

**made** 6:1 7:16 8:2 9:3 17:5
**major** 15:1
**make** 18:9 24:19 26:16,19 27:20 28:18 29:1
**making** 17:19,25 18:16
**Management** 12:2
**Mansukhani** 1:21
**many** 11:1,4 17:15 21:14,22
**Marine** 16:14
**Mark** 16:17 22:6
**Marked** 3:9
**matter** 5:8 18:2 25:9 28:2 29:15
**may** 1:7 4:19 9:23,23 15:25 16:5 18:15 23:3 27:11,12 28:12
**Mayo** 13:13
**MDD** 10:17 21:5
**Meadows** 1:4,13 4:2,11,12 5:16 5:21,25 6:10,13,1 5 7:2,9,18 7:20,24 8:1,8,11,12,15,21 9:10,12 10:3,5,8 23:1,4,13,15 25:7,24 26:4,9,2 0 27:24 28:23 29:2,4
**mean** 5:15 8:18 14:7 18:5 25:17 26:10 27:1 28:14
**mediation** 8:8,19 9:15,17,18,18 9:21 20:2 21:20 24:13,17 25:3 27:8
**medical** 6:16 10:17,18 11:1,7,8 11:10,14 12:19 13:4,11,24 14:9,10,1 2 21:6 22:14
**medicals** 14:23 16:5
**member** 21:10 22:9,18 23:12
**membership** 12:9,10 21:16 26:23
**merit** 5:19
**Miami** 1:2,6,15,2 2 2:3,3 15:4 16:20 21:11 29:19,19
**MICHAEL** 1:10
**middle** 17:20 28:6
**might** 4:13 25:3
**military** 10:12 14:8
**million** 13:20 14:4,5 16:3,4 17:2 17:20
**millions** 10:23
**mind** 6:4
**minute** 18:22
**mom-and-pop** 13:9
**Monday** 5:6
**monetary** 9:6 18:25 20:24 23:23 26:6
**month** 13:10
**months** 17:10 19:14 20:17
**MOORE** 1:10
**more** 11:25 12:4 17:2 25:17 26:11 27:19 28:1
**most** 15:17
**motion** 5:6,7,16 6:7,10,11,19,20 6:21 7:1,18 9:22 18:18 22:20 23:10 26:24
**motions** 5:13
**move** 5:20 10:2 16:24 19:2,5,17 21:18 24:13 25:15 27:15
**moved** 17:6
**moves** 28:11
**much** 12:3,12 17:19 23:5 26:20 27:5 28:8
**mutually** 13:8
**Myers** 16:17 22:6
**myself** 4:12 5:1 13:16

**N**

**named** 10:14

**narrow** 5:9 26:14
**national** 21:11
**necessary** 18:9
**need** 9:9 18:19,25 19:1,6 27:18 27:19
**negotiated** 20:2
**negotiating** 17:20
**never** 7:1 14:23 20:13 28:3
**new** 4:14,14 6:23 10:14,21 15:1 28:1
**next** 15:3 23:11
**nine** 27:25
**nobody** 28:14
**none** 3:12 24:15
**normally** 24:6
**North** 2:3 29:19
**note** 4:4
**nothing** 11:8 27:3
**notice** 20:11
**notified** 20:13
**November** 8:7 11:10
**nowhere** 21:25
**number** 1:3 5:3,22 8:2 9:2
**N.W** 1:17

**O**

**objection** 7:9
**obligation** 5:20 27:15
**obtained** 13:24
**obviously** 26:11 28:14,16
**October** 5:12 19:21 20:1 22:8
**off** 7:15 9:4 23:11
**offer** 14:6
**offered** 14:5 18:7,8 20:23
**office** 11:5,12 15:2 22:1
**officer** 10:12 29:10
**officers** 15:8
**Official** 2:2 29:18
**officially** 15:19
**Okay** 4:13 7:4,10,13 8:4 9:10 22:25 25:6 27:7,15,18 29:3
**old** 10:1 15:11
**once** 20:23 24:10
**one** 6:4,22 7:17,17 8:9 9:2,14,20 9:23,24 10:2,13 11:3 12:16 13:19 14:19 15:16,17 16:11 16:14 21:24 24:8 26:19 27:24
**one-off** 21:6
**only** 12:16 13:19,25 14:18,19 15:16 17:7 21:20 24:23 25:13 25:25
**operate** 6:16
**opinion** 15:10
**opportunity** 8:11 9:8 28:4
**opposite** 27:22
**order** 5:10 6:3 22:5 24:7,11,12 24:24,25
**ordinarily** 4:13
**original** 6:24
**originally** 7:8
**other** 8:11 9:20 10:2 13:10 15:24 16:11,11 17:21 19:6 20:15 21:2 25:3 26:15,20 27:12,13
**others** 17:8 18:13 19:20
**out** 5:21 6:6 11:2,21 12:4,5 13:1 13:3 14:18,24 15:2,12,15 16:13 17:8 19:15,15,20,22,25 20:5,14 21:1,7 22:1,8 23:5 26:20 27:10,12
**outside** 5:3 18:14
**over** 5:22 8:2 10:15,22 12:6 16:6 22:24
**overture** 8:6
**own** 24:16 28:4

**P**

**Page** 3:2,11,11
**paid** 11:21,2 1 13:1
**panel** 15:6

**part** 20:18
**participated** 23:14
**particular** 24:3
**parties** 5:21,24 6:13,17 7:7,11 7:12,16,2 0 8:14 9:9 24:6,24 25:3 27:11
**past** 7:14 21:14
**PASTOR-HERNANDEZ** 2:1 29:17
**pay** 13:19,20 18:25 21:1,2
**payout** 15:23
**payroll** 12:18 13:21
**pending** 7:18
**Pennsylvania** 7:19
**pension** 12:20,21,22,2 5 13:5 15:13 22:15
**people's** 9:17
**perfect** 11:17
**period** 6:12
**periods** 7:16
**perjurious** 16:10
**permanently** 21:7
**personally** 14:4
**perspective** 28:15
**petrified** 15:24
**pick** 10:25
**pilot** 6:1 10:12,14 11:23 12:2,17 12:18,20 14:3,8,8,8,16,16,17 14:18 15:5,13 16:14 17:7 22:13,14,14,16
**pilots** 1:7 4:3,6,22 8:11 10:16,17 10:17 11:1,16,19,2 4 12:3,7,13 13:10,14,23,2 3 14:2,18 15:11 15:14,25,2 5 16:2,4 17:22 18:3 21:2,4,12
**pilot's** 20:10
**place** 6:18
**Plaintiff** 1:5,13 25:7
**plaintiff's** 5:20
**plan** 6:25 11:19,22 12:21 13:2,5 22:12,13
**plans** 15:14
**plus** 12:6,13 16:3,4
**point** 5:9,14 9:8 18:10 23:24,25 26:19,20 28:17 29:2
**points** 23:7
**portable** 25:19
**position** 5:16 6:14 8:22,23 17:10
**possibility** 9:18 21:21 25:16
**power** 16:23 17:3
**precludes** 24:15
**prejudgment** 16:3
**prepared** 5:5,10,11,1 2 24:3 25:2
**prepetition** 25:15
**preserved** 25:14
**presidency** 10:15
**president** 10:15 15:3 16:18,21 16:22 18:5 21:13,25
**presidents** 23:17
**pretty** 27:5
**prevail** 15:20
**prior** 20:16
**privileges** 25:24 26:2
**pro** 1:13 4:12 5:2 18:16 28:17,21 28:25
**probably** 16:3 27:16
**problem** 12:11
**proceeding** 28:17,21
**proceedings** 4:1 19:18 29:15
**process** 25:3
**professed** 12:8
**profession** 14:7
**Program** 12:2
**progress** 17:5,19 18:12
**progressing** 17:25
**promise** 14:25
**properly** 13:5
**proposed** 24:7,10,25
**prosecute** 10:23

prosecuted 28:3
protecting 17:3
protesting 10:21
proven 13:7
provides 22:11
provision 24:12
purely 21:7
pursuant 24:24
pushed 11:15
put 15:4 17:17
putting 6:17
P.L.L.C 1:17
p.m 4:1 29:11

**Q**

question 6:4 7:23,25 10:8 23:24
questions 9:12
quo 22:19
quote 23:10

**R**

R 29:13
radio 12:14
Railway 20:9
rather 7:2
reached 8:13
reaching 5:23
ready 4:24 6:2 21:18
realistic 5:11
reality 23:19
realized 12:12
really 10:10 14:9 15:24 20:21
   23:16 28:8,9,10
reason 7:10,17
reasoned 15:17
reasons 8:13
rebuts 25:7
recalled 19:14
receive 12:18 22:13,14
Received 3:9
recommended 16:15
reconvened 16:15
redound 8:12
reemployment 14:3,6
Rees 1:21
reevaluated 13:14
refused 13:14
regained 6:15
regard 25:11
regarding 8:9
regular 24:14
regulatory 11:2
rehabilitated 14:13
reinstate 17:14
reinstated 12:23 13:20 15:20
   18:22,24 21:3,5
reinstatement 8:12,23 19:15
   23:16 26:4
reinstating 18:13
rejected 14:6
related 16:9 19:18
relationship 22:7
relied 5:23
relief 8:25 9:1
reluctant 10:22
removed 12:24
reopen 4:24 5:17 22:20 24:2,5
reopened 5:18
rep 16:20
report 11:18 16:18,19 25:1
REPORTED 2:1
Reporter 2:2 29:18
Reporter's 3:4
represent 18:14 19:11
representation 15:11 19:10
   20:18
representational 14:1
representative 15:5
representing 21:23

represents 28:25
requalified 11:4
request 7:6,9 8:9 17:7
requiring 24:13
resistance 17:1
resolution 25:4,13,16
resolve 5:7,22 6:13 7:22 9:8
   27:16
resolved 7:21
resolving 7:24
resources 20:22
respect 26:16
respond 6:19 7:2 23:4
responded 6:10
responds 28:13
response 5:5 18:19
result 20:24
resulted 8:10 26:6
retirement 11:24
retroactive 13:20
return 11:1 14:7,19,22 15:2 18:9
returned 13:25 14:20,24
reversed 12:24
reviewed 13:10 27:25
reviewer 13:8
right 9:10,23 11:11 14:3,5,19
   17:15,18 20:11,12 21:10,13
   23:2 24:1,9 25:6,9 29:5
rightful 13:3
rise 29:10
risk 28:24
room 7:23,25
rotten 22:4
RPR 2:1 29:17
ruled 7:1
ruling 9:23 25:11
run 17:3
RYBAK 1:16

**S**

salt 17:17 21:9
same 4:8,10 27:13 28:2,19
Sarbanes-Oxley 13:5,6
sat 19:18
save 12:3
saving 12:1
Savings 12:2
says 16:22 18:19
scheduled 19:21 20:1
scheduling 5:10 18:3,4 24:7,11
   24:12,25
scheme 12:1
scope 17:20
Scully 1:21
se 1:13 4:12 28:17,21,25
second 1:21 6:25 7:17
secret 15:10 20:8
SECURITY 29:10
see 7:21 28:13,14
send 13:14
sends 20:7
senior 25:20,20,23
seniority 10:19 15:21,22 25:19
   25:24
sent 21:15
September 21:25
serve 17:23
service 12:20,25 14:24 17:8
serving 10:11
set 5:5
settled 20:14
settlement 7:12,14 8:10,13,16,22
   9:5,6 14:5 17:21 19:7 20:3,8
   20:19,25 21:3,4,19 23:23
   24:16 27:9
settlements 14:3
seven 7:14 10:1
several 20:6,17
severely 5:9

share 8:16 15:23
sheriff 4:14,14
Shiffrin 1:16 4:5,6,19,21,2 1 6:9
   6:22 7:5,8,11,1 5 8:5,7,20
   21:22 23:3 24:9,23 25:8 26:19
   27:6 28:6 29:6
showed 11:18
shuttered 13:12
Sicher 16:13,21 17:16 18:12,19
   19:25 22:1 26:22
Sicher's 19:16 22:5
sick 12:8
side 9:23,24
sign 14:25
silent 12:14
similar 7:19 15:25
since 6:6 14:14
sir 9:12 25:6 27:23
sit 10:25 17:23 21:11
sitting 19:3 27:2
six 10:12 18:18 21:1
slow 18:6
some 16:12 17:10 19:1 23:24
   26:18 28:7
somebody 27:21 28:25
Someone 20:6,7
something 8:24,25
Song 19:22
sorry 18:6 22:21
Southeast 1:21
SOUTHERN 1:1
spare 11:6
speak 8:21 12:25 13:21 14:13
   21:9,13
special 28:20,21
specific 9:12 26:16 27:5
specificity 28:9
spend 20:22
spent 21:22
square 24:8
staff 15:8
Stakes 19:22
stale 10:10
stand 12:17 21:1,18 27:25
standards 28:19
standing 21:11 23:12
stands 24:1 28:4
start 25:21
started 12:15
States 1:1,11 2:2 4:2 29:18
status 1:10 21:5 22:19 26:23
statutory 20:12
stay 6:12,18 7:11,16 11:12,24
   18:21
stayed 7:4,5,6,8,1 0 10:9 27:3
stays 27:20
STENOGRAPHICALLY 2:1
Stephen 15:16
stepped 28:6
sticking 8:25
still 20:15,18 27:25 28:4
stock 15:13
stood 26:25
storm 11:18
Street 1:17,21
structures 17:3
stuff 12:23 19:19 20:5
subject 9:6
submitted 5:10 11:14 16:10,18
success 8:3
successful 9:16,19
sue 17:15,18 18:15,15
sued 13:25 14:1
Suffice 23:4
suggested 7:20
suggesting 28:22
suing 12:15 23:20
Suite 1:18,22 2:3 29:19
Sunset 1:14

support 16:10
sure 8:21 10:7 24:19 27:20
   28:12
sweatshop 13:9
system 18:3

**T**

T 29:13,13
table 3:1 9:4 23:11
take 9:24 27:18
taken 29:2
taking 22:23
talking 16:4 21:23
teleconference 21:24
tell 8:6
tens 10:23
Term 22:13
terminate 16:15 22:6
terminated 12:6,17,2 2 22:18
   25:12
terminating 12:3 13:3 15:13
   21:16
terms 27:8,11
test 14:15
Texas 13:11
Thank 23:1 25:5 26:9 29:4,6,7,8
   29:9
their 6:17 11:18 13:24 14:1,3,23
   15:7,10,1 8 16:5,8,8,9 17:3
   18:3 20:18 21:6
they'd 20:15
thing 24:23
things 6:23 9:13 10:25 25:7 27:4
think 4:17 5:11,19 6:12 7:8 9:6,9
   9:14 17:22 20:1 22:22 23:15
   24:25 25:1 26:17 27:2 28:11
   28:24
third-party 13:8
thoroughly 27:25
threatened 19:12,13
threatening 19:9
three 10:20 12:5 14:2 17:8,21
   18:13 19:13,20 21:2,2
through 8:15 9:21 14:10 20:23
   21:20
thrown 19:15 22:1
tight 17:23
time 4:17 5:4 6:13,15,1 8 9:17
   11:16 13:2 18:10 20:22
timely 6:8 28:3
times 20:6 21:14
today 12:17,25 14:13 18:21 21:1
   21:18 26:11 27:18
together 24:6
told 11:9 13:17 18:22
tossed 19:25
totally 25:9
touch 23:7
touching 7:19
town 4:14
track 24:14
transcription 29:15
treat 19:11
treated 15:18,19 26:3
treating 17:12
tried 16:7 19:17 28:7
Trigo 1:20 4:7,7 21:23 28:6 29:8
trips 18:3
Trish 19:4
true 25:9
try 5:22 9:21 22:5 28:5
trying 6:13 12:2 15:10
turns 20:5
two 5:24 6:23 7:16 15:5 16:11
   16:16 20:16 22:1,19 23:17
   25:7
type 9:6
typically 24:12

**U**

ultimately 8:10
under 20:9 22:10,12,16
underfunded 11:19
understand 4:23 10:9 26:8
    28:16
understood 10:3 24:19 27:6
    28:23
unilaterally 12:6
union 12:7,11 15:4 18:8,20,23
    19:11 20:9 21:13 23:17
unions 10:20,22
United 1:1,11 2:2 4:2 29:18
unlawful 21:17
until 11:7 17:23
updated 24:7
upholding 25:11
used 13:7
U.S 29:18

**V**

value 20:10
valued 14:5
versus 4:3
very 5:9 13:21 19:19
vice 5:2 18:16
violation 10:19 21:17
violations 16:17
voted 15:2
vs 1:6

**W**

wages 12:19 22:14
waited 17:23
waiting 6:7
waive 14:5
waived 14:19 20:8
waiving 14:3
want 4:18 6:5,20 8:19 9:10,17
    10:1 17:16,19 18:24 20:21
    25:17 27:15,16 28:8
wanted 14:7 21:9 24:18,21
wants 8:22 23:16
War 10:13
warrants 22:22
Washington 1:18
wasn't 18:9 21:4
waste 9:17
way 9:20 10:2 22:3 27:10
week 5:2 21:10,16 22:19 23:11
weeks 20:16 22:1
welcome 21:19
well 6:22 7:15 8:21 9:14 12:11
    19:1 24:5 26:2 27:1
went 12:14,23 19:15 21:25 23:18
were 4:1,24 5:8 6:13,17,24 7:16
    8:15 10:22 11:21,21 13:1,3,10
    15:6,9,22 17:8 19:19 23:17,18
    24:2,20,20
weren't 8:16 13:25
Western 7:19
we'll 20:4 23:10 24:10,21 28:12
    28:14
we're 4:16 5:5,10,11,12,17,17
    6:2,2 9:7 16:3 24:2
while 6:12
whistleblower 11:15 13:6
whole 18:2
wholeheartedly 21:19
Wilkie 2:2 29:18
willing 9:7 18:9 20:21,24 21:20
win 9:24
window 19:16
wine 27:21
withholding 15:9
won 13:18 15:16
work 25:1 26:1
worked 18:15

working 5:21,24 11:9 14:16,17
worry 14:25
worth 17:2
wouldn't 14:22,22 17:14
wound 17:17 21:9
writing 19:7 21:12
written 21:6
wrong 9:23
W-2 12:18 22:13

**Y**

yeah 6:9 19:4 20:3 25:16
year 8:14 17:15 18:15
years 4:16 5:3,22 6:7 7:14 8:2
    10:1,12,18,2 2 11:1,2,4,25
    12:4,5,5 13:12,18 14:10 16:6
    17:15 19:3 21:1,2,16
York 10:14,21

**Z**

zero 20:10

**$**

$1.1 14:5 15:12
$100,000 16:3
$148,000 15:23
$24 16:3
$35 16:4
$38 17:20
$85 17:2

**#**

#2112 1:14

**1**

1,200 15:15
1.1 14:4
1.5 14:4
10 11:2
10-K 11:18
100 1:21 12:6
1000 1:18
11th 17:23 18:18
12 19:3
12th 20:1
12-year 17:6
12-2 2:3 29:19
1211 15:21 19:2,3 20:4,15 25:13
1212 8:10 17:5 25:13 26:23
13-year 17:6
13-1 1:5
15 11:2 14:10
15th 1:17
16.1 25:1 28:5
17-22589-CIV-MOORE 1:3
1900 1:14
1991 10:11

**2**

2.5 11:19
2:25 4:1
20 17:9
20005 1:18
2004 22:12
2007 11:16
2011 11:16
2013 13:23 15:22
2016 11:5 14:6
2017 4:16 6:6,10
2018 6:15 11:9 14:14,2 1 26:22
    26:25
2019 17:13
202-842-2600 1:19
2022 16:20 18:2
2024 8:7
2025 1:7
240 15:24 16:2
241 13:23 15:14

25 11:2
29 3:4

**3**

3.2 11:19
3:00 29:11
305-428-5300 1:23
305.523.5118 2:3 29:19
33128 2:3 29:19
33131 1:22
33139 1:15
34 21:16
3900 1:22

**4**

400 2:3 29:19

**5**

53 14:6
59 13:24

**6**

60 11:24
65 11:24

**7**

7th 24:24
777 14:16 25:18
787 14:16

**8**

8 1:7
805 1:17