Lawrence M. Meadows, Plaintiff
1900 Sunset Harbour Dr., #2112
Miami Beach, FL 33139
Phone: 516-982-7718
lawrencemeadows@yahoo.com

FILED BY MCO D.C.

OCT 01 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# IN THE UNITED STATES DISTRICT COURT

# FLORIDA SOUTHERN DISTRICT

| | |
|---|---|
| **LAWRENCE M. MEADOWS,** <br><br> *Plaintiff,* <br><br> v. <br><br> **ALLIED PILOTS ASSOCIATION, et al.** <br> *a Texas Labor Association,* <br><br> *Defendant.* | NOTICE RE: PENDING JOINT MOTION TO EXTEND DISCOVERY DEADLINES FILED (9/4/2025) <br><br><br><br> Case No: 1:17-cv-22589-EA <br><br> **Honorable Judge Ed Artau** |

### NOTICE RE: PENDING JOINT MOTION TO
### EXTEND DISCOVERY DEADLINES FILED (9/4/2025)

The parties' Joint Motion To Modify Scheduling Order to extend all discovery deadlines six months (Doc 89), remains unopposed and unresolved. See also Order denying dismissal as untimely due to Defendant's delay (Doc 91). Finally, despite mutual agreement by the parties to extend deadlines, Plaintiff is concerned that when Judge Moore reassigned the case on September 18th, he "ORDERED all deadlines will REMAIN IN EFFECT unless altered by District Judge Edward L. Artau." (Doc 92). Hence this filing.

1

Therefore, absent an order on the above referenced motion for Judge Artau, fact discovery ends October 22nd, requiring service of subpoenas to commence tomorrow for depositions by the cutoff date. Plaintiff conferred with Defendant's counsel on September 30th via email and phone, but he declined to join this filing.

Dated: this 1st day of October 2025;                    Respectfully submitted,

*/s/ L. M. Meadows*

Lawrence M. Meadows, Plaintiff
1900 Sunset Harbour Dr., #2112
Miami Beach, FL 33139
Phone: 516-982-7718
lawrencemeadows@yahoo.com

## CERTIFICATE OF SERVICE

**I, Lawrence M. Meadows, Pro Se Plaintiff, hereby certify,** that a true and correct copy of the foregoing was served via E-mail and U.S. Mail on October 1, 2025 on all counsel or parties of record on the Service List below.

*L. M. Meadows*
Signature of Filer

## SERVICE LIST

**Capri Trigo**
Gordon & Rees LLP
100 SE Second Street
Suite 3900
Miami, FL 33131
305-428-5323
Email: ctrigo@gordonrees.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Joshua B. Shiffrin**
**Grace Rybak**
Bredhoff & Kaiser, P.L.L.C.
805 15th Street N.W.
Suite 1000
Washington, D.C. 20005
202-842-2600
jshiffrin@bredhoff.com
grybak@bredhoff.vom
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Counsel for Defendant – Allied Pilots Association**

3