UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**LAWRENCE MEADOWS,**

    Plaintiff,

v.

**ALLIED PILOTS ASSOCIATION,** *et al.*,

    Defendants.

_____/

CASE NO. 1:17-CV-22589-EA

### DECLARATION OF JAMES CLARK

I, JAMES CLARK, hereby declare and state as follows:

1. I am a resident of New York. I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am an attorney. I serve as the Senior Director of Legal Affairs for the Allied Pilots Association ("APA"), which is the equivalent of an in-house counsel role. In that capacity, I oversee the in-house Legal staff and provide legal advice and representation to APA officers, Board members, and committee members.

3. The APA serves as the certified collective bargaining agent for the approximately 15,000 pilots of American Airlines. As the exclusive bargaining representative, the APA negotiates collective bargaining agreements with American Airlines, and it enforces those agreements through a contractual grievance and arbitration process.

4. Sue Edwards is an attorney that has been retained by APA as outside counsel to handle a variety of matters. Among other matters, APA has retained Ms. Edwards to provide legal advice

and representation as to the resolution of Grievance 23-31. Ms. Edwards was first tasked with handling Grievance 23-31 in 2023.

5. Mark Myers is an attorney who serves as the Director of Pilot Negotiations and Contract Administration, an in-house role at APA. In that capacity, he provides legal advice and representation to APA officers, Board members, and committee members.

6. Tricia Kennedy is an attorney who serves as the Director of Grievances and Dispute Resolution, an in-house role at APA. In that capacity, she provides legal advice and representation to APA officers, Board members, and committee members.

7. Nick Silva is the current President of APA. He assumed that role in October 2024. As President, he confers with APA in-house and outside counsel for the purpose of seeking legal advice.

8. Tom Rempfer is an APA member, and a former chair of the Dropped Reinstatement Ad-Hoc Committee ("NDRC") at APA. The Dropped Reinstatement Ad-Hoc Committee was established in 2022 and sunsetted in 2024. In his role as a committee chair, he conferred with APA in-house and outside counsel for the purpose of seeking legal advice.

9. Jay Wilhem is the current Miami Base Chairman at APA, having taken office in November 2024. In his role as MIA base Chair, he confers with APA in-house and outside counsel for the purpose of seeking legal advice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 10, 2025

_____
James Clark