# Exhibit 2

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Lawrence Meadows <br> *Plaintiff* <br> v. <br> Allied Pilots Asslociation <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 1:17-cv-22589-EA |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: James P. Clark, Esq., Allied Pilots Assocaition
14600 Trinity Blvd., Suite 500, Fort Worth, TX 76155

*(Name of person to whom this subpoena is directed)*

☑ Testimony: YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Esquire Deposition Solutions, 3838 Oak Lawn Ave, Dallas, TX 75219 (or other location as counsel designates w/ 24hr. email notiice) | Date and Time: 10/29/2025 1:00 pm |
|---|---|

The deposition will be recorded by this method: 4hrs - Oral, stenographic transcribed, video record, Zoom Ov

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:
Deposition Will Last 4 Hours.
Appear for oral deposition with your personal cell phone (and any laptop) used between 2017-present for APA or Meadows-related communications. Do not delete, wipe, or alter any data-bring device unlocked. Addtionally bring documents and records listed in Exhibit A (See Attached).

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/03/2025

Angela E. Noble
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*                              OR                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Lawrence Meadows _____, who issues or requests this subpoena, are:
Lawrence Meadows
1900 Sunset Harbour Dr. 2112, Miami Beach, FL 33139, 516-982-7718, lawrencemeadows@yahoo.com

Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:17-cv-22589-EA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____40.00_____ for travel and $ _____23.00_____ for services, for a total of $ _____63.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                            *Server's signature*

                            _____
                                          *Printed name and title*

                            _____
                                              *Server's address*

Additional information regarding attempted service, etc.:

## Exhibit A

James Clark, Esq. is hereby commanded to bring and produce, in Bates-numbered format, the following records.

1. Every meeting note, email, text, or memo July (2016 – July 2019) from your secret sessions with Dan Carey, George Buckley, and Meadows where you were briefed on MDD abandonment, Babb-Dennison fraudulent legal opinion, Myers cover-ups and misrepresentations, any references or acknowledgment by you or Buckley that Meadows had a strong retaliation claim.

2. All note, email, text, or memos related to your February 2019 meeting with Lucretia Guia after Carey sent you across the street, and her refusal to provide a letter denying Meadows reinstatement and RTW request, and her comment that, "Meadows isn't coming back under any circumstances whatsoever.", as you relayed back to Carey, who in turn relayed to Meadows.

3. Any internal APA note, email, text, or memos justifying zero leverage and Carey's promises to not sign any CBA or 73 Max agreement that didn't include the return of Meadows or other MDDs.

4. March 2019 BOD Meeting Packet, audio/video transcript, or minutes, notes, emails, showing Carey admitted to the BOD; "Larry Meadows attained his FAA Class 1 in January and is the first pilot to my knowledge to be denied a return to active status from MDD."

3. Full transcript, audio, Slack, emails, memos, notes, report, related to January 2020 REDDI Committee interview of Mark Myers and you, where you doubled-down on Myers' lie about existence of Babb-Dennison legal opinion letter, and Ferguson's efforts to protect the institution and bury REDDI's report and recommendation to terminate you and Myers for unethical conduct.

4. Every check, wire, invoice, and contract between you and APA proving your approximately $55,000/month retainer (2022–2025), which Sicher swears you'll do anything to keep.

5. Every email, text, telegram message, note, memo, or phone logs between you and BOD Officers and APA Attorneys showing your involvement in any or all attempts to recall President Sicher.

5. All drafts, redlines, emails, texts with Myers, Kennedy, Silva, Edwards post-June 13, 2024 where you blocked scheduling G12-011 arbitration hearing, and fed Edwards the closed with zero-value since 2013 lie, or drafted the January 15 2025, G23-031 Settlement language excluding Meadows.

6. Final Copy of January 15, 2025 G12-012/23-031 Settlement Agreement and all associated exhibits, and identify all APA attorneys who had a hand in advising and drafting it.

7. Minutes, notes, or audio from the January 22, 2025 call between Meadows, you, and Silva, and subsequent call between you and Meadows, where up mislead Meadows giving "rays of

1

hope" that you would discuss with Silva moving G12/011 to arbitration, despite knowing APA falsely asserted it was closed in the January 15 2025, G23-031 Settlement language.

7. Your verbatim lie in the February 7, 2025 letter: "we advocated for you" and that G12-11 closed since 2013. Attach the March counter-letter I sent you that you ignored, plus every internal reply admitting the bankruptcy proof of claim and 2013 American bankruptcy pleading prove 12-12 applied to me.

8. Minutes, notes, or audio recording and associated emails and texts between you, Silva, APA attorneys, and the BOD, giving rise to the May 1, 2025 letter where stripped Meadows of his APA member in good standing status, just two days after he filed a motion to reopen his DFR suit, show any directives to deny his speech to the BOD, locking him out of the virtual union hall and the APA website altogether.

9. To the extent privilege is claimed on anything above, provide a privilege log showing, date, sender, recipient, topic, and exact privilege claimed.

**If you fail to appear or produce, you may be held in contempt, and be subject to sanctions. and penalties under Fed. R. Civ. P. 45(g).**