UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**LAWRENCE MEADOWS,**

    Plaintiff,　　　　　　　　　　　　　　**CASE NO. 1:17-CV-22589-EA**

v.

**ALLIED PILOTS ASSOCIATION,** *et al.***,**

    Defendants.

_____/

**JOINT SUBMISSION OF PROPOSED SCHEDULING ORDER AND PROPOSED MEDIATION ORDER**

Plaintiff Lawrence Meadows and Defendant Allied Pilots Association hereby jointly submit the attached proposed scheduling order and proposed mediation order pursuant to the Court's October 14, 2025 order [ECF No. 105].

Dated: October 20, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Lawrence Meadows*
　　　　　　　　　　　　　　　　　　　Lawrence Meadows
　　　　　　　　　　　　　　　　　　　1900 Sunset Harbour Dr. #2112
　　　　　　　　　　　　　　　　　　　Miami Beach, FL 33139
　　　　　　　　　　　　　　　　　　　(516) 982-7718
　　　　　　　　　　　　　　　　　　　Fax: (435) 604-7850

　　　　　　　　　　　　　　　　　　　*Pro Se Plaintiff*


　　　　　　　　　　　　　　　　　　　*/s/Joshua B. Shiffrin*
　　　　　　　　　　　　　　　　　　　Joshua B. Shiffrin*
　　　　　　　　　　　　　　　　　　　Grace Rybak*
　　　　　　　　　　　　　　　　　　　BREDHOFF & KAISER PLLC
　　　　　　　　　　　　　　　　　　　805 15th Street NW, Suite 1000
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　(202) 842-2600
　　　　　　　　　　　　　　　　　　　jshiffrin@bredhoff.com
　　　　　　　　　　　　　　　　　　　grybak@bredhoff.com

*Admitted *Pro Hac Vice*

By: */s/ Capri Trigo*
**CAPRI TRIGO, ESQ.**
Florida Bar No. 28564
Andrew J. Dymowski (Fl. Bar No. 1058209)
GORDON REES SCULLY MANSUKHANI
100 S.E. Second Street, Suite 3900
Miami, FL 33131
(305) 428-5300
ctrigo@grsm.com
ddymowski@grsm.com

*Counsel for Defendant Allied Pilots Association*