**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:17-CV-22589-EA

LAWRENCE MEADOWS,

    Plaintiff,

v.

ALLIED PILOTS ASSOCIATION, *et al.*,

    Defendants.

_____/

**ORDER ON DISCOVERY ISSUES**

    **THIS CAUSE** is before the Court after the discovery hearing held on January 7, 2026, where the Court addressed Plaintiff's Notice of Issues. Upon consideration of the parties' arguments and being otherwise duly advised in the premises, it is hereby **ORDERED and ADJUDGED** as follows:

    1.    Plaintiff's request to quash the two third-party subpoenas that Defendant Allied Pilots Association ("APA") served on Plaintiff's current or former employers is **DENIED.**

    2.    By January 9, 2026, APA will (1) complete production of documents in response to Plaintiff's requests for documents served on October 31, 2025, and November 17, 2025; (2) produce documents in a searchable format; and (3) produce metadata reflecting how the documents were kept in the ordinary course of business.

    3.    Plaintiff will identify with specificity his objections to APA's responses to Plaintiff's interrogatories, and the parties will confer to attempt to resolve those objections.

    4.    At the deposition of Mark Myers on January 21, 2026, Plaintiff may question Mr. Myers in his personal capacity on the first and second topics (the pilot disability and nurse case-management cost savings reports and the 2013 equity distribution proceedings) identified in

Plaintiff's letter to APA dated January 6, 2026. Plaintiff may not question Mr. Myers on those topics in his capacity as a representative of APA under Federal Rule of Civil Procedure 30(b)(6). Plaintiff's questioning of Mr. Myers on the fourth topic (the *Emery v. APA* litigation) will be limited to questions about Mr. Myers' own testimony in that litigation and the opinion issued by the court. With respect to all five topics, if Mr. Myers declines to answer questions on privilege grounds, Plaintiff may create a record to preserve his positions.

5.   Plaintiff's request to strike APA's rebuttal expert is **DENIED**. APA will provide the rebuttal expert's report to Plaintiff on or before January 15, 2026.

6.   Plaintiff's request to compel APA to provide him with contact information for APA's rebuttal expert is **DENIED**. Counsel for APA will accept service on behalf of APA's rebuttal expert, and Plaintiff's deposition of the rebuttal expert will take place on January 27, 2026.

7.   The parties will continue to confer on a mutually acceptable date for mediation.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 13th day of January 2025.

_____
**LISETTE M. REID**
**UNITED STATES MAGISTRATE JUDGE**

cc:   All counsel of record