**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:17-cv-22589-EA**

**Lawrence Meadows,**

      Plaintiff,

v.

**Allied Pilots Association, et al.,**

      Defendant(s).

_____/

## ORDER REFERRING CERTAIN MATTERS TO THE MAGISTRATE JUDGE

This cause comes before the Court upon sua sponte review of the record. Pursuant to 28 U.S.C. § 636, Federal Rule of Civil Procedure 72, and the Magistrate Rules of the Local Rules of the Southern District of Florida it is **ORDERED AND ADJUDGED**:

1. All non-dispositive matters shall be referred to Magistrate Judge Lisette M. Reid for disposition.

2. All dispositive matters shall be referred to Magistrate Judge Lisette M. Reid for a report and recommendation.

3. All pretrial discovery matters remain referred to Magistrate Judge Lisette M. Reid for disposition.

**ORDERED** in Chambers in West Palm Beach, Florida, this 15th day of January 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Lawrence Meadows**
1900 Sunset Harbour Dr. #2112

Miami Beach, FL 33139
Email: Lawrencemeadows@yahoo.com
PRO SE

**Capri Trigo**
Gordon & Rees LLP
100 SE Second Street
Suite 3900
MIami, FL 33131
305-428-5323
Fax: 877-644-6207
Email: ctrigo@gordonrees.com

**Grace Rybak**
Bredhoff & Kaiser, P.L.L.C.
805 15th Street N.W., Suite 1000
Washington, DC 20005
(202) 842-2600
Email: grybak@bredhoff.com

**John M. Pellettieri**
Bredhoff & Kaiser, P.L.L.C.
805 15th Street N.W., Suite 1000
Washington, DC 20005
(202) 842-2600
Email: jpellettieri@bredhoff.com

**Joshua B. Shiffrin**
Bredhoff & Kaiser, P.L.L.C.
805 15th Street N.W., Suite 1000
Washington, DC 20005
(202) 842-2600
Email: jshiffrin@bredhoff.com

2