UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-CV-22589-EA

LAWRENCE MEADOWS,

    Plaintiff,

v.

ALLIED PILOTS ASSOCIATION, *et al.*,

    Defendants.

_____/

### ORDER ON DISCOVERY ISSUES

**THIS CAUSE** is before the Court after the discovery hearing held on January 23, 2026, where the Court addressed Plaintiff's Notice of Issues and Defendant's Notice of Issues. Upon consideration of the parties' arguments and being otherwise duly advised in the premises, it is hereby **ORDERED and ADJUDGED** as follows:

1. Plaintiff's request that Defendant Allied Pilots Association ("APA") accept service of a deposition subpoena directed to Dan Carey ("Mr. Carey") on his behalf is **DENIED**. Mr. Carey is APA's former president over whom APA does not exercise control. Further, Mr. Carey has expressed he does not want to be represented by APA and will seek his own representation.

2. APA's request to quash the subpoena Plaintiff served on APA's current president, Nick Silva, is **GRANTED**. If Plaintiff wants more information regarding APA's rebuttal expert's report, then Plaintiff must ask those questions to the expert during the expert's deposition.

3. Regarding the note passing that occurred between APA's attorney and APA's representative, Mr. Myers, at Plaintiff's deposition, the Court finds the conduct does

not violate the Federal Rules of Civil Procedure or the Florida Rules of Professional Conduct.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 5th day of February 2026.

_____
**LISETTE M. REID**
**UNITED STATES MAGISTRATE JUDGE**

cc:   All counsel of record