**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Lawrence Meadows,

      Plaintiff,                                   Case No.: 1:17-cv-22589-EA

v.

Allied Pilots Association, et al.,

      Defendants.
_____/

## <u>MEDIATION REPORT</u>

The undersigned court-appointed certified Mediator reports to the court as follows:

    A.  A mediation conference was conducted on <u>February 11, 2026.</u>

    B.  The mediation conference resulted in the following:
    ☐  The matter was settled in full.
    ☐  The matter was settled in part.
    ☒  The matter did not settle.

Dated: February 12, 2026

                        Respectfully Submitted:

                    /s/ *Lori Adelson*
                    By: LORI ADELSON
                    **APPROVED DISPUTE RESOLUTION**
                    Florida Bar No.: 0196428
                    ME No.: 31951 R
                    Office: (954) 532-2329
                    Email: Lori@approvedADR.com
                    Secondary Email: CaseManager@ApprovedADR.com
                    2335 E. Atlantic Blvd. Suite 200
                    Pompano Beach, Florida 33062