UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**LAWRENCE MEADOWS,**

    Plaintiff,

v.

**ALLIED PILOTS ASSOCIATION,**
*et al.*

    Defendants.

CASE NO. 17-CV-22589-EA

## SUPPLEMENTAL DECLARATION OF MARK MYERS

I, MARK MYERS, hereby declare and state as follows:

1. I am a resident of Texas. I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

2. I submit this declaration upon personal knowledge and upon review of relevant documents maintained by the Defendant Allied Pilots Association ("APA").

3. I am an in-house attorney for APA. I have been employed in that position continuously since 2008. In my position, I am familiar with the policies and procedures used by APA to preserve information for potential litigation, both generally and related to this litigation.

4. On September 20, 2013, in anticipation of potential litigation by Plaintiff, the legal department distributed a memorandum informing likely custodians of their "obligation to preserve all documents that relate in any way to FO Meadows." A true and correct copy of that memorandum is attached to this declaration as Exhibit A.

5. The APA legal department sent the document preservation memorandum to individuals employed by APA whom the legal department identified as likely custodians of information and documents related to Mr. Meadows' anticipated claims.

6. On August 18, 2017, shortly after Plaintiff filed his complaint in this case, the 2013 memorandum was redistributed to likely custodians by email. A true and correct copy of that email is attached to this declaration as Exhibit B. The memorandum was again redistributed by email on November 17, 2017 (Exhibit C), March 2, 2018 (Exhibit D), and August 1, 2019 (Exhibit E).

7. The APA legal department circulated an additional document preservation memorandum on March 31, 2025 (Exhibit F), after the stay was lifted in this case.

8. Ed Sicher was President of APA from July 1, 2022, through October 7, 2024, when he was recalled by the Board of Directors. Prior to serving as President, Mr. Sicher served as a domicile representative. APA national officers, domicile representatives, and committee members are APA members either elected or appointed to various union positions.

9. Pat Clark was elected as APA's Secretary-Treasurer in 2019 and took office on July 1, 2019. Mr. Clark remained in that position through June 30, 2025. He has not held any office or position with APA since June 30, 2025. APA is not aware of a connection between Plaintiff's claims in this case and Pat Clark that would have led APA to conclude Mr. Clark was a likely custodian of relevant information or documents in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: February 18, 2026

_____
Mark Myers

# EXHIBIT A

**ALLIED PILOTS ASSOCIATION**
Representing the pilots of American Airlines

O'Connell Building • 14600 Trinity Boulevard, Suite 500 • Fort Worth, TX 76155-2512 • 817.302.2272 • www.alliedpilots.org

## MEMORANDUM

## ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL – DO NOT FORWARD

TO: CA Keith Wilson, FO Neil Roghair, FO Pam Torell, FO Scott Shankland, CA Mark Stephens, CA Michael Mellerski, CA Doug Pinion, FO David Quinlan, CA Rusty McDaniel, CA David Bates, CA Lloyd Hill, CA Tom Westbrook, CA Bill Haug, CA Ivan Rivera, FO Thomas Copeland, Amie Aronhalt, James & Hoffman, Equity Distribution Committee, APA Benefits Department and APA Legal Department

FROM: Chuck Hairston, Attorney

DATE: September 20, 2013

RE: **Litigation Related to Potential Litigation by First Officer Lawrence Meadows**

Allied Pilots Association ("APA") has been advised of a potential lawsuit by First Officer Lawrence Meadows. This memorandum addresses **your obligation to preserve all documents that relate in any way to FO Meadows.**

**The preservation obligations described in this memorandum are extremely important, and failure to comply may result in severe sanctions against the APA. Please read this memorandum carefully.**

In light of the pending and potential proceedings and litigation described above, **you are directed to retain and preserve all hard copy documents and electronically stored information ("ESI") in your possession that relate in any way to FO Lawrence Meadows.** ESI and other documents falling within the scope of this preservation directive must not be deleted, destroyed, concealed, modified or altered. Such documents include but are not limited to e-mail, word processing documents, spreadsheets, databases, PDF files, handwritten documents, text messages, instant messages, notes, drafts, correspondence, calendars, archives, voicemail messages, and other documents that you have generated or received that relate to the issues described above. This includes any work you have done related to these issues on personal, non-APA e-mail accounts or on personal computers or telephones. You must preserve these documents whether they exist in hard copy or are stored on any electronic storage medium, including but not limited to disks, tapes, laptop and desktop computers, mobile phones, memory cards, "thumb drives" or "flash drives," portable hard drives, online storage services such as Dropbox and iCloud, and social media sites.

You are further directed to suspend all standard document destruction programs that may impact any documents that relate to the issues described above, including programs or processes that automatically delete electronic information at the conclusion of a set period of time and backup systems that overwrite earlier backups.

**You must retain all of these documents until further notice.** We understand that these categories of information are broad; however, we do not know at this time which specific documents or categories of documents may be requested in the future, and APA must ensure that all documents of potential relevance are preserved. If you are not sure whether particular documents or records should be retained, please err on the side of caution. **If you have any questions regarding these document retention obligations, please contact Chuck Hairston at 817.302.2178 or chairston@alliedpilots.org.**

These document retention obligations supersede APA's normal document retention practices with respect to the documents described above, and the retention obligations described in this memorandum are in addition to any other obligations to preserve documents in connection with other litigation.

# EXHIBIT B

 Outlook

**[EXTERNAL] FW: *** Litigation Hold *** - Reminder**

From
Date  Mon 2/2/2026 1:04 PM
To    Joshua Shiffrin <jshiffrin@bredhoff.com>

**From:** Schroeder, Kathy <KSchroed@alliedpilots.org >
**Sent:** Friday, August 18, 2017 12:15 PM
**To:** Torell, Pam <ptorell@alliedpilots.org >; McDaniels - Sec, Rusty <rustymcdaniels@gmail.com >; Copeland, Thomas J. <copelandthomas@hotmail.com >; Bates, David J. <djbtexas@gmail.com >; Hill - Sec, Lloyd <Lhill@ourhillhouse.com >; Haug, William C. <billhaug@charter.net >; 'Shankland, Scott' <SShankland@alliedpilots.org >; Westbrook, Thomas <tomwestbrook@bresnan.net >; Aronhalt, Amie <aaronhalt@alliedpilots.org >; EDC <EDC@alliedpilots.org >; Benefits Department <benfdept@alliedpilots.org >; Legal Department <legdept@alliedpilots.org >; Wilson - Sec, Keith <kcw1985@verizon.net >; Roghair, Neil E. <roghair@gmail.com >; Rivera, Ivan - Sec <ivanmad@aol.com >
**Cc:** Myers, Mark <mmyers@alliedpilots.org >
**Subject:** *** Litigation Hold *** - Reminder
**Importance:** High

Please see the attached memo regarding litigation.  This hold is still in effect and is provided here for your convenience.   We will be sending out periodic reminders on this litigation hold.

Thank you very much,

Kathy

*Kathy Schroeder*
*Senior Paralegal / Election Coordinator*


**Allied Pilots Association**

Representing the pilots of American Airlines
kschroeder@alliedpilots.org
817-302-2175

This e-mail message is confidential and attorney-privileged. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any disclosure, dissemination, distribution, copying or any other use of this message or any attachment is prohibited. If you have received this e-mail message in error, please delete it and notify the sender immediately by calling 817-302-2170.

# EXHIBIT C

 Outlook

**[EXTERNAL] FW: *** Litigation Hold *** - Reminder**

From
Date  Mon 2/2/2026 1:23 PM
To    Joshua Shiffrin <jshiffrin@bredhoff.com>

---

**From:** Schroeder, Kathy <KSchroed@alliedpilots.org >
**Sent:** Friday, November 17, 2017 4:02 PM
**To:** Torell, Pam <ptorell@alliedpilots.org >; McDaniels - Sec, Rusty <rustymcdaniels@gmail.com >; Copeland, Thomas J. <copelandthomas@hotmail.com >; Bates, David J. <djbtexas@gmail.com >; Hill - Sec, Lloyd <Lhill@ourhillhouse.com >; Haug, William C. <billhaug@charter.net >; 'Shankland, Scott' <SShankland@alliedpilots.org >; Westbrook, Thomas <tomwestbrook@bresnan.net >; Aronhalt, Amie <aaronhalt@alliedpilots.org >; EDC <EDC@alliedpilots.org >; Benefits Department <benfdept@alliedpilots.org >; Legal Department <legdept@alliedpilots.org >; Wilson - Sec, Keith <kcw1985@verizon.net >; Roghair, Neil E. <roghair@gmail.com >; Rivera, Ivan - Sec <ivanmad@aol.com >
**Cc:** Myers, Mark <mmyers@alliedpilots.org >
**Subject:** *** Litigation Hold *** - Reminder
**Importance:** High

Please see the attached memo regarding litigation.  This hold is still in effect and is provided here for your convenience.   We will be sending out periodic reminders on this litigation hold.

Thank you very much,

Kathy

*Kathy Schroeder*
*Senior Paralegal / Election Coordinator*



Representing the pilots of American Airlines
kschroeder@alliedpilots.org
817-302-2175

This e-mail message is confidential and attorney-privileged. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any disclosure, dissemination, distribution, copying or any other use of this message or any attachment is prohibited. If you have received this e-mail message in error, please delete it and notify the sender immediately by calling 817-302-2170.

# EXHIBIT D

 Outlook

**[EXTERNAL] FW: *** Litigation Hold *** - Reminder**

**From**
**Date** Mon 2/2/2026 1:28 PM
**To** Joshua Shiffrin <jshiffrin@bredhoff.com>

**From:** Schroeder, Kathy <KSchroed@alliedpilots.org >
**Sent:** Friday, March 2, 2018 11:51 AM
**To:** Torell, Pam <ptorell@alliedpilots.org >; McDaniels - Sec, Rusty <rustymcdaniels@gmail.com >; Copeland, Thomas J. <copelandthomas@hotmail.com >; Bates, David J. <djbtexas@gmail.com >; Hill - Sec, Lloyd <Lhill@ourhillhouse.com >; Haug, William C. <billhaug@charter.net >; 'Shankland, Scott' <SShankland@alliedpilots.org >; Westbrook, Thomas <tomwestbrook@bresnan.net >; Aronhalt, Amie <aaronhalt@alliedpilots.org >; EDC <EDC@alliedpilots.org >; Benefits Department <benfdept@alliedpilots.org >; Legal Department <legdept@alliedpilots.org >; Wilson - Sec, Keith <kcw1985@verizon.net >; Roghair, Neil E. <roghair@gmail.com >; Rivera, Ivan - Sec <ivanmad@aol.com >
**Cc:** Myers, Mark <mmyers@alliedpilots.org >
**Subject:** *** Litigation Hold *** - Reminder
**Importance:** High

Please see the attached memo regarding litigation. This hold is still in effect and is provided here for your convenience. We will be sending out periodic reminders on this litigation hold.

Thank you very much,

Kathy

*Kathy Schroeder*
*Senior Paralegal / Election Coordinator*

**Allied Pilots Association**

Representing the pilots of American Airlines
kschroeder@alliedpilots.org
817-302-2175

This e-mail message is confidential and attorney-privileged. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any disclosure, dissemination, distribution, copying or any other use of this message or any attachment is prohibited. If you have received this e-mail message in error, please delete it and notify the sender immediately by calling 817-302-2170.

# EXHIBIT E

 Outlook

**[EXTERNAL] FW: *** Litigation Hold *** - Reminder**

From
Date Tue 11/25/2025 2:12 PM
To      Caitlin Kekacs <ckekacs@bredhoff.com>; Lane Shadgett <lshadgett@bredhoff.com>

Mark R. Myers

817.302.2340

817.302.2181 (direct)

mmyers@alliedpilots.org



**From:** Lazenby, Kathy <KLazenby@alliedpilots.org >
**Sent:** Thursday, August 1, 2019 3:57 PM
**To:** Torell, Pam <ptorell@alliedpilots.org >; McDaniels - Sec, Rusty <rustymcdaniels@gmail.com >; Copeland, Thomas J. <copelandthomas@hotmail.com >; Bates, David J. <djbtexas@gmail.com >; Hill - Sec, Lloyd <Lhill@ourhillhouse.com >; Haug, William C. <billhaug@charter.net >; Westbrook, Thomas <tomwestbrook@bresnan.net >; Aronhalt, Amie <aaronhalt@alliedpilots.org >; EDC <EDC@alliedpilots.org >; Benefits Department <benfdept@alliedpilots.org >; Legal Department <legdept@alliedpilots.org >; Wilson - Sec, Keith <kcw1985@verizon.net >; Roghair, Neil E. <roghair@gmail.com >; Rivera, Ivan - Sec <ivanmad@aol.com >; scottshankland@yahoo.com
**Cc:** Myers, Mark <mmyers@alliedpilots.org >
**Subject:** *** Litigation Hold *** - Reminder
**Importance:** High

Please see the attached memo regarding litigation. This hold is still in effect and is provided here for your convenience. We will be sending out periodic reminders on this litigation hold.

Thank you very much,

Kathy

*Kathy Lazenby*

*Senior Paralegal / Election Coordinator*

 **Allied Pilots Association**

*Representing the pilots of* American Airlines
[klazenby@alliedpilots.org](mailto:klazenby@alliedpilots.org)
**817-302-2175**

This e-mail message is confidential and attorney-privileged. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any disclosure, dissemination, distribution, copying or any other use of this message or any attachment is prohibited. If you have received this e-mail message in error, please delete it and notify the sender immediately by calling 817-302-2170.

# EXHIBIT F

![Allied Pilots Association - Representing the pilots of American Airlines] 

O'Connell Building • 14600 Trinity Boulevard, Suite 500 • Fort Worth, TX  76155-2512 • 817.302.2272 • www.alliedpilots.org

### MEMORANDUM

**ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL – DO NOT FORWARD**

TO:   Wes Meyer (wmeyer@alliedpilots.org); Tricia Kennedy (tkennedy@alliedpilots.org); Mark Myers (mmeyers@alliedpilots.org); APA Legal Department (legdep@alliedpilots.org); and APA IT Department (helpdesk@alliedpilots.org).

FROM:  Jim Clark, Sr. Director of Legal Affairs

DATE:  March 31, 2025

RE:   **Document Retention and Preservation Related to Litigation Brought Against APA by Lawrence Meadows**

Allied Pilots Association ("APA") has been named as a defendant in a lawsuit filed by Lawrence Meadows pending the United States District Court for the Southern District of Florida (the "Lawsuit"). The Lawsuit asserts claims against APA for breach of contract and breach of duty of fair representation among other claims.

As a party to a lawsuit, APA is legally obligated to preserve all documents, records and data (referred to together as "documents") related to the subject of this lawsuit. This would include, but not be limited to, all documents, records, communications, and data related to:
- Lawrence Meadows and/or the allegations in the Lawsuit;
- Communications within APA related to Lawrence Meadows or the allegations in the Lawsuit; and
- Communications with the Company or any other related to Lawrence Meadows or the allegations in the Lawsuit;

*IT Department:* In addition to the identified staff members listed above, the litigation hold obligations also cover the APA email and other files belonging to former Presidents Keith Wilson, Dan Carey, Eric Ferguson, and Ed Sicher and former Secretary-Treasurer Pam Torell.

The term "all documents" is **very** broad. It includes any documents, in any form whatsoever, that in any way relate to or reference the issues mentioned above or any related matters. "All documents" includes both electronic and paper documents.  It includes:
- emails, text messages, letters, memoranda, reports, notes, calendars, Microsoft Word and Excel files;
- photographs, audio and video recordings, and any other type of electronic recording, including those from or maintained on smartphones (such as iPhones, iPads, Androids and Blackberries) and cell phones;

- posts and messages on social media and online forums (such as Facebook, Instagram, Snapchat, Twitter, Challenge & Response, and The Line, etc.); and
- all drafts of any document and any non-identical copy of the document that exists whether in hard copy or electronic form.

The retention requirement applies regardless of the source of the information. In other words, the information may come from hard (paper) copies, computer drives, computer servers, cloud-based storage services, removable media (CDs or DVDs), laptop computers, PDAs such as iPhones, Androids, tablets such as iPads, flash drives, cell phones, social media websites, web-based email accounts, and any other location where hard copy and electronic data is stored, including Case&Point or Legal Files.

Keep in mind that any of the sources mentioned above are not limited to APA-provided equipment and may include other computers, mobile devices you use for union purposes or have access to either at home or at other locations. The term "all documents" includes any relevant emails or documents saved in personal email accounts (such as gmail accounts), as well as in online storage media maintained by you.

In order to comply with APA's legal obligations, you, and all others identified above, must immediately preserve all of the information described above and must not delete, overwrite or otherwise destroy or possibly destroy any of that information. This means that **you must no longer delete any of the information described above even if it would be deleted in the normal course of business, for example, deletion of emails**. In order to be certain that no potentially relevant material is deleted or destroyed, please do not delete any documents or email messages, even if they are in your "trash" folder, or on any electronic device (iPhones, Androids, iPads, etc.).

This obligation is ongoing. These document retention obligations supersede APA's normal document retention practices with respect to the documents described above, and the retention obligations described in this memorandum are in addition to any other obligations to preserve documents in connection with other litigation. You must take every reasonable step to preserve this information **until further notice** from me. *Failure to preserve this information could result in extreme penalties to the Union.*

If you or anybody else has any questions about your or their preservation obligations, please contact me.