UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**LAWRENCE MEADOWS,**

    Plaintiff,                                          **CASE NO. 17-CV-22589-EA**

v.

**ALLIED PILOTS ASSOCIATION,**
*et al.*

    Defendants.

---

**<u>DECLARATION OF PHIL LARUSSA</u>**

I, PHIL LARUSSA, hereby declare and state as follows:

    1. I am a resident of Texas. I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

    2. I submit this declaration upon personal knowledge and upon review of relevant documents maintained by the Defendant Allied Pilots Association ("APA").

    3. I am an Information Technology Manager and cybersecurity professional with more than a decade of experience in IT operations, network engineering, and cybersecurity. My background includes enterprise infrastructure management, cybersecurity incident response, penetration testing, governance, enterprise networking, and extensive hands-on experience administering Microsoft and Linux-based systems.

    4. I also served six years in the United States Navy as a Sonar Technician, where I received intensive technical training and operational experience in high-reliability, mission-critical environments.

5. I have been employed by APA as Information Technology Manager since 2022. In that role, I lead enterprise IT operations and cybersecurity initiatives for APA, including infrastructure management, security policy development, incident response, vulnerability management, and compliance activities.

6. As part of my responsibilities, I am familiar with APA's policies and practices involving the storage and retention of electronic documents, including emails that are sent and received from APA email addresses, and documents saved on APA-issued laptops.

7. I am aware that APA issued a laptop to Ed Sicher for his use while President of APA. Mr. Sicher became President in the summer of 2022. The laptop was issued to Mr. Sicher on or about June 10, 2024. Mr. Sicher was recalled by the Board of Directors on or about October 7, 2024.

8. APA's electronic document retention practices today and for the period when Mr. Sicher was in possession of his APA laptop were as follows:

   a. All association-issued accounts (alliedpilots.org) are automatically tagged with Legal Hold status. Microsoft 365 Legal Hold and eDiscovery capabilities enable APA to preserve, search, and retrieve electronic content when required for litigation, investigations, or regulatory compliance. Because all accounts are under Legal Hold, all emails and documents—including those stored in Exchange mailboxes, saved to SharePoint Online, and synchronized through OneDrive—are virtually retained and cannot be permanently deleted by users, even through standard deletion processes.

   b. APA's Legal Hold settings retain all covered emails and documents for a period of fifty (50) years. This hold extends to documents saved on APA-issued laptops that are synchronized to OneDrive or SharePoint, ensuring that files remain preserved regardless of local deletion actions. The eDiscovery tools allow authorized personnel to search across

mailboxes and document repositories to identify, collect, and export relevant materials while maintaining the chain of custody for legal proceedings. Even if a document is deleted by a user on an APA-issued laptop, synchronized copies preserved under Legal Hold or retention policies remain accessible through Microsoft's cloud infrastructure for the full 50-year retention period.

9. APA permits, in some circumstances, departing APA members who have served in a union capacity (e.g., an APA member serving in an elected or appointed position within APA) to keep their APA-issued computers after that computer is decommissioned.

10. The departing serving member may choose to physically bring the laptop computer to the APA service desk, where technicians work with the individual to securely wipe the laptop, remove partitions, and reformat the drive. The device is then returned to its original Windows preinstallation state and physically handed back to the departing serving member.

11. The purpose of that process is to ensure that departing members who are no longer serving in an APA position do not retain access to confidential APA information and systems or software licensed by APA.

12. When Mr. Sicher was recalled as President of APA, he informed APA that he would like to keep his APA-issued laptop.

13. In October or November 2024, Mr. Sicher brought his computer to the APA service desk. I assigned two technicians who work for me, Adam Rust and Robert Hugghins, to work with Mr. Sicher to process the laptop so that Mr. Sicher could retain the laptop for his personal use.

14. Based on my knowledge of APA's systems and practices, I can confidently state that nothing in that process would have deleted from APA's servers any emails that were sent by or received at Mr. Sicher's APA email address, or any electronic files that were synced from Mr.

3

Sicher's APA-issued computer. Consistent with APA's data retention practices, those electronic documents would have been retained on APA's servers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 17, 2026

                                                */s/ Phil Larussa*
                                                Phil Larussa