UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**LAWRENCE MEADOWS,**

    Plaintiff,　　　　　　　　　　　　　　CASE NO. 17-CV-22589-EA

v.

**ALLIED PILOTS ASSOCIATION,**
*et al.*

    Defendants.

---

**DECLARATION OF ADAM RUST**

I, ADAM RUST, hereby declare and state as follows:

1. I am a resident of Texas. I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

2. I submit this declaration upon personal knowledge and upon review of relevant documents maintained by the Defendant Allied Pilots Association ("APA").

3. I have been employed by APA as Service Desk Engineer since November, 2022. In that role, I Provide technical support for servers, desktops, laptops, and client software applications while troubleshooting issues efficiently and effectively. Maintain working knowledge of LAN environments, network protocols, and assist with PBX system administration. Deliver clear technical guidance and end-user support across the organization, ensuring timely issue resolution. Utilize strong interpersonal skills and proficiency in Microsoft Office Suite applications (Word, Excel, Outlook, PowerPoint, OneNote, Teams) to support daily business operations.My background includes Insurance claims investigator and Information Technology Support with 8 years of experience in IT operations and enterprise infrastructure support. My expertise includes

administering Microsoft-based systems, supporting servers and endpoints, auditing and responding to incidents.

4. In October or November, 2024, I was assigned by my supervisor, Phil Larussa, to process a laptop computer that APA had issued to Ed Sicher and that he wanted to retain for personal use after his presidency ended.

5. Ed Sicher came to the APA service desk with his laptop computer. I met him in person and informed him that I was going to securely wipe the laptop, remove partitions, and reformat the drive. I further informed him that that the device would then be returned to its original Windows preinstallation state and physically handed back to Mr. Sicher. Mr. Sicher agreed and instructed me to proceed.

6. Based on my knowledge of APA's systems and practices, I can confidently state that nothing in that process would have deleted from APA's servers any emails that were sent by or received at Mr. Sicher's APA email address, or any electronic files that were synced from Mr. Sicher's APA-issued computer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 15th, 2026

_____
Adam Rust