IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

LAWRENCE M. MEADOWS,
    Plaintiff,

v.

ALLIED PILOTS ASSOCIATION, et al.,
    Defendants.

CASE NO. 17-cv-22589-EA
Honorable Judge Ed Artau
_____/

FILED BY MCO D.C.
FEB 23 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## PLAINTIFF'S NOTICE OF FILING NEWLY-DISCOVERED EVIDENCE

Plaintiff Lawrence Meadows, pursuant to the Federal Rules of Civil Procedure, hereby files this Notice to supplement the record with newly-discovered evidence directly relevant to the following pending, fully-briefed motions:

1. Plaintiff's Motion to Disqualify Lawfirm of Bredhoff & Kaiser (ECF No. 142);

2. Plaintiff's Motion to Stay Proceedings (ECF No. 173), as supplemented; and

3. Plaintiff's Emergency Motion to Vacate the Protective Order for Fraud on the Court (ECF No. 205).

This Notice is not intended to re-argue the substance of these motions, but to provide the Court with new evidence that was not previously available. The evidence consists of an email from defense counsel, Joshua Shiffrin, dated February 20, 2026, sent in the related action *Meadows v. American Airlines, Inc., et al.*, No. 26-CV-679 (E.D.N.Y.). In that email, Mr. Shiffrin states, "I expect that Ms. Edwards will be represented by separate counsel."

This statement is an extra-judicial admission of the conflict of interest that Plaintiff has alleged is grounds for disqualification and was used to fraudulently procure the Protective Order (ECF No. 138) at issue in the Plaintiff's Emergency Motion to Vacate it. (ECF No. 205).

1

A true and correct copy of Mr. Shiffrin's email is attached hereto as **Exhibit A**.

Dated February 23, 2026.

Respectfully Submitted,

*/s/ Lawrence M. Meadows*

Lawrence M. Meadows, *Pro Se*
1900 Sunset Harbour Drive, #2112
Miami Beach, FL 33139
Telephone: (516) 982-7718
Email: lawrencemeadows@yahoo.com

**Exhibit A:** February 20, 2026 Email Joshua Shiffrin to Plaintiff

## CERTIFICATE OF SERVICE

I, Lawrence M. Meadows, Pro Se Plaintiff, hereby certify that on February 23, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system, email, and U.S. Mail on all counsel of record.

Lawrence M. Meadows

## SERVICE LIST

**Capri Trigo, Esq.**
Gordon & Rees LLP
100 SE Second Street, Suite 3900
Miami, FL 33131
Email: ctrigo@gordonrees.com
*Lead Counsel for Defendant*

**John M. Pellettieri, Esq.**
**Grace Rybak, Esq.**
**Joshua B. Shiffrin, Esq.**
Bredhoff & Kaiser, P.L.L.C.
805 15th Street N.W., Suite 1000
Washington, D.C. 20005
Emails: jshiffrin@bredhoff.com;
jpellettieri@bredhoff.com;
grybak@bredhoff.com;
*Pro Hac Vice Counsel for Defendant*