# **EXHBIT A**

# **EXHBIT A**

| | |
|---|---|
| **Subject** | EDNY Lawsuit-- Time to Respond to Complaint |
| **From** | Joshua Shiffrin <jshiffrin@bredhoff.com> |
| **To:** | Lawrence Meadows <lawrencemeadows@yahoo.com> |
| **Cc:** | Robertson, Mark (mrobertson@omm.com) <mrobertson@omm.com>, John M. Pellettieri <jpellettieri@bredhoff.com>, Lane Shadgett <lshadgett@bredhoff.com> |
| **Date** | Today at 12:12 PM |

Mr. Meadows:

I write on behalf of my clients in the EDNY action, APA and Mr. Silva. (I expect that Ms. Edwards will be represented by separate counsel.) American, APA, and Mr. Silva intend to file a joint motion to extend the time for their responses to the Complaint to April 13, 2026, which is the date for Ms. Edwards' response to the Complaint in light of the executed waiver of service. Please let us know by the close of business today whether you consent to this joint request.

Sincerely,

Joshua Shiffrin

**Disclaimer**

This electronic transmission is intended only for the addressee shown above. It may contain information that is privileged, confidential or otherwise protected from disclosure. Any review, dissemination or use of this transmission or its contents by persons other than the addressee is strictly prohibited. If you have received this electronic transmission in error, please delete the e-mail and notify us immediately by telephone or by reply e-mail. This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience.