IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

LAWRENCE M. MEADOWS,
    Plaintiff,

v.

ALLIED PILOTS ASSOCIATION, et al.,
    Defendants.

CASE NO. 17-cv-22589-EA
Honorable Judge Ed Artau
_____/

FILED BY _____ D.C.
FEB 24 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## PLAINTIFF'S SECOND NOTICE OF NEWLY-DISCOVERED EVIDENCE

Plaintiff Lawrence Meadows, pursuant to Federal Rule of Civil Procedure 26(e), files this Second Notice of Newly-Discovered Evidence to supplement his previous Notice (ECF No. 210) and to further support Plaintiff's pending motions to disqualify counsel (ECF Nos. 109, 110, 142) and to vacate the protective order for fraud upon the court (ECF No. 205).

On February 23, 2026, Plaintiff perfected personal service on attorney Sue Edwards in the related action, *Meadows v. American Airlines, Inc., et al.*, No. 26-CV-679 (E.D.N.Y.). This action was necessitated by the disingenuous and conflicting material misrepresentations made by Defendant's counsel, Bredhoff & Kaiser, regarding their authority to represent Ms. Edwards. A true and correct copy of the Affidavit of Service is attached hereto as **Exhibit A**.

This perfected personal service upon Ms. Edwards as an unrepresented, individual defendant irrefutably confirms that Bredhoff & Kaiser does not represent her in the parallel action. This fact proves that their prior representations to this Court - representations made to procure a prejudicial and ill-gotten Protective Order (ECF No. 138) based on the false premise that she was their client - were a fraud on this Court.

1

This evidence is dispositive of the pending motions and warrants an immediate evidentiary hearing.

Dated: February 24, 2026

Respectfully submitted,

/s/ Lawrence Meadows
Lawrence Meadows
Plaintiff, *Pro Se*
1900 Sunset Harbour Drive, #2112
Miami Beach, FL 33139
Telephone: (516) 982-7718
Email: lawrencemeadows@yahoo.com

**Exhibit A:** Affidavit of Personal Service for Sue Edwards

## **CERTIFICATE OF SERVICE**

I, Lawrence M. Meadows, Pro Se Plaintiff, hereby certify that on February 24, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system, email, and U.S. Mail on all counsel of record.

_____
**Lawrence M. Meadows**

## **SERVICE LIST**

**Capri Trigo, Esq.**
Gordon & Rees LLP
100 SE Second Street, Suite 3900
Miami, FL 33131
Email: ctrigo@gordonrees.com
*Lead Counsel for Defendant*

**John M. Pellettieri, Esq.**
**Grace Rybak, Esq.**
**Joshua B. Shiffrin, Esq.**
Bredhoff & Kaiser, P.L.L.C.
805 15th Street N.W., Suite 1000
Washington, D.C. 20005
Emails: jshiffrin@bredhoff.com;
jpellettieri@bredhoff.com;
grybak@bredhoff.com;
*Pro Hac Vice Counsel for Defendant*

## **EXHBIT A**

**EXHBIT A**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Lawrence Meadows <br><br> *Plaintiff(s)* <br> v. <br> American Airlines, Inc; Allied Pilots Association, Nick Silva, in his individual capacity, Sue Edwards in her individual capacity, and Does 1-10 <br><br> *Defendant(s)* | Civil Action No. 26-cv-679-EK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Allied Pilots Assocaition
14600 Trinity Blvd. Suite 500
Fort Worth, TX 76155

American Airlines, Inc c/o CT
Corporation System 28 Liberty St.
New York, NY 10005

Nick Silva
14600 Trinity Blvd. Suite 500
Fort Worth, TX 76155

Sue Edwards
1169 Betts Bridge Rd.
West Pawlet, VT 05775

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Pro se Plaintiff:

Lawrence Meadows
2110 Jackson Ave.
Seaford, NY 11783

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 02/06/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26-cv-679-EK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Sue Edwards__
was received by me on *(date)* __2/21/2026__ .

☒ I personally served the summons on the individual at *(place)* __1169 Botts Bridge rd Pawlet VT 05775__ on *(date)* __2/23/2026 @ 7:59 am__

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __2/23/26__

_____
Server's signature

__Grant Goebel process server__
Printed name and title

__A1 p____ St Essex VT 05452__
Server's address

Additional information regarding attempted service, etc:
Sue Edwards
Caucasian, Female, 50's, 5'6", 140 lbs, blue eyes
White Subaru Crosstrek in garage
VT: HRW 412