UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 17-22589-ARTAU

LAWRENCE MEADOWS,                          Miami, Florida

                    Plaintiff,             March 6, 2026

          vs.                              3:03 p.m.

ALLIED PILOTS ASSOCIATION,
et al.,

                    Defendants.            Pages 1 to 70
_____


                         DISCOVERY HEARING
                      CONDUCTED VIA ZOOM
          (TRANSCRIBED FROM THE DIGITAL AUDIO RECORDING)
              BEFORE THE HONORABLE LISETTE M. REID,
                  UNITED STATES MAGISTRATE JUDGE

APPEARANCES:


FOR THE PLAINTIFF:        LAWRENCE MEADOWS
                          (Appearing *Pro Se*)
                          1900 Sunset Harbour Drive
                          Unit 2112
                          Miami Beach, Florida 33139


FOR THE DEFENDANTS:       JOSHUA B. SHIFFRIN, ESQ.
                          JOHN M. PELLETTIERI, ESQ.
                          BREDHOFF & KAISER, PLLC
                          805 15th Street, Northwest
                          Suite 1000
                          Washington, D.C. 20005

                          ANDREW J. DYMOWSKI, ESQ.
                          GORDON, REES, SCULLY & MANSUKHANI
                          100 Southeast Second Street
                          Suite 3900
                          Miami, Florida 33131


ALSO PRESENT:             LLOYD HILL

```
TRANSCRIBED BY:          LISA EDWARDS, RDR, CRR
                         Reporterlisaedwards@gmail.com
                         (305) 439-7168
```

THE COURT:  Good afternoon.

We're here to discuss some discovery issues in Case No. 17-22589, Meadows versus Allied Pilots Association, et al.

Let's start with appearances from counsel.  Plaintiff?

I don't see Mr. Meadows.

THE COURTROOM DEPUTY:  He's here.  Let me ask him to unmute.

THE PLAINTIFF:  Your Honor, how do you hear me now?

THE COURT:  Okay.  I can hear you.

THE PLAINTIFF:  Hello, your Honor.  It's Lawrence Meadows, Plaintiff *pro se*, appearing on behalf of myself.

THE COURT:  Okay.

MR. SHIFFRIN:  Good afternoon, your Honor.  Joshua Shiffrin on behalf of the Allied Pilots Association.   With me is my colleague, John Pellettieri, and our local counsel, Jude Dymowski.

THE COURT:  Okay.  And I see Mr. Hill.  Are you here representing yourself, sir?

MR. HILL:  I am.

THE COURT:  Okay.  Very good.  All right.

So let's see if we can start with your motion, Mr. Meadows, for the extension of discovery.  I just want to make sure that you understand that that is a motion that only Judge Artau would be able to rule on, and that I will not be able to rule on that motion today as the magistrate judge on

the case.

THE PLAINTIFF:  I wasn't wondering whether you were going to rule on it today.  But he has deferred all motions to you.  I understand it's a higher-level motion.  But under ECF 177, I thought he delegated all pretrial motions to the magistrate.

But I do think it's an extremely important motion in light of all the things alleged in that motion and the eight previous unadjudicated motions.  It goes to the heart of discovery.

And just this week alone, we have yet another APA leader, former President Dan Carey, has admitted in sworn deposition testimony that he was never given a litigation hold letter and he has not preserved any of his emails or text messages in the relevant period from 2016 to '19 while he was advocating for me and representing APA.  And that's in conjunction with Captain Ed Sicher's declaration, ECF 180 and ECF 187, Exhibit 3, his supplemental declaration, where he's testified he's never received a litigation hold letter.  He's routinely communicated on text message and Signal and he's routinely deleted those messages.  APA has wiped his laptop.

In addition, APA in ECF 2071 has named Mr. Hill and Westbrook as key custodians.  But Mr. Hill in his submission yesterday on March 5th, I believe, in Paragraph 16 or something like that, he says he has no documents or information even

though he's a named key custodian and it's to his personal email account.

And I will remind your Honor back in October I subpoenaed people under Rule 45 seeking these personal emails and text messages and it was quashed, because APA said they had the right to review these privileged -- what they believed to be privileged materials.

But when I sought those documents under Rule 30 during the discovery period, APA claimed to not have them even though their own litigation hold letters, multiple versions of the 2013 letter, it was simply recycled year to year with custodians through 2013 so people like Captain Hill and Captain Westbrook and others being notified of litigation hold via email, yet the most key advocates involving my matter, my base representatives, Captain William Reed, Ed Sicher, President Dan Carey, President Eric Ferguson and President Ed Sicher and President Silva, were not named in these litigation hold letters at all.

So the spoliation is a grave concern in this matter. And I feel like my discovery has been --

THE COURT: I don't think that issue -- that issue's not before us today. I thought the issues today are the motion to quash by Mr. Hill and the two outstanding subpoenas.

THE PLAINTIFF: Yeah. That's correct, your Honor. And I'm --

THE COURT: Okay.

THE PLAINTIFF: -- prepared to discuss those. But I think that's the most grave concern. Until that is resolved, I'm happy to -- prepared to argue why Mr. Hill is a relevant and foundational fact witness, but I'm happy to defer his deposition to a later date on subpoenas of --

THE COURT: And so why don't we deal with Mr. Hill first.

THE PLAINTIFF: Okay.

THE COURT: Because it seems to me that with what I understand from your pleadings is that the only reason you want to depose Mr. Hill is because he's on a list of individuals who were given the litigation hold.

THE PLAINTIFF: That's not correct, your Honor.

THE COURT: What is the other reason?

THE PLAINTIFF: Okay. Mr. Hill is a foundational witness for many reasons. Number one, in my first amended complaint, ECF 35, Facts 14 to 40 talk about APA's handling and mishandling of our disability benefits, their failure to hire a clinical source as medical reviewer, Mr. Hill's and Mr. Westbrook's national communications blast vowing to spare no expense, as I submitted in my submission yesterday and fully litigate that matter on behalf of the 84 affected long-term disabled pilots like myself, only to [inaudible] abandon representation of these pilots.

Captain Sicher in his declaration, which is in ECF 180, Exhibit 3, at paragraph -- page -- at Page 21, Paragraph 13, explicitly discusses -- has Lloyd Hill revealed to him that they made an institutional decision to abandon representation of myself and these other disabled pilots because we were too costly and we weren't paying dues.

As a result of that abandonment, we were forced to bring our own ERISA disability lawsuits, which put a target on our backs and got us blacklisted.  And APA never filed a single ERISA lawsuit, like Mr. Hill and Westbrook promised in that timeframe.  And that is the genesis of this lawsuit.

THE COURT:  Okay.  So he has direct knowledge of whether the APA abandoned its decision to represent the disabled pilots?

THE PLAINTIFF:  Yeah.  It's basically the cardinal -- the initial DFR breach that led to this entire litigation.  Yes.

THE COURT:  So let me allow Mr. Hill an opportunity to respond.

Mr. Hill?

MR. HILL:  Yes, ma'am.

Well, I prepared a little page here, so I guess I'm going to read from it, since the term "key custodian" keeps coming up.

One issue Mr. Meadows repeated in his assertion is that

I'm a key custodian of APA documents or materials.  Mr. Meadows continues to use bold print and quotations around that term to hyper-emphasize it, and of course I'm hearing it again now.

The problem with that term "key custodian" is it doesn't exist.  As Mr. Meadows purports in Paragraph 1-A of his quash opposition, Mr. Meadows asserts the term was used by APA in its litigation hold notices.

This is simply untrue.  Neither the word "key" nor "custodian" exists in APA's litigation notices that I received, all of which are in Mr. Meadows's attached exhibits.

Also falsely alleged by Mr. Meadows, APA attorney Mark Myers never referred to me as a key custodian in his declaration attached to Mr. Meadows's quash opposition exhibits.

With respect to the emails and challenge response, which is what Mr. Meadows had most recently in his stuff, this other stuff he just told you is something that I haven't heard and am completely unaware of, whatever he alleges with Mr. Sicher, but relatively so emails and C&R.

The second issue is that Mr. Meadows believes that my C&R posts to the C&R online forum in January 2017 is a credible reason to depose me.

The Court should know that all of APA's approximately 12,000 active pilots in 2017 had access to read and post to the C&R forum.  In January 2017, I had long been away from any APA

positions going on seven years.  Nothing I said or even could have said had any impact on Mr. Meadows's lawsuit or disability situation.  In fact, Mr. Meadows -- by Mr. Meadows's own words, he was merely upset that I took a dim view of his online bullying and name-calling, which also included personal threats to me, which I already --

THE COURT:  Okay.  So let me make sure I understand what you're saying.

MR. HILL:  Yes, ma'am.

THE COURT:  You had no authority to either direct the APA to pursue these claims on behalf of the disabled pilots?

MR. HILL:  Not in 2017, which seems to be a significant part of why he wants me deposed.  The part that he just said about -- the problem I'm having, your Honor, is I don't have access to any of this stuff.

So every time --

THE COURT:  Why is it that you don't have access to --

MR. HILL:  I mean, I don't have access to things that are not in the public record.  And I don't even know where the public record is.  I've gone online and tried to get --

THE COURT:  That's because you no longer work for the APA?

MR. HILL:  Well, that's correct.  I'm retired.  I've been retired for a couple years.  My last APA service was 16 years ago.

THE COURT:  Okay.

MR. HILL:  This is old news.  So yes.

THE COURT:  So you have no documents.  Okay.

And was there any time in which you had authority over APA?

MR. HILL:  Well, the interesting part is that his -- well, you might not see this because it's [indiscernible].

THE COURT:  Yes.

MR. HILL:  But it is part of Mr. Meadows's exhibits.  And I find it interesting he makes such a proclamation because he contradicts himself in here, because what this is is from October 9th of 2008, which was when I was APA president.  I'll read you the headline:  APA announces hiring of ERISA disability litigator to assist with ongoing denials of pilot disability claims.

THE COURT:  I saw that.

MR. HILL:  I -- well, there's even -- there's more.  And this was -- I don't want to get into this, because -- but this is a letter I wrote to the American Airlines CEO, and it was later picked up by the press and distributed to the pilots.  But basically, it showed my passion about this.

When I first came into office, I had a couple phone calls from disabled pilots that were doing some pretty wild things.  And I had to call them personally and talk to them.  And how this all happened was American Airlines was saying, Get

your medical back or else.  These guys would go off their medications.  And when they're not treated, they do odd things.

And it hit hard.  And so that's where this -- what we referred -- pilots referred to as my blood money letter.

THE COURT:  Okay.  So at some point, you actually --

MR. HILL:  We advocated for --

THE COURT:  -- had authority, but that was back in 2008.

MR. HILL:  Yes.  And ended in June -- on June 30th of 2010.

THE COURT:  Okay.  And what happened on June 30th of 2010?  Is that when you retired?

MR. HILL:  That was the end of the presidential term and also the last time that I did any APA work.  I had done many committees and been on the board of directors prior to that.  But June 30, 2010, was kind of my signoff.

THE COURT:  Okay.  So when you got that hold letter, you had nothing to hold, basically?

MR. HILL:  It's --

THE COURT:  When you received the litigation hold letter --

MR. HILL:  I had -- I had a -- haven't looked at it in a long time, but I think it's six or seven emails.  They were all from Larry Meadows to distribution lists or to other people that I had been copied on.  None of them were to me.  And I

believe one of them was from our secretary treasurer just responding to Mr. Meadows, telling him:  Got it.  We're on it.  That was in the middle of all these letters.

But at no point did we have -- Larry and I have -- I don't have any other emails at all with his name.  As soon as I got my first litigation hold notice in 2013, I responded promptly by the end 2013 and disclosed that stuff to APA.

THE COURT:  Okay.  And you have nothing at this point anyway?

MR. HILL:  Nothing.

THE COURT:  Okay.  So between 2008 and 2010, you had some authority over the handling of these disability claims?

MR. HILL:  That would be correct.  Well, I was president of the union.  That is delicate.  We have a professional benefits committee.  We have a legal team.  They make those decisions.  Sometimes they come to me; sometimes they go to the board of directors.  Sometimes they already have authorization to act or dispose upon them without any contact with me.

So yes, I was the president.  No, I did not always have authority to speak to make final decisions.  Sometimes I wasn't even told when final decisions were made, because if the board passed a policy, I can't supersede it.  We all have to act compliant to whatever the board says, whatever policy they set.

THE COURT:  Okay.  What I understand you saying is you

want this subpoena to be quashed because you haven't held any official office with the APA since June 30th of 2010, and you have nothing that would be relevant to this case that's pending before us.

MR. HILL:  That's entirely correct, your Honor.

THE COURT:  Okay.

MR. SHIFFRIN:  Your Honor, I if may comment on something that Mr. Meadows said about why this would be relevant.

THE COURT:  Okay.

MR. SHIFFRIN:  I just wanted to share, we have some understanding about what this case is about.

THE COURT:  Yes.  Let me hear from you, Mr. Shiffrin.

And of course I'll let you respond, Mr. Meadows.  Let's hear from Mr. Shiffrin first.

MR. SHIFFRIN:  Yeah.  As Mr. Hill said, he was president of APA from 2008 to 2010.  That's quite some time ago.  And it was quite some time even before the complaint in this case was filed in -- the amended complaint was filed in 2018.

There is no claim in this case that relates to the handling of disability claims in -- during the period 2008 to 2010.

Mr. Meadows, if he wanted to bring such a claim, would have had to have done so in that time period.  He suggests in

his submission that he made to you yesterday that APA breached its duty of fair representation.  That's the type of legal claim at issue for when a union doesn't do right by its members.  And the statute of limitations for that is six months.

Mr. Meadows would have had to have brought a claim about this in six months.

It appears what he's trying to do is make a case about something that he's upset about that happened back in 2008 -- in 2010 and use that as evidence for other claims in this case. And APA should not have -- Mr. Hill should not have to do this, but neither should APA have to defend against claims that are so stale that it's almost impossible to defend -- to deal with at this point.

So these issues are not material to the claims that are actually alleged in the case.

THE COURT:  They're [indiscernible] at this point.

MR. SHIFFRIN:  Yes.  And so that's our view on the relevancy of those materials.

And as to Mr. Hill's communications in 2017, as Mr. Hill said, he had no authority at -- none of that's attributable to APA in any way.  So we don't understand that to be relevant to any of APA's conduct at issue in this case either.

THE COURT:  Okay.  All right.  Thank you.

Mr. Meadows, your response?

THE PLAINTIFF:  Yeah.  I'll respond.

Mr. Hill doesn't understand the word "key custodian" has been used regularly by APA's own counsel.  It's a matter of semantics.  The fact is they identified him as an individual in their litigation hold letters who had a duty to preserve evidence.  It included all non-APA emails on their personal -- including on their personal computers, laptops, and advised them they would be subject to various sanctions.  By his own admission, he hasn't preserved anything.

He also thinks this is about postings on C&R.  That is not true.  The fact is that APA produced a letter from him. APA Bates No. 324-73 to 75, where as a former APA leader, he engages in a derogatory commentary about me and my psychiatric condition and what the FAA might think of it, notwithstanding the fact that the FAA and federal air surgeon thinks I'm fully qualified and has issued me a medical certificate.

But he engages -- the APA legal department tries to invoke their legal machinery to silence me as a member for speaking out in these forums about his past representational failures, which harm --

THE COURT:  What forums are we talking about?

MR. HILL:  The virtual union hall at APA, which is called Challenge and Response.  Now it's referred to as the Line Forum.  But it's a members-only electronic discussion

forum where members discuss union business.

THE COURT: So is that what you want to question him about?

THE PLAINTIFF: No. What I want to question him about is his hostile animus. His email shows a hostile animus and a discriminatory animus towards me as an APA member. And he's been trying to secretly invoke --

THE COURT: But at that point, when he made any statement against you, at that point was he an officer or had any control over the APA?

THE PLAINTIFF: Yeah. He had control because his friend was the director of APA legal just before that and his other friend, Chuck Hairston, he was writing him seeking to get authority to impound emails of the then-sitting president, Dan Carey, from his personal Google accounts and my Yahoo! emails because he thought they were detrimental and harmful to the institution in his conduct while president of APA.

So it's highly relevant because, as Ed Sicher has testified, Mr. --

THE COURT: So what you're saying is on this online forum, he was trying to get documents on you over an online forum?

THE PLAINTIFF: No. He was asking the APA legal department -- he was trying to invoke the APA legal machinery against the sitting president and me to silence my freedom of

speech, which is a claim in this lawsuit. Despite what Mr. Shiffrin says, I have a claim for speech and speech retaliation.

And Mr. --

THE COURT: But is that --

THE PLAINTIFF: -- Hill has tried to silence that speech through the legal machinery of APA legal. The fact is, APA has identified him as someone in a litigation hold letter he had a duty to preserve by his own admission. He has not preserved. And this is a wider pattern. And he is a relevant witness because his representational failures led to the situation where we are today for all the pilots like me. And Captain Sicher has sworn testimony saying he abandons his president.

And I might add, he was not very complimentary. And I don't appreciate his -- having these vitriolic comments about me and my personality.

But I will comment, to the extent this Court even considers it, I did depose former President Dan Carey on his email. Dan Carey was highly offended. His first response was that Lloyd Hill is, quote, a "quack."

Now, you must understand that in 2010 --

THE COURT: But then why do you want to depose him if it's clear that the person who was the president was not acknowledging any -- or giving any relevance to what --

THE PLAINTIFF: No. He was very concerned about the fact that Mr. Hill thinks he can somehow meddle in the legal department and silence him and his communications to me as a member in good standing who was posting information on the forum that he viewed as possibly detrimental -- that could hold him accountable for his past failures.

He was censured by the board of directors in that timeframe along with Mr. Westbrook for their failures in leading the union.

And Mr. Carey went on to comment, you know, Lloyd Hill is a quack. He says, you know, he put his hands on a gate agent and physically assaulted a gate agent while a captain on a trip in Sao Paolo, Brazil, around 2020. And Captain Carey had to call a Brazilian attorney and get him bailed out of jail and save his job. He was on leave for several years.

So he is not the most credible witness. So I find it offensive when he wants to attack my credibility and my psychiatric condition when the former president of the union himself talks about him being a quack. So -- but he has relevant information.

The bottom line is, APA has produced limited emails. There's many more emails from Mr. Hill and Westbrook during their tenure about how they institutionally abandoned a large group of disabled pilots, including myself, which caused severe career and economic harm to all of us.

And that is why Mr. Hill does not want to be deposed, because he's fearful for -- to be accountable.  And it is the genesis of the lawsuit.

And Mr. Hill -- or Mr. Shiffrin says this claim that's patently false.  There's breach-of-contract claims under the APCB where APA has a duty to protect the individual collective rights of members and timely prosecute grievances and also maintain uniform principal seniority and perpetuation thereof.  And there's claims under the LMRDA for freedom of speech.

And Mr. Hill was directly meddling in my speech in 2017, three years after the union locked us all out of the virtual union hall, this disabled pilot group, and after a federal judge in this very court issued a ruling that that was an impermissible infringement of free speech.

So he was engaging in more of a pattern of an infringement of free speech of union members like me, trying to expose representation of failures of him and his associates at that time frame.

So he is extremely relevant as a witness.  But I think whether -- the semantics of "custodian" or not, bottom line is he was one of the people identified as someone in a litigation hold letter through his personal email.  By his own admission, he doesn't have all the documents and information anymore.  That's a problem.

And that's just one of the many spoliation problems in

this case.

THE COURT:  So when you retire, he's supposed to somehow keep his emails?

THE PLAINTIFF:  Well, if he's on litigation hold.  I mean, the duty to preserve doesn't evaporate when you retire. If you're CEO of a corporation, you still must preserve your evidence.  He is --

THE COURT:  I think the APA would have preserved it on his behalf.  No?

THE PLAINTIFF:  But they did not.  That's the problem.

THE COURT:  Right.  So I'm looking at your amended complaint.  And if you could direct me to which allegations or which --

THE PLAINTIFF:  Well, I told you, if you look at the disability history at Paragraphs 13 to 14 -- Paragraphs 13 to 40 and then Count 6, LMRDA's speech retaliation and Count 4 and 5, breach of contract, APCB, this is relevant to that.  But he's a foundational fact witness because his --

THE COURT:  Okay.  I'm trying -- I'm in the first amended complaint.

THE PLAINTIFF:  Okay.

THE COURT:  I would like to follow what you're saying, but you're going very quickly.

THE PLAINTIFF:  Okay.

THE COURT:  So I looked at the -- which count am I

supposed to look at, sir?

THE PLAINTIFF:  Well, I mean, the foundational --

THE COURT:  It's 113 pages, so I want to make sure I'm looking at --

THE PLAINTIFF:  Yeah.  What I explained, first you have to begin -- Mr. Hill's failures began with the facts somewhere between Fact No. 14 to approximately 40.  And then it would fall under the count of Counts 4 and 5 for breach of contract. I don't know what page you're on.  I have it in front of me, because I was expecting --

THE COURT:  You had a contract --

MR. SHIFFRIN:  Page 67, your Honor.

THE COURT:  Okay.  I'm going to Page 67.

MR. SHIFFRIN:  And --

THE PLAINTIFF:  I'd appreciate it if Mr. Shiffrin would refrain and let me make my argument in rebuttal.  And he can even have a chance --

THE COURT:  Well, you're not answering my question, so I'm appreciating that he's able to --

THE PLAINTIFF:  Okay.

THE COURT:  -- direct me to the right page.

Count 4, APA breach of contract:  APA materially breached its contractual obligations to protect Meadows's individual and collective rights and in particular his right to uniform principles of seniority and perpetuation thereof.

THE PLAINTIFF: And Count 5 is another breach-of-contract claim --

THE COURT: Okay.

THE PLAINTIFF: And then count --

THE COURT: So, Mr. Hill -- please hold on.

So Mr. Hill is a material witness with respect to the APA's breach of contract --

THE PLAINTIFF: Yes.

THE COURT: -- on something that -- based on the fact that he was the APA president between 2008 and 2010.

THE PLAINTIFF: Yes. Because he abandoned -- when the union -- when the company used the cost-savings scheme and a fraudulent reviewer -- which his legal team acknowledged was a problem. They replaced the Mayo Clinic, but all the pilots like me were subjected to a fraudulent medical review and were not allowed a re-review by the Mayo Clinic. And thereafter, when being confronted with these failures and facing potential personal and associational liability, he started to try to silence the posting of these failures on the union members-only forum. And that goes to my speech retaliation claim in Count 6 under the LMRDA.

And this letter he wrote in 2015 was right after the judge issued an injunction and a ruling for fellow disabled pilot Kathy Emery for engaging in the exact same activity.

THE COURT: Okay. So Mr. Hill wrote a letter in 2017?

THE PLAINTIFF:  Yes.

THE COURT:  And this letter is relevant to which claim?

THE PLAINTIFF:  The LMRDA free speech claim.  He's trying to silence my postings on the virtual union hall and the communications between the then-sitting president, Captain Dan Carey, and myself.  He's trying to invoke the APA legal department's machinery to obtain our private emails on Google and Yahoo! and trying to quash it and put a silence to it, even though he's not in office.  So it shows the institutional collusion and conspiracy to try to silence people like me who have been deemed harmful to either him personally or to the association unusually.

And it also goes to my retaliation and LMRDA Claim No. 8, the right-to-sue retaliation, for bringing this lawsuit and the other one before it.  I've been retaliated against.  And he's aiding and abetting the retaliation.

THE COURT:  So everything I see in Count 6 regarding the APA violation of LMRDA are things that happened -- first of all, in March 27, 2014, Meadows made a post on C&R that was highly critical of APA's leadership.

THE PLAINTIFF:  Correct.

THE COURT:  And then on April 22nd, 2014, less than two hours after Meadows threatened to file an EEOC charge against the APA, the APA abruptly revoked Meadows's and all other disabled LTD and MDD pilots' access to the entire APA website.

So that's in 2014.

And then just prior to the lockout -- I'm trying to term the timeframe in which all of this occurred. It looks like 2014 would be the beginning of the actions within that count.

THE PLAINTIFF: Right. And I brought --

THE COURT: How would --

THE PLAINTIFF: -- the lawsuit -- okay. I'm sorry.

THE COURT: How is Mr. Hill, who is at that point not the president of the APA, the individual that you are going to depose regarding APA's actions in 2014 and after?

THE PLAINTIFF: Because he's submitting -- after -- we were locked out of the union hall and got back on and continued to publish information about his prior failures as president of APA and abandonment of the LTD pilot group. He engaged in a -- trying to call the legal department -- contact them in writing in this email and silence more speech about his failures. Even though we just got -- we were -- the federal judge --

THE COURT: You have a letter from him?

THE PLAINTIFF: No. APA's produced the letter from him in their discovery. In their limited production, they produced the --

THE COURT: And the date of that letter is...?

THE PLAINTIFF: February 11th, 2017.

One month after the judge put us back on the union

forum and we started posting again, he was so disturbed by the postings and so worried about it he felt compelled to have the union go after the sitting president and me as a member in good standing for making these postings and trying to go after third-party email vendors and somehow obtain or seize our emails --

THE COURT:  Okay.

THE PLAINTIFF:  -- to protect himself and the institution, in his own words.

THE COURT:  Okay.  So here's my question to you:  You are alleging or accusing that APA did certain things.  But he -- even if he asked APA to do certain things in 2017, it's the APA's actions that you are claiming are improper.  Correct?  Not his actions.

THE PLAINTIFF:  Well, there are --

THE COURT:  He has --

THE PLAINTIFF:  -- there are --

(Incomprehensible speaking overlap.)

THE COURT:  He was not the APA at that time, correct?

THE PLAINTIFF:  It appears that despite not sitting as president, Mr. Hill had outsized influence in the legal department and felt like he could manipulate the legal department to somehow silence a sitting president and a member in good standing for speaking about things that he didn't like.

THE COURT:  Okay.  So although he had no control --

although he had no authority at that time that we're aware in in 2017, you believe because of a posting that he made in -- or email that you've found?

THE PLAINTIFF:  I've got a posting and --

THE COURT:  Can I -- I'd like to get more information on that email.

THE PLAINTIFF:  Sure.

THE COURT:  And who did you receive it from?  Is that from Mr. Shiffrin?

THE PLAINTIFF:  Yeah.  In a limited production they produced, that's one of the things they did produce.

THE COURT:  Okay.

THE PLAINTIFF:  And I think if you read the emails, it's in my memorandum I submitted to you.  It's kind of -- it's kind of shocking for what he says.

THE COURT:  Okay.  So I have the documents you submitted, 43 pages.  Is it in that?

THE PLAINTIFF:  Yes, it is, ma'am.

THE COURT:  Okay.

THE PLAINTIFF:  Have you had a chance to look at it or do you want me to reference you to the exact page?

THE COURT:  I've read -- I've looked at the 43 pages, but you'll need to show me where that is within the 43 pages.

THE PLAINTIFF:  Okay.  Hold on one second.  I believe it's on page -- it's Exhibit B, and it's an email from Lloyd

Hill to Chuck Hairston, an attorney in APA legal.

THE COURT:  Oh, I see.  It's impossible for me to read it because of the type on the email on Exhibit B.  So that's the only thing I wasn't able to actually read on my computer screen.  But I do see that there's some portions that were highlighted.

THE PLAINTIFF:  Yes.

THE COURT:  I wonder if I can get that printed, Betty, so maybe I can read it a little better if it's printed.

THE COURTROOM DEPUTY:  Okay.  What is it, Judge?

THE COURT:  It's -- let me see if I can print it from here, what my options are.  It will print on the copier machine.

THE COURTROOM DEPUTY:  I can.  I can go ahead and get it, Judge.

THE COURT:  Okay.

THE PLAINTIFF:  I could read the highlighted section to you.  It's a long email.  It's pretty long.  But I highlighted the relevant sections that I used in Captain Carey's deposition.

THE COURT:  Well, rather than have you do that, let me have it printed, which --

THE PLAINTIFF:  Of course.

THE COURT:  -- it's about to print, and maybe I'll be able to actually read it.

THE PLAINTIFF:  And it says -- for -- well, everything APA produced, I don't know if it's a storage issue or what. But all their emails are super-fine print like that.  They're difficult to read.  They were, like, an eight font or something.

THE COURT:  Okay.  It's being printed and my courtroom deputy is going to pick it up from the printer for me.

So my concern is, you want to depose someone who may -- you're suing APA.  You're not suing Mr. Hill for violating your First Amendment rights.  You're suing the APA.

So let's say I decided to get up tomorrow morning and send an email to the APA and say, I'd like for you to violate Mr. Meadows's First Amendment rights.  Even if I did that, how does that help you prove your case?  That's my concern.

THE PLAINTIFF:  Well, I think --

THE COURT:  At the end of the day, you have to establish that the APA is the one -- is the entity that violated your rights.

THE PLAINTIFF:  With all due respect, your Honor, [indiscernible] says APA and Does 1 to 2.  And I have been deprived of discovery, I mean, aggressively.  I mean, all my key witnesses were quashed in October.  The limited witness I'm trying to depose now, Mr. Shiffrin tries to obstruct each and every one of them through various grounds.  I'm completely hamstrung.

But there's no doubt that Mr. Hill was part of the process of limiting speech of myself and other disabled pilots and trying to silence us.  And this letter speaks exactly to that.  And it is named Does 1 to 10.  But how can I be expected to identify new parties or claims without proper discovery?  And this discovery points to it.  And he's an individual that the APA by their own submissions has identified as a key individual who was supposed to preserve any and all evidence under the litigation hold.  And by his own admission, he has not.

But this is one thing we do have.  And if you read the email, I think you'll see the concern.  And Captain Carey was concerned enough and bothered by it that he [indiscernible] Lloyd Hill as a quack, because he thought it was outrageous that any member could think he could somehow intrude into APA legal and silence a sitting president and seize his personal email account or a member's personal email account --

THE COURT:  Okay.  So then --

THE PLAINTIFF:  -- or their --

THE COURT:  So you're telling me that Mr. Hill was unsuccessful?  The email was --

THE PLAINTIFF:  I don't know if he was unsuccessful.  Mr. Hill was personal friends with the former APA legal director, Bennett Bajes, [phonetic] who was fired for sexual misconduct in 2008.  He brought him back.  And Mr. Bajes

aggressively worked against the disability pilot group.  He was the one that locked us out of membership.  And I believe that Mr. Bajes is assisting Mr. Hill right now.  But Mr. Bajes and Chuck Hairston were equally culpable in representational failure and the abandonment of representation.

And again, I'll point you to the Ed Sicher --

THE COURT:  Excuse me.  If you could go -- show me here in the email where Mr. Hill is directing the APA to violate your First Amendment rights.

THE PLAINTIFF:  So I think it's on Page Bates No. 32-473.

THE COURT:  Uh-huh.

THE PLAINTIFF:  I'm looking.  Okay.  It's actually on 474.

THE COURT:  Okay.

THE PLAINTIFF:  And he goes:  APA may be need [sic] on such notice to protect itself from the actions from within our leadership or, said another way, it might be that these, quote, "leaks" need to be prosecuted to prevent harm in APA and baseless leadership and to others like me.

Furthermore, with Larry's overtures that he's communicated or still has communicated with Dan Carey, the then-sitting president, personally -- I inserted "then-sitting president" -- and knowing that Dan has AOL and gmail and personal email accounts, would APA consider contracting AOL and

Google and asking them to hold or even release all the emails to exclude deleted messages in the event that Larry's continued threats, some alleged to be echoed from within the union leadership, continue to be carried out or if his premonitions based on insider help end up being consistently accurate.  Or perhaps he's already -- this has already occurred that warrants this action.

So he's pleading for legal action from the APA legal department to silence me and the sitting president and somehow obtain our emails without a court order, which is -- seems outrageous to me.  It's like the Soviet Union.

THE COURT:  I don't see the part about the silencing, though.  It sounds like he wants to preserve your messages.

THE PLAINTIFF:  Well, you have to read the whole email, your Honor.

THE COURT:  So he believes them to be threats.  But where is the part where he's saying that he wants to prevent you from speaking?

THE PLAINTIFF:  I believe it's on the previous page.  But I'd have to real the whole email.  Again, I wasn't prepared to read this thing verbatim.

THE COURT:  Here's the thing:  You want to depose Mr. Hill.  And he says, I have no information that is relevant to this case.  And what I'm trying to understand is, how could he have information relevant to this case?  So that's why I'm

trying to follow --

THE PLAINTIFF:  I would like to find out --

THE COURT:  -- your --

THE PLAINTIFF:  -- what other communications exist between him and the APA legal department that have not been produced because, clearly, everything has not been produced.

He is under a litigation hold letter.  And that's a concern.  I think he is one example of someone that's identified as a key custodian in a litigation hold, yet by APA's own admission they claim that he did not preserve any personal emails or text messages, yet they notified Mr. Hill on his personal email.  And that's problematic.  And that's just not him; it's with many.

And the really key people who should be --

THE COURT:  But did he have any emails with you?

THE PLAINTIFF:  Yes.  Many.  I've emailed Mr. Hill for help many times in -- when he was president of the union.  Yes, I did.  And he's --

THE COURT:  And were any of those produced to you?

THE PLAINTIFF:  No.  Not a single one.

THE COURT:  And was there any explanation from APA as to why none of those were produced?

THE PLAINTIFF:  APA's position was they don't have control over former officers and don't have any of their personal emails or texts.  Even though they tried to quash my

direct efforts to get them under Rule 45 in October, come January, they claim they don't have any of it, yet they put these people on litigation hold notices on their personal email accounts.

I hope you see the problem there.

And it's like they're talking out of both sides of their mouth.  So they can't direct people to preserve stuff on their personal accounts and then say they're not responsible for it, because they are.

And the fact of the matter is, according to Ed Sicher's -- President Sicher's two declarations, he and union officers and attorneys and committee men routinely conduct action on text messages and encrypted Signal and routinely deleted them.  Why?  Because they were never informed of the litigation hold.

Dan Carey, the president from 2016 to '19, was not informed of the litigation hold.  Eric Ferguson, from '19 to '22, was not informed of the litigation hold.  Nor was President Sicher, from '19 to '22.  And all these people have relevant information related to me and my claims.  And Captain Sicher's laptop was wiped clean.  Captain Carey says he never made any efforts to back his phone up; he doesn't use the iCloud.  He just lost all his photos and text messages in his last phone upgrade.  He doesn't have a laptop anymore.  He had a laptop --

THE COURT:  But I'm really --

THE PLAINTIFF:  -- and was --

THE COURT:  -- more concerned with Mr. Hill, since he's here.  So --

THE PLAINTIFF:  Well, I believe --

THE COURT:  -- here's what --

THE PLAINTIFF:  -- Hill is a relevant witness.

THE COURT:  Here's what I'm not hearing.  Well, I have this claim that Mr. Hill was involved on behalf of the APA in somehow affecting my First Amendment rights.  Here's an email that says he did.

But the email is not saying that.  In fact, the email is saying that your emails -- that any messages from you should be held, should be actually preserved, because he believes that they contain threats.

So he's not actually trying to somehow --

THE PLAINTIFF:  What he considers a threat --

THE COURT:  -- get rid of your emails.  He's actually trying to preserve them, from what I see here.

THE PLAINTIFF:  Well, what he's threatened by is being held legally accountable for his abandonment of representation --

THE COURT:  Well, that --

THE PLAINTIFF:  -- in 2010.

THE COURT:  -- may well be true, but that's not a cause

of action.  Right?

THE PLAINTIFF:  Well, it is, because it's the foundational breach of duty of representation and breach of contract.  So the APA --

THE COURT:  But he's not representing the APA at that period of time.

THE PLAINTIFF:  But he was.  And he -- he was -- he was the initial bad actor, and Tom Westbrook.  They secretly decided to abandon our claims because we were too costly despite being members in good standing.

THE COURT:  Okay.

THE PLAINTIFF:  And this is what resulted in all of a sudden --

THE COURT:  I understand your position.

Let me --

THE PLAINTIFF:  It's an ongoing violation of breach of duty.  And it's not limited to six months' DFAR, because it's been ongoing, continuing, ever since 2010, when Mr. Hill and the board of directors and Westbrook decide to abandon our rights and representation owed us under the Railway Labor Act.

THE COURT:  Mr. Hill, your response?  I'll let you finish your response, Mr. Hill.

MR. HILL:  Yes, ma'am.  Well, I filled up a whole page of paper here.  I don't even know where to begin, because --

THE COURT:  Okay.  In looking at this email that was

dated February 17th from you --

MR. HILL:  Yes, ma'am.

THE COURT:  -- it looks like it went to someone named Hairston at the Allied Pilots Association or organization.  And the subject is Larry Meadows about eradicating APA legal.

I'm not clear on what this is about.  But when you wrote this, did you have any authority within the APA, any authority to control the APA?

MR. HILL:  No, ma'am.

THE COURT:  Okay.  And who is Charles Hairston?

MR. HILL:  He at the time was one of the APA staff attorneys.  And no.  We're not good buddies.  We don't go out and have dinner.  I have nothing but a professional relationship with those people.  None of them are my personal friends.

THE COURT:  Okay.  And what are you asking him, Mr. Hairston, to do?

MR. HILL:  Yeah.  What had happened was, in an exchange on -- between Mr. Meadows, I had a threat on C&R, without going too deep.  Mr. Meadows popped in and changed it over kind of a disability thing, and then he made some comment about how he likes to serve up lawsuits cold and implicated that -- I think he said it right on there; I don't have it right in front of me -- something to the effect of, You're not just going to be deposed.  It'll be more than that.

Anyway, I interpreted it as a threat, and so went to Chuck Harrison and said, basically, in so many words, Mr. Meadows is on Challenge and Response talking about his disability issues.  Probably should preserve that information.

Yes, I did have some personal comments.  I was astounded at the way that Mr. Meadows was characterizing and bullying and threatening people.  But that was the reason for my writing to Mr. Hairston.

Mr. Hairston did respond, as I see, I think in Mr. Meadows's stuff.  And he would later respond that they were already capturing the information in some other way so they weren't going to -- if -- however they were capturing it, they were capturing it.  It's -- because it's on an online forum, there's no way for me to save it.  You post it in, like, a template.

THE COURT:  Okay.

MR. HILL:  And then you hit "Send" and then it goes on an online forum.

THE COURT:  So you were just asking for his words to be preserved somehow?

MR. HILL:  I was asking for his words to be preserved.  That was the genesis of how it started and what my desire was.  Yes.

THE COURT:  Okay.  All right.  Thank you.

So, Mr. Meadows, I think I have enough information here

now to rule --

THE PLAINTIFF:  Your Honor, if I could just add one more comment.

I'm reading -- the other thing that's highlighted.  He talks about my post as a wild-eyed post as giving [indiscernible] clarity to the trouble and vitriolic personality of Larry Meadows.  I can only imagine what a psychiatrist might have to say about this point, let alone how an FAA medical examiner would evaluate Mr. Meadows -- Larry's post in total, quantity and content.

And I find that highly offensive.  That's -- that's basically an indication of the mindset of APA's current and former leadership that I'm somehow mentally troubled.  Just because I was on disability for depression, he tries to make me out to be like a crazy person.

Now, the fact that I want to hold him and the others accountable for breaching their duty and -- you've got to keep in mind, this cost 84 pilots their disability benefits worth over $2 million each.  These -- this conduct cost 240 MDD pilots about $100,000 each of collective equity in the 2013 equity proceedings, about $24 million.  And there's numerous pilots, between five and twelve a year, that were committing suicide, many of them because of their abandonment by the union and the loss of these valuable benefits that left them penniless and homeless.

I'm one of the few left that can fight and still has a remaining career.  But most of the others have just died on the vine or withered away.  Some have taken settlements.  My -- a minimal settlement to waive their return to return to work.

But I think it's -- it -- Mr. Hill was part of the -- he was the genesis of the problem.  And his testimony is relevant to establish APA's foundational breaches of duty and the subsequent continuing efforts to shield and cover up the past and current and future leaders from it and the institution from it.  Because it's substantial liability.  And numerous pilots like me lost their careers and couldn't return because of their attitude and mindset.  Now I'm sitting here over at First Class Medical for 18 years.

So I think it's highly offensive that Mr. Hill somehow paints me out to be -- have psychiatric issues or, you know, an FAA, what they would think of it.  What the FAA thinks of it is I've been treated with proper medication, in full remission.  I hold a First Class Medical.  I work in an airline, FAA-approved Part 121 training center, a 777 captain and instructor pilot.  And I think that speaks for itself.

So to the --

THE COURT:  Okay.  So the --

THE PLAINTIFF:  -- the idea that the former president --

THE COURT:  I can understand why --

THE PLAINTIFF:  -- is attacking me is offensive.

THE COURT:  Yeah.  I can understand why you would be offended by someone saying that, you know, that your mental faculties were not what they should be or that you had psychiatric problems.  Of course.  I can understand why you would be offended by that.

But what you're accusing the APA of in Count 6 is violating your freedom of speech.  And I see nothing in this email that you have presented to establish that Mr. Hill has relevant information that would convince me that he has relevant information regarding stifling your freedom of speech.  In fact, it's the opposite on this, because he's asking that whatever you say be preserved.

So I'm going to find that he does not have any relevant information.

And under Rule 45, because he is a nonparty to this litigation, you have an even higher standard than if he were a party.  You'd have to show that your attempt to depose him did not -- was not unduly burdensome.

And because he was the president of the APA, 2008 to 2010, and really had no control over the APA in 2017, it seems to me that a deposition, based simply on this email, would be unduly burdensome.

So I'm going to find that the motion to quash is granted.

Let me ask you this, Mr. Meadows: How many depositions have you conducted so far?

THE PLAINTIFF: Five. I tried to do others. But again, the witnesses I really wanted to depose I served in October. And I'm limited by the temporal scope, which is a point of contention in numerous matters.

Mr. Pellettieri made several representations of material fact to you to get that protective order. It's been borne out by Mr. -- Captain Sicher's declaration. They have refused to withdraw these misstatements. I mean, they outright -- we've alleged they committed fraud on the Court. The alleged -- Sue Edwards, the attorney, never represented me, was never hired for me. Captain Sicher's declaration says he hired her specifically to represent me individually and that he paid a $10,000 retainer to represent her for me [sic].

Yet they told you just the opposite. And that's a big problem. And because of that, my temporal scope's been limited to 2021. We've alleged this is an ongoing violation. We believe that these proceedings should be -- the motion to supplement them to the present day should be granted, and scope should be expanded.

And APA's done nothing but try to obstruct discovery every step of the way. I've been hamstrung. I've spent a lot of time and money. I've made the best possible effort to depose the witnesses left before me.

But the fact of the matter is, the most percipient witnesses -- all -- this all culminated in '22, '23, '24.  I was a member in good standing.  I'm on the national committee.  Captain Sicher advanced both grievances 12012 and 1211 for me.  They were both secretly disposed of in January 2025 in a settlement, which Mr. Pellettieri lied and said I wasn't part of.  I was named as an individual in there.  He said I wasn't part of the expedited grievance.  It was -- under the testimony and sworn declaration of former Captain Ed Sicher, he says it was advanced at my behest specifically for me.  And I was part of the settlement.

And when I tried to publicize my exclusion from this settlement and reinstate [indiscernible] pilots like me, me being left behind, they terminated my membership after 34 years summarily without any hearing in violation of --

THE COURT:  Okay.

THE PLAINTIFF:  So I --

THE COURT:  Before --

THE PLAINTIFF:  Just --

THE COURT:  Before we go down that road, I just want to make sure that Mr. Hill knows that he can leave the hearing if he would like to.  I'll be issuing a written order granting that motion to quash.

MR. HILL:  Thank you very much, Judge.

THE COURT:  All right.

MR. HILL:  If I can find the key here, I'll figure out how to leave.

THE COURT:  Okay.

MR. HILL:  There it is.  All right.

THE COURT:  There should be something on the bottom right hand of your screen.

MR. HILL:  Thank you so much.  Bye-bye.

THE COURT:  Okay.  All right.  Bye.

THE PLAINTIFF:  So, your Honor, I --

THE COURT:  So let me go back to you, Mr. Meadows.  So --

THE PLAINTIFF:  I've done the best I can do with the restraints put on me to get the discovery I need.  But the truth of the matter is, I've been obstructed and limited. APA's not produced any electronic metadata, has not produced -- the -- they just produced --

THE COURT:  I want to ask you, who did you depose?  Who are the five individuals that you have deposed so far?

THE PLAINTIFF:  I deposed Mark Myers --

THE COURT:  Okay.

THE PLAINTIFF:  -- as an individual and 30(b)(6) witness.  I was only allowed to do 30(b)(6).  Mr. Shiffrin insisted that several of the topics --

THE COURT:  What is the next name?  Next name?

THE PLAINTIFF:  Mark Myers.  Matt Barton, economic

expert.

THE COURT: Okay.

THE PLAINTIFF: Robert Glath, who was like a parroter, who stands for the premise that pilots like me who are medically disqualified were given full paying jobs. Now, that's kind of interesting.

THE COURT: Okay. So you've named three people. And who were the other two?

THE PLAINTIFF: Well, Myers was done two days, so I don't know if he counts as two deponents or not. But he was done in an individual capacity and a 30(b)(6) capacity.

Matt Barton was done as a rebuttal for their economic expert.

THE COURT: Uh-huh.

THE PLAINTIFF: I also did Robert Glath, a former disabled employee like me, who was not forced to go on disability, was allowed to stay on the payroll and given fully pensionable pilot pay --

THE COURT: Okay.

THE PLAINTIFF: -- and a training position.

And then Captain Dan Carey, who was the president of APA from 2016 to '19, which is a pretty relevant timeframe when I was seeking return to work when I got my FAA medical certificate in 2018.

THE COURT: Okay.

THE PLAINTIFF: What I really need is the testimony from people after that period. And Mr. Shiffrin has strenuously and vigorously argued against it and has forced me to file a new claim in the Eastern District of New York alleging the ongoing continuing violations.

I've offered in a motion -- the emergency motion to stay these proceedings to join that motion to this proceeding, because I think it's a waste of judicial resources. I explained that to you on the January 23rd here. I should not be forced to litigate parallel claims against the same parties on the same set of facts, which is clearly ongoing.

And --

THE COURT: So you're saying the same allegations are ongoing, but you had to file a separate lawsuit regarding --

THE PLAINTIFF: Yeah, because I was on a time clock. I had an EEOC right-to-sue letter that expired in April. And I had to bring the lawsuit.

And, you know, I've been in New York. My father's older. My mother died. I'm up there a lot. So I filed it in New York. But I literally wanted to just join this lawsuit. And I've had a motion to supplemental the pleadings just with new facts pending since I think November 4th. It has never been adjudicated.

So I mean, I'm getting forced ahead trying to do the best that --

THE COURT:  Why haven't you filed a motion to merge the two actions?  What's -- why --

THE PLAINTIFF:  Well, I will do that.  But I was waiting to see how this Court -- this Court never ruled on a motion to supplement the pleadings.  Had they done that, I wouldn't have had to bring that action.

But Mr. Shiffrin strenuously argued to draw a line in the sand in 2021.  Why?  Because it's -- my membership status was also disputed.  But in 2022, Captain Ed Sicher issued a new constitutional interpretation and made me a member in good standing.  So I was a member in good standing --

MR. SHIFFRIN:  No.

THE PLAINTIFF:  -- without a doubt sitting on a national air medical committee from '22 to '25.

MR. SHIFFRIN:  That's not true.

THE PLAINTIFF:  Yes, it is true.

THE COURT:  Okay.  So why don't we go on, then, to the two subpoenas regarding the other individuals that you want to depose.

I'm going to let Mr. Shiffrin --

THE PLAINTIFF:  Well, your Honor, if I may.  If I can save the Court's time.  I rely on my process -- two things:  One, I was not aware of a local rule that limits 14 days' notice for out-of-state parties, because Mr. Shiffrin never invoked it.  In fact, he let me subpoena Robert Glath in

California with only seven days' notice and acquiesced to it. So I was unaware of that. I didn't intend to violate it. I was just trying whatever witnesses I could get before the deadline.

THE COURT: Okay.

THE PLAINTIFF: They made Mr. Westbrook relevant because he is also in litigation hold letters.

Eric Ferguson is relevant because he formed an investigative committee to investigate the misconduct of APA attorneys Jim Clark and Mark Myers and their failure to prosecute Grievances 1211 and 1212.

But I was unaware of that rule. So I acquiesced that that was a technical violation, even though Mr. Shiffrin selectively enforced it.

The other thing is, I relied on a process server. The date of service I have says that the man who answered the door in Texas identified himself as Captain Westbrook. Captain Westbrook's records show him owning the property there. His telephone, home phone and cell phone are there and his driver's license is there.

They have since produced a declaration of Captain Westbrook that he really lives in Wyoming. We knew his Wyoming address, but it's owned by a trust and it's a vacation rental property. So that's why we served him in Texas. But apparently, according to Mr. Westbrook's declaration, he says

he resides in Wyoming.  So that was not proper service.  So I acquiesced to that.

However, I do think I should be allowed to depose Mr. Westbrook and Mr. Ferguson at a later date.  But I think the bigger issue is these proceedings.  The discovery should be stayed until these other motions are adjudicated.  But I'm not going to seek to compel Mr. Westbrook or Ferguson right now because I was unaware of Rule 26(d)(1) and the local rules that limited out-of-state deponents to 14 days.  I was only following the federal rule.

And again --

THE COURT:  All right.

THE PLAINTIFF:  Mr. --

THE COURT:  So those subpoenas are withdrawn.

THE PLAINTIFF:  Yeah.  I'll withdraw those subpoenas for now.  But I would like to reserve the right to call them at a later date, depending on the rulings of this Court.

THE COURT:  Okay.  Well, of Judge Artau, in which case he will be in charge of determining if discovery should be -- if the discovery deadline should be pushed back another 90 days.

THE PLAINTIFF:  And, your Honor, if I may, respectfully, Mr. Shiffrin's accused me of [indiscernible] orders.  These matters are grave matters.  And I know I'm *pro se*, but I have gone to law school.

And unfortunately, while I was out, I was developing multimillion-dollar real estate.  I was involved in a similar case involving the Bank of Utah.  And unfortunately, I've been through almost the exact same scenario with spoliation of evidence and fraud on the Court.  There was major sanctions.  The case was almost defaulted, but it was completely reset.  Discovery was reopened at substantial expense to me.  And I'm seeing it all here again.  It's very disturbing.

I know it looks --

THE COURT:  I want to talk about that.

So you believe that somehow there is -- there are documents that you are requesting from the APA that they say they don't have that they should have?

THE PLAINTIFF:  Yeah.  I --

THE COURT:  Is that what you're saying?

THE PLAINTIFF:  I believe they violated Rule 37 in many ways.  Yes.  And they have not produced everything.  By their own admission, they've put several custodians on notice through their personal email accounts, yet they said they don't have any personal emails or text messages.  They have not produced a single text message.  I've had to produce texts and emails from 42 custodians over 15 years.  And I did it all.  65,000 pages.  And they claim not to have one of them.

When I tried to --

THE COURT:  Well, I mean --

MR. SHIFFRIN:  Your Honor, at some point, I'd like to respond to many of the things that --

THE COURT:  -- perhaps you're a better custodian of your personal emails than most people.

THE PLAINTIFF:  Yeah.

THE COURT:  Mr. Shiffrin?

MR. SHIFFRIN:  Yeah.  I appreciate where things -- I mean, it sounds like right now there's not going to be a deposition of Mr. Hill and there won't be depositions going forward of Mr. Westbrook or of Mr. Ferguson.  So I think those --

THE COURT:  Correct.

MR. SHIFFRIN:  -- things that brought us here today have been dealt with.

I do just want to note for the record that Mr. Meadows has said quite a bit about both me and about APA, and much of it is patently false.  And we've briefed the issue of spoliation, and APA met its obligations to preserve its records.  I think what Mr. Meadows is hung up on are documents that may have been in people's personal emails.

THE COURT:  Personal emails.  I understand.

MR. SHIFFRIN:  But we've -- APA has never -- doesn't have a deletion policy with respect to its emails and its electronic stuff that is the --

THE COURT:  I understand.

MR. SHIFFRIN: -- the bulk of the way that people communicate about APA business.

And so we've done a -- APA has done a reasonable job of preserving emails and communications, et cetera. And we asked custodians in the process of determining who has what documents, whether they had text messages related to Larry Meadows. I mean, it's not a question of, does APA ever use text messages to do business? It's a question of whether or not there's messages that relate to this matter.

And the people who are within APA's control, those people who are either employed or current officers of APA, don't -- didn't have anything. So there's nothing for us to collect.

THE COURT: Okay.

MR. SHIFFRIN: People who are not under our control at a time that we received his request, you know, which was late in the process, in the end of October of 2025, we didn't have an ability to go and collect those things.

And I'm -- you know, on the one hand, Mr. Meadows is very upset that Mr. Hill was suggesting that APA go and preserve people's personal emails. And on the other hand, he's upset that we haven't done that. But I don't -- I'm not aware of an entity and certainly I can't think of any client of mine that on the way out the door it goes and collects all of -- you know, when people are leaving, all of the personal text

messages and emails.  It just is not done.  I mean, there's a difference between sort of the duty to preserve, which involves communicating to people, that they have a duty to preserve stuff on their personal devices, and the duty to collect, which usually comes when you receive that document request and figure out what's the scope of information that you should be obtaining.

THE COURT:  Okay.

THE PLAINTIFF:  Your Honor, if I may.

Mr. Shiffrin's being very disingenuous.  Their litigation hold letters explicitly state that they must preserve all non-APA emails on personal computers and telephones.

THE COURT:  I --

THE PLAINTIFF:  So --

THE COURT:  I understand that.  But --

THE PLAINTIFF:  No.  No.

THE COURT:  But if they haven't produced anything, that does not necessarily mean that they have deliberately --

THE PLAINTIFF:  Well, they have, though.  Mr. --

THE COURT:  -- deleted it.

THE PLAINTIFF:  In Captain Sicher's declaration, his supplemental declaration submitted in the motion to vacate the protective order and also the spoliation motion, explicitly -- they wiped his laptop without his permission.  They wiped

his --

MR. SHIFFRIN:  I'm happy to address that, your Honor.

THE PLAINTIFF:  -- hard drive and stripped the --

THE COURT:  Okay.

THE PLAINTIFF:  -- data.

THE COURT:  Has that been addressed in pleadings?

MR. SHIFFRIN:  Yes.  Yes.

THE PLAINTIFF:  Yes, it has.  And it's pending.

Mr. Shiffrin --

THE COURT:  I will --

THE PLAINTIFF:  -- I'm speaking.

MR. SHIFFRIN:  You've been speaking quite a bit, Mr. Meadows.  I'd like to respond.

THE COURT:  So, Mr. Meadows -- Mr. Meadows.

THE PLAINTIFF:  Your Honor, if I may --

THE COURT:  Mr. Meadows --

THE PLAINTIFF:  Could I finish, ma'am?

THE COURT:  No.  I'd like to finish.

THE PLAINTIFF:  Okay.

THE COURT:  If this has been briefed, I will review it. And if the judge wants me -- if Judge Artau wants me to rule on it, I will rule.

So if what you're telling me right now has been briefed, then I don't want you to waste any more time arguing that right now.

THE PLAINTIFF:  If I may make -- add one comment, your Honor.

I would say that 90 percent of what -- the business I've conducted with all my union representatives, presidents, base representatives and attorneys, except for the attorneys at APA, has been conducted over personal emails and text messages. That's how most of these APA officers conduct business, because they don't trust the legal department for monitoring emails. But the majority of my communication with the union have been through personal emails and texts, and that's why they're extremely relevant.

Now, Captain Carey and Ed Sicher are extremely relevant to my case, and they both admit they never were given the litigation hold letter and they both admit they have no more text messages or emails. Captain Carey does no longer have a laptop. That's very problematic and that needs to be addressed. I believe an evidentiary hearing on criminal witness tampering needs to be addressed. The fraud upon the Court needs to be addressed.

Mr. Pellettieri made no less than seven misstatements of fact which have been disproven by Captain Sicher's sworn declaration. He has never once submitted a declaration in defense of his statements, and they refuse to withdraw them.

So this cannot be allowed to go on, whether it's Judge Artau or you. I plead with your Court to please stay

discovery. To allow this case to go forward is -- how could it go to trial when there's nine pending motions, grave motions, which go to the fitness of the counsel?

Mr. Shiffrin alleged -- they represent my former counsel, Sue Edwards, on the misstatement that she was never representing me when the facts and evidence show she was absolutely representing me and paid $10,000, retained, to represent me. That needs to be addressed, because that's immediate disqualification of their entire firm.

And I'm litigating against attorneys whose fitness to continue this case is in question, whose preservation of evidence is in question and representations to the Court is in question.

And I'm sorry. It may sound offensive, and I know I'm *pro se*, but I feel like I'm getting railroaded across the finish line to allow them to file a fatally flawed summary judgment motion to a trial with all these things undecided.

THE COURT: Well, that's why --

THE PLAINTIFF: And I believe --

THE COURT: That's why I would like to make sure that that's something we work on --

THE PLAINTIFF: Well, I --

THE COURT: -- as soon as possible to --

THE PLAINTIFF: I would plead for an evidentiary hearing.

THE COURT:  -- to be able to review all of your motions.

THE PLAINTIFF:  Okay.  And I would love to supplement the --

THE COURT:  And if you've already briefed everything you're telling me, then I will be able to read it.

THE PLAINTIFF:  And I would like to join the New York action to this action, because those claims are entirely relevant to this action.  And I --

MR. SHIFFRIN:  At some --

THE COURT:  All right.  Thank you.

MR. SHIFFRIN:  At some point, can I address some of --

THE COURT:  Of course.

MR. SHIFFRIN:  -- what Mr. Meadows is saying?

THE COURT:  Of course, Mr. Shiffrin.  You'll be allowed to respond.

MR. SHIFFRIN:  Okay.  Thank you.

THE COURT:  Okay.  Mr. Shiffrin?

MR. SHIFFRIN:  Thanks.

Let me say this:  And I'm not going to get into the issues that have already been briefed and a lot of what Mr. Meadows has said, which again we disputed.

I will just make this observation:  There is one area of agreement, which is right now this case is set for trial in May.  And, you know, we're reaching the end of discovery.  We

had -- on behalf of APA, we are planning to file a motion for summary judgment that we believe should resolve the case, frankly, and at minimum would I think really, you know, set the scope of what a trial would be.

And I am concerned about the parties, including my client, spending a lot of resources getting ready for a trial when there are a lot of issues --

THE COURT:  Pending motions.

MR. SHIFFRIN:  -- and pending motions and stuff.

THE COURT:  Exactly.  We want to be able to work on that now.

MR. SHIFFRIN:  Yes.

THE COURT:  We're turning to that.

MR. SHIFFRIN:  Yes.

THE COURT:  We can get all of those ruled upon that are -- at least that are referred to me.

MR. SHIFFRIN:  Okay.

THE PLAINTIFF:  And, your Honor, as I asked in January and again now, I think we need immediate status conferences to schedule these motions because some of them absolutely require an evidentiary hearing with key witnesses, preferably in person.  But, you know, I gave you those recordings a month ago on the criminal witness tampering.

We need -- Mr. Rempfer will come.  He's afraid to testify.  He will come in, if allowed to be subpoenaed.  He

does not want to voluntarily -- he's very afraid to talk right now. And he's spoken to some other people at APA. But he's waiting to be subpoenaed by me, and I don't have the right to the subpoena him. And that's a concern.

But I think these all need to be addressed because -- and allowing APA to file a summary judgment would be a travesty of justice. And I offered in my last emergency motion to join the action in New York because that's all really part and parcel of this case. They want to say it's discrete and separate. It is not. I was left with no choice because of the inaction on my motion to supplement and with the timeline and the EEOC right to sue.

But I believe they should be joined and it should be fully considered and I should be allowed full discovery, because I'm just in a corner with hardly anywhere to go on discovery right now. And by now, I think I've shown I want to aggressively try to depose the people I can. But the people I really need I've not been allowed to depose. And I -- if anything, I might need more than ten deponents if the cases are joined.

THE COURT: All right. Okay. Thank you very much.

THE PLAINTIFF: Thank you for your time, your Honor.

THE COURT: I do intend to focus on those motions and resolve them as quickly as possible.

Thank you, counsel.

THE PLAINTIFF:  Thank you.

MR. SHIFFRIN:  Thank you, your Honor.

THE COURT:  Court is adjourned.

(Proceedings concluded.)

C E R T I F I C A T E

I hereby certify that the foregoing is an

accurate transcription of the proceedings in the

above-entitled matter produced to the best of my ability.


_____          /s/Lisa Edwards
     DATE              LISA EDWARDS, RDR, CRR
                       (305) 439-7168
                       Reporterlisaedwards@gmail.com

**$**

**$10,000** [2] - 41:15, 55:7
**$100,000** [1] - 38:20
**$24** [1] - 38:21

**'**

**'19** [5] - 4:15, 33:16, 33:17, 33:19, 44:22
**'22** [4] - 33:18, 33:19, 42:2, 46:14
**'23** [1] - 42:2
**'24** [1] - 42:2
**'25** [1] - 46:14

**/**

**/s/Lisa** [1] - 59:19

**1**

**1** [3] - 1:8, 28:20, 29:4
**1-A** [1] - 8:5
**10** [1] - 29:4
**100** [1] - 1:23
**1000** [1] - 1:20
**113** [1] - 21:3
**11th** [1] - 24:24
**12,000** [1] - 8:24
**12012** [1] - 42:4
**121** [1] - 39:19
**1211** [2] - 42:4, 47:11
**1212** [1] - 47:11
**13** [3] - 7:2, 20:15
**14** [5] - 6:18, 20:15, 21:7, 46:23, 48:9
**15** [1] - 49:22
**15th** [1] - 1:20
**16** [2] - 4:24, 9:24
**17-22589** [1] - 3:3
**17-22589-ARTAU** [1] - 1:2
**177** [1] - 4:5
**17th** [1] - 36:1
**18** [1] - 39:13
**180** [2] - 4:17, 7:1
**187** [1] - 4:18
**1900** [1] - 1:16

**2**

**2** [2] - 28:20, 38:19
**20005** [1] - 1:21

**2008** [9] - 10:12, 11:8, 12:11, 13:17, 13:22, 14:9, 22:10, 29:25, 40:20
**2010** [13] - 11:10, 11:12, 11:16, 12:11, 13:2, 13:17, 13:23, 14:10, 17:22, 22:10, 34:24, 35:18, 40:21
**2013** [5] - 5:11, 5:12, 12:6, 12:7, 38:20
**2014** [5] - 23:19, 23:22, 24:1, 24:4, 24:11
**2015** [1] - 22:22
**2016** [3] - 4:15, 33:16, 44:22
**2017** [11] - 8:21, 8:24, 8:25, 9:12, 14:20, 19:11, 22:25, 24:24, 25:12, 26:2, 40:21
**2018** [2] - 13:20, 44:24
**2020** [1] - 18:13
**2021** [2] - 41:18, 46:8
**2022** [1] - 46:9
**2025** [2] - 42:5, 51:17
**2026** [1] - 1:5
**2071** [1] - 4:22
**21** [1] - 7:2
**2112** [1] - 1:16
**22nd** [1] - 23:22
**23rd** [1] - 45:9
**240** [1] - 38:19
**26(d)(1** [1] - 48:8
**27** [1] - 23:19

**3**

**3** [2] - 4:18, 7:2
**30** [2] - 5:8, 11:16
**30(b)(6** [2] - 43:21, 44:11
**30(b)(6)** [1] - 43:22
**305** [2] - 2:2, 59:20
**30th** [3] - 11:9, 11:11, 13:2
**32-473** [1] - 30:11
**324-73** [1] - 15:13
**33131** [1] - 1:24
**33139** [1] - 1:17
**34** [1] - 42:14
**35** [1] - 6:18
**37** [1] - 49:16
**3900** [1] - 1:23
**3:03** [1] - 1:6

**4**

**4** [3] - 20:16, 21:8, 21:22
**40** [3] - 6:18, 20:16, 21:7
**42** [1] - 49:22
**43** [3] - 26:17, 26:22, 26:23
**439-7168** [2] - 2:2, 59:20
**45** [3] - 5:4, 33:1, 40:16
**474** [1] - 30:14
**4th** [1] - 45:22

**5**

**5** [3] - 20:17, 21:8, 22:1
**5th** [1] - 4:24

**6**

**6** [5] - 1:5, 20:16, 22:20, 23:17, 40:7
**65,000** [1] - 49:22
**67** [2] - 21:12, 21:13

**7**

**75** [1] - 15:13
**777** [1] - 39:19

**8**

**8** [1] - 23:14
**805** [1] - 1:20
**84** [2] - 6:23, 38:18

**9**

**90** [2] - 48:20, 54:3
**9th** [1] - 10:12

**A**

**abandon** [4] - 6:24, 7:4, 35:9, 35:19
**abandoned** [3] - 7:13, 18:23, 22:11
**abandonment** [5] - 7:7, 24:15, 30:5, 34:21, 38:23
**abandons** [1] - 17:13

**abetting** [1] - 23:16
**ability** [2] - 51:18, 59:17
**able** [8] - 3:24, 3:25, 21:19, 27:4, 27:25, 56:1, 56:6, 57:10
**above-entitled** [1] - 59:17
**abruptly** [1] - 23:24
**absolutely** [2] - 55:7, 57:20
**access** [5] - 8:24, 9:15, 9:17, 9:18, 23:25
**according** [2] - 33:10, 47:25
**account** [3] - 5:2, 29:17
**accountable** [4] - 18:6, 19:2, 34:21, 38:17
**accounts** [5] - 16:15, 30:25, 33:4, 33:8, 49:19
**accurate** [2] - 31:5, 59:16
**accused** [1] - 48:23
**accusing** [2] - 25:11, 40:7
**acknowledged** [1] - 22:13
**acknowledging** [1] - 17:25
**acquiesced** [3] - 47:1, 47:12, 48:2
**act** [2] - 12:18, 12:23
**Act** [1] - 35:20
**action** [9] - 31:7, 31:8, 33:13, 35:1, 46:6, 56:8, 56:9, 58:8
**actions** [6] - 24:4, 24:11, 25:13, 25:14, 30:17, 46:2
**active** [1] - 8:24
**activity** [1] - 22:24
**actor** [1] - 35:8
**add** [3] - 17:15, 38:2, 54:1
**addition** [1] - 4:22
**address** [3] - 47:23, 53:2, 56:12
**addressed** [6] - 53:6, 54:17, 54:18, 54:19, 55:8, 58:5
**adjourned** [1] - 59:3
**adjudicated** [2] - 45:23, 48:6
**admission** [6] - 15:10, 17:9, 19:22, 29:9, 32:10, 49:18

**admit** [2] - 54:13, 54:14
**admitted** [1] - 4:12
**advanced** [2] - 42:4, 42:10
**advised** [1] - 15:8
**advocated** [1] - 11:6
**advocates** [1] - 5:14
**advocating** [1] - 4:16
**affected** [1] - 6:23
**affecting** [1] - 34:10
**afraid** [2] - 57:24, 58:1
**afternoon** [2] - 3:1, 3:13
**agent** [2] - 18:12
**aggressively** [3] - 28:21, 30:1, 58:17
**ago** [3] - 9:25, 13:18, 57:22
**agreement** [1] - 56:24
**ahead** [2] - 27:14, 45:24
**aiding** [1] - 23:16
**air** [2] - 15:16, 46:14
**airline** [1] - 39:18
**Airlines** [2] - 10:19, 10:25
**al** [2] - 1:7, 3:3
**allegations** [2] - 20:12, 45:13
**alleged** [8] - 4:8, 8:11, 14:16, 31:3, 41:11, 41:12, 41:18, 55:4
**alleges** [1] - 8:18
**alleging** [2] - 25:11, 45:5
**Allied** [3] - 3:3, 3:14, 36:4
**ALLIED** [1] - 1:7
**allow** [3] - 7:18, 55:1, 55:16
**allowed** [9] - 22:16, 43:22, 44:17, 48:3, 54:24, 56:15, 57:25, 58:14, 58:18
**allowing** [1] - 58:6
**almost** [3] - 14:13, 49:4, 49:6
**alone** [2] - 4:11, 38:8
**ALSO** [1] - 1:25
**amended** [4] - 6:17, 13:19, 20:11, 20:20
**Amendment** [4] - 28:10, 28:13, 30:9, 34:10
**American** [2] - 10:19, 10:25

**ANDREW** [1] - 1:22
**animus** [3] - 16:5, 16:6
**announces** [1] - 10:13
**answered** [1] - 47:16
**answering** [1] - 21:18
**anyway** [2] - 12:9, 37:1
**AOL** [2] - 30:24, 30:25
**APA** [100] - 4:11, 4:16, 4:21, 4:22, 5:5, 5:9, 7:9, 7:13, 8:1, 8:6, 8:11, 8:25, 9:11, 9:22, 9:24, 10:5, 10:12, 10:13, 11:14, 12:7, 13:2, 13:17, 14:1, 14:11, 14:12, 14:22, 15:7, 15:12, 15:13, 15:18, 15:23, 16:6, 16:10, 16:12, 16:17, 16:23, 16:24, 17:7, 17:8, 18:21, 19:6, 20:8, 21:22, 22:10, 23:6, 23:18, 23:24, 23:25, 24:10, 24:15, 25:11, 25:12, 25:19, 27:1, 28:2, 28:9, 28:10, 28:12, 28:17, 28:20, 29:7, 29:15, 29:23, 30:8, 30:16, 30:19, 30:25, 31:8, 32:5, 32:21, 34:9, 35:4, 35:5, 36:5, 36:7, 36:8, 36:11, 40:7, 40:20, 40:21, 44:22, 47:9, 49:12, 50:16, 50:18, 50:22, 51:2, 51:3, 51:7, 51:11, 51:20, 52:12, 54:6, 54:7, 57:1, 58:2, 58:6
**APA's** [17] - 6:18, 8:9, 8:23, 14:23, 15:4, 22:7, 23:20, 24:11, 24:20, 25:13, 32:10, 32:23, 38:12, 39:7, 41:22, 43:15, 51:10
**APCB** [2] - 19:6, 20:17
**APPEARANCES** [1] - 1:13
**appearances** [1] - 3:4
**appearing** [2] - 1:15, 3:11
**appreciate** [3] - 17:16, 21:15, 50:7

**appreciating** [1] - 21:19
**approved** [1] - 39:18
**April** [2] - 23:22, 45:16
**area** [1] - 56:23
**argue** [1] - 6:4
**argued** [2] - 45:3, 46:7
**arguing** [1] - 53:24
**argument** [1] - 21:16
**Artau** [4] - 3:24, 48:18, 53:21, 54:25
**assaulted** [1] - 18:12
**assertion** [1] - 7:25
**asserts** [1] - 8:6
**assist** [1] - 10:14
**assisting** [1] - 30:3
**associates** [1] - 19:17
**Association** [3] - 3:3, 3:14, 36:4
**association** [1] - 23:12
**ASSOCIATION** [1] - 1:7
**associational** [1] - 22:18
**astounded** [1] - 37:6
**attached** [2] - 8:10, 8:13
**attack** [1] - 18:17
**attacking** [1] - 40:1
**attempt** [1] - 40:18
**attitude** [1] - 39:12
**attorney** [4] - 8:11, 18:14, 27:1, 41:12
**attorneys** [6] - 33:12, 36:12, 47:10, 54:5, 55:10
**attributable** [1] - 14:22
**AUDIO** [1] - 1:11
**authority** [10] - 9:10, 10:4, 11:7, 12:12, 12:21, 14:21, 16:14, 26:1, 36:7, 36:8
**authorization** [1] - 12:18
**aware** [3] - 26:1, 46:23, 51:22

**B**

**backs** [1] - 7:9
**bad** [1] - 35:8
**bailed** [1] - 18:14
**Bajes** [4] - 29:24, 29:25, 30:3

**Bank** [1] - 49:3
**Barton** [2] - 43:25, 44:12
**base** [2] - 5:14, 54:5
**based** [3] - 22:9, 31:5, 40:22
**baseless** [1] - 30:20
**Bates** [2] - 15:13, 30:10
**Beach** [1] - 1:17
**BEFORE** [1] - 1:12
**began** [1] - 21:6
**begin** [2] - 21:6, 35:24
**beginning** [1] - 24:4
**behalf** [7] - 3:11, 3:14, 6:23, 9:11, 20:9, 34:9, 57:1
**behest** [1] - 42:10
**behind** [1] - 42:14
**believes** [3] - 8:20, 31:16, 34:14
**benefits** [4] - 6:19, 12:15, 38:18, 38:24
**Bennett** [1] - 29:24
**best** [4] - 41:24, 43:12, 45:25, 59:17
**better** [2] - 27:9, 50:3
**Betty** [1] - 27:8
**between** [8] - 12:11, 21:7, 22:10, 23:5, 32:5, 36:19, 38:22, 52:2
**big** [1] - 41:16
**bigger** [1] - 48:5
**bit** [2] - 50:16, 53:12
**blacklisted** [1] - 7:9
**blast** [1] - 6:21
**blood** [1] - 11:4
**board** [6] - 11:15, 12:17, 12:22, 12:24, 18:7, 35:19
**bold** [1] - 8:2
**borne** [1] - 41:9
**bothered** [1] - 29:13
**bottom** [3] - 18:21, 19:20, 43:5
**Brazil** [1] - 18:13
**Brazilian** [1] - 18:14
**breach** [10] - 7:16, 19:5, 20:17, 21:8, 21:22, 22:2, 22:7, 35:3, 35:16
**breach-of-contract** [2] - 19:5, 22:2
**breached** [2] - 14:1, 21:23
**breaches** [1] - 39:7
**breaching** [1] - 38:17
**BREDHOFF** [1] -

1:19
**briefed** [5] - 50:17, 53:20, 53:24, 56:5, 56:21
**bring** [4] - 7:8, 13:24, 45:17, 46:6
**bringing** [1] - 23:14
**brought** [4] - 14:6, 24:6, 29:25, 50:13
**buddies** [1] - 36:12
**bulk** [1] - 51:1
**bullying** [2] - 9:5, 37:7
**burdensome** [2] - 40:19, 40:23
**business** [5] - 16:1, 51:2, 51:8, 54:3, 54:7
**BY** [1] - 2:1
**bye** [3] - 43:7, 43:8
**bye-bye** [1] - 43:7

**C**

**C&R** [7] - 8:19, 8:21, 8:25, 15:11, 23:19, 36:19
**California** [1] - 47:1
**cannot** [1] - 54:24
**capacity** [2] - 44:11
**captain** [4] - 18:12, 39:19, 41:13, 47:17
**Captain** [23] - 4:17, 5:12, 5:15, 7:1, 17:13, 18:13, 23:5, 27:19, 29:12, 33:20, 33:21, 41:9, 42:4, 42:9, 44:21, 46:9, 47:17, 47:21, 52:22, 54:12, 54:15, 54:21
**capturing** [3] - 37:11, 37:12, 37:13
**cardinal** [1] - 7:15
**career** [2] - 18:25, 39:2
**careers** [1] - 39:11
**Carey** [15] - 4:12, 5:16, 16:15, 17:19, 17:20, 18:10, 18:13, 23:6, 29:12, 30:22, 33:16, 33:21, 44:21, 54:12, 54:15
**Carey's** [1] - 27:19
**carried** [1] - 31:4
**Case** [1] - 3:2
**case** [22] - 4:1, 13:3, 13:12, 13:19, 13:21, 14:8, 14:10, 14:16, 14:23, 20:1, 28:14, 31:24, 31:25, 48:18,

49:3, 49:6, 54:13, 55:1, 55:11, 56:24, 57:2, 58:9
**CASE** [1] - 1:2
**cases** [1] - 58:19
**caused** [1] - 18:24
**cell** [1] - 47:19
**censured** [1] - 18:7
**center** [1] - 39:19
**CEO** [2] - 10:19, 20:6
**certain** [2] - 25:11, 25:12
**certainly** [1] - 51:23
**certificate** [2] - 15:17, 44:24
**certify** [1] - 59:15
**cetera** [1] - 51:4
**challenge** [1] - 8:15
**Challenge** [2] - 15:24, 37:3
**chance** [2] - 21:17, 26:20
**changed** [1] - 36:20
**characterizing** [1] - 37:6
**charge** [2] - 23:23, 48:19
**Charles** [1] - 36:10
**choice** [1] - 58:10
**Chuck** [4] - 16:13, 27:1, 30:4, 37:2
**claim** [16] - 13:21, 13:24, 14:3, 14:6, 17:1, 17:2, 19:4, 22:2, 22:20, 23:2, 23:3, 32:10, 33:2, 34:9, 45:4, 49:23
**Claim** [1] - 23:13
**claimed** [1] - 5:9
**claiming** [1] - 25:13
**claims** [14] - 9:11, 10:15, 12:12, 13:22, 14:10, 14:12, 14:15, 19:5, 19:9, 29:5, 33:20, 35:9, 45:10, 56:8
**clarity** [1] - 38:6
**Clark** [1] - 47:10
**Class** [2] - 39:13, 39:18
**clean** [1] - 33:21
**clear** [2] - 17:24, 36:6
**clearly** [2] - 32:6, 45:11
**client** [2] - 51:23, 57:6
**Clinic** [2] - 22:14, 22:16
**clinical** [1] - 6:20

**clock** [1] - 45:15
**cold** [1] - 36:22
**colleague** [1] - 3:15
**collect** [3] - 51:13, 51:18, 52:4
**collective** [3] - 19:6, 21:24, 38:20
**collects** [1] - 51:24
**collusion** [1] - 23:10
**coming** [1] - 7:24
**comment** [6] - 13:7, 17:18, 18:10, 36:21, 38:3, 54:1
**commentary** [1] - 15:14
**comments** [2] - 17:16, 37:5
**committed** [1] - 41:11
**committee** [5] - 12:15, 33:12, 42:3, 46:14, 47:9
**committees** [1] - 11:15
**committing** [1] - 38:22
**communicate** [1] - 51:2
**communicated** [3] - 4:20, 30:22
**communicating** [1] - 52:3
**communication** [1] - 54:9
**communications** [6] - 6:21, 14:20, 18:3, 23:5, 32:4, 51:4
**company** [1] - 22:12
**compel** [1] - 48:7
**compelled** [1] - 25:2
**complaint** [5] - 6:18, 13:18, 13:19, 20:12, 20:20
**completely** [3] - 8:18, 28:24, 49:6
**compliant** [1] - 12:24
**complimentary** [1] - 17:15
**computer** [1] - 27:4
**computers** [2] - 15:8, 52:12
**concern** [7] - 5:19, 6:3, 28:8, 28:14, 29:12, 32:8, 58:4
**concerned** [4] - 18:1, 29:13, 34:3, 57:5
**concluded** [1] - 59:4
**condition** [2] - 15:15, 18:18
**conduct** [5] - 14:23,

16:17, 33:12, 38:19, 54:7
**conducted** [3] - 41:2, 54:4, 54:6
**CONDUCTED** [1] - 1:11
**conferences** [1] - 57:19
**confronted** [1] - 22:17
**conjunction** [1] - 4:17
**consider** [1] - 30:25
**considered** [1] - 58:14
**considers** [2] - 17:19, 34:17
**consistently** [1] - 31:5
**conspiracy** [1] - 23:10
**constitutional** [1] - 46:10
**contact** [2] - 12:18, 24:16
**contain** [1] - 34:15
**content** [1] - 38:10
**contention** [1] - 41:6
**continue** [2] - 31:4, 55:11
**continued** [2] - 24:13, 31:2
**continues** [1] - 8:2
**continuing** [3] - 35:18, 39:8, 45:5
**contract** [8] - 19:5, 20:17, 21:8, 21:11, 21:22, 22:2, 22:7, 35:4
**contracting** [1] - 30:25
**contractual** [1] - 21:23
**contradicts** [1] - 10:11
**control** [8] - 16:10, 16:11, 25:25, 32:24, 36:8, 40:21, 51:10, 51:15
**convince** [1] - 40:10
**copied** [1] - 11:25
**copier** [1] - 27:12
**corner** [1] - 58:15
**corporation** [1] - 20:6
**correct** [9] - 5:24, 6:14, 9:23, 12:13, 13:5, 23:21, 25:13, 25:19, 50:12
**cost** [3] - 22:12,

38:18, 38:19
**cost-savings** [1] - 22:12
**costly** [2] - 7:6, 35:9
**counsel** [6] - 3:4, 3:15, 15:4, 55:3, 55:5, 58:25
**Count** [7] - 20:16, 21:22, 22:1, 22:20, 23:17, 40:7
**count** [4] - 20:25, 21:8, 22:4, 24:5
**counts** [1] - 44:10
**Counts** [1] - 21:8
**couple** [2] - 9:24, 10:22
**course** [6] - 8:3, 13:14, 27:23, 40:5, 56:13, 56:15
**court** [3] - 19:13, 31:10, 59:3
**COURT** [174] - 1:1, 3:1, 3:9, 3:12, 3:17, 3:20, 5:21, 6:1, 6:7, 6:10, 6:15, 7:12, 7:18, 9:7, 9:10, 9:17, 9:21, 10:1, 10:3, 10:8, 10:16, 11:5, 11:7, 11:11, 11:17, 11:20, 12:8, 12:11, 12:25, 13:6, 13:10, 13:13, 14:17, 14:25, 15:22, 16:2, 16:8, 16:20, 17:5, 17:23, 20:2, 20:8, 20:11, 20:19, 20:22, 20:25, 21:3, 21:11, 21:13, 21:18, 21:21, 22:3, 22:5, 22:9, 22:25, 23:2, 23:17, 23:22, 24:7, 24:9, 24:19, 24:23, 25:7, 25:10, 25:16, 25:19, 25:25, 26:5, 26:8, 26:12, 26:16, 26:19, 26:22, 27:2, 27:8, 27:11, 27:16, 27:21, 27:24, 28:6, 28:16, 29:18, 29:20, 30:7, 30:12, 30:15, 31:12, 31:16, 31:22, 32:3, 32:15, 32:19, 32:21, 34:1, 34:3, 34:6, 34:8, 34:18, 34:23, 34:25, 35:5, 35:11, 35:14, 35:21, 35:25, 36:3, 36:10, 36:16, 37:16, 37:19, 37:24, 39:22, 39:25, 40:2, 42:16, 42:18, 42:20, 42:25, 43:3,

43:5, 43:8, 43:10, 43:17, 43:20, 43:24, 44:2, 44:7, 44:14, 44:19, 44:25, 45:13, 46:1, 46:17, 47:5, 48:12, 48:14, 48:18, 49:10, 49:15, 49:25, 50:3, 50:6, 50:12, 50:21, 50:25, 51:14, 52:8, 52:14, 52:16, 52:18, 52:21, 53:4, 53:6, 53:10, 53:14, 53:16, 53:18, 53:20, 55:18, 55:20, 55:23, 56:1, 56:5, 56:11, 56:13, 56:15, 56:18, 57:8, 57:10, 57:13, 57:15, 58:21, 58:23, 59:3
**Court** [10] - 8:23, 17:18, 41:11, 46:4, 48:17, 49:5, 54:19, 54:25, 55:12
**Court's** [1] - 46:22
**courtroom** [1] - 28:6
**COURTROOM** [3] - 3:6, 27:10, 27:14
**cover** [1] - 39:8
**crazy** [1] - 38:15
**credibility** [1] - 18:17
**credible** [2] - 8:21, 18:16
**criminal** [2] - 54:17, 57:23
**critical** [1] - 23:20
**CRR** [2] - 2:1, 59:20
**culminated** [1] - 42:2
**culpable** [1] - 30:4
**current** [3] - 38:12, 39:9, 51:11
**custodian** [10] - 5:1, 7:23, 8:1, 8:4, 8:9, 8:12, 15:3, 19:20, 32:9, 50:3
**custodians** [5] - 4:23, 5:12, 49:18, 49:22, 51:5

**D**

**D.C** [1] - 1:21
**Dan** [10] - 4:12, 5:15, 16:14, 17:19, 17:20, 23:5, 30:22, 30:24, 33:16, 44:21
**data** [1] - 53:5
**DATE** [1] - 59:20
**date** [5] - 6:6, 24:23, 47:16, 48:4, 48:17

**dated** [1] - 36:1
**days** [3] - 44:9, 48:9, 48:21
**days'** [2] - 46:23, 47:1
**deadline** [2] - 47:4, 48:20
**deal** [2] - 6:7, 14:13
**dealt** [1] - 50:14
**decide** [1] - 35:19
**decided** [2] - 28:11, 35:9
**decision** [2] - 7:4, 7:13
**decisions** [3] - 12:16, 12:21, 12:22
**declaration** [13] - 4:17, 4:18, 7:1, 8:13, 41:9, 41:13, 42:9, 47:21, 47:25, 52:22, 52:23, 54:22
**declarations** [1] - 33:11
**deemed** [1] - 23:11
**deep** [1] - 36:20
**defaulted** [1] - 49:6
**defend** [2] - 14:12, 14:13
**defendants** [1] - 1:8
**DEFENDANTS** [1] - 1:18
**defense** [1] - 54:23
**defer** [1] - 6:5
**deferred** [1] - 4:3
**delegated** [1] - 4:5
**deleted** [4] - 4:21, 31:2, 33:14, 52:21
**deletion** [1] - 50:23
**deliberately** [1] - 52:19
**delicate** [1] - 12:14
**denials** [1] - 10:14
**department** [9] - 15:18, 16:24, 18:3, 24:16, 25:22, 25:23, 31:9, 32:5, 54:8
**department's** [1] - 23:7
**deponents** [3] - 44:10, 48:9, 58:19
**depose** [16] - 6:12, 8:22, 17:19, 17:23, 24:11, 28:8, 28:23, 31:22, 40:18, 41:4, 41:25, 43:17, 46:19, 48:3, 58:17, 58:18
**deposed** [5] - 9:13, 19:1, 36:25, 43:18, 43:19
**deposition** [5] - 4:13,

6:6, 27:20, 40:22, 50:9

**depositions** [2] - 41:1, 50:9

**depression** [1] - 38:14

**deprived** [1] - 28:21

**deputy** [1] - 28:7

**DEPUTY** [3] - 3:6, 27:10, 27:14

**derogatory** [1] - 15:14

**desire** [1] - 37:22

**despite** [3] - 17:1, 25:20, 35:10

**determining** [2] - 48:19, 51:5

**detrimental** [2] - 16:16, 18:5

**developing** [1] - 49:1

**devices** [1] - 52:4

**DFAR** [1] - 35:17

**DFR** [1] - 7:16

**died** [2] - 39:2, 45:19

**difference** [1] - 52:2

**difficult** [1] - 28:4

**DIGITAL** [1] - 1:11

**dim** [1] - 9:4

**dinner** [1] - 36:13

**direct** [6] - 7:12, 9:10, 20:12, 21:21, 33:1, 33:7

**directing** [1] - 30:8

**directly** [1] - 19:10

**director** [2] - 16:12, 29:24

**directors** [4] - 11:15, 12:17, 18:7, 35:19

**disability** [14] - 6:19, 7:8, 9:2, 10:14, 10:15, 12:12, 13:22, 20:15, 30:1, 36:21, 37:4, 38:14, 38:18, 44:17

**disabled** [11] - 6:24, 7:5, 7:14, 9:11, 10:23, 18:24, 19:12, 22:23, 23:25, 29:2, 44:16

**disclosed** [1] - 12:7

**DISCOVERY** [1] - 1:10

**discovery** [19] - 3:2, 3:22, 4:10, 5:9, 5:20, 24:21, 28:21, 29:5, 29:6, 41:22, 43:13, 48:5, 48:19, 48:20, 49:7, 55:1, 56:25, 58:14, 58:16

**discrete** [1] - 58:9

**discriminatory** [1] - 16:6

**discuss** [3] - 3:2, 6:2, 16:1

**discusses** [1] - 7:3

**discussion** [1] - 15:25

**disingenuous** [1] - 52:10

**dispose** [1] - 12:18

**disposed** [1] - 42:5

**disproven** [1] - 54:21

**disputed** [2] - 46:9, 56:22

**disqualification** [1] - 55:9

**disqualified** [1] - 44:5

**distributed** [1] - 10:20

**distribution** [1] - 11:24

**DISTRICT** [2] - 1:1, 1:1

**District** [1] - 45:4

**disturbed** [1] - 25:1

**disturbing** [1] - 49:8

**DIVISION** [1] - 1:2

**document** [1] - 52:5

**documents** [10] - 4:25, 5:8, 8:1, 10:3, 16:21, 19:23, 26:16, 49:12, 50:19, 51:6

**dollar** [1] - 49:2

**done** [12] - 11:14, 13:25, 41:22, 43:12, 44:9, 44:11, 44:12, 46:5, 51:3, 51:22, 52:1

**door** [2] - 47:16, 51:24

**doubt** [2] - 29:1, 46:13

**down** [1] - 42:20

**draw** [1] - 46:7

**Drive** [1] - 1:16

**drive** [1] - 53:3

**driver's** [1] - 47:19

**due** [1] - 28:19

**dues** [1] - 7:6

**during** [3] - 5:8, 13:22, 18:22

**duty** [12] - 14:2, 15:6, 17:9, 19:6, 20:5, 35:3, 35:17, 38:17, 39:7, 52:2, 52:3, 52:4

**DYMOWSKI** [1] - 1:22

**Dymowski** [1] - 3:16

# E

**Eastern** [1] - 45:4

**ECF** [6] - 4:4, 4:17, 4:18, 4:22, 6:18, 7:1

**echoed** [1] - 31:3

**economic** [3] - 18:25, 43:25, 44:12

**Ed** [9] - 4:17, 5:15, 5:16, 16:18, 30:6, 33:10, 42:9, 46:9, 54:12

**Edwards** [3] - 41:12, 55:5, 59:19

**EDWARDS** [2] - 2:1, 59:20

**EEOC** [3] - 23:23, 45:16, 58:12

**effect** [1] - 36:24

**effort** [1] - 41:24

**efforts** [3] - 33:1, 33:22, 39:8

**eight** [2] - 4:8, 28:4

**either** [4] - 9:10, 14:24, 23:11, 51:11

**electronic** [3] - 15:25, 43:15, 50:24

**email** [30] - 5:2, 5:14, 16:5, 17:20, 19:22, 24:17, 25:5, 26:3, 26:6, 26:25, 27:3, 27:18, 28:12, 29:12, 29:17, 29:21, 30:8, 30:25, 31:14, 31:20, 32:12, 33:3, 34:10, 34:12, 35:25, 40:9, 40:22, 49:19

**emailed** [1] - 32:16

**emails** [37] - 4:14, 5:4, 8:15, 8:19, 11:23, 12:5, 15:7, 16:14, 16:15, 18:21, 18:22, 20:3, 23:7, 25:6, 26:13, 28:3, 31:1, 31:10, 32:11, 32:15, 32:25, 34:13, 34:18, 49:20, 49:21, 50:4, 50:20, 50:21, 50:23, 51:4, 51:21, 52:1, 52:12, 54:6, 54:8, 54:10, 54:15

**emergency** [2] - 45:6, 58:7

**Emery** [1] - 22:24

**emphasize** [1] - 8:3

**employed** [1] - 51:11

**employee** [1] - 44:16

**encrypted** [1] - 33:13

**end** [6] - 11:13, 12:7,

28:16, 31:5, 51:17, 56:25

**ended** [1] - 11:9

**enforced** [1] - 47:14

**engaged** [1] - 24:15

**engages** [2] - 15:14, 15:18

**engaging** [2] - 19:15, 22:24

**entire** [3] - 7:16, 23:25, 55:9

**entirely** [2] - 13:5, 56:8

**entitled** [1] - 59:17

**entity** [2] - 28:17, 51:23

**equally** [1] - 30:4

**equity** [2] - 38:20, 38:21

**eradicating** [1] - 36:5

**Eric** [3] - 5:16, 33:17, 47:8

**ERISA** [3] - 7:8, 7:10, 10:13

**ESQ** [3] - 1:18, 1:19, 1:22

**establish** [3] - 28:17, 39:7, 40:9

**estate** [1] - 49:2

**et** [3] - 1:7, 3:3, 51:4

**evaluate** [1] - 38:9

**evaporate** [1] - 20:5

**event** [1] - 31:2

**evidence** [7] - 14:10, 15:7, 20:7, 29:8, 49:5, 55:6, 55:12

**evidentiary** [3] - 54:17, 55:24, 57:21

**exact** [3] - 22:24, 26:21, 49:4

**exactly** [2] - 29:3, 57:10

**examiner** [1] - 38:9

**example** [1] - 32:8

**except** [1] - 54:5

**exchange** [1] - 36:18

**exclude** [1] - 31:2

**exclusion** [1] - 42:12

**excuse** [1] - 30:7

**Exhibit** [4] - 4:18, 7:2, 26:25, 27:3

**exhibits** [3] - 8:10, 8:14, 10:9

**exist** [2] - 8:5, 32:4

**exists** [1] - 8:9

**expanded** [1] - 41:21

**expected** [1] - 29:4

**expecting** [1] - 21:10

**expedited** [1] - 42:8

**expense** [2] - 6:22, 49:7

**expert** [2] - 44:1, 44:13

**expired** [1] - 45:16

**explained** [2] - 21:5, 45:9

**explanation** [1] - 32:21

**explicitly** [3] - 7:3, 52:11, 52:24

**expose** [1] - 19:17

**extension** [1] - 3:22

**extent** [1] - 17:18

**extremely** [4] - 4:7, 19:19, 54:11, 54:12

**eyed** [1] - 38:5

# F

**FAA** [7] - 15:15, 15:16, 38:9, 39:16, 39:18, 44:23

**FAA-approved** [1] - 39:18

**facing** [1] - 22:17

**fact** [17] - 6:5, 9:3, 15:5, 15:12, 15:16, 17:7, 18:2, 20:18, 22:9, 33:10, 34:12, 38:16, 40:12, 41:8, 42:1, 46:25, 54:21

**Fact** [1] - 21:7

**Facts** [1] - 6:18

**facts** [4] - 21:6, 45:11, 45:22, 55:6

**faculties** [1] - 40:4

**failure** [3] - 6:19, 30:5, 47:10

**failures** [10] - 15:21, 17:11, 18:6, 18:8, 19:17, 21:6, 22:17, 22:19, 24:14, 24:17

**fair** [1] - 14:2

**fall** [1] - 21:8

**false** [2] - 19:5, 50:17

**falsely** [1] - 8:11

**far** [2] - 41:2, 43:18

**fatally** [1] - 55:16

**father's** [1] - 45:18

**fearful** [1] - 19:2

**February** [2] - 24:24, 36:1

**federal** [4] - 15:16, 19:13, 24:18, 48:10

**fellow** [1] - 22:23

**felt** [2] - 25:2, 25:22

**Ferguson** [6] - 5:16, 33:17, 47:8, 48:4,

48:7, 50:10

**few** [1] - 39:1
**fight** [1] - 39:1
**figure** [2] - 43:1, 52:5
**file** [6] - 23:23, 45:4, 45:14, 55:16, 57:1, 58:6
**filed** [5] - 7:9, 13:19, 45:19, 46:1
**filled** [1] - 35:23
**final** [2] - 12:21, 12:22
**fine** [1] - 28:3
**finish** [4] - 35:22, 53:17, 53:18, 55:16
**fired** [1] - 29:24
**firm** [1] - 55:9
**first** [9] - 6:8, 6:17, 10:22, 12:6, 13:15, 17:20, 20:19, 21:5, 23:18
**First** [6] - 28:10, 28:13, 30:9, 34:10, 39:13, 39:18
**fitness** [2] - 55:3, 55:10
**five** [3] - 38:22, 41:3, 43:18
**flawed** [1] - 55:16
**FLORIDA** [1] - 1:1
**Florida** [3] - 1:4, 1:17, 1:24
**focus** [1] - 58:23
**follow** [2] - 20:22, 32:1
**following** [1] - 48:10
**font** [1] - 28:4
**FOR** [2] - 1:15, 1:18
**forced** [5] - 7:7, 44:16, 45:3, 45:10, 45:24
**foregoing** [1] - 59:15
**formed** [1] - 47:8
**former** [11] - 4:12, 15:13, 17:19, 18:18, 29:23, 32:24, 38:13, 39:23, 42:9, 44:15, 55:4
**Forum** [1] - 15:25
**forum** [10] - 8:21, 8:25, 16:1, 16:21, 16:22, 18:5, 22:20, 25:1, 37:13, 37:18
**forums** [2] - 15:20, 15:22
**forward** [2] - 50:10, 55:1
**foundational** [6] - 6:5, 6:16, 20:18, 21:2, 35:3, 39:7

**frame** [1] - 19:18
**frankly** [1] - 57:3
**fraud** [3] - 41:11, 49:5, 54:18
**fraudulent** [2] - 22:13, 22:15
**free** [3] - 19:14, 19:16, 23:3
**freedom** [4] - 16:25, 19:9, 40:8, 40:11
**friend** [2] - 16:12, 16:13
**friends** [2] - 29:23, 36:15
**FROM** [1] - 1:11
**front** [2] - 21:9, 36:23
**full** [3] - 39:17, 44:5, 58:14
**fully** [4] - 6:22, 15:16, 44:17, 58:14
**furthermore** [1] - 30:21
**future** [1] - 39:9

## G

**gate** [2] - 18:11, 18:12
**genesis** [4] - 7:11, 19:3, 37:22, 39:6
**given** [5] - 4:13, 6:13, 44:5, 44:17, 54:13
**Glath** [3] - 44:3, 44:15, 46:25
**gmail** [1] - 30:24
**Google** [3] - 16:15, 23:7, 31:1
**GORDON** [1] - 1:22
**granted** [2] - 40:25, 41:20
**granting** [1] - 42:22
**grave** [4] - 5:19, 6:3, 48:24, 55:2
**grievance** [1] - 42:8
**grievances** [2] - 19:7, 42:4
**Grievances** [1] - 47:11
**grounds** [1] - 28:24
**group** [4] - 18:24, 19:12, 24:15, 30:1
**guess** [1] - 7:22
**guys** [1] - 11:1

## H

**Hairston** [8] - 16:13,

27:1, 30:4, 36:4, 36:10, 36:17, 37:8, 37:9
**hall** [4] - 15:23, 19:12, 23:4, 24:13
**hamstrung** [2] - 28:25, 41:23
**hand** [3] - 43:6, 51:19, 51:21
**handling** [3] - 6:18, 12:12, 13:22
**hands** [1] - 18:11
**happy** [3] - 6:4, 6:5, 53:2
**Harbour** [1] - 1:16
**hard** [2] - 11:3, 53:3
**hardly** [1] - 58:15
**harm** [3] - 15:21, 18:25, 30:19
**harmful** [2] - 16:16, 23:11
**Harrison** [1] - 37:2
**headline** [1] - 10:13
**hear** [4] - 3:8, 3:9, 13:13, 13:15
**heard** [1] - 8:17
**HEARING** [1] - 1:10
**hearing** [7] - 8:3, 34:8, 42:15, 42:21, 54:17, 55:25, 57:21
**heart** [1] - 4:9
**held** [3] - 13:1, 34:14, 34:21
**hello** [1] - 3:10
**help** [3] - 28:14, 31:5, 32:17
**hereby** [1] - 59:15
**higher** [2] - 4:4, 40:17
**higher-level** [1] - 4:4
**highlighted** [4] - 27:6, 27:17, 27:18, 38:4
**highly** [5] - 16:18, 17:20, 23:20, 38:11, 39:14
**HILL** [31] - 1:25, 3:19, 7:21, 9:9, 9:12, 9:18, 9:23, 10:2, 10:6, 10:9, 10:17, 11:6, 11:9, 11:13, 11:19, 11:22, 12:10, 12:13, 13:5, 15:23, 35:23, 36:2, 36:9, 36:11, 36:18, 37:17, 37:21, 42:24, 43:1, 43:4, 43:7
**Hill** [11] - 4:23, 5:12, 7:3, 7:18, 7:20, 17:6, 17:21, 18:10, 27:1,

29:14, 34:7
**hill** [42] - 3:17, 4:22, 5:23, 6:4, 6:7, 6:12, 6:16, 7:10, 13:16, 14:11, 14:21, 15:3, 18:2, 18:22, 19:1, 19:4, 19:10, 22:5, 22:6, 22:25, 24:9, 25:21, 28:9, 29:1, 29:20, 29:23, 30:3, 30:8, 31:23, 32:11, 32:16, 34:3, 34:9, 35:18, 35:21, 35:22, 39:5, 39:14, 40:9, 42:21, 50:9, 51:20
**Hill's** [1] - 6:20
**hill's** [2] - 14:20, 21:6
**himself** [4] - 10:11, 18:19, 25:8, 47:17
**hire** [1] - 6:19
**hired** [2] - 41:13, 41:14
**hiring** [1] - 10:13
**history** [1] - 20:15
**hit** [2] - 11:3, 37:17
**hold** [31] - 4:13, 4:19, 5:10, 5:13, 5:17, 6:13, 8:7, 11:17, 11:18, 11:20, 12:6, 15:6, 17:8, 18:5, 19:22, 20:4, 22:5, 26:24, 29:9, 31:1, 32:7, 32:9, 33:3, 33:15, 33:17, 33:18, 38:16, 39:18, 47:7, 52:11, 54:14
**home** [1] - 47:19
**homeless** [1] - 38:25
**Honor** [24] - 3:8, 3:10, 3:13, 5:3, 5:24, 6:14, 9:14, 13:5, 13:7, 21:12, 28:19, 31:15, 38:2, 43:9, 46:21, 48:22, 50:1, 52:9, 53:2, 53:15, 54:2, 57:18, 58:22, 59:2
**HONORABLE** [1] - 1:12
**hope** [1] - 33:5
**hostile** [2] - 16:5
**hours** [1] - 23:23
**hung** [1] - 50:19
**hyper** [1] - 8:3
**hyper-emphasize** [1] - 8:3

## I

**iCloud** [1] - 33:23
**idea** [1] - 39:23

**identified** [6] - 15:5, 17:8, 19:21, 29:7, 32:9, 47:17
**identify** [1] - 29:5
**imagine** [1] - 38:7
**immediate** [2] - 55:9, 57:19
**impact** [1] - 9:2
**impermissible** [1] - 19:14
**implicated** [1] - 36:22
**important** [1] - 4:7
**impossible** [2] - 14:13, 27:2
**impound** [1] - 16:14
**improper** [1] - 25:13
**inaction** [1] - 58:11
**inaudible** [1] - 6:24
**included** [2] - 9:5, 15:7
**including** [3] - 15:8, 18:24, 57:5
**incomprehensible** [1] - 25:18
**indication** [1] - 38:12
**indiscernible** [6] - 14:17, 28:20, 29:13, 38:6, 42:13, 48:23
**indiscernible]** [1] - 10:7
**individual** [9] - 15:5, 19:6, 21:24, 24:10, 29:6, 29:8, 42:7, 43:21, 44:11
**individually** [1] - 41:14
**individuals** [3] - 6:12, 43:18, 46:18
**influence** [1] - 25:21
**information** [16] - 4:25, 18:4, 18:20, 19:23, 24:14, 26:5, 31:23, 31:25, 33:20, 37:4, 37:11, 37:25, 40:10, 40:11, 40:15, 52:6
**informed** [3] - 33:14, 33:17, 33:18
**infringement** [2] - 19:14, 19:16
**initial** [2] - 7:16, 35:8
**injunction** [1] - 22:23
**inserted** [1] - 30:23
**insider** [1] - 31:5
**insisted** [1] - 43:23
**institution** [3] - 16:17, 25:9, 39:9
**institutional** [2] - 7:4, 23:9

**institutionally** [1] - 18:23
**instructor** [1] - 39:19
**intend** [2] - 47:2, 58:23
**interesting** [3] - 10:6, 10:10, 44:6
**interpretation** [1] - 46:10
**interpreted** [1] - 37:1
**intrude** [1] - 29:15
**investigate** [1] - 47:9
**investigative** [1] - 47:9
**invoke** [4] - 15:19, 16:7, 16:24, 23:6
**invoked** [1] - 46:25
**involved** [2] - 34:9, 49:2
**involves** [1] - 52:2
**involving** [2] - 5:14, 49:3
**is..** [1] - 24:23
**issue** [8] - 5:21, 7:25, 8:20, 14:3, 14:23, 28:2, 48:5, 50:17
**issue's** [1] - 5:21
**issued** [4] - 15:17, 19:13, 22:23, 46:9
**issues** [7] - 3:2, 5:22, 14:15, 37:4, 39:15, 56:21, 57:7
**issuing** [1] - 42:22
**it'll** [1] - 36:25
**itself** [2] - 30:17, 39:20

## J

**jail** [1] - 18:14
**January** [6] - 8:21, 8:25, 33:2, 42:5, 45:9, 57:18
**Jim** [1] - 47:10
**job** [2] - 18:15, 51:3
**jobs** [1] - 44:5
**JOHN** [1] - 1:19
**John** [1] - 3:15
**join** [4] - 45:7, 45:20, 56:7, 58:7
**joined** [2] - 58:13, 58:20
**JOSHUA** [1] - 1:18
**Joshua** [1] - 3:13
**Jude** [1] - 3:15
**JUDGE** [1] - 1:12
**Judge** [7] - 3:24, 27:10, 27:15, 42:24, 48:18, 53:21, 54:24

**judge** [6] - 3:25, 19:13, 22:23, 24:18, 24:25, 53:21
**judgment** [3] - 55:17, 57:2, 58:6
**judicial** [1] - 45:8
**June** [5] - 11:9, 11:11, 11:16, 13:2
**justice** [1] - 58:7

## K

**KAISER** [1] - 1:19
**Kathy** [1] - 22:24
**keep** [2] - 20:3, 38:17
**keeps** [1] - 7:23
**key** [15] - 4:23, 5:1, 5:14, 7:23, 8:1, 8:4, 8:8, 8:12, 15:3, 28:22, 29:7, 32:9, 32:14, 43:1, 57:21
**kind** [5] - 11:16, 26:14, 26:15, 36:20, 44:6
**knowing** [1] - 30:24
**knowledge** [1] - 7:12
**knows** [1] - 42:21

## L

**Labor** [1] - 35:20
**laptop** [6] - 4:21, 33:21, 33:24, 33:25, 52:25, 54:16
**laptops** [1] - 15:8
**large** [1] - 18:23
**Larry** [5] - 11:24, 12:4, 36:5, 38:7, 51:6
**Larry's** [3] - 30:21, 31:2, 38:9
**last** [4] - 9:24, 11:14, 33:24, 58:7
**late** [1] - 51:16
**law** [1] - 48:25
**Lawrence** [1] - 3:10
**LAWRENCE** [2] - 1:4, 1:15
**lawsuit** [10] - 7:10, 7:11, 9:2, 17:1, 19:3, 23:14, 24:8, 45:14, 45:17, 45:20
**lawsuits** [2] - 7:8, 36:22
**leader** [2] - 4:12, 15:13
**leaders** [1] - 39:9
**leadership** [5] - 23:20, 30:18, 30:20,

31:4, 38:13
**leading** [1] - 18:9
**leaks** [1] - 30:19
**least** [1] - 57:16
**leave** [3] - 18:15, 42:21, 43:2
**leaving** [1] - 51:25
**led** [2] - 7:16, 17:11
**left** [5] - 38:24, 39:1, 41:25, 42:14, 58:10
**legal** [23] - 12:15, 14:2, 15:18, 15:19, 16:12, 16:23, 16:24, 17:7, 18:2, 22:13, 23:6, 24:16, 25:21, 25:22, 27:1, 29:16, 29:23, 31:8, 32:5, 36:5, 54:8
**legally** [1] - 34:21
**less** [2] - 23:22, 54:20
**letter** [20] - 4:14, 4:19, 5:11, 10:19, 11:4, 11:17, 11:21, 15:12, 17:8, 19:22, 22:22, 22:25, 23:2, 24:19, 24:20, 24:23, 29:3, 32:7, 45:16, 54:14
**letters** [6] - 5:10, 5:18, 12:3, 15:6, 47:7, 52:11
**level** [1] - 4:4
**liability** [2] - 22:18, 39:10
**license** [1] - 47:20
**lied** [1] - 42:6
**light** [1] - 4:8
**limitations** [1] - 14:4
**limited** [9] - 18:21, 24:21, 26:10, 28:22, 35:17, 41:5, 41:17, 43:14, 48:9
**limiting** [1] - 29:2
**limits** [1] - 46:23
**Line** [1] - 15:25
**line** [4] - 18:21, 19:20, 46:7, 55:16
**LISA** [2] - 2:1, 59:20
**LISETTE** [1] - 1:12
**list** [1] - 6:12
**lists** [1] - 11:24
**literally** [1] - 45:20
**litigate** [2] - 6:23, 45:10
**litigating** [1] - 55:10
**litigation** [26] - 4:13, 4:19, 5:10, 5:13, 5:17, 6:13, 7:16, 8:7, 8:9, 11:20, 12:6, 15:6,

17:8, 19:21, 20:4, 29:9, 32:7, 32:9, 33:3, 33:15, 33:17, 33:18, 40:17, 47:7, 52:11, 54:14
**litigator** [1] - 10:14
**lives** [1] - 47:22
**LLOYD** [1] - 1:25
**Lloyd** [5] - 7:3, 17:21, 18:10, 26:25, 29:14
**LMRDA** [5] - 19:9, 22:21, 23:3, 23:13, 23:18
**LMRDA's** [1] - 20:16
**local** [3] - 3:15, 46:23, 48:8
**locked** [3] - 19:11, 24:13, 30:2
**lockout** [1] - 24:2
**long-term** [1] - 6:23
**look** [3] - 20:14, 21:1, 26:20
**looked** [3] - 11:22, 20:25, 26:22
**looking** [4] - 20:11, 21:4, 30:13, 35:25
**looks** [3] - 24:3, 36:3, 49:9
**loss** [1] - 38:24
**lost** [2] - 33:23, 39:11
**love** [1] - 56:3
**LTD** [2] - 23:25, 24:15

## M

**ma'am** [7] - 7:21, 9:9, 26:18, 35:23, 36:2, 36:9, 53:17
**machine** [1] - 27:13
**machinery** [4] - 15:19, 16:24, 17:7, 23:7
**magistrate** [2] - 3:25, 4:6
**MAGISTRATE** [1] - 1:12
**maintain** [1] - 19:8
**major** [1] - 49:5
**majority** [1] - 54:9
**man** [1] - 47:16
**manipulate** [1] - 25:22
**MANSUKHANI** [1] - 1:22
**March** [3] - 1:5, 4:24, 23:19

**Mark** [4] - 8:11, 43:19, 43:25, 47:10
**material** [3] - 14:15, 22:6, 41:8
**materially** [1] - 21:22
**materials** [3] - 5:7, 8:1, 14:19
**Matt** [2] - 43:25, 44:12
**matter** [9] - 5:14, 5:19, 6:23, 15:4, 33:10, 42:1, 43:14, 51:9, 59:17
**matters** [3] - 41:6, 48:24
**Mayo** [2] - 22:14, 22:16
**MDD** [2] - 23:25, 38:19
**Meadows** [41] - 3:3, 3:5, 3:11, 3:22, 7:25, 8:1, 8:5, 8:6, 8:11, 8:16, 8:20, 9:3, 11:24, 12:2, 13:8, 13:14, 13:24, 14:6, 15:1, 23:19, 23:23, 36:5, 36:19, 36:20, 37:3, 37:6, 37:25, 38:7, 38:9, 41:1, 43:10, 50:15, 50:19, 51:7, 51:19, 53:13, 53:14, 53:16, 56:14, 56:22
**MEADOWS** [2] - 1:4, 1:15
**Meadows's** [9] - 8:10, 8:13, 9:2, 9:3, 10:9, 21:23, 23:24, 28:13, 37:10
**mean** [12] - 9:18, 20:5, 21:2, 28:21, 41:10, 45:24, 49:25, 50:8, 51:7, 52:1, 52:19
**meddle** [1] - 18:2
**meddling** [1] - 19:10
**medical** [7] - 6:20, 11:1, 15:17, 22:15, 38:9, 44:23, 46:14
**Medical** [2] - 39:13, 39:18
**medically** [1] - 44:5
**medication** [1] - 39:17
**medications** [1] - 11:2
**member** [9] - 15:19, 16:6, 18:4, 25:3, 25:23, 29:15, 42:3, 46:10, 46:11
**member's** [1] - 29:17

**members** [7] - 14:4, 15:25, 16:1, 19:7, 19:16, 22:19, 35:10
**members-only** [2] - 15:25, 22:19
**membership** [3] - 30:2, 42:14, 46:8
**memorandum** [1] - 26:14
**men** [1] - 33:12
**mental** [1] - 40:3
**mentally** [1] - 38:13
**merely** [1] - 9:4
**merge** [1] - 46:1
**message** [2] - 4:20, 49:21
**messages** [16] - 4:15, 4:21, 5:5, 31:2, 31:13, 32:11, 33:13, 33:23, 34:13, 49:20, 51:6, 51:8, 51:9, 52:1, 54:6, 54:15
**met** [1] - 50:18
**metadata** [1] - 43:15
**MIAMI** [1] - 1:2
**Miami** [3] - 1:4, 1:17, 1:24
**middle** [1] - 12:3
**might** [6] - 10:7, 15:15, 17:15, 30:18, 38:8, 58:19
**million** [2] - 38:19, 38:21
**mind** [1] - 38:18
**mindset** [2] - 38:12, 39:12
**mine** [1] - 51:23
**minimal** [1] - 39:4
**minimum** [1] - 57:3
**misconduct** [2] - 29:25, 47:9
**mishandling** [1] - 6:19
**misstatement** [1] - 55:5
**misstatements** [2] - 41:10, 54:20
**money** [2] - 11:4, 41:24
**monitoring** [1] - 54:8
**month** [2] - 24:25, 57:22
**months** [2] - 14:5, 14:7
**months'** [1] - 35:17
**morning** [1] - 28:11
**most** [8] - 5:14, 6:3, 8:16, 18:16, 39:2, 42:1, 50:4, 54:7
**mother** [1] - 45:19

**motion** [22] - 3:21, 3:23, 3:25, 4:4, 4:7, 4:8, 5:22, 40:24, 41:19, 42:23, 45:6, 45:7, 45:21, 46:1, 46:5, 52:23, 52:24, 55:17, 57:1, 58:7, 58:11
**motions** [11] - 4:3, 4:5, 4:9, 48:6, 55:2, 56:2, 57:8, 57:9, 57:20, 58:23
**mouth** [1] - 33:7
**MR** [58] - 3:13, 3:19, 7:21, 9:9, 9:12, 9:18, 9:23, 10:2, 10:6, 10:9, 10:17, 11:6, 11:9, 11:13, 11:19, 11:22, 12:10, 12:13, 13:5, 13:7, 13:11, 13:16, 14:18, 15:23, 21:12, 21:14, 35:23, 36:2, 36:9, 36:11, 36:18, 37:17, 37:21, 42:24, 43:1, 43:4, 43:7, 46:12, 46:15, 50:1, 50:7, 50:13, 50:22, 51:1, 51:15, 53:2, 53:7, 53:12, 56:10, 56:12, 56:14, 56:17, 56:19, 57:9, 57:12, 57:14, 57:17, 59:2
**multimillion** [1] - 49:2
**multimillion-dollar** [1] - 49:2
**multiple** [1] - 5:10
**must** [3] - 17:22, 20:6, 52:11
**Myers** [5] - 8:12, 43:19, 43:25, 44:9, 47:10

**N**

**name** [4] - 9:5, 12:5, 43:24
**name-calling** [1] - 9:5
**named** [7] - 4:22, 5:1, 5:17, 29:4, 36:3, 42:7, 44:7
**national** [3] - 6:21, 42:3, 46:14
**necessarily** [1] - 52:19
**need** [10] - 26:23, 30:16, 30:19, 43:13, 45:1, 57:19, 57:24, 58:5, 58:18, 58:19

**needs** [4] - 54:16, 54:18, 54:19, 55:8
**never** [15] - 4:13, 4:19, 7:9, 8:12, 33:14, 33:21, 41:12, 41:13, 45:22, 46:4, 46:24, 50:22, 54:13, 54:22, 55:5
**new** [4] - 29:5, 45:4, 45:22, 46:9
**New** [5] - 45:4, 45:18, 45:20, 56:7, 58:8
**news** [1] - 10:2
**next** [2] - 43:24
**nine** [1] - 55:2
**NO** [1] - 1:2
**non** [2] - 15:7, 52:12
**non-APA** [2] - 15:7, 52:12
**none** [4] - 11:25, 14:21, 32:22, 36:14
**nonparty** [1] - 40:16
**Northwest** [1] - 1:20
**note** [1] - 50:15
**nothing** [9] - 9:1, 11:18, 12:8, 12:10, 13:3, 36:13, 40:8, 41:22, 51:12
**notice** [5] - 12:6, 30:17, 46:24, 47:1, 49:18
**notices** [3] - 8:7, 8:9, 33:3
**notified** [2] - 5:13, 32:11
**notwithstanding** [1] - 15:15
**November** [1] - 45:22
**number** [1] - 6:17
**numerous** [3] - 38:21, 39:10, 41:6

**O**

**obligations** [2] - 21:23, 50:18
**observation** [1] - 56:23
**obstruct** [2] - 28:23, 41:22
**obstructed** [1] - 43:14
**obtain** [3] - 23:7, 25:5, 31:10
**obtaining** [1] - 52:7
**occurred** [2] - 24:3, 31:6

**October** [6] - 5:3, 10:12, 28:22, 33:1, 41:5, 51:17
**odd** [1] - 11:2
**OF** [1] - 1:1
**offended** [3] - 17:20, 40:3, 40:6
**offensive** [5] - 18:17, 38:11, 39:14, 40:1, 55:14
**offered** [2] - 45:6, 58:7
**office** [3] - 10:22, 13:2, 23:9
**officer** [1] - 16:9
**officers** [4] - 32:24, 33:12, 51:11, 54:7
**official** [1] - 13:2
**old** [1] - 10:2
**older** [1] - 45:19
**once** [1] - 54:22
**one** [23] - 6:17, 7:25, 12:1, 19:21, 19:25, 23:15, 24:25, 26:11, 26:24, 28:17, 28:24, 29:11, 30:2, 32:8, 32:20, 36:11, 38:2, 39:1, 46:23, 49:23, 51:19, 54:1, 56:23
**ongoing** [7] - 10:14, 35:16, 35:18, 41:18, 45:5, 45:11, 45:14
**online** [7] - 8:21, 9:4, 9:20, 16:20, 16:21, 37:13, 37:18
**opportunity** [1] - 7:18
**opposite** [2] - 40:12, 41:16
**opposition** [2] - 8:6, 8:13
**options** [1] - 27:12
**order** [4] - 31:10, 41:8, 42:22, 52:24
**orders** [1] - 48:24
**organization** [1] - 36:4
**out-of-state** [2] - 46:24, 48:9
**outrageous** [2] - 29:14, 31:11
**outright** [1] - 41:11
**outsized** [1] - 25:21
**outstanding** [1] - 5:23
**overlap** [1] - 25:18
**overtures** [1] - 30:21
**owed** [1] - 35:20
**own** [12] - 5:10, 7:8, 9:3, 15:4, 15:9, 17:9,

19:22, 25:9, 29:7, 29:9, 32:10, 49:18
**owned** [1] - 47:23
**owning** [1] - 47:18

**P**

**p.m** [1] - 1:6
**page** [8] - 7:2, 7:22, 21:9, 21:21, 26:21, 26:25, 31:19, 35:23
**Page** [4] - 7:2, 21:12, 21:13, 30:10
**Pages** [1] - 1:8
**pages** [5] - 21:3, 26:17, 26:22, 26:23, 49:22
**paid** [2] - 41:15, 55:7
**paints** [1] - 39:15
**Paolo** [1] - 18:13
**paper** [1] - 35:24
**Paragraph** [3] - 4:24, 7:2, 8:5
**paragraph** [1] - 7:2
**Paragraphs** [2] - 20:15
**parallel** [1] - 45:10
**parcel** [1] - 58:9
**parroter** [1] - 44:3
**part** [12] - 9:13, 10:6, 10:9, 29:1, 31:12, 31:17, 39:5, 42:6, 42:8, 42:10, 58:8
**Part** [1] - 39:19
**particular** [1] - 21:24
**parties** [4] - 29:5, 45:10, 46:24, 57:5
**party** [2] - 25:5, 40:18
**passed** [1] - 12:23
**passion** [1] - 10:21
**past** [3] - 15:20, 18:6, 39:9
**patently** [2] - 19:5, 50:17
**pattern** [2] - 17:10, 19:15
**pay** [1] - 44:18
**paying** [2] - 7:6, 44:5
**payroll** [1] - 44:17
**Pellettieri** [4] - 3:15, 41:7, 42:6, 54:20
**PELLETTIERI** [1] - 1:19
**pending** [6] - 13:3, 45:22, 53:8, 55:2, 57:8, 57:9
**penniless** [1] - 38:25
**pensionable** [1] -

44:18

**people** [23] - 5:4, 5:12, 11:24, 19:21, 23:10, 32:14, 33:3, 33:7, 33:19, 36:14, 37:7, 44:7, 45:2, 50:4, 51:1, 51:10, 51:11, 51:15, 51:25, 52:3, 58:2, 58:17

**people's** [2] - 50:20, 51:21

**percent** [1] - 54:3

**percipient** [1] - 42:1

**perhaps** [2] - 31:6, 50:3

**period** [6] - 4:15, 5:9, 13:22, 13:25, 35:6, 45:2

**permission** [1] - 52:25

**perpetuation** [2] - 19:8, 21:25

**person** [3] - 17:24, 38:15, 57:22

**personal** [30] - 5:1, 5:4, 9:5, 15:7, 15:8, 16:15, 19:22, 22:18, 29:16, 29:17, 29:23, 30:25, 32:11, 32:12, 32:25, 33:3, 33:8, 36:14, 37:5, 49:19, 49:20, 50:4, 50:20, 50:21, 51:21, 51:25, 52:4, 52:12, 54:6, 54:10

**personality** [2] - 17:17, 38:7

**personally** [3] - 10:24, 23:11, 30:23

**phone** [5] - 10:22, 33:22, 33:24, 47:19

**phonetic** [1] - 29:24

**photos** [1] - 33:23

**physically** [1] - 18:12

**pick** [1] - 28:7

**picked** [1] - 10:20

**pilot** [7] - 10:14, 19:12, 22:24, 24:15, 30:1, 39:19, 44:18

**pilots** [19] - 6:24, 6:25, 7:5, 7:14, 8:24, 9:11, 10:20, 10:23, 11:4, 17:12, 18:24, 22:14, 29:2, 38:18, 38:20, 38:22, 39:11, 42:13, 44:4

**Pilots** [3] - 3:3, 3:14, 36:4

**PILOTS** [1] - 1:7

**pilots'** [1] - 23:25

**Plaintiff** [3] - 1:5, 3:4, 3:11

**PLAINTIFF** [125] - 1:15, 3:8, 3:10, 4:2, 5:24, 6:2, 6:9, 6:14, 6:16, 7:15, 15:2, 16:4, 16:11, 16:23, 17:6, 18:1, 20:4, 20:10, 20:14, 20:21, 20:24, 21:2, 21:5, 21:15, 21:20, 22:1, 22:4, 22:8, 22:11, 23:1, 23:3, 23:21, 24:6, 24:8, 24:12, 24:20, 24:24, 25:8, 25:15, 25:17, 25:20, 26:4, 26:7, 26:10, 26:13, 26:18, 26:20, 26:24, 27:7, 27:17, 27:23, 28:1, 28:15, 28:19, 29:19, 29:22, 30:10, 30:13, 30:16, 31:14, 31:19, 32:2, 32:4, 32:16, 32:20, 32:23, 34:2, 34:5, 34:7, 34:17, 34:20, 34:24, 35:2, 35:7, 35:12, 35:16, 38:2, 39:23, 40:1, 41:3, 42:17, 42:19, 43:9, 43:12, 43:19, 43:21, 43:25, 44:3, 44:9, 44:15, 44:20, 45:1, 45:15, 46:3, 46:13, 46:16, 46:21, 47:6, 48:13, 48:15, 48:22, 49:14, 49:16, 50:5, 52:9, 52:15, 52:17, 52:20, 52:22, 53:3, 53:5, 53:8, 53:11, 53:15, 53:17, 53:19, 54:1, 55:19, 55:22, 55:24, 56:3, 56:7, 57:18, 58:22, 59:1

**planning** [1] - 57:1

**plead** [2] - 54:25, 55:24

**pleading** [1] - 31:8

**pleadings** [4] - 6:11, 45:21, 46:5, 53:6

**PLLC** [1] - 1:19

**point** [13] - 11:5, 12:4, 12:8, 14:14, 14:17, 16:8, 16:9, 24:9, 30:6, 38:8, 41:6, 50:1, 56:12

**points** [1] - 29:6

**policy** [3] - 12:23, 12:24, 50:23

**popped** [1] - 36:20

**portions** [1] - 27:5

**position** [3] - 32:23, 35:14, 44:20

**positions** [1] - 9:1

**possible** [3] - 41:24, 55:23, 58:24

**possibly** [1] - 18:5

**post** [6] - 8:24, 23:19, 37:14, 38:5, 38:10

**posting** [5] - 18:4, 22:19, 25:1, 26:2, 26:4

**postings** [4] - 15:11, 23:4, 25:2, 25:4

**posts** [1] - 8:21

**potential** [1] - 22:17

**preferably** [1] - 57:21

**premise** [1] - 44:4

**premonitions** [1] - 31:4

**prepared** [4] - 6:2, 6:4, 7:22, 31:20

**present** [1] - 41:20

**PRESENT** [1] - 1:25

**presented** [1] - 40:9

**preservation** [1] - 55:11

**preserve** [15] - 15:6, 17:9, 20:5, 20:6, 29:8, 31:13, 32:10, 33:7, 34:19, 37:4, 50:18, 51:21, 52:2, 52:3, 52:12

**preserved** [8] - 4:14, 15:10, 17:10, 20:8, 34:14, 37:20, 37:21, 40:13

**preserving** [1] - 51:4

**president** [26] - 10:12, 12:14, 12:20, 13:17, 16:14, 16:17, 16:25, 17:14, 17:24, 18:18, 22:10, 23:5, 24:10, 24:14, 25:3, 25:21, 25:23, 29:16, 30:23, 30:24, 31:9, 32:17, 33:16, 39:24, 40:20, 44:21

**President** [8] - 4:12, 5:15, 5:16, 5:17, 17:19, 33:11, 33:19

**presidential** [1] - 11:13

**presidents** [1] - 54:4

**press** [1] - 10:20

**pretrial** [1] - 4:5

**pretty** [3] - 10:23, 27:18, 44:22

**prevent** [2] - 30:19,

31:17

**previous** [2] - 4:9, 31:19

**principal** [1] - 19:8

**principles** [1] - 21:25

**print** [5] - 8:2, 27:11, 27:12, 27:24, 28:3

**printed** [4] - 27:8, 27:9, 27:22, 28:6

**printer** [1] - 28:7

**private** [1] - 23:7

**privileged** [2] - 5:6, 5:7

**pro** [3] - 3:11, 48:25, 55:15

**Pro** [1] - 1:15

**problem** [8] - 8:4, 9:14, 19:24, 20:10, 22:14, 33:5, 39:6, 41:17

**problematic** [2] - 32:12, 54:16

**problems** [2] - 19:25, 40:5

**proceeding** [1] - 45:7

**proceedings** [6] - 38:21, 41:19, 45:7, 48:5, 59:4, 59:16

**process** [5] - 29:2, 46:22, 47:15, 51:5, 51:17

**proclamation** [1] - 10:10

**produce** [2] - 26:11, 49:21

**produced** [18] - 15:12, 18:21, 24:20, 24:21, 26:11, 28:2, 32:6, 32:19, 32:22, 43:15, 43:16, 47:21, 49:17, 49:20, 52:18, 59:17

**production** [2] - 24:21, 26:10

**professional** [2] - 12:15, 36:13

**promised** [1] - 7:10

**promptly** [1] - 12:7

**proper** [3] - 29:5, 39:17, 48:1

**property** [2] - 47:18, 47:24

**prosecute** [2] - 19:7, 47:11

**prosecuted** [1] - 30:19

**protect** [4] - 19:6, 21:23, 25:8, 30:17

**protective** [2] - 41:8,

52:24

**prove** [1] - 28:14

**psychiatric** [4] - 15:14, 18:18, 39:15, 40:5

**psychiatrist** [1] - 38:8

**public** [2] - 9:19, 9:20

**publicize** [1] - 42:12

**publish** [1] - 24:14

**purports** [1] - 8:5

**pursue** [1] - 9:11

**pushed** [1] - 48:20

**put** [7] - 7:8, 18:11, 23:8, 24:25, 33:2, 43:13, 49:18

## Q

**quack** [4] - 17:21, 18:11, 18:19, 29:14

**qualified** [1] - 15:17

**quantity** [1] - 38:10

**quash** [7] - 5:23, 8:6, 8:13, 23:8, 32:25, 40:24, 42:23

**quashed** [3] - 5:5, 13:1, 28:22

**quickly** [2] - 20:23, 58:24

**quite** [4] - 13:17, 13:18, 50:16, 53:12

**quotations** [1] - 8:2

**quote** [2] - 17:21, 30:18

## R

**railroaded** [1] - 55:15

**Railway** [1] - 35:20

**rather** [1] - 27:21

**RDR** [2] - 2:1, 59:20

**re** [1] - 22:16

**re-review** [1] - 22:16

**reaching** [1] - 56:25

**read** [15] - 7:23, 8:24, 10:13, 26:13, 26:22, 27:2, 27:4, 27:9, 27:17, 27:25, 28:4, 29:11, 31:14, 31:21, 56:6

**reading** [1] - 38:4

**ready** [1] - 57:6

**real** [2] - 31:20, 49:2

**really** [9] - 32:14, 34:1, 40:21, 41:4,

45:1, 47:22, 57:3, 58:8, 58:18
**reason** [4] - 6:11, 6:15, 8:22, 37:7
**reasonable** [1] - 51:3
**reasons** [1] - 6:17
**rebuttal** [2] - 21:16, 44:12
**receive** [2] - 26:8, 52:5
**received** [4] - 4:19, 8:9, 11:20, 51:16
**recently** [1] - 8:16
**record** [3] - 9:19, 9:20, 50:15
**RECORDING** [1] - 1:11
**recordings** [1] - 57:22
**records** [2] - 47:18, 50:19
**recycled** [1] - 5:11
**Reed** [1] - 5:15
**REES** [1] - 1:22
**reference** [1] - 26:21
**referred** [5] - 8:12, 11:4, 15:24, 57:16
**refrain** [1] - 21:16
**refuse** [1] - 54:23
**refused** [1] - 41:10
**regarding** [5] - 23:17, 24:11, 40:11, 45:14, 46:18
**regularly** [1] - 15:4
**REID** [1] - 1:12
**reinstate** [1] - 42:13
**relate** [1] - 51:9
**related** [2] - 33:20, 51:6
**relates** [1] - 13:21
**relationship** [1] - 36:14
**relatively** [1] - 8:19
**release** [1] - 31:1
**relevance** [1] - 17:25
**relevancy** [1] - 14:19
**relevant** [26] - 4:15, 6:4, 13:3, 13:9, 14:23, 16:18, 17:10, 18:20, 19:19, 20:17, 23:2, 27:19, 31:23, 31:25, 33:20, 34:7, 39:7, 40:10, 40:11, 40:14, 44:22, 47:6, 47:8, 54:11, 54:12, 56:9
**relied** [1] - 47:15
**rely** [1] - 46:22
**remaining** [1] - 39:2
**remind** [1] - 5:3
**remission** [1] - 39:17

**Rempfer** [1] - 57:24
**rental** [1] - 47:23
**reopened** [1] - 49:7
**repeated** [1] - 7:25
**replaced** [1] - 22:14
**Reporterlisaedwards@gmail.com** [1] - 59:21
**reporterlisaedwards@gmail.com** [1] - 2:1
**represent** [5] - 7:13, 41:14, 41:15, 55:4, 55:8
**representation** [8] - 6:25, 7:4, 14:2, 19:17, 30:5, 34:22, 35:3, 35:20
**representational** [3] - 15:20, 17:11, 30:4
**representations** [2] - 41:7, 55:12
**representatives** [3] - 5:15, 54:4, 54:5
**represented** [1] - 41:12
**representing** [5] - 3:18, 4:16, 35:5, 55:6, 55:7
**request** [2] - 51:16, 52:5
**requesting** [1] - 49:12
**require** [1] - 57:20
**reserve** [1] - 48:16
**reset** [1] - 49:6
**resides** [1] - 48:1
**resolve** [2] - 57:2, 58:24
**resolved** [1] - 6:3
**resources** [2] - 45:8, 57:6
**respect** [4] - 8:15, 22:6, 28:19, 50:23
**respectfully** [1] - 48:23
**respond** [8] - 7:19, 13:14, 15:2, 37:9, 37:10, 50:2, 53:13, 56:16
**responded** [1] - 12:6
**responding** [1] - 12:2
**response** [5] - 8:15, 15:1, 17:20, 35:21, 35:22
**Response** [2] - 15:24, 37:3
**responsible** [1] - 33:8
**restraints** [1] - 43:13

**result** [1] - 7:7
**resulted** [1] - 35:12
**retained** [1] - 55:7
**retainer** [1] - 41:15
**retaliated** [1] - 23:15
**retaliation** [6] - 17:3, 20:16, 22:20, 23:13, 23:14, 23:16
**retire** [2] - 20:2, 20:5
**retired** [3] - 9:23, 9:24, 11:12
**return** [4] - 39:4, 39:11, 44:23
**revealed** [1] - 7:3
**review** [5] - 5:6, 22:15, 22:16, 53:20, 56:1
**reviewer** [2] - 6:20, 22:13
**revoked** [1] - 23:24
**rid** [1] - 34:18
**right-to-sue** [2] - 23:14, 45:16
**rights** [8] - 19:7, 21:24, 28:10, 28:13, 28:18, 30:9, 34:10, 35:20
**road** [1] - 42:20
**Robert** [3] - 44:3, 44:15, 46:25
**routinely** [4] - 4:20, 4:21, 33:12, 33:13
**rule** [9] - 3:24, 3:25, 4:3, 38:1, 46:23, 47:12, 48:10, 53:21, 53:22
**Rule** [6] - 5:4, 5:8, 33:1, 40:16, 48:8, 49:16
**ruled** [2] - 46:4, 57:15
**rules** [1] - 48:8
**ruling** [2] - 19:13, 22:23
**rulings** [1] - 48:17

**S**

**sanctions** [2] - 15:9, 49:5
**sand** [1] - 46:8
**Sao** [1] - 18:13
**save** [3] - 18:15, 37:14, 46:22
**savings** [1] - 22:12
**saw** [1] - 10:16
**scenario** [1] - 49:4
**schedule** [1] - 57:20
**scheme** [1] - 22:12

**school** [1] - 48:25
**scope** [4] - 41:5, 41:20, 52:6, 57:4
**scope's** [1] - 41:17
**screen** [2] - 27:5, 43:6
**SCULLY** [1] - 1:22
**Se** [1] - 1:15
**se** [3] - 3:11, 48:25, 55:15
**second** [2] - 8:20, 26:24
**Second** [1] - 1:23
**secretary** [1] - 12:1
**secretly** [3] - 16:7, 35:8, 42:5
**section** [1] - 27:17
**sections** [1] - 27:19
**see** [15] - 3:5, 3:17, 3:21, 10:7, 23:17, 27:2, 27:5, 27:11, 29:12, 31:12, 33:5, 34:19, 37:9, 40:8, 46:4
**seeing** [1] - 49:8
**seek** [1] - 48:7
**seeking** [3] - 5:4, 16:13, 44:23
**seize** [2] - 25:5, 29:16
**selectively** [1] - 47:14
**semantics** [2] - 15:5, 19:20
**send** [1] - 28:12
**Send** [1] - 37:17
**seniority** [2] - 19:8, 21:25
**separate** [2] - 45:14, 58:10
**serve** [1] - 36:22
**served** [2] - 41:4, 47:24
**server** [1] - 47:15
**service** [3] - 9:24, 47:16, 48:1
**set** [4] - 12:24, 45:11, 56:24, 57:3
**settlement** [4] - 39:4, 42:6, 42:11, 42:13
**settlements** [1] - 39:3
**seven** [4] - 9:1, 11:23, 47:1, 54:20
**several** [4] - 18:15, 41:7, 43:23, 49:18
**severe** [1] - 18:24
**sexual** [1] - 29:24
**share** [1] - 13:11
**shield** [1] - 39:8

**SHIFFRIN** [29] - 1:18, 3:13, 13:7, 13:11, 13:16, 14:18, 21:12, 21:14, 46:12, 46:15, 50:1, 50:7, 50:13, 50:22, 51:1, 51:15, 53:2, 53:7, 53:12, 56:10, 56:12, 56:14, 56:17, 56:19, 57:9, 57:12, 57:14, 57:17, 59:2
**Shiffrin** [19] - 3:14, 13:13, 13:15, 17:2, 19:4, 21:15, 26:9, 28:23, 43:22, 45:2, 46:7, 46:20, 46:24, 47:13, 50:6, 53:9, 55:4, 56:15, 56:18
**Shiffrin's** [2] - 48:23, 52:10
**shocking** [1] - 26:15
**show** [5] - 26:23, 30:7, 40:18, 47:18, 55:6
**showed** [1] - 10:21
**shown** [1] - 58:16
**shows** [2] - 16:5, 23:9
**sic** [1] - 30:16
**sic]** [1] - 41:15
**Sicher** [12] - 5:15, 5:16, 7:1, 8:19, 16:18, 17:13, 30:6, 33:19, 42:4, 42:9, 46:9, 54:12
**Sicher's** [8] - 4:17, 33:11, 33:21, 41:9, 41:13, 52:22, 54:21
**sides** [1] - 33:6
**Signal** [2] - 4:20, 33:13
**significant** [1] - 9:12
**signoff** [1] - 11:16
**silence** [13] - 15:19, 16:25, 17:6, 18:3, 22:19, 23:4, 23:8, 23:10, 24:17, 25:23, 29:3, 29:16, 31:9
**silencing** [1] - 31:12
**Silva** [1] - 5:17
**similar** [1] - 49:2
**simply** [3] - 5:11, 8:8, 40:22
**single** [3] - 7:9, 32:20, 49:21
**sitting** [12] - 16:14, 16:25, 23:5, 25:3, 25:20, 25:23, 29:16, 30:23, 31:9, 39:12, 46:13

**situation** [2] - 9:3, 17:12
**six** [4] - 11:23, 14:4, 14:7, 35:17
**someone** [6] - 17:8, 19:21, 28:8, 32:8, 36:3, 40:3
**sometimes** [4] - 12:16, 12:17, 12:21
**somewhere** [1] - 21:6
**soon** [2] - 12:5, 55:23
**sorry** [2] - 24:8, 55:14
**sort** [1] - 52:2
**sought** [1] - 5:8
**sound** [1] - 55:14
**sounds** [2] - 31:13, 50:8
**source** [1] - 6:20
**Southeast** [1] - 1:23
**SOUTHERN** [1] - 1:1
**Soviet** [1] - 31:11
**spare** [1] - 6:21
**speaking** [6] - 15:20, 25:18, 25:24, 31:18, 53:11, 53:12
**speaks** [2] - 29:3, 39:20
**specifically** [2] - 41:14, 42:10
**speech** [15] - 17:1, 17:2, 17:7, 19:9, 19:10, 19:14, 19:16, 20:16, 22:20, 23:3, 24:17, 29:2, 40:8, 40:11
**spending** [1] - 57:6
**spent** [1] - 41:23
**spoken** [1] - 58:2
**spoliation** [5] - 5:19, 19:25, 49:4, 50:18, 52:24
**staff** [1] - 36:11
**stale** [1] - 14:13
**standard** [1] - 40:17
**standing** [7] - 18:4, 25:4, 25:24, 35:10, 42:3, 46:11
**stands** [1] - 44:4
**start** [2] - 3:4, 3:21
**started** [3] - 22:18, 25:1, 37:22
**state** [3] - 46:24, 48:9, 52:11
**statement** [1] - 16:9
**statements** [1] - 54:23
**STATES** [2] - 1:1,

1:12
**status** [2] - 46:8, 57:19
**statute** [1] - 14:4
**stay** [3] - 44:17, 45:7, 54:25
**stayed** [1] - 48:6
**step** [1] - 41:23
**stifling** [1] - 40:11
**still** [3] - 20:6, 30:22, 39:1
**storage** [1] - 28:2
**Street** [2] - 1:20, 1:23
**strenuously** [2] - 45:3, 46:7
**stripped** [1] - 53:3
**stuff** [9] - 8:16, 8:17, 9:15, 12:7, 33:7, 37:10, 50:24, 52:4, 57:9
**subject** [2] - 15:9, 36:5
**subjected** [1] - 22:15
**submission** [3] - 4:23, 6:22, 14:1
**submissions** [1] - 29:7
**submitted** [5] - 6:22, 26:14, 26:17, 52:23, 54:22
**submitting** [1] - 24:12
**subpoena** [3] - 13:1, 46:25, 58:4
**subpoenaed** [3] - 5:4, 57:25, 58:3
**subpoenas** [5] - 5:23, 6:6, 46:18, 48:14, 48:15
**subsequent** [1] - 39:8
**substantial** [2] - 39:10, 49:7
**sudden** [1] - 35:13
**Sue** [2] - 41:12, 55:5
**sue** [3] - 23:14, 45:16, 58:12
**suggesting** [1] - 51:20
**suggests** [1] - 13:25
**suicide** [1] - 38:23
**suing** [3] - 28:9, 28:10
**Suite** [2] - 1:20, 1:23
**summarily** [1] - 42:15
**summary** [3] - 55:16, 57:2, 58:6
**Sunset** [1] - 1:16
**super** [1] - 28:3

**super-fine** [1] - 28:3
**supersede** [1] - 12:23
**supplement** [4] - 41:20, 46:5, 56:3, 58:11
**supplemental** [3] - 4:18, 45:21, 52:23
**supposed** [3] - 20:2, 21:1, 29:8
**surgeon** [1] - 15:16
**sworn** [4] - 4:12, 17:13, 42:9, 54:21

## T

**talks** [2] - 18:19, 38:5
**tampering** [2] - 54:18, 57:23
**target** [1] - 7:8
**team** [2] - 12:15, 22:13
**technical** [1] - 47:13
**telephone** [1] - 47:19
**telephones** [1] - 52:13
**template** [1] - 37:15
**temporal** [2] - 41:5, 41:17
**ten** [1] - 58:19
**tenure** [1] - 18:23
**term** [7] - 6:23, 7:23, 8:2, 8:4, 8:6, 11:13, 24:3
**terminated** [1] - 42:14
**testified** [2] - 4:19, 16:19
**testify** [1] - 57:25
**testimony** [5] - 4:13, 17:13, 39:6, 42:8, 45:1
**Texas** [2] - 47:17, 47:24
**text** [13] - 4:14, 4:20, 5:5, 32:11, 33:13, 33:23, 49:20, 49:21, 51:6, 51:8, 51:25, 54:6, 54:15
**texts** [3] - 32:25, 49:21, 54:10
**THE** [304] - 1:11, 1:12, 1:15, 1:18, 3:1, 3:6, 3:8, 3:9, 3:10, 3:12, 3:17, 3:20, 4:2, 5:21, 5:24, 6:1, 6:2, 6:7, 6:9, 6:10, 6:14, 6:15, 6:16, 7:12, 7:15, 7:18, 9:7, 9:10, 9:17,

9:21, 10:1, 10:3, 10:8, 10:16, 11:5, 11:7, 11:11, 11:17, 11:20, 12:8, 12:11, 12:25, 13:6, 13:10, 13:13, 14:17, 14:25, 15:2, 15:22, 16:2, 16:4, 16:8, 16:11, 16:20, 16:23, 17:5, 17:6, 17:23, 18:1, 20:2, 20:4, 20:8, 20:10, 20:11, 20:14, 20:19, 20:21, 20:22, 20:24, 20:25, 21:2, 21:3, 21:5, 21:11, 21:13, 21:15, 21:18, 21:20, 21:21, 22:1, 22:3, 22:4, 22:5, 22:8, 22:9, 22:11, 22:25, 23:1, 23:2, 23:3, 23:17, 23:21, 23:22, 24:6, 24:7, 24:8, 24:9, 24:12, 24:19, 24:20, 24:23, 24:24, 25:7, 25:8, 25:10, 25:15, 25:16, 25:17, 25:19, 25:20, 25:25, 26:4, 26:5, 26:7, 26:8, 26:10, 26:12, 26:13, 26:16, 26:18, 26:19, 26:20, 26:22, 26:24, 27:2, 27:7, 27:8, 27:10, 27:11, 27:14, 27:16, 27:17, 27:21, 27:23, 27:24, 28:1, 28:6, 28:15, 28:16, 28:19, 29:18, 29:19, 29:20, 29:22, 30:7, 30:10, 30:12, 30:13, 30:15, 30:16, 31:12, 31:14, 31:16, 31:19, 31:22, 32:2, 32:3, 32:4, 32:15, 32:16, 32:19, 32:20, 32:21, 32:23, 34:1, 34:2, 34:3, 34:5, 34:6, 34:7, 34:8, 34:17, 34:18, 34:20, 34:23, 34:24, 34:25, 35:2, 35:5, 35:7, 35:11, 35:12, 35:14, 35:16, 35:21, 35:25, 36:3, 36:10, 36:16, 37:16, 37:19, 37:24, 38:2, 39:22, 39:23, 39:25, 40:1, 40:2, 41:3, 42:16, 42:17, 42:18, 42:19, 42:20, 42:25, 43:3, 43:5, 43:8, 43:9, 43:10, 43:12, 43:17, 43:19, 43:20, 43:21,

43:24, 43:25, 44:2, 44:3, 44:7, 44:9, 44:14, 44:15, 44:19, 44:20, 44:25, 45:1, 45:13, 45:15, 46:1, 46:3, 46:13, 46:16, 46:17, 46:21, 47:5, 47:6, 48:12, 48:13, 48:14, 48:15, 48:18, 48:22, 49:10, 49:14, 49:15, 49:16, 49:25, 50:3, 50:5, 50:6, 50:12, 50:21, 50:25, 51:14, 52:8, 52:9, 52:14, 52:15, 52:16, 52:17, 52:18, 52:20, 52:21, 52:22, 53:3, 53:4, 53:5, 53:6, 53:8, 53:10, 53:11, 53:14, 53:15, 53:16, 53:17, 53:18, 53:19, 53:20, 54:1, 55:18, 55:19, 55:20, 55:22, 55:23, 55:24, 56:1, 56:3, 56:5, 56:7, 56:11, 56:13, 56:15, 56:18, 57:8, 57:10, 57:13, 57:15, 57:18, 58:21, 58:22, 58:23, 59:1, 59:3
**then-sitting** [4] - 16:14, 23:5, 30:23
**thereafter** [1] - 22:16
**thereof** [2] - 19:8, 21:25
**they've** [1] - 49:18
**thinks** [4] - 15:11, 15:16, 18:2, 39:16
**third** [1] - 25:5
**third-party** [1] - 25:5
**threat** [3] - 34:17, 36:19, 37:1
**threatened** [2] - 23:23, 34:20
**threatening** [1] - 37:7
**threats** [4] - 9:5, 31:3, 31:16, 34:15
**three** [2] - 19:11, 44:7
**timeframe** [4] - 7:11, 18:8, 24:3, 44:22
**timeline** [1] - 58:11
**timely** [1] - 19:7
**today** [6] - 3:25, 4:3, 5:22, 17:12, 50:13
**Tom** [1] - 35:8
**tomorrow** [1] - 28:11
**took** [1] - 9:4
**topics** [1] - 43:23

**total** [1] - 38:10
**towards** [1] - 16:6
**training** [2] - 39:19, 44:20
**TRANSCRIBED** [2] - 1:11, 2:1
**transcription** [1] - 59:16
**travesty** [1] - 58:6
**treasurer** [1] - 12:1
**treated** [2] - 11:2, 39:17
**trial** [5] - 55:2, 55:17, 56:24, 57:4, 57:6
**tried** [6] - 9:20, 17:6, 32:25, 41:3, 42:12, 49:24
**tries** [3] - 15:18, 28:23, 38:14
**trip** [1] - 18:13
**trouble** [1] - 38:6
**troubled** [1] - 38:13
**true** [4] - 15:12, 34:25, 46:15, 46:16
**trust** [2] - 47:23, 54:8
**truth** [1] - 43:14
**try** [4] - 22:18, 23:10, 41:22, 58:17
**trying** [20] - 14:8, 16:7, 16:21, 16:24, 19:16, 20:19, 23:4, 23:6, 23:8, 24:2, 24:16, 25:4, 28:23, 29:3, 31:24, 32:1, 34:16, 34:19, 45:24, 47:3
**turning** [1] - 57:13
**twelve** [1] - 38:22
**two** [9] - 5:23, 23:22, 33:11, 44:8, 44:9, 44:10, 46:2, 46:18, 46:22
**type** [2] - 14:2, 27:3

# U

**unadjudicated** [1] - 4:9
**unaware** [4] - 8:18, 47:2, 47:12, 48:8
**undecided** [1] - 55:17
**under** [14] - 4:4, 5:4, 5:8, 19:5, 19:9, 21:8, 22:21, 29:9, 32:7, 33:1, 35:20, 40:16, 42:8, 51:15
**unduly** [2] - 40:19, 40:23

**unfortunately** [2] - 49:1, 49:3
**uniform** [2] - 19:8, 21:25
**union** [21] - 12:14, 14:3, 15:23, 16:1, 18:9, 18:18, 19:11, 19:12, 19:16, 22:12, 22:19, 23:4, 24:13, 24:25, 25:3, 31:3, 32:17, 33:11, 38:23, 54:4, 54:9
**Union** [1] - 31:11
**Unit** [1] - 1:16
**UNITED** [2] - 1:1, 1:12
**unmute** [1] - 3:7
**unsuccessful** [2] - 29:21, 29:22
**untrue** [1] - 8:8
**unusually** [1] - 23:12
**up** [11] - 7:24, 10:20, 28:7, 28:11, 31:5, 33:22, 35:23, 36:22, 39:8, 45:19, 50:19
**upgrade** [1] - 33:24
**upset** [4] - 9:4, 14:9, 51:20, 51:22
**Utah** [1] - 49:3

# V

**vacate** [1] - 52:23
**vacation** [1] - 47:23
**valuable** [1] - 38:24
**various** [2] - 15:9, 28:24
**vendors** [1] - 25:5
**verbatim** [1] - 31:21
**versions** [1] - 5:10
**versus** [1] - 3:3
**via** [1] - 5:13
**VIA** [1] - 1:11
**view** [2] - 9:4, 14:18
**viewed** [1] - 18:5
**vigorously** [1] - 45:3
**vine** [1] - 39:3
**violate** [3] - 28:12, 30:8, 47:2
**violated** [2] - 28:18, 49:16
**violating** [2] - 28:9, 40:8
**violation** [5] - 23:18, 35:16, 41:18, 42:15, 47:13
**violations** [1] - 45:5
**virtual** [3] - 15:23, 19:12, 23:4

**vitriolic** [2] - 17:16, 38:6
**voluntarily** [1] - 58:1
**vowing** [1] - 6:21
**vs** [1] - 1:6

# W

**waiting** [2] - 46:4, 58:3
**waive** [1] - 39:4
**wants** [6] - 9:13, 18:17, 31:13, 31:17, 53:21
**warrants** [1] - 31:6
**Washington** [1] - 1:21
**waste** [2] - 45:8, 53:24
**ways** [1] - 49:17
**website** [1] - 23:25
**week** [1] - 4:11
**Westbrook** [13] - 4:23, 5:13, 7:10, 18:8, 18:22, 35:8, 35:19, 47:6, 47:17, 47:22, 48:4, 48:7, 50:10
**Westbrook's** [3] - 6:21, 47:18, 47:25
**whole** [3] - 31:14, 31:20, 35:23
**wider** [1] - 17:10
**wild** [2] - 10:23, 38:5
**wild-eyed** [1] - 38:5
**William** [1] - 5:15
**wiped** [4] - 4:21, 33:21, 52:25
**withdraw** [3] - 41:10, 48:15, 54:23
**withdrawn** [1] - 48:14
**withered** [1] - 39:3
**witness** [12] - 6:5, 6:17, 17:11, 18:16, 19:19, 20:18, 22:6, 28:22, 34:7, 43:22, 54:18, 57:23
**witnesses** [6] - 28:22, 41:4, 41:25, 42:2, 47:3, 57:21
**wonder** [1] - 27:8
**wondering** [1] - 4:2
**word** [2] - 8:8, 15:3
**words** [5] - 9:3, 25:9, 37:2, 37:19, 37:21
**worried** [1] - 25:2
**worth** [1] - 38:18
**writing** [3] - 16:13, 24:16, 37:8

**written** [1] - 42:22
**wrote** [4] - 10:19, 22:22, 22:25, 36:7
**Wyoming** [3] - 47:22, 48:1

# Y

**Yahoo** [2] - 16:15, 23:8
**year** [3] - 5:11, 38:22
**years** [8] - 9:1, 9:24, 9:25, 18:15, 19:11, 39:13, 42:14, 49:22
**yesterday** [3] - 4:24, 6:22, 14:1
**York** [5] - 45:4, 45:18, 45:20, 56:7, 58:8
**yourself** [1] - 3:18

# Z

**ZOOM** [1] - 1:11