UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**LAWRENCE MEADOWS,**

 Plaintiff,             **CASE NO. 1:17-CV-22589-EA**

v.

**ALLIED PILOTS ASSOCIATION,** *et al.*

 Defendants.

_____/

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION
### TO STAY DISCOVERY AND ALL CASE DEADLINES

Defendant Allied Pilots Association ("APA") files this opposition to Plaintiff's motion (ECF No. 212) to stay discovery as well as all case deadlines.

Per this Court's scheduling order (ECF No. 177), discovery ended on March 14, 2026. Plaintiff's motion to stay discovery is therefore moot. APA believes that all of Plaintiff's pending motions should be denied and that no further discovery will be warranted. Nonetheless, if a ruling on any of Plaintiff's pending motions were to expand the factual scope of this case, the Court could entertain a request for limited additional discovery regarding any additional facts that are put at issue by its rulings at that time.

APA also opposes Plaintiff's blanket request to stay all other case deadlines. To be sure, per the Court's scheduling order, APA intends to file a motion for summary judgment on or before April 1, 2026. APA believes its motion for summary judgment will obviate a trial in this case or, at a minimum, substantially limit the scope of any trial. APA therefore believes that the current trial deadlines (the submission of pretrial materials on May 8, 2026, and trial during the two-week period beginning on May 18, 2026) should be adjourned while APA's motion for summary

1

judgment is pending. To that end, APA intends to file a motion seeking adjournment of trial dates in tandem with its motion for summary judgment. In the meantime, however, Plaintiff's blanket request for a stay of all case deadlines is unwarranted by the circumstances.

For the foregoing reasons, Plaintiff's motion to stay discovery and all case deadlines (ECF No. 212) should be denied.

Respectfully submitted,

*/s/ Andrew Dymowski*
Andrew Dymowski, Esq.
Florida Bar No.1058209
Capri Trigo, Esq.
Florida Bar No. 28564
GORDON REES SCULLY MANSUKHANI
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, Florida 33131
Telephone: (305) 428-5309
Email: ctrigo@grsm.com

*/s/ Joshua B. Shiffrin*
Joshua B. Shiffrin*
John M. Pellettieri*
Lane Shadgett*
BREDHOFF & KAISER PLLC
805 15th Street NW, Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Email: jshiffrin@bredhoff.com
Email: jpellettieri@bredhoff.com
Email: lshadgett@bredhoff.com
*Admitted *Pro Hac Vice*

*Counsel for Defendant Allied Pilots Association*

Dated: March 16, 2026