UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

LAWRENCE MEADOWS,

     Plaintiff,                                     **CASE NO. 1:17-CV-22589-EA**

v.

ALLIED PILOTS ASSOCIATION, *et al.*

     Defendants.

_____/

**DEFENDANT'S MOTION TO EXCEED PAGE LIMIT**

Defendant Allied Pilots Association ("APA") respectfully requests leave to exceed the page limits set forth in Rules 7.1(c)(2) and 56.1(b)(1) of the Local Rules for the Southern District of Florida for APA's anticipated motion for summary judgment and accompanying statement of material facts. Specifically, APA requests leave to exceed the page limit for the memorandum accompanying its motion for summary judgment by 15 pages, *see* LCvR 7.1(c)(2), and to exceed the page limit for its statement of material facts by ten pages, *see* LCvR 56.1(b)(1).

In support of this request, APA states as follows:

1.      On January 16, 2026, the district court issued an Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge, ECF No. 177 (the "Order"). Per the Order, APA's motion for summary judgment (a "pre-trial motion[]") is due on April 1, 2026. *Id.* at 2. The Order further stated that "[i]f all evidentiary issues cannot be addressed in a 20-page memorandum, leave to exceed the page limit will be granted." *Id.*

2.      In the same Order, the district court stated that "all dispositive matters are referred to Magistrate Judge Lisette M. Reid for report and recommendation." *Id.* at 3.

3.      Discovery in this case concluded on March 14, 2026.

1

4.	APA intends to file a motion for summary judgment on all Plaintiff's claims on or before April 1, 2026, accompanied by a memorandum of law and statement of material facts.

5.	Rule 7.1(c)(2) of the Local Rules for the Southern District of Florida provides a limit of 20 pages for dispositive motions but permits parties to seek leave of Court to exceed this limitation when necessary.

6.	Rule 56.1(b)(1) of the Local Rules for the Southern District of Florida provides a limit of ten pages for a statement of material facts in support of a motion for summary judgment.

7.	Plaintiff's 113-page, 393-paragraph First Amended Complaint, ECF No. 35, alleges eight counts against APA under several federal labor laws, and which are based on distinct factual allegations spanning approximately a decade. APA respectfully submits that setting forth its legal and factual arguments as to those claims in a clear and digestible format will require more than the default 20 pages. Accordingly, APA requests leave to file a memorandum in support of its motion with a maximum length of 35 pages.

8.	In addition, due to the breadth, variety, and complexity of the factual allegations in the First Amended Complaint, as well as the evidence subsequently produced by both Parties in discovery, APA respectfully submits that a clear and concise explication of the material facts in this case that complies with the other requirements of LCvR 56.1(b)(1) will require more than the default ten pages. Accordingly, APA requests leave to file a statement of material facts in support of its motion for summary judgment with a maximum length of 20 pages.

9.	APA does not submit this request in an effort to burden either the Court or Plaintiff, but instead to ensure that the issues to be addressed in the motion are fully and properly briefed for efficient and just adjudication.

10.     Furthermore, granting this instant request will not prejudice Plaintiff who will have an opportunity to respond to the arguments and facts fully presented in the motion. APA would not oppose a request by Plaintiff for leave to file an opposition and counter-statement of material facts that exceed the default limits by the same amount granted to APA.

11.     APA has conferred with Plaintiff as required by Rule 7.1(a)(3) of the Local Rules for the Southern District of Florida. Plaintiff has indicated that he opposes this motion.

WHEREFORE, APA respectfully requests that this Court grant the Motion for Leave to Exceed Page Limits, and allow APA to exceed the page limit for the memorandum accompanying its motion for summary judgment by 15 pages, *see* LCvR 7.1(c)(2), and to exceed the page limit for its statement of material facts by ten pages, *see* LCvR 56.1(b)(1).

Respectfully submitted this 17th day of March, 2026.

Respectfully submitted,

*/s/ Andrew Dymowski*
Andrew Dymowski, Esq.
Florida Bar No.1058209
Capri Trigo, Esq.
Florida Bar No. 28564
GORDON REES SCULLY MANSUKHANI
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, Florida 33131
Telephone: (305) 428-5309
Email: ctrigo@grsm.com

*/s/ Joshua B. Shiffrin*
Joshua B. Shiffrin*
John M. Pellettieri*
Lane M. Shadgett*
BREDHOFF & KAISER PLLC
805 15th Street NW, Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Email: jshiffrin@bredhoff.com
Email: jpellettieri@bredhoff.com

3

Email: lshadgett@bredhoff.com
*Admitted *Pro Hac Vice*

*Counsel for Defendant Allied Pilots Association*

Dated: March 17, 2026