**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**LAWRENCE MEADOWS,**

     Plaintiff,                                **CASE NO. 1:17-CV-22589-EA**

v.

**ALLIED PILOTS ASSOCIATION,** *et al.*

     Defendants.

_____/

**DEFENDANT'S REPLY IN FURTHER SUPPORT**
**OF MOTION TO EXCEED PAGE LIMITS**

Defendant Allied Pilots Association ("APA") files this reply in further support of its motion (ECF No. 228) for leave to file a motion for summary judgment not to exceed 35 pages and an accompanying statement of material fact not to exceed 20 pages. Plaintiff's arguments (ECF No. 229) in opposition to APA's motion are without merit.

Plaintiff contends (ECF No. 229, at 1) that a motion for summary judgment would be "premature" and "improper." The scheduling order entered by the court, however, requires a motion for summary judgment to be filed on or before April 1, 2026. ECF No. 177, at 1-2. The pendency of Plaintiff's motions does not permit APA to ignore that deadline. There is nothing improper or premature about filing a motion on or before the court-ordered deadline.

As APA has explained, additional pages are warranted to facilitate the efficient and just resolution of APA's motion for summary judgment. Plaintiff's amended complaint (ECF No. 35) contains 393 paragraphs that span 113 pages, and it asserts eight separate causes of action against APA. The additional pages are needed to explain the relevant facts and law in a way that is comprehensive, clear, and digestible. The request for additional pages is consistent with common

1

practice and is not, as Plaintiff contends (ECF No. 229, at 2), an "admission" that this case is unsuitable for summary judgment.[1]

As indicated in APA's motion to exceed page limits (ECF No. 228, at 3), APA does not oppose Plaintiff receiving a commensurate extension of page limits for his responsive brief (35 pages) and counterstatement of material facts (20 pages).

Plaintiff suggests that he intends to seek an extension of time to file his responsive brief. While no such request is currently pending before the Court, APA notes that APA would not oppose a reasonable extension of time for Plaintiff to respond to the motion for summary judgment so long as the May 2026 trial dates are adjourned. In this respect we note that APA's motion for summary judgment should obviate the need for a trial or, at a minimum, substantially limit the scope of any trial in this case, and as a result, APA intends to file a motion to adjourn the May 2026 trial dates pending a ruling on the motion for summary judgment. APA would not oppose a reasonable extension of time for Plaintiff to respond to the motion for summary judgment so long as the trial dates are adjourned. In any event, APA's request for additional pages for its summary judgment briefing can be resolved without consideration of the briefing or trial schedule at this time.

For the foregoing reasons, APA requests that the Court grant its motion to exceed page limits and permit APA to file a motion for summary judgment not to exceed 35 pages and an accompanying statement of material fact not to exceed 20 pages.

---

[1] Plaintiff's contention that APA's motion is "procedurally defective" is also without merit. Plaintiff asserts, for example, that the motion is "defective" because it did not include a certificate of service. A certificate of service is not required, however, where—as here—the parties received service of the filing via CM/ECF. *See* S.D. Fla. Local Rule 5.2(a).

Respectfully submitted,

*/s/ Andrew Dymowski*
Andrew Dymowski, Esq.
Florida Bar No.1058209
Capri Trigo, Esq.
Florida Bar No. 28564
GORDON REES SCULLY MANSUKHANI
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, Florida 33131
Telephone: (305) 428-5309
Email: ctrigo@grsm.com

*/s/ Joshua B. Shiffrin*
Joshua B. Shiffrin*
John M. Pellettieri*
Lane Shadgett*
BREDHOFF & KAISER PLLC
805 15th Street NW, Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Email: jshiffrin@bredhoff.com
Email: jpellettieri@bredhoff.com
Email: lshadgett@bredhoff.com
*Admitted *Pro Hac Vice*

*Counsel for Defendant Allied Pilots Association*

Dated: March 18, 2026

3