**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

LAWRENCE MEADOWS,

Plaintiff,

v.

ALLIED PILOTS ASSOCIATION, *et al.*,

Defendants.

_____ /

Case No. 1:17-cv-22589-EA

**DECLARATION OF**
**KIMBALL STONE**

I, KIMBALL STONE, hereby declare and state as follows:

1.      I am a resident of Oklahoma and over the age of 18, and if called to testify as a witness, could and would do so under oath.

2.      I am the former Senior Vice President of Flight at American Airlines, Inc. ("American").  In that role, I was responsible for overseeing all line pilots at American, taking a supervisory role over all administration, training, and management of support staff to serve and support American's line pilots.  I retired from American in June 2022.  I began my career at American in 1988 as a line pilot and served in a variety of different roles over the course of my career at American.

3.      Based on my review of records maintained in the ordinary course of business by American, American terminated former pilot Lawrence Meadows and removed him from the pilot seniority list in October 2011.

4.      Based on my review of records maintained in the ordinary course of business by American, from approximately December 2018 to April 2019, Mr. Meadows's union, the Allied Pilots Association ("APA") sent me written requests asking American to reinstate Mr. Meadows, and stating that Mr. Meadows had regained his First Class Medical certificate.  I have attached as

1

Exhibit 1, a true and correct copy of an email that APA sent to me in December 2018.  I have attached as Exhibit 2, a true and correct copy of a letter that APA sent to me in April 2019.

5.        In response to these requests, American exercised its discretion not to reinstate Mr. Meadows.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 24th day of March, 2026 in Owassa, Oklahoma.

_____
Kimball Stone

2

# Ex. 1

| | |
|---|---|
| **From:** | President on behalf of President <president@alliedpilots.org> |
| **Sent:** | Wed, 26 Dec 2018 19:16:43 +0000 (GMT) |
| **To:** | "Kimball.Stone@aa.com" <Kimball.Stone@aa.com>; "Hamel, Timothy"<thamel@alliedpilots.org> |
| **Subject:** | Return to seniority list |

Kimball,

Lawrence Meadows, #332713, is currently on long-term disability (LTD).  He was removed from the AA pilot system seniority list in approximately December 2011 pursuant to the Collective Bargaining Agreement.  Meadows recently regained his First Class Medical Certificate (see attached) and is seeking reinstatement of his relative seniority number.  Meadows forwarded a separate request with a copy of his First Class Medical Certificate to the AA Absence and Return Center on December 10, 2018.  APA requests that Meadows be reinstated to the seniority list.

Thanks,

Dan

Sent from my iPhone

# Ex. 2



**ALLIED PILOTS ASSOCIATION**

*Representing the pilots of American Airlines*

O'Connell Building • 14600 Trinity Boulevard, Suite 500 • Fort Worth, TX 76155-2512 • 817.302.2272 • www.alliedpilots.org

April 8, 2019

Captain Kimball Stone
Vice President – Flight
American Airlines, Inc.
P.O. Box 619617  MD851
DFW Airport, TX 75261-9617

RE:     Reinstatement of Lawrence M. Meadows, #332713

Dear Captain Stone:

Lawrence ("Larry") Meadows, #332713, is seeking reinstatement to the seniority list with his relative seniority number following long-term disability ("LTD").  He was on LTD for more than five years and was dropped from the seniority list.  Larry regained his First Class Medical Certificate, a copy of which was provided to the Company initially by Larry in his first email to the AA Absence and Return Center, dated December 10, 2018, and by me in my December 26, 2018, email (my email attached).

This letter is to confirm the Association's desire to restore Lawrence Meadows' seniority and return him to flying status as an Active Pilot at American Airlines.

Thank you for your quick attention to this matter.

Sincerely,

Captain Daniel F. Carey
President

Enclosure

From: President <president@alliedpilots.org>
Date: Wednesday, December 26, 2018 at 1:16 PM
To: "Kimball.Stone@aa.com" <Kimball.Stone@aa.com>, "Hamel, Timothy"
<thamel@alliedpilots.org>

Subject: Return to seniority list

Kimball,

Lawrence Meadows, #332713, is currently on long-term disability (LTD).  He was removed from the AA pilot system seniority list in approximately December 2011 pursuant to the Collective Bargaining Agreement.  Meadows recently regained his First Class Medical Certificate (see attached) and is seeking reinstatement of his relative seniority number.  Meadows forwarded a separate request with a copy of his First Class Medical Certificate to the AA Absence and Return Center on December 10, 2018.  APA requests that Meadows be reinstated to the seniority list.

Thanks,

Dan

Sent from my iPhone



UNITED STATES OF AMERICA
**Department of Transportation**
Federal Aviation Administration

## MEDICAL CERTIFICATE FIRST CLASS

This certifies that *(Full name and address):*
LAWRENCE MICHAEL MEADOWS
1900 Sunset Harbour Drive Apt 2112
Miami Beach FL 33139 USA

| Date of Birth | Height | Weight | Hair | Eyes | Sex |
|---|---|---|---|---|---|
| 05/06/1963 | 67 | 190 | BLACK | BROWN | M |

has met the medical standards prescribed in part 67, Federal Aviation Regulations, for this class of Medical Certificate

Not valid for any class after 1/31/2019.

**Limitations**

**Examiner**
Date of Examination: 07/10/2018
Examiner's Designation No.: 0000116109
Signature
Typed Name: MICHAEL A. BERRY MD

AIRMAN'S SIGNATURE

Applicant ID
Control No.: 100008284874

FAA Form 8500-9

CONDITIONS OF ISSUE

The holder of this certificate must:

- Have it in his or her personal possession at all times while exercising privileges of an airman certificate. (14CFR § 61.3)
- Understand that the issuance of a medical certificate by an Aviation Medical Examiner may be reversed by the FAA within 60 days. (14CFR § 67.407)
- Comply with validity standards specified for first-, second-, and third-class medical certificates. (14CFR § 61.23)
- Comply with any statement of functional, operational, and/or time limitation issued as a condition of certification. (14CFR § 67.401)
- Comply with the standards relating to prohibitions on operation during medical deficiency. (14CFR §§ 61.53, 63.19, and 65.49)

For International Operations Only: Some holders may be affected by certain international medical standards. Consult the U.S. Aeronautical Information Publication for U.S. differences with ICAO Annex 1 medical standards.



**AEROSPACE MEDICAL CERTIFICATION DIVISION, AAM - 300**
FAA Civil Aerospace Medical Institute
Mike Monroney Aeronautical Center
P.O Box 26080
Oklahoma City, OK 73125-9914

LAWRENCE MICHAEL MEADOWS
1900 Sunset Harbour Drive Apt 2112
Miami Beach FL 33139 USA

Dear Airman:

Above is your new medical certificate. It supersedes any previous one you may have been issued.

To validate this certificate, it is necessary that you sign it in the space provided (Airman's Signature)

This certificate must be in your possession at all times while exercising your pilot privileges.

Created on Wednesday, November 28, 2018