UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

LAWRENCE MEADOWS,

    Plaintiff,                                 **CASE NO. 1:17-CV-22589-EA**

v.

ALLIED PILOTS ASSOCIATION, *et al.*

    Defendants.

_____/

### DEFENDANT'S TIME-SENSITIVE MOTION
### TO ADJOURN TRIAL DATES

Defendant Allied Pilots Association ("APA") respectfully requests that the Court adjourn the May 2026 trial dates pending a ruling on APA's motion for summary judgment, which was filed on April 1, 2026. ECF No. 237. In support of this request, APA states as follows:

1.    On January 20, 2026, the Court entered a scheduling order setting a trial and pre-trial schedule in this matter. ECF No. 177. Under the order, discovery ended on March 14, 2026, and pre-trial motions were due on April 1, 2026. The order further provides that this case "is set for trial during the Court's two-week trial calendar beginning on Monday, May 18, 2026, at 9:00 a.m.," with calendar call at 11 a.m. on Thursday, May 14, 2026. ECF No. 177, at 1 (emphasis omitted). In addition, the order requires that on May 8, 2026, the parties file the following pre-trial materials: (1) a joint pre-trial stipulation, (2) a joint exhibit list and a joint trial plan, (3) witness lists and deposition designations, (4) joint proposed jury instructions and a joint proposed verdict form, and (5) motions in limine. ECF No. 177, at 2.

2.    In accordance with the scheduling order, on April 1, 2026, APA filed a motion for summary judgment. ECF No.237. The motion sets forth in detail grounds for entering judgment

1

as a matter of law on all counts asserted against APA in the amended complaint. The motion explains that several of the claims are barred by applicable statutes of limitations or *res judicata* stemming from prior proceedings, and all the claims fail because they rely on flawed legal theories or because there is no record evidence to support them.

3.     As set forth in detail in its motion, APA's summary-judgment motion should resolve this case in its entirety and obviate the need for trial. At a minimum, the motion should substantially narrow the issues that would need to be resolved at trial.

4.     APA respectfully requests that the Court adjourn the May 2026 trial dates pending resolution of APA's motion for summary judgment. The May 2026 trial dates include the May 8 deadline for pre-trial filings (jury instructions, motions in limine, etc.), the calendar call on May 14, and the trial dates during the two-week period beginning on May 18.

5.     The current case schedule does not provide time to resolve APA's summary-judgment motion before the May 2026 trial dates. Plaintiff's response to the motion for summary judgment is currently due on April 15, 2025, and if Plaintiff files his response on that date, APA's reply brief would be due on April 22. *See* S.D. Fla. Rule 7.1(c)(1). In addition, under the Court's scheduling order, the summary-judgment motion is "referred to Magistrate Judge Lisette Mr. Reid for report and recommendation." ECF No. 177, at 33. Once Magistrate Judge Reid issues a report and recommendation, the parties have 14 days to file objections and then another 14 days to file responses to any objections. *See* Fed. R. Civ. P. 72(b)(2).

6.     An adjournment is in the interests of justice and would permit an orderly and efficient resolution of this case.  Under the current schedule, the parties—and the Court—will be required to expend substantial resources on trial preparation and the resolution of pretrial matters before the Court can rule on Plaintiff's substantial motion for summary judgment. Rather than

require the parties to expend resources preparing for a potentially unnecessary trial, APA respectfully moves the Court to adjourn the trial dates until such time as it rules on APA's motion for summary judgment.

7.      Plaintiff has filed a separate motion to stay all deadlines in this case pending the resolution of several motions that he has filed.  ECF No. 212.

8.      APA has conferred telephonically with Plaintiff pursuant to Local Rule 7.1(a)(3) regarding this motion. Plaintiff has indicated that he opposes this motion insofar as it only seeks adjournment of the trial dates and not other case deadlines.  Plaintiff agrees that an adjournment of the trial dates would be appropriate but takes the position that the deadline for pre-trial motions, including deadlines pertaining to APA's motion for summary judgment, should be adjourned as well.

WHEREFORE, APA respectfully requests that the Court (1) adjourn the May 8 deadline for pre-trial filings, the May 14 calendar call, and trial during the two-week period beginning on May 18, 2026, and (2) reset those dates, if necessary, after the Court resolves APA's motion for summary judgment.

Respectfully submitted,

/s/ Andrew Dymowski
Andrew Dymowski, Esq.
Florida Bar No.1058209
Capri Trigo, Esq.
Florida Bar No. 28564
GORDON REES SCULLY MANSUKHANI
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, Florida 33131
Telephone: (305) 428-5309
Email: ctrigo@grsm.com

/s/ Joshua B. Shiffrin
Joshua B. Shiffrin*
John M. Pellettieri*
Lane M. Shadgett*
BREDHOFF & KAISER PLLC
805 15th Street NW, Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Email: jshiffrin@bredhoff.com
Email: jpellettieri@bredhoff.com
Email: lshadgett@bredhoff.com
*Admitted *Pro Hac Vice*

*Counsel for Defendant Allied Pilots Association*

Dated: April 2, 2026

4