**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**LAWRENCE MEADOWS,**
    Plaintiff,

v.

**ALLIED PILOTS ASSOCIATION, et al.,**
    Defendants.

FILED BY _____ D.C.

APR 0 2 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**CASE NO. 17-cv-22589-EA
HONORABLE JUDGE ED ARTAU**
_____/

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND FOR LEAVE TO FILE EXCESS PAGES

Pursuant to S.D. Fla. Local Rule 7.1 and Fed. R. Civ. P. 6(b), Plaintiff Lawrence Meadows respectfully moves for (1) an extension of time of fourteen (14) additional days, for a total of twenty-eight (28) days, to respond to Defendant's Motion for Summary Judgment (ECF No. 237); and (2) for leave to file an opposition brief and counter-statement of facts of a reciprocal length to Defendant's, totaling fifty-five (55) pages. Given the looming response deadline, Plaintiff also requests an interim stay of that deadline pending the Court's resolution of this motion.

### ARGUMENT

On April 1, 2026, Defendant APA filed a 55-page Motion for Summary Judgment (35-pages of Argument and 20-pages of material facts) - a filing nearly double the length permitted by the Local Rules. It is fundamentally prejudicial to expect a pro se litigant to analyze and respond to such a voluminous and complex motion within the standard 14-day period.

Critically, APA's counsel has already represented to this Court that it would not oppose the relief sought herein. In its Reply in support of its own motion for excess pages, APA's

1

counsel stated unequivocally that it "does not oppose Plaintiff receiving a commensurate extension of page limits" and "would not oppose a reasonable extension of time for Plaintiff to respond…so long as the May 2026 trial dates are adjourned." (ECF No. 230 at 2). APA has now, by its own motion (ECF No. 239), sought to adjourn those very trial dates, thereby satisfying the condition it set.

Despite this clear record, during a meet-and-confer on April 2, 2026, counsel for APA reversed his position and stated he would oppose any extension of time unless Plaintiff first agreed to the terms of APA's adjournment motion. This is an act of bad faith. APA cannot make a representation to the Court to gain a procedural advantage (excess pages) and then renege on that same representation and use it as a bargaining chip to hold Plaintiff hostage.

Plaintiff has extended professional courtesy to APA's counsel multiple times, including an unopposed 14-day extension of their answer deadline. That courtesy is not being reciprocated. Forcing Plaintiff to respond to a extraordinarily voluminous (almost double overlength allowed by the rules) - 55-page dispositive motion on a 14-day timeline - especially when the moving party has already conceded an extension is reasonable, would be a gross violation of due process and would reward APA's gamesmanship.

## *MEET-AND-CONFER CERTIFICATION*

Pursuant to Local Rule 7.1(a)(3), Plaintiff certifies that on April 2, 2026, he conferred telephonically with counsel for APA, Joshua Shiffrin. Mr. Shiffrin stated that APA does not oppose Plaintiff's request for a 55-page limit but that it **opposes** any extension of the response deadline unless only the trial itself is adjourned on APA's terms.

## CONCLUSION

**WHEREFORE,** Plaintiff respectfully requests the Court grant this motion in its entirety, (1) extending his deadline by 14-days to respond to the Motion for Summary Judgment to April 29, 2026, (2) granting him leave to file a 55-page responsive pleading, and (3) issuing an interim stay of the response deadline pending the Court's resolution of this motion.

Dated: April 2, 2026

Respectfully Submitted,

Lawrence M. Meadows, *Pro Se*
1900 Sunset Harbour Drive, #2112
Miami Beach, FL 33139
Telephone: (516) 982-7718
Email: lawrencemeadows@yahoo.com

3

## CERTIFICATE OF SERVICE

I, Lawrence M. Meadows, Pro Se Plaintiff, hereby certify that on April 2, 2026, a true

and correct copy of the foregoing was served via the Court's CM/ECF system, email, and U.S.

Mail on all counsel of record.

Lawrence M. Meadows

## SERVICE LIST

**Capri Trigo, Esq.**
Gordon & Rees LLP
100 SE Second Street, Suite 3900
Miami, FL 33131
Email: ctrigo@gordonrees.com
*Lead Counsel for Defendant*

**John M. Pellettieri, Esq.**
**Lane Shadgett, Esq.**
**Grace Rybak, Esq.**
**Joshua B. Shiffrin, Esq.**
Bredhoff & Kaiser, P.L.L.C.
805 15th Street N.W., Suite 1000
Washington, D.C. 20005
Emails: jshiffrin@bredhoff.com;
jpellettieri@bredhoff.com;
grybak@bredhoff.com;
*Pro Hac Vice Counsel for Defendant*

4