IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

LAWRENCE MEADOWS,
Plaintiff,

v.

ALLIED PILOTS ASSOCIATION, et al.,
Defendants.

FILED BY _____ D.C.

APR 0 2 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO. 17-cv-22589-EA
HONORABLE JUDGE ED ARTAU
_____/

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
FOR A PIECEMEAL ADJOURNMENT OF TRIAL DATE (ECF NO. 239)**

Plaintiff Lawrence Meadows opposes Defendant Allied Pilots Association's ("APA")

Motion to Adjourn Trial Date. While Plaintiff agrees that the current trial schedule is

unworkable, APA's motion is a procedurally improper and prejudicial attempt to secure a one-

sided, piecemeal fix. APA's motion is, in effect, a fatal concession on the record that Plaintiff's

pending Emergency Motion to Stay All Deadlines (ECF No. 213) is meritorious and must be

granted. The only proper remedy is not the piecemeal adjournment APA seeks, but a global stay

of all proceedings to restore order and due process.

**ARGUMENT**

APA now formally admits what Plaintiff has argued for weeks: the current case schedule

is broken. APA's own motion concedes that given the summary judgment briefing and objection

schedule, the existing timeline "does not provide time to resolve APA's summary-judgment

motion before the May 2026 trial dates." (ECF No. 239 at ¶ 5). It is a logical and legal absurdity

to enforce the dispositive motion deadline of April 1, 2026, while simultaneously acknowledging

1

that the May 18, 2026 trial date it is based on is impossible. A schedule that is broken at the end - is broken at the beginning.

APA's motion seeks to create a procedural "kill box" that benefits only them. They wish to adjourn the trial indefinitely, removing all time pressure on themselves, while forcing Plaintiff – a pro se litigant - to respond to an almost double overlength 55-page Motion for Summary Judgment (ECF No. 237) on a tainted, incomplete, and procedurally contested record. This is the definition of manifest prejudice.

The Court cannot endorse this contradictory and unjust approach. APA's motion serves as the final, irrefutable piece of evidence that this case is mired in a procedural logjam of APA's own making. There are eleven pending, case-altering motions and six pending objections that must be resolved before this case can proceed. The imminent ruling on transfer from the E.D.N.Y. could further alter the scope of this case entirely, mooting APA's entire MSJ and rendering this entire briefing exercise a colossal waste of party and judicial resources.

The only proper course of action is to grant the relief requested in Plaintiff's fully briefed Emergency Motion to Stay (ECF No. 213). This Court should deny APA's improper request for a piecemeal fix and instead impose the global stay necessary to adjudicate the pending motions and restore fundamental fairness to these proceedings.

## CONCLUSION

**WHEREFORE,** Plaintiff respectfully requests the Court deny Defendant's motion for a piecemeal adjournment and instead grant Plaintiff's Emergency Motion to Stay All Deadlines (ECF No. 213). In the alternative, and at a minimum, Plaintiff requests an interim stay of the response deadline for his opposition to Defendant's Motion for Summary Judgment pending the Court's resolution of these competing scheduling motions.

2

Dated: April 2, 2026

Respectfully Submitted,

Lawrence M. Meadows, *Pro Se*
1900 Sunset Harbour Drive, #2112
Miami Beach, FL 33139
Telephone: (516) 982-7718
Email: lawrencemeadows@yahoo.com

## CERTIFICATE OF SERVICE

I, Lawrence M. Meadows, Pro Se Plaintiff, hereby certify that on April 2, 2026, a true

and correct copy of the foregoing was served via the Court's CM/ECF system, email, and U.S.

Mail on all counsel of record.

Lawrence M. Meadows

## SERVICE LIST

**Capri Trigo, Esq.**
Gordon & Rees LLP
100 SE Second Street, Suite 3900
Miami, FL 33131
Email: ctrigo@gordonrees.com
*Lead Counsel for Defendant*

**John M. Pellettieri, Esq.**
**Lane Shadgett, Esq.**
**Grace Rybak, Esq.**
**Joshua B. Shiffrin, Esq.**
Bredhoff & Kaiser, P.L.L.C.
805 15th Street N.W., Suite 1000
Washington, D.C. 20005
Emails: jshiffrin@bredhoff.com;
jpellettieri@bredhoff.com;
grybak@bredhoff.com;
*Pro Hac Vice Counsel for Defendant*

4