**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**LAWRENCE MEADOWS,**

    Plaintiff,                            **CASE NO. 1:17-CV-22589-EA**

v.

**ALLIED PILOTS ASSOCIATION,** *et al.*

    Defendants.

_____/

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S OBJECTIONS TO THE**
**MAGISTRATE JUDGE'S ORDER GRANTING EXCESS PAGES**

Defendant Allied Pilots Association ("APA") files this opposition to Plaintiff's objections (ECF No. 232) to the order entered by Magistrate Judge Reid (ECF No. 231) granting APA leave to file a 35-page motion for summary judgment and a 20-page statement of material facts. Plaintiff's objections to the order granting APA's routine request for additional pages are without merit. It was well within the magistrate judge's discretion to extend the page limits for APA's summary-judgment filings. Furthermore, plaintiff's objection is now moot. APA has filed its motion for summary judgment (ECF No. 237) and its statement of material facts (ECF Nos. 238, 244), and Plaintiff has been granted leave (ECF No. 243) to file a response not to exceed 55 pages. Plaintiff's objections to Magistrate Judge Reid's order (ECF No. 231) should accordingly be denied.

                                 Respectfully submitted,

                                 */s/ Andrew Dymowski*
                                 Andrew Dymowski, Esq.
                                 Florida Bar No.1058209
                                 Capri Trigo, Esq.
                                 Florida Bar No. 28564

1

GORDON REES SCULLY MANSUKHANI
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, Florida 33131
Telephone: (305) 428-5309
Email: ctrigo@grsm.com

*/s/ Joshua B. Shiffrin*
Joshua B. Shiffrin*
John M. Pellettieri*
Lane Shadgett*
BREDHOFF & KAISER PLLC
805 15th Street NW, Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Email: jshiffrin@bredhoff.com
Email: jpellettieri@bredhoff.com
Email: lshadgett@bredhoff.com
*Admitted *Pro Hac Vice*

*Counsel for Defendant Allied Pilots Association*

Dated: April 6, 2026

2