**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:17-cv-22589-EA**

**Lawrence Meadows,**

      Plaintiff,

v.

**Allied Pilots Association, et al.,**

      Defendants.

_____/

## ORDER GRANTING MOTION TO CONTINUE TRIAL DATES

This cause comes before the Court on the Defendant's motion to continue trial and certain pretrial deadlines. [ECF No. 239].

It is **ORDERED AND ADJUDGED**:

1. This case is set for trial during the Court's two-week trial calendar beginning at **9:00 a.m. on June 15, 2026**, in West Palm Beach.

2. A calendar call is set for **11:30 a.m. on June 9, 2026**, in West Palm Beach.

3. The parties shall file the following items no later than **May 29, 2026**:

   i.   a joint pre-trial stipulation pursuant to Local Rule 16.1(e);

   ii.  a joint exhibit list and a joint trial plan;

   iii. individually filed witness lists and deposition designations (and objections thereto and counter designations);

   iv.  joint proposed jury instructions and verdict form in accordance with the instructions below [or proposed findings of fact and conclusions of law, as applicable]; and

   v.   any motions in limine (other than *Daubert* motions). Each party is limited to filing one motion in limine, which may not, without leave of Court, exceed the page limits allowed by the Rules. Boilerplate motions that request the Court to order the opposing party to comply with the Federal Rules of Evidence are improper and may be denied

immediately. The parties are reminded that motions in limine must contain the Local

Rule 7.1(a)(3) certification.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 8th day of April 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Lawrence Meadows**
1900 Sunset Harbour Dr. #2112
Miami Beach, FL 33139
Email: Lawrencemeadows@yahoo.com
PRO SE

**Capri Trigo**
Gordon & Rees LLP
100 SE Second Street
Suite 3900
Miami, FL 33131
305-428-5323
Fax: 877-644-6207
Email: ctrigo@gordonrees.com

**Andrew James Dymowski**
1300 S Miami Ave
#1006
Miami, FL 33130
3018302011
Email: ddymowski@grsm.com

**John M. Pellettieri**
Bredhoff & Kaiser, P.L.L.C.
805 15th Street N.W., Suite 1000
Washington, DC 20005
(202) 842-2600
Email: jpellettieri@bredhoff.com

**Joshua B. Shiffrin**
Bredhoff & Kaiser, P.L.L.C.
805 15th Street N.W., Suite 1000
Washington, DC 20005
(202) 842-2600
Email: jshiffrin@bredhoff.com

**Lane Shadgett**
Bredhoff & Kaiser, P.L.L.C.
805 15th Street NW, Suite 1000
Washington, DC 20005
(202) 842-2600
Email: lshadgett@bredhoff.com