**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**LAWRENCE MEADOWS,**

      Plaintiff,                                 **CASE NO. 1:17-CV-22589-EA**

v.

**ALLIED PILOTS ASSOCIATION,** *et al.*

      Defendants.

                                                /

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER DENYING AN EXTENSION OF TIME

Defendant Allied Pilots Association ("APA") files this opposition to Plaintiff's objections (ECF No. 246) to the order entered by Magistrate Judge Reid (ECF No. 243) denying Plaintiff's request for a two-week extension of time to respond to APA's motion for summary judgment, which was filed on April 1, 2026 (ECF No. 237). APA believes it is important for its summary judgment motion to be resolved before any trial takes place because the motion should obviate the need for a trial or, at a minimum, substantially narrow the issues to be resolved at trial. Accordingly, to try to preserve sufficient time for a ruling on its summary-judgment motion before trial, APA informed Plaintiff that APA would not oppose a 14-day extension of time for Plaintiff to respond to the motion only if the May 2026 trial dates were adjourned. At the time the magistrate judge ruled on Plaintiff's extension request, APA's motion to adjourn the May 2026 trial dates was pending. Given the importance of a ruling on the summary-judgment motion before trial takes place, Magistrate Judge Reid acted well within her discretion in denying Plaintiff's request for a two-week extension. The Court has since granted in part APA's request for an adjournment, scheduling trial to take place during the two-week trial calendar beginning on June 15, 2026. ECF

1

No. 247. That limited continuance does not provide sufficient time to accommodate the two-week

extension sought by Plaintiff. The Court should therefore deny Plaintiff's objections to Magistrate

Judge Reid's order (ECF No. 243) denying his motion for a two-week extension of time.

Respectfully submitted,

*/s/ Andrew Dymowski*
Andrew Dymowski, Esq.
Florida Bar No.1058209
Capri Trigo, Esq.
Florida Bar No. 28564
GORDON REES SCULLY MANSUKHANI
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, Florida 33131
Telephone: (305) 428-5309
Email: ctrigo@grsm.com

*/s/ Joshua B. Shiffrin*
Joshua B. Shiffrin*
John M. Pellettieri*
Lane Shadgett*
BREDHOFF & KAISER PLLC
805 15th Street NW, Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Email: jshiffrin@bredhoff.com
Email: jpellettieri@bredhoff.com
Email: lshadgett@bredhoff.com
*Admitted *Pro Hac Vice*

*Counsel for Defendant Allied Pilots Association*

Dated: April 10, 2026

2