IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

LAWRENCE MEADOWS,
    Plaintiff,

    v.

ALLIED PILOTS ASSOCIATION, et al.,
    Defendants.

FILED BY _____ D.C.

MAY 11 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO. 17-cv-22589-EA
HONORABLE JUDGE ED ARTAU

_____/

**PLAINTIFF'S NOTICE THAT HIS MOTION FOR RELIEF
UNDER FED. R. CIV. P. 56(d) (ECF NO. 250) IS UNOPPOSED**

Plaintiff Lawrence Meadows hereby notifies the Court that his Motion for Relief Under Fed. R. Civ. P. 56(d) was filed on April 14, 2026s  and docketed as ECF No. 250 on April 15, 2026, with a docket  entry stating "Responses due date by April 28, 2026."

Pursuant to S.D. Fla. Local Rule 7.1(c), Defendant Allied Pilots Association was required to "file and serve an opposing memorandum of law no later than fourteen (14) days after service of the motion."

The Response deadline – April 28, 2026 - has passed, and no opposition has been filed.

Accordingly, Plaintiff's Motion for Relief Under Rule 56(d) (ECF No. 250) is unopposed.

Dated: May 11, 2026

Respectfully submitted,

Lawrence M. Meadows, *Pro Se*
1900 Sunset Harbour Drive, #2112

1

2

Miami Beach, FL 33139
Telephone: (516) 982-7718
Email:lawrencemeadows@yahoo.com

## CERTIFICATE OF SERVICE

I, Lawrence M. Meadows, Pro Se Plaintiff, hereby certify that on May 11, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system, email, and U.S. Mail on all counsel of record.

Lawrence M. Meadows

## SERVICE LIST

**Capri Trigo, Esq.**
Gordon & Rees LLP
100 SE Second Street, Suite 3900
Miami, FL 33131
Email: ctrigo@gordonrees.com
*Lead Counsel for Defendant*

**John M. Pellettieri, Esq.**
**Lane Shadgett, Esq.**
**Grace Rybak, Esq.**
**Joshua B. Shiffrin, Esq.**
Bredhoff & Kaiser, P.L.L.C.
805 15th Street N.W., Suite 1000
Washington, D.C. 20005
Emails: jshiffrin@bredhoff.com;
jpellettieri@bredhoff.com;
grybak@bredhoff.com;
*Pro Hac Vice Counsel for Defendant*

3