UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

LAWRENCE MEADOWS,

    Plaintiff,                                         CASE NO. 1:17-CV-22589-EA

v.

ALLIED PILOTS ASSOCIATION, *et al.*

    Defendants.

_____/

### DEFENDANT'S RESPONSE TO PLAINTIFF'S NOTICE (ECF NO. 265)

Defendant Allied Pilots Association (APA) hereby responds to Plaintiff's "Notice" (ECF No. 265), in which he asserts that his Rule 56(d) motion (ECF No. 250) is "unopposed" because APA did not submit a separate response to that motion. That assertion is false and misleading.

Plaintiff's Rule 56(d) motion was incorporated into his response to APA's motion for summary judgment. In turn, APA's opposition to Plaintiff's Rule 56(d) Motion was incorporated into its reply in support of its motion for summary judgment. *See* ECF No. 254 at 4-8. As APA explained therein, Plaintiff's Rule 56(d) motion is baseless, as the discovery he seeks is immaterial to the arguments APA made in support of its summary judgment motion. Further, Plaintiff's motion does not excuse his strategic decision not to respond to the arguments made by APA in its motion for summary judgment, or respond at all to APA's statement of material facts.

                                Respectfully submitted,

                                */s/ Andrew Dymowski*
                                Andrew Dymowski, Esq.
                                Florida Bar No.1058209
                                Capri Trigo, Esq.
                                Florida Bar No. 28564
                                GORDON REES SCULLY MANSUKHANI
                                Miami Tower

100 S.E. Second Street, Suite 3900
Miami, Florida 33131
Telephone: (305) 428-5309
Email: ctrigo@grsm.com

*/s/ Joshua B. Shiffrin*
Joshua B. Shiffrin*
John M. Pellettieri*
Lane Shadgett*
BREDHOFF & KAISER PLLC
805 15th Street NW, Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Email: jshiffrin@bredhoff.com
Email: jpellettieri@bredhoff.com
Email: grybak@bredhoff.com
*Admitted *Pro Hac Vice*

*Counsel for Defendant Allied Pilots Association*

Dated: May 12, 2026