**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**LAWRENCE MEADOWS,**

     Plaintiff,                               **CASE NO. 1:17-CV-22589-EA**

v.

**ALLIED PILOTS ASSOCIATION, *et al.*,**

     Defendants.

_____/

**DEFENDANT APA'S PRETRIAL EXHIBIT LIST**

Pursuant to Local Civil Rule 16.1(e)(9) and the Court's order of April 8, 2026 (ECF No. 247), Defendant APA submits the following exhibit list for trial. APA respectfully reserves the right to amend its exhibit list if or when Plaintiff produces witness and exhibit lists.

Key to objections (as set forth in Local Civil Rule 16.1(e)(9)):

- A      Authenticity
- I       Contains inadmissible matter
- R      Relevancy
- H      Hearsay
- UP    Unduly prejudicial-probative value outweighed by undue prejudice
- P      Privileged

| No. | Document Description | Depo. Exhibit No. | BEG Bates No. | END Bates No. | Plaintiff Objections |
|---|---|---|---|---|---|
| DT001 | 2003 Collective Bargaining Agreement [Excerpts] | N/A | APA_000000001 | APA_00000194 | |
| DT002 | APA Constitution & Bylaws (Aug 2018) | N/A | APA_000002211 | APA_000002248 | |
| DT003 | 2018-10-16 (Dkt. 035) First Amended Complaint | DX034 | N/A | N/A | |
| DT004 | 2006-11-04 Resolution 2006-61 | PX033 | Meadows 015631 | Meadows 015632 | |
| DT005 | 2011-08-05 LTR from S. Hansen to L. Meadows | DX002 | N/A | N/A | |
| DT006 | 2011-09-02 LTR from S. Hansen to L. Meadows | DX003 | Meadows 013463 | Meadows 013464 | |
| DT007 | 2011-11-04 Emails between L. Meadows and S. Hansen | DX004 | Meadows 013575 | Meadows 013580 | |
| DT008 | 2011-11-18 LTR from B. Boggess to L. Meadows | DX006 | APA_000014251 | APA_000014254 | |
| DT009 | 2012-02-04 Grievance 12-011 | DX013 | N/A | N/A | |
| DT010 | 2012-05-22 Grievance 12-012 | DX021 | Meadows 023216 | Meadows 023216 | |
| DT011 | 2013-02-08 Memorandum of Understanding re Contingent CBA | N/A | APA_000011591 | APA_000011609 | |
| DT012 | 2012-09-14 AA re Notice of Amendment to Retirement Benefit Program | N/A | Meadows 023808 | Meadows 023810 | |
| DT013 | 2013-01-11 Email from L. Meadows to C. Hairston | N/A | APA_000013720 | APA_000013721 | |
| DT014 | 2013-02-01 B. Boggess Email to APA re Active Grievances with Attachment | N/A | APA_000019534 | APA_000019536 | |
| DT015 | 2013-02-10 Email from L. Meadows to C. Hairston | DX005 | APA_000013828 | APA_000013831 | |
| DT016 | 2013-03-29 SOX Whistleblower Complaint | DX001 | N/A | N/A | |
| DT017 | 2013-04-03 Equity Distribution Mailer | N/A | Meadows 025296 | Meadows 025319 | |
| DT018 | 2013-06-06 Denial of Grievance 12-011 Appeal Hearing | DX014 | N/A | N/A | |
| DT019 | 2013-06-28 LTR from K.  Wilson to M. Solomon | N/A | Meadows 013830 | Meadows 013830 | |

| No. | Document Description | Depo. Exhibit No. | BEG Bates No. | END Bates No. | Plaintiff Objections |
|---|---|---|---|---|---|
| DT020 | 2013-07-19 B. Boggess Declaration | PX039 | Meadows 041614 | Meadows 041619 | |
| DT021 | 2013-08-06 Grievance 12-011 L. Meadows Position Statement | DX015 | Meadows 013867 | Meadows 013901 | |
| DT022 | 2013-08-21 Grievance 12-011 Email re PAC Denial | N/A | APA_000014098 | APA_000014099 | |
| DT023 | 2013-08-29 LTR from K. Wilson to L. Meadows re Grievance 12-011 | DX018 | Meadows 023299 | Meadows 023299 | |
| DT024 | 2013-09-27 LTR from L. Meadows to B. Boggess | DX058 | N/A | N/A | |
| DT025 | 2013-10-04 LTR from B. Boggess to L. Meadows | DX059 | N/A | N/A | |
| DT026 | 2013-10-31 Grievance 13-064 | DX019 | Meadows 009537 | Meadows 009538 | |
| DT027 | 2014-01-20 Email from C. Hairston to L. Meadows | DX020 | N/A | N/A | |
| DT028 | 2014-01-21 AAPSIC Info Request | N/A | N/A | N/A | |
| DT029 | 2014-04-03 Info Request Response | N/A | N/A | N/A | |
| DT030 | 2014-04-03 Info Request Response, Consolidated Seniority List | N/A | N/A | N/A | |
| DT031 | 2014-04-03 Info Request Response, Pilots Challenging Removal | N/A | N/A | N/A | |
| DT032 | 2014-03-07 APA Amended Proof of Claim (SDNY Bankr.) | PX040 | Meadows 019910 | Meadows 019936 | |
| DT033 | 2014-03-20 LTR from L. Meadows to K. Wilson re Reinstatement Request | DX038 | Meadows 008409 | Meadows 008409 | |
| DT034 | 2014-03-24 Resolution 2014-70 | DX039 | N/A | N/A | |
| DT035 | 2014-03-26 Grievance 13-064 Denial | N/A | APA_000032191 | APA_000032191 | |
| DT036 | 2014-03-31 Email from L. Meadows to C. Hairston re Reinstatement Request | DX040 | APA_000014212 | APA_000014212 | |
| DT037 | 2014-04-17 Hearing Transcript - In re AMR Corporation [Excerpt] | DX042 | N/A | N/A | |
| DT038 | 2014-04-22 Email from C. Hairston to L. Meadows | N/A | APA_000014247 | APA_000014250 | |

| No. | Document Description | Depo. Exhibit No. | BEG Bates No. | END Bates No. | Plaintiff Objections |
|---|---|---|---|---|---|
| DT039 | 2014-04-23 LTR from K. Wilson to L. Meadows re Grievance 13-064 | N/A | APA_000032200 | APA_000032200 | |
| DT040 | 2014-06-17 APA Board of Directors Meeting Minutes | DX041 | N/A | N/A | |
| DT041 | 2014-09-01 L. Meadows Professional Experience | N/A | Meadows 001808 | Meadows 001808 | |
| DT042 | 2014-09-04 Seniority Integration Protocol Agreement | DX025 | APA_000011610 | APA_000011625 | |
| DT043 | 2015-05-01 Transcript of Recorded Voicemail | DX050 | Meadows 014593 | Meadows 014595 | |
| DT044 | 2015-05-06 LTR from T. Duffield to L. Meadows | DX052 | Meadows 014630 | Meadows 014630 | |
| DT045 | 2015-05-06 LTR from L. Meadows to M. Powell | DX051 | N/A | N/A | |
| DT046 | 2015-05-07 Email from L. Meadows to T. Duffield | N/A | N/A | N/A | |
| DT047 | 2015-05-15 LTR from L. Meadows to M. Powell | N/A | Meadows 014640 | Meadows 014640 | |
| DT048 | 2016-02-26 Email from S. Hoffman to L. Meadows | DX054 | N/A | N/A | |
| DT049 | 2016-03-01 LTR from L. Meadows to M. Stephens | DX023 | N/A | N/A | |
| DT050 | 2016-03-06 Email from Mark Stephens to Lawrence Meadows | DX024 | Meadows 008638 | Meadows 008638 | |
| DT051 | 2016-03-07 L Meadows Motion to Intervene in Seniority List Integration | N/A | Meadows 016999 | Meadows 017042 | |
| DT052 | 2016-03-21 MOU Grievance | DX026 | Meadows 017055 | Meadows 017058 | |
| DT053 | 2016-05-06 Seniority List Integration Update | N/A | N/A | N/A | |
| DT054 | 2016-05-19 Email from AA Counsel re MOU Grievance | N/A | Meadows 014778 | Meadows 014784 | |
| DT055 | 2016-05-25 AA Counsel Letter to L. Meadows | PX057 | Meadows 017635 | Meadows 0176436 | |
| DT056 | 2016-06-30 K. Wilson Interpretation | N/A | N/A | N/A | |
| DT057 | 2016-09-16 Email from W. Preitz to L. Meadows | N/A | N/A | N/A | |

| No. | Document Description | Depo. Exhibit No. | BEG Bates No. | END Bates No. | Plaintiff Objections |
|---|---|---|---|---|---|
| DT058 | 2016-09-19 LTR from L. Meadows to M. Stephens | N/A | Meadows 017439 | Meadows 017441 | |
| DT059 | 2016-09-23 Email from M. Stephens to L. Meadows | DX027 | Meadows 008654 | Meadows 008656 | |
| DT060 | 2016-09-27 Valverde Transcript [Excerpt] | N/A | N/A | N/A | |
| DT061 | 2016-10-19 LOA re  Supp. F(1).5.d | PX032 | Meadows 041465 | Meadows 041465 | |
| DT062 | 2016-11-09 L.Meadows DRC  Submission | DX028 | Meadows 017448 | Meadows 017455 | |
| DT063 | 2016-12-06 Closing Brief of L. Meadows, Valverde Arbitration | N/A | N/A | N/A | |
| DT064 | 2016-12-13 Resoution 2016-30 | PX012 | Meadows 015637 | Meadows 015638 | |
| DT065 | 2016-12-19 L. Meadows Article VII Charges re AAPSIC | DX033 | N/A | N/A | |
| DT066 | 2017-01-04 Emery Order & Findings of Fact and Law | DX044 | N/A | N/A | |
| DT067 | 2017-01-09 Email from L. Meadows re DRC Response With Attachment | N/A | APA_000014922 | APA_000014923 | |
| DT068 | (omitted) | N/A | N/A | N/A | |
| DT069 | 2017-01-10 Valverde Award | N/A | N/A | N/A | |
| DT070 | 2017-01-11 Emery Final Judgment | N/A | N/A | N/A | |
| DT071 | 2017-01-13 Email Blast re Restored C&R Access | DX045 | N/A | N/A | |
| DT072 | 2017-01-26 Valverde re Request to Reconsider | N/A | N/A | N/A | |
| DT073 | 2017-02-25 Email chain from L. Meadows re Valverde award | DX035 | N/A | N/A | |
| DT074 | 2017-04-03 Email chain between E. Sicher and L. Meadows | N/A | N/A | N/A | |
| DT075 | 2017-04-23 Email from E. Sicher to L. Meadows | N/A | N/A | N/A | |
| DT076 | 2017-06-30 Email from L. Meadows to J. Clark | DX032 | APA_000014896 | APA_000014896 | |

| No. | Document Description | Depo. Exhibit No. | BEG Bates No. | END Bates No. | Plaintiff Objections |
|---|---|---|---|---|---|
| DT077 | 2017-10-18 D. Carey Presidential Interpretation | DX036 | Meadows 008542 | Meadows 008543 | |
| DT078 | 2018-03-29 Text Messages between D. Carey and L. Meadows | N/A | Meadows 008575 | Meadows 008576 | |
| DT079 | 2018-04-02 LTR from L. Meadows to D. Carey (with Resume) | DX008 | Meadows 008548 | Meadows 008551 | |
| DT080 | 2018-06-28 L. Meadows Nomination of Self | N/A | N/A | N/A | |
| DT081 | 2018-11-29 Medical Certificate First Class for Lawrence Meadows | N/A | Meadows 002323 | Meadows 002324 | |
| DT082 | 2018-12-10 LTR from L. Meadows to D. Carey | PX015 | Meadows 008552 | Meadows 008552 | |
| DT083 | 2018-12-10 Email from L. Meadows to AA Absence and Return Center | N/A | N/A | N/A | |
| DT084 | 2018-12-19 Email from T. Hamel to APA Board of Directors and Letter Attachment | N/A | APA_000017369 | APA_000017370 | |
| DT085 | 2018-12-26 Email from D. Carey to K. Stone | DX047 | APA_000018977 | APA_000018977 | |
| DT086 | 2019-01-21  Email thread from L. Meadows to AA Absence and Return Center | N/A | Meadows 008554 | Meadows 008558 | |
| DT087 | 2019-01-22 Email from Dan Carey to Lawrence Meadows | N/A | Meadows 008553 | Meadows 008553 | |
| DT088 | 2019-01-23 Email from D. Carey  to L. Meadows | DX048 | Meadows 008559 | Meadows 008559 | |
| DT089 | 2019-04-04 Email from M. Robertson to L. Meadows | DX056 | Meadows 015438 | Meadows 015441 | |
| DT090 | 2019-04-08 Email from B. Blake to K. Stone, with Attachments | PX031 | APA_000024146 | APA_000024155 | |
| DT091 | 2019-09-03 LTR from K. Stone to E. Ferguson re Barkate | PX019 | APA0007153 | APA0007160 | |
| DT092 | 2019-09-14 E. Sicher Email to E. Ferguson re REDDI and Attachment | N/A | APA_000019220 | APA_000019222 | |
| DT093 | 2019-10-17 E. Sicher Email to E. Ferguson re REDDI and Attachment | N/A | APA_000019223 | APA_000019224 | |
| DT094 | 2019-12-10 LTR from AA Counsel to L. Meadows | DX057 | Meadows 000022 | Meadows 000027 | |
| DT095 | 2020-02-18 D. Iorio Email to J. Clark Fowarding E. Ferguson Email | N/A | APA_000028608 | APA_000028608 | |

| No. | Document Description | Depo. Exhibit No. | BEG Bates No. | END Bates No. | Plaintiff Objections |
|---|---|---|---|---|---|
| DT096 | 2020-08-14 LTR from D. Milne to W. Rhodes | N/A | Meadows 001818 | Meadows 001819 | |
| DT097 | 2021-05-11 Email from L. Meadows to K. Quinn re Atlas | N/A | Meadows 001785 | Meadows 001785 | |
| DT098 | 2021-06-04 Declaration of Lawrence M. Meadows | N/A | N/A | N/A | |
| DT099 | 2022-04-30 Email from DFW Reps to C. Torres re Grievance 12-012 | N/A | N/A | N/A | |
| DT100 | 2023-02-22 LTR from Work Service Team to L. Meadows | N/A | Meadows 015524 | Meadows 015546 | |
| DT101 | 2023-09-07 LTR from D. Johnson to L. Meadows | N/A | Meadows 015547 | Meadows 015547 | |
| DT102 | Meadows, Lawrence 2024 Tax Return CONFIDENTIAL | DX012 | Meadows 002096 | Meadows 002148 | |
| DT103 | 2024-02-01 American Airlines Pilot Long-Term Disability Plan | PX005 | Meadows 024070 | Meadows 024097 | |
| DT104 | 2025-11-07 Plaintiff's Responses to APA First Set of Interrogatories | N/A | N/A | N/A | |
| DT105 | 2025-11-25 (Dkt. 147) Pltfs. Reply ISO Motion For Leave to File Verified Supplemental Pleading | N/A | N/A | N/A | |
| DT106 | 2026-01-07 Subpoena Response from Atlas | DX010 | N/A | N/A | |
| DT107 | 2026-01-15 Matt Barton Report | DX007 | N/A | N/A | |
| DT108 | 2026-02-06 (Dkt. 001) Complaint, Exhibit A, Civil Cover Sheet, Summons | N/A | N/A | N/A | |
| DT109 | 2026-03-11 (Dkt. 018) A. Meadows Notice of Return Mail and Address Update for L. Meadows | N/A | N/A | N/A | |
| DT110 | Lawrence Meadows Resume | DX011 | N/A | N/A | |
| DT111 | Curriculum Vitae of Matt Barton | PX003 | N/A | N/A | |
| DT112 | 2003 Collective Bargaining Agreement [Unexcerpted] | N/A | APA_000000001 | APA_000000524 | |
| DT113 | 2013 Collective Bargaining Agreement [Unexcerpted] | N/A | APA_000000525 | APA_000000974 | |
| DT114 | 2015 Joint Collective Bargaining Agreement [Unexcerpted] | N/A | APA_000000975 | APA_000001451 | |

| No. | Document Description | Depo. Exhibit No. | BEG Bates No. | END Bates No. | Plaintiff Objections |
|---|---|---|---|---|---|
| DT115 | 2023 Collective Bargaining Agreement  [Unexcerpted] | N/A | APA_000001452 | APA_000001898 | |
| DT116 | 2014-04-17 Hearing Transcript - In re AMR Corporation  [Unexcerpted] | N/A | N/A | N/A | |
| DT117 | 2016-09-27 Valverde Transcript  [Unexcerpted] | N/A | N/A | N/A | |
| DT118 | Pilot Retirement Benefit Program Summary Plan Description (2005) | PX049 | Meadows 023920 | Meadows 024008 | |

Dated: May 29, 2026          Respectfully submitted,

*/s/ Andrew Dymowski*
Andrew Dymowski, Esq.
Florida Bar No.1058209
Capri Trigo, Esq.
Florida Bar No. 28564
GORDON REES SCULLY MANSUKHANI
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, Florida 33131
Telephone: (305) 428-5309
Email: ddymowski@grsm.com
Email: ctrigo@grsm.com

*/s/ Joshua B. Shiffrin*
Joshua B. Shiffrin*
John M. Pellettieri*
Lane Shadgett*
BREDHOFF & KAISER PLLC
805 15th Street NW, Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Email: jshiffrin@bredhoff.com
Email: jpellettieri@bredhoff.com
Email: lshadgett@bredhoff.com
*Admitted *Pro Hac Vice*

*Counsel for Defendant Allied Pilots Association*