UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**LAWRENCE MEADOWS,**

        Plaintiff,

v.

**ALLIED PILOTS ASSOCIATION,** *et al.,*

        Defendants.

        **CASE NO. 1:17-CV-22589-EA**

_____/

### DEFENDANT APA'S PRETRIAL WITNESS LIST

Pursuant to Local Civil Rule 16.1(e)(10) and the Court's order of April 8, 2026 (ECF No. 247), Defendant APA submits the following witness list for trial, including expert witnesses and witnesses whose testimony is expected to be presented by means of a deposition.

APA respectfully reserves the right to amend its witness list if or when Plaintiff produces witness and exhibit lists.

| No. | Name | Address | Notes |
|---|---|---|---|
| 1 | Mark Myers | c/o Bredhoff & Kaiser 805 15th St NW, Suite 1000 Washington, DC 20005 | Expects to present |
| 2 | Dan Carey | [omitted from public filing; information is in possession of both parties] | Expects to present (via deposition) |
| 3 | Matt Barton | P.O. Box 69 Golden, CO 80402 | Expects to present (expert witness) |
| 4 | Lawrence Meadows | 1900 Sunset Harbor #2112 Miami Beach, FL 33139 | Expects to present (plaintiff) |
| 5 | Kimball Stone | c/o Mark Robertson, Esq. O'Melveny 1301 Avenue of the Americas | Expects to present |

1

| | | Suite 1700<br>New York, NY 10019 | |
|---|---|---|---|
| 6 | Curt DeKeyrel | c/o Bredhoff & Kaiser<br>805 15th St NW, Suite 1000<br>Washington, DC 20005 | May call |

Dated: May 29, 2026

Respectfully submitted,

*/s/ Andrew Dymowski*
Andrew Dymowski, Esq.
Florida Bar No.1058209
Capri Trigo, Esq.
Florida Bar No. 28564
GORDON REES SCULLY MANSUKHANI
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, Florida 33131
Telephone: (305) 428-5309
Email: ddymowski@grsm.com
Email: ctrigo@grsm.com

*/s/ Joshua B. Shiffrin*
Joshua B. Shiffrin*
John M. Pellettieri*
Lane Shadgett*
BREDHOFF & KAISER PLLC
805 15th Street NW, Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Email: jshiffrin@bredhoff.com
Email: jpellettieri@bredhoff.com
Email: lshadgett@bredhoff.com
*Admitted *Pro Hac Vice*

*Counsel for Defendant Allied Pilots Association*

2