UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

LAWRENCE MEADOWS,

    Plaintiff,                                 **CASE NO. 1:17-CV-22589-EA**

v.

ALLIED PILOTS ASSOCIATION, *et al.*,

    Defendants.

_____/

**DEFENDANT APA'S NOTICE OF FILING DEPOSITION DESIGNATIONS**

Defendant Allied Pilots Association (APA) respectfully submits the following deposition designations for use at trial. Defendant respectfully reserves the right to amend, modify, or supplement its deposition designations as appropriate or necessary, when and if Plaintiff submits his witness list and exhibit list.

Key to objections:

- AA    Asked & Answered/Duplicative
- C    Compound
- CU    Cumulative
- H    Hearsay
- IH    Improper Hypothetical
- L    Leading
- F    Lacks Foundation
- M    Mischaracterizes Testimony
- MD    Mischaracterizes Document
- N    Non-Responsive
- O    Inadmissible Opinion or Conclusion
- P    Privileged
- R    Relevance
- S    Calls for Speculation
- UP    Unfair Prejudice
- V    Vague & Ambiguous

1

**I.      Deposition of Lawrence Meadows, Taken January 13, 2026**

| APA's Designations | Plaintiff's Objections/ Counter-Designations | APA's Objections/ Rebuttal Designations | Plaintiff's Objections to APA's Rebuttal |
|---|---|---|---|
| 13:08-14:10 | | | |
| 17:15-17:19 | | | |
| 18:03-20:16 | | | |
| 23:13-23:16 | | | |
| 43:04-43:22 | | | |
| 49:16-52:24 | | | |
| 69:17-70:11 | | | |
| 71:01-71:07 | | | |
| 72:21-72:23 | | | |
| 73:12-73:18 | | | |
| 74:08-74:14 | | | |
| 75:02-76:10 | | | |
| 78:23-79:10 | | | |
| 80:11-80:21 | | | |
| 81:13-82:08 | | | |
| 82:17-88:15* | | | |
| 90:07-90:11* | | | |
| 93:14-93:18* | | | |
| 94:14-94:18* | | | |
| 95:10-97:02* | | | |
| 98:07-98:16* | | | |
| 99:25-100:10* | | | |
| 101:15-102:13 | | | |
| 103:18-105:25 | | | |
| 106:12-107:15 | | | |
| 117:17-118:23 | | | |

---

* These designations (pp. 82-100) are from the portion of the transcript marked as "Confidential."

| | | | |
|---|---|---|---|
| 122:13-123:13 | | | |
| 125:10-126:02 | | | |
| 127:01-128:04 | | | |
| 136:08-137:21 | | | |
| 142:05-144:25 | | | |
| 146:14-148:13 | | | |
| 148:20-148:25 | | | |
| 150:11-154:17 | | | |
| 167:19-170:04 | | | |
| 172:19-176:03 | | | |
| 177:02-178:16 | | | |
| 179:02-179:10 | | | |
| 187:22-188:17 | | | |
| 189:06-190:18 | | | |
| 195:10-196:04 | | | |
| 199:07-200:19 | | | |
| 202:07-202:21 | | | |
| 203:03-204:08 | | | |
| 207:01-207:12 | | | |
| 211:20-212:23 | | | |
| 216:05-220:09 | | | |
| 245:02-248:12 | | | |
| 265:08-265:11 | | | |
| 281:05-281:18 | | | |
| 284:08-284:18 | | | |
| 291:07-291:19 | | | |
| 293:23-297:12 | | | |
| 299:05-299:18 | | | |
| 301:23-303:07 | | | |
| 303:19-306:05 | | | |
| 307:02-308:21 | | | |

| | | | |
|---|---|---|---|
| 309:14-310:12 | | | |
| 311:05-312:17 | | | |
| 313:06-313:24 | | | |
| 317:02-317:14 | | | |
| 320:04-322:11 | | | |
| 339:23-340:02 | | | |
| 341:22-342:13 | | | |
| 350:05-350:13 | | | |

## II.     Deposition of Daniel F. Carey, Taken March 4, 2026

| APA's Designations | Plaintiff's Objections/ Counter-Designations | APA's Objections/ Rebuttal Designations | Plaintiff's Objections to APA's Rebuttal |
|---|---|---|---|
| 12:16-12:22 | | | |
| 13:08-13:17 | | | |
| 13:22-14:04 | | | |
| 14:24-15:04 | | | |
| 52:04-52:15 | | | |
| 85:10-86:04 | | | |
| 91:17-92:12 | | | |
| 113:07-113:18 | | | |
| 117:07-117:17 | | | |
| 119:07-120:08 | | | |
| 135:18-136:06 | | | |
| 140:21-140:23 | | | |
| 141:13-141:22 | | | |
| 142:23-146:07 | | | |
| 149:03-150:06 | | | |
| 157:06-158:19 | | | |
| 162:01-162:16 | | | |
| 164:03-164:19 | | | |
| 167:13-167:22 | | | |

| | | | |
|---|---|---|---|
| 168:05-169:21 | | | |
| 184:07-185:07 | | | |
| 248:05-248:16 | | | |
| 271:01-271:04 | | | |
| 271:07-271:22 | | | |
| 296:16-296:24 | | | |
| 313:24-315:24 | | | |
| 327:15-327:20 | | | |
| 328:09-329:06 | | | |
| 332:07-337:17 | | | |
| 338:08-345:22 | | | |
| 348:25-350:17 | | | |
| 351:02-353:13 | | | |
| 355:04-356:13 | | | |
| 358:11-360:18 | | | |
| 382:18-383:20 | | | |

Dated: May 29, 2026                      Respectfully submitted,

*/s/ Andrew Dymowski*
Andrew Dymowski, Esq.
Florida Bar No.1058209
Capri Trigo, Esq.
Florida Bar No. 28564
GORDON REES SCULLY MANSUKHANI
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, Florida 33131
Telephone: (305) 428-5309
Email: ddymowski@grsm.com
Email: ctrigo@grsm.com

*/s/ Joshua B. Shiffrin*
Joshua B. Shiffrin*
John M. Pellettieri*
Lane Shadgett*
BREDHOFF & KAISER PLLC
805 15th Street NW, Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Email: jshiffrin@bredhoff.com
Email: jpellettieri@bredhoff.com
Email: lshadgett@bredhoff.com
*Admitted *Pro Hac Vice*

*Counsel for Defendant Allied Pilots Association*