# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 1:17-cv-22589-EA

**Lawrence Meadows,**

      Plaintiff,

v.

**Allied Pilots Association, et al.,**

      Defendants.

_____/

## ORDER RESETTING TRIAL AND CALENDAR CALL

This cause comes before the Court sua sponte.

It is **ORDERED AND ADJUDGED**:

1. This case is set for trial during the Court's two-week trial period beginning at 9:00 a.m. on July 13, 2026, in West Palm Beach.

2. A calendar call is set for 11:30 a.m. on July 7, 2026.

    **DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 29th day of May 2026.



_____
ED ARTAU
UNITED STATES DISTRICT JUDGE

    Copies Served:

**Lawrence Meadows**
1900 Sunset Harbour Dr. #2112
Miami Beach, FL 33139
Email: Lawrencemeadows@yahoo.com

**Capri Trigo**
Gordon & Rees LLP
100 SE Second Street
Suite 3900
MIami, FL 33131
305-428-5323
Fax: 877-644-6207
Email: ctrigo@gordonrees.com

**Andrew James Dymowski**
1300 S Miami Ave
#1006
Miami, FL 33130
3018302011
Email: ddymowski@grsm.com

**John M. Pellettieri**
Bredhoff & Kaiser, P.L.L.C.
805 15th Street N.W., Suite 1000
Washington, DC 20005
(202) 842-2600
Email: jpellettieri@bredhoff.com

**Joshua B. Shiffrin**
Bredhoff & Kaiser, P.L.L.C.
805 15th Street N.W., Suite 1000
Washington, DC 20005
(202) 842-2600
Email: jshiffrin@bredhoff.com

**Lane Shadgett**
Bredhoff & Kaiser, P.L.L.C.
805 15th Street NW, Suite 1000
Washington, DC 20005
(202) 842-2600
Email: lshadgett@bredhoff.com