**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**LAWRENCE MEADOWS,**

      Plaintiff,                                  **CASE NO. 1:17-CV-22589-EA**

v.

**ALLIED PILOTS ASSOCIATION,** *et al.*,

      Defendants.

_____/

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S RENEWED EMERGENCY MOTION**
**FOR PROTECTIVE ORDER TO STAY TRIAL PREPARATION (ECF NO. 280)**

Defendant Allied Pilots Association ("APA") respectfully submits this opposition to Plaintiff's "renewed emergency motion" seeking a stay of "all trial preparation deadlines." ECF No. 280.  All pretrial deadlines have passed and therefore Plaintiff's motion is moot. To the extent Plaintiff seeks to be excused from his failure to comply with those deadlines, Plaintiff's motion should be denied.

On April 8, 2026, the Court entered an order (ECF No. 247) requiring the parties to confer and submit, by May 29, 2026, various materials in preparation for an anticipated June trial, including a joint pretrial stipulation, joint exhibit list, witness lists, deposition designations, joint proposed jury instructions, and motions in limine. As APA detailed in its pretrial stipulation filed on May 29, Plaintiff (despite multiple efforts by APA) repeatedly refused to agree to a schedule for the orderly exchange of materials or otherwise confer regarding the pretrial filings required by the Court's order, insisting that it was "premature" and "an exercise in futility" to engage in any pretrial preparation. *See generally* ECF No. 271-1 (Shiffrin Decl.). APA made clear to Plaintiff that the pendency of pretrial motions did not absolve the parties of complying with the Court's May 29

1

deadline for pretrial filings. *See id.* Accordingly, on May 29, APA submitted pretrial materials unilaterally. *See* ECF Nos. 271-76. Plaintiff did not file anything.

Plaintiff now requests an "order STAYING all trial preparation deadlines." ECF No. 280, at 3. The May 29 deadline for pretrial submissions has passed, however, and no other pretrial deadlines remain. Plaintiff's request for a stay of pretrial deadlines is therefore moot. Insofar as Plaintiff requests that the Court absolve him of his non-compliance with the May 29 deadline and give him another opportunity to make pretrial submissions in the event a trial were to be held in this matter, Plaintiff's request should be denied. APA's position is that Plaintiff should not be given additional time to comply with a deadline that he intentionally ignored. If anything, the Court should sanction Plaintiff for his non-compliance. *See, e.g.*, *see Mack v. Wakefield & Assocs., Inc.*, 2017 WL 11686848, at *1 (S.D. Fla. Nov. 1, 2017) (dismissing action after plaintiff failed to comply with show-cause order arising from plaintiff's failure to comply with obligations to timely file pretrial submissions); *Massucco v. Lamberti*, 2008 WL 11331651, at *1 (S.D. Fla. Feb. 27, 2008) (barring defendant who did not comply with pretrial obligations from calling witnesses or presenting exhibits).

For these reasons, the Court should deny Plaintiff's motion for a protective order.

Dated: June 2, 2026                              Respectfully submitted,

                                                 */s/ Andrew Dymowski*
                                                 Andrew Dymowski, Esq.
                                                 Florida Bar No.1058209
                                                 Capri Trigo, Esq.
                                                 Florida Bar No. 28564
                                                 GORDON REES SCULLY MANSUKHANI
                                                 Miami Tower
                                                 100 S.E. Second Street, Suite 3900
                                                 Miami, Florida 33131
                                                 Telephone: (305) 428-5309
                                                 Email: ddymowski@grsm.com

Email: ctrigo@grsm.com

*/s/ Joshua B. Shiffrin*
Joshua B. Shiffrin*
John M. Pellettieri*
Lane Shadgett*
BREDHOFF & KAISER PLLC
805 15th Street NW, Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Email: jshiffrin@bredhoff.com
Email: jpellettieri@bredhoff.com
Email: lshadgett@bredhoff.com
*Admitted *Pro Hac Vice*

*Counsel for Defendant Allied Pilots Association*

3