IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED BY _____ _____ D.C.

JUL - 1 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

LAWRENCE MEADOWS,
    Plaintiff,

v.

ALLIED PILOTS ASSOCIATION, et al.,
    Defendants.

CASE NO. 17-cv-22589-EA
HONORABLE JUDGE ED ARTAU
_____/

## PLAINTIFF'S NOTICE OF UNILATERAL PRE-CALENDAR CALL STATUS REPORT AND PENDING FOUNDATIONAL MATTERS

Plaintiff Lawrence Meadows, proceeding *pro se*, respectfully submits this Notice of Unilateral Pre-Calendar Call Status Report to advise the Court of the current procedural posture of this action prior to the scheduled July 7, 2026 Calendar Call (ECF No. 277).

Plaintiff respectfully submits that this action is procedurally and legally unfit for trial on July 13, 2026, and that any delay in completing the joint pretrial disclosures contemplated by the Court's Pretrial Order (ECF No. 177) is substantially justified under Fed. R. Civ. P. 16(f)(2) and Fed. R. Civ. P. 37(b)(2), pending the resolution of the following active, un-ruled-upon foundational matters:

1. **Pending Emergency Motions for Protective Order (ECF Nos. 263, 280):** Plaintiff's active, fully briefed Emergency Motions to Stay Trial Preparation are currently pending before this Court. Plaintiff is awaiting the Court's guidance and rulings on these motions, which seek protection from the undue burden and expense of trial preparation on an unsettled record under Fed. R. Civ. P. 26(c).

1

2. **Unresolved Case-Dispositive R&R (ECF No. 269):** The Magistrate's Report and Recommendation recommending summary judgment was only fully briefed on June 19, 2026. Plaintiff's comprehensive, 20-page Objection (S.D. Fla. ECF No. 285) - supported by the un-rebutted sworn Second Supplemental Declaration of former APA President, Captain Edward F. Sicher (ECF No. 285-1) - is currently pending *de novo* review by this Court.

3. **Ten (10) Pending, Un-Ruled-Upon Objections:** There are currently ten active Objections to the Magistrate's orders pending before this Court that directly challenge the threshold foundations of this case, including the fitness of Defendant's counsel (Eighth Objection, ECF No. 259, seeking disqualification for criminal witness tampering and impermissible firm-wide conflict of interest), counsel's candor and fraud on the court (Tenth Objection, ECF No. 264), and the proper temporal scope of discovery (First and Ninth Objections, ECF Nos. 149, 260).

4. **Two (2) Unresolved Motions for Spoliation Sanctions (ECF Nos. 187, 223):** These active, fully briefed motions detail systemic evidence destruction by Defendant, the resolution of which directly impacts the admissible evidence and jury instructions available at any potential trial.

5. **Active Parallel Proceedings and Impending Transfer (E.D.N.Y. Case No. 2:26-cv-00679):** The parallel federal action in the Eastern District of New York - addressing Defendant's post-2021 retaliatory termination of Plaintiff's union membership - is currently under active submission before Judge Eric Komitee on a fully briefed request to transfer and consolidate that action with these proceedings.

Notably, during the parties' June 1, 2026, meet-and-confer conference, Defendant's own counsel explicitly acknowledged and agreed that preparing for trial under these unresolved circumstances would be "absurd" and would "render all pretrial submissions obsolete" the moment the Court rules on any of the pending dispositive motions. (See ECF No. 286, Ex. 1, ¶¶ 4, 6).

To compel a *pro se* litigant to expend extensive resources on trial preparation while multiple motions to stay that very preparation remain un-ruled-upon, and while the very scope of the trial record remains unsettled, would constitute an undue burden and expense under Fed. R. Civ. P. 26(c). Plaintiff respectfully requests that this honorable Court utilize the July 7, 2026 Calendar Call as a Status Conference to address these pending, threshold procedural issues and enter an order formally adjourning the trial.

Dated: June 30, 2026

Respectfully submitted,

Lawrence M. Meadows, *Pro Se*
1900 Sunset Harbour Drive, #2112
Miami Beach, FL 33139
Telephone: (516) 982-7718
Email:lawrencemeadows@yahoo.com

3

## CERTIFICATE OF SERVICE

I, Lawrence M. Meadows, Pro Se Plaintiff, hereby certify that on June 30th, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system, Email, and U.S. Mail on all counsel of record.

Lawrence M. Meadows

## SERVICE LIST

**Capri Trigo, Esq.**
**Andrew Dymowski, Esq.**
Gordon & Rees LLP
100 SE Second Street, Suite 3900
Miami, FL 33131
Email: ctrigo@gordonrees.com
*Lead Counsel for Defendant*

**John M. Pellettieri, Esq.**
**Lane Shadgett, Esq.**
**Grace Rybak, Esq.**
**Joshua B. Shiffrin, Esq.**
Bredhoff & Kaiser, P.L.L.C.
805 15th Street N.W., Suite 1000
Washington, D.C. 20005
Emails: jshiffrin@bredhoff.com;
jpellettieri@bredhoff.com;
grybak@bredhoff.com;
*Pro Hac Vice Counsel for Defendant*

4





**FedEx** ®

**This envelope is only for FedEx Express® shipments.**

You can help us get your package safely to its destination by packing your items securely. Need help? Go to **fedex.com/packaging** for packing tips.

Check your FedEx shipping document, the current FedEx Service Guide, or the conditions of carriage for complete terms, conditions, and limits of liability.

© 2025 FedEx 155475/155476 REV 2/25



PAP 21

Please recycle. See how we are connecting the world in responsible and resourceful ways at **fedex.com/sustainability**. Recycling options may vary by location.



**Scan to learn how we can help make Earth a priority together.**

▼ Insert shipping document here.