**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

LAWRENCE MEADOWS,                               CASE NO.: 1:17-CV-22589-EA

     Plaintiff,

v.

ALLIED PILOTS ASSOCIATION, et al.,

     Defendant.

_____/

## <u>NOTICE OF CHANGE OF ATTORNEY OF RECORD AND DESIGNATION OF EMAIL ADDRESSES</u>

Gordon Rees Scully Mansukhani, LLP hereby provides notice to the Court and all counsel of record in the above-captioned matter that Shea Kleinman, Esquire, has assumed representation on behalf of the Defendant, ALLIED PILOTS ASSOCIATION, replacing Andrew Dymowski, Esquire. All future pleadings and discovery requests should be directed to Shea Kleinman, Esquire, at Gordon Rees Scully Mansukhani, LLP. It is respectfully requested that all future pleadings and discovery be served upon the undersigned in connection with this action.

NOTICE IS ALSO HEREBY GIVEN that the following primary and secondary email addresses are hereby designated:

*Primary emails:*     skleinman@grsm.com
                       ctrigo@grsm.com

*Secondary emails:*     jzmartinez@grsm.com
                       mia_eservice@gordonrees.com

Respectfully submitted this 6th day of July 2026.

_/s/ Shea Kleinman_
SHEA KLEINMAN, ESQ.
Florida Bar No. 1049666
CAPRI TRIGO, ESQ.
Florida Bar No. 28564
**GORDON REES SCULLY MANSUKHANI**
100 S.E. Second Street, Suite 3900
Miami, Florida 33131
Telephone: (305) 428-5323
Emails:  skleinman@grsm.com
ctrigo@grsm.com
jzmartinez@grsm.com
mia_eservice@gordonrees.com

**_Counsel for Defendant ALLIED PILOTS
ASSOCIATION_**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 6, 2026, the foregoing document was filed with the

Clerk of Court by using the CM/ECF system, that will serve a true and correct copy by electronic

notice on all counsel or parties of record.

**_/s/ Shea C. Kleinman_**
Shea C. Kleinman, Esq.