UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

LAWRENCE MEADOWS,

    Plaintiff,                                      **CASE NO. 1:17-CV-22589-EA**

v.

ALLIED PILOTS ASSOCIATION, *et al.*,

    Defendants.

_____/

## MOTION TO WITHDRAW AS ATTORNEY

Pursuant to Local Rule 11.1(d)(3), Defendant Allied Pilots Association hereby moves for leave to withdraw Andrew Dymowski as counsel in this matter. Mr. Dymowski has left Gordon Rees Scully Mansukhani. Allied Pilots Association will continue to be represented by counsel of record from Gordon Rees Scully Mansukhani and Bredhoff & Kaiser, which are located at the addresses listed below. Pursuant to Local Rule 11.1(d), Bredhoff & Kaiser provided notice of Mr. Dymowski's withdrawal to its client, Allied Pilots Association, and to pro se Plaintiff Lawrence Meadows. Plaintiff has represented that he does not oppose this motion.

Dated: August 6, 2026                 Respectfully submitted,

                                     */s/ Shea Kleinman*
                                     Shea Kleinman, Esq.
                                     Florida Bar No.1049666
                                     Capri Trigo, Esq.
                                     Florida Bar No. 28564
                                     GORDON REES SCULLY MANSUKHANI
                                     Miami Tower
                                     100 S.E. Second Street, Suite 3900
                                     Miami, Florida 33131
                                     Telephone: (305) 428-5309
                                     Email: ddymowski@grsm.com
                                     Email: ctrigo@grsm.com

1

2

*/s/ Joshua B. Shiffrin*
Joshua B. Shiffrin*
John M. Pellettieri*
Lane Shadgett*
BREDHOFF & KAISER PLLC
805 15th Street NW, Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Email: jshiffrin@bredhoff.com
Email: jpellettieri@bredhoff.com
Email: lshadgett@bredhoff.com
*Admitted *Pro Hac Vice*

*Counsel for Defendant Allied Pilots Association*