**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:17-cv-22589-EA**

**Lawrence Meadows**,

Plaintiff,

v.

**Allied Pilots Association, et al.**,

Defendants.
_______________________________/

**ORDER**

**THIS CAUSE** came before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation on the Defendant, Allied Pilots Association's, Motion for Summary Judgment and Plaintiff's Motion for Relief under Federal Rule of Civil Procedure 56(d) ("Report"), entered on May 25, 2026. [ECF No. 269]. The Plaintiff objects to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure. [ECF No. 285]. The Defendant, Allied Pilots Association, responded in opposition to the Plaintiff's objections to the Report. [ECF No. 288]. When a magistrate judge's report and recommendation is timely objected to, the district court reviews the objected-to portions of the report and recommendation de novo. *Wade v. Dep't of Veteran Affs.*, Case No. 23-cv-20186, 2023 WL 4228182 at *1 (S.D. Fla. June 28, 2023). A party lodging an objection to a report and recommendation "must clearly advise the district court and pinpoint the specific findings that the party disagrees with." *U.S. v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009).

The Court has thus reviewed the Report de novo and is in agreement with Judge Reid's comprehensive analysis and recommendations.

It is hereby **ORDERED AND ADJUDGED:**

1. The Report [ECF No. 269] is **AFFIRMED AND ADOPTED**.

2. Defendant Allied Pilots Association's Motion for Summary Judgment [ECF No. 237] is **GRANTED**.

3. Plaintiff's Motion for Relief Under Rule 56(d) [ECF No. 250] is **DENIED**.

4. All pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 18th day of August 2026.

**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

Copies Served:

**Lawrence Meadows**
1900 Sunset Harbour Dr. #2112
Miami Beach, FL 33139
Email: Lawrencemeadows@yahoo.com
PRO SE

**Capri Trigo**
Gordon & Rees LLP
100 SE Second Street
Suite 3900
MIami, FL 33131
305-428-5323
Fax: 877-644-6207
Email: ctrigo@gordonrees.com

**John M. Pellettieri**
Bredhoff & Kaiser, P.L.L.C.
805 15th Street N.W., Suite 1000
Washington, DC 20005
(202) 842-2600
Email: jpellettieri@bredhoff.com

**Joshua B. Shiffrin**
Bredhoff & Kaiser, P.L.L.C.
805 15th Street N.W., Suite 1000
Washington, DC 20005
(202) 842-2600
Email: jshiffrin@bredhoff.com

**Lane Shadgett**
Bredhoff & Kaiser, P.L.L.C.
805 15th Street NW, Suite 1000
Washington, DC 20005
(202) 842-2600
Email: lshadgett@bredhoff.com

**Shea Corey Kleinman**
Sioli Alexander Pino
9155 S. Dadeland Blvd.
Suite 1600
Miami, FL 33156
3054282470
Email: sheakleinman15@gmail.com