**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:17-cv-22589-EA**

**Lawrence Meadows**,

Plaintiff,

v.

**Allied Pilots Association**, *et al.*,

Defendants.

_____________________________/

# FINAL JUDGMENT

**THIS CAUSE** is before the Court pursuant to this Court's previous Order Adopting Report and Recommendations [ECF No. 304]. Final judgment is entered pursuant to Federal Rule of Civil Procedure 58, as set forth below. It is hereby **ORDERED AND ADJUDGED** that:

1. Final Judgment is entered in favor of Defendant, Allied Pilots Association, and against Plaintiff, Lawrence Meadows.
2. The Clerk of Court is instructed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida this 18th day of August 2026.

**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

Copies Served:
**Lawrence Meadows**
1900 Sunset Harbour Dr. #2112
Miami Beach, FL 33139
Email: Lawrencemeadows@yahoo.com
PRO SE

**Capri Trigo**
Gordon & Rees LLP
100 SE Second Street
Suite 3900
MIami, FL 33131
305-428-5323
Fax: 877-644-6207
Email: ctrigo@gordonrees.com

**John M. Pellettieri**
Bredhoff & Kaiser, P.L.L.C.
805 15th Street N.W., Suite 1000
Washington, DC 20005
(202) 842-2600
Email: jpellettieri@bredhoff.com

**Joshua B. Shiffrin**
Bredhoff & Kaiser, P.L.L.C.
805 15th Street N.W., Suite 1000
Washington, DC 20005
(202) 842-2600
Email: jshiffrin@bredhoff.com

**Lane Shadgett**
Bredhoff & Kaiser, P.L.L.C.
805 15th Street NW, Suite 1000
Washington, DC 20005
(202) 842-2600
Email: lshadgett@bredhoff.com

**Shea Corey Kleinman**
Sioli Alexander Pino
9155 S. Dadeland Blvd.
Suite 1600
Miami, FL 33156
3054282470
Email: sheakleinman15@gmail.com