AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Meadows
v.
Allied Pilots Association, et al.

Case No.: 1:17-cv-22589-EA

## BILL OF COSTS

Judgment having been entered in the above entitled action on 8/18/2026 (Date) against Plaintiff,

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 0.00 |
| Fees for service of summons and subpoena | 130.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 14,756.33 |
| Fees and disbursements for printing | |
| Fees for witnesses *(itemize on page two)* | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | |
| Docket fees under 28 U.S.C. § 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 | |
| Other costs *(please itemize)* | |
| TOTAL | $ 14,886.33 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service ☑ First class mail, postage prepaid

☐ Other:

s/ Attorney: /s/ Joshua Shiffrin

Name of Attorney: Joshua Shiffrin

For: Allied Pilots Association (*Name of Claiming Party*) Date: 9/15/2026

### Taxation of Costs

Costs are taxed in the amount of ______________ and included in the judgment.

______________ By: ______________ ______________

*Clerk of Court* *Deputy Clerk* *Date*

AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT

**Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# Attachment A

**Veritext, LLC - Midwest Region**
Tel. 800-275-7991 Email: Subpoenaservices@veritext.com
Fed. Tax ID: 20-3132569

Bill To: Joshua Shiffrin
Bredhoff & Kaiser PLLC
805 15th Street NW
Suite 1000
Washington, DC, 20005

| | |
|---|---|
| **Invoice #:** | **8903972** |
| **Invoice Date:** | **12/30/2025** |
| **Balance Due:** | **$186.11** |

**Case: Meadows, Lawrence v. Allied Pilots Association (1:17cv22589EA)** | **Proceeding Type: Process Service**

Job #: 7816908 | Job Date: 12/26/2025 | Delivery: Expedited | Third Party:

Location: East Hartford, CT
Billing Atty: Joshua Shiffrin
Scheduling Atty: Joshua Shiffrin | Bredhoff & Kaiser PLLC

| Witness: CCL Aviation | Quantity | Price | Amount |
|---|---|---|---|
| Service of Subpoena/Summons | 1.00 | $175.00 | $175.00 |

| | Quantity | Price | Amount |
|---|---|---|---|
| Sales Tax - Connecticut | 1.00 | $11.11 | $11.11 |

Notes: Nationwide Expedited (Rush) Process Service

| | |
|---|---|
| **Invoice Total:** | **$186.11** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$186.11** |

TERMS: Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 8903972**
**Invoice Date: 12/30/2025**
**Balance Due: $186.11**

29691

**Veritext, LLC - Midwest Region**
Tel. 800-275-7991 Email: Subpoenaservices@veritext.com
Fed. Tax ID: 20-3132569

Bill To: Joshua Shiffrin
Bredhoff & Kaiser PLLC
805 15th Street NW
Suite 1000
Washington, DC, 20005

**Invoice #:** **8903741**
**Invoice Date:** **12/30/2025**
**Balance Due:** **$100.00**

**Case: Meadows, Lawrence v. Allied Pilots Association (1:17cv22589EA)** **Proceeding Type: Process Service**

Job #: 7816910 | Job Date: 12/26/2025 | Delivery: Expedited Third Party:

Location: Plantation, FL
Billing Atty: Joshua Shiffrin
Scheduling Atty: Joshua Shiffrin | Bredhoff & Kaiser PLLC

| Witness: Atlas Air | Quantity | Price | Amount |
|---|---|---|---|
| Service of Subpoena/Summons | 1.00 | $100.00 | $100.00 |

Notes: Statewide Expedited (Rush) Process Service

| | |
|---|---|
| **Invoice Total:** | **$100.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$100.00** |

TERMS: Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 8903741**
**Invoice Date: 12/30/2025**
**Balance Due: $100.00**

29691

ESQUIRE
DEPOSITION SOLUTIONS

**Invoice INV3469234**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 4/20/2026 |
| **Terms** | Net 30 |
| **Due Date** | 5/20/2026 |

| | |
|---|---|
| **Client Number** | C7119966 |
| **Esquire Office** | Washington DC |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | Andrea Proia |
| **Firm Matter/File #** | 0146-0026 |
| **Client Claim/Matter #** | 446137 |
| **Date of Loss** | |

**Bill To**
RLI Insurance Company
9025 N Lindbergh Drive
Peoria, IL 61615

**Services Provided For**
Bredhoff & Kaiser, PLLC
Shiffrin, Joshua B
805 Fifteenth Street, NW
Suite 1000
Washington, DC 20005

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 1/13/2026 | J14060650 | Miami, FLORIDA | LAWRENCE MEADOWS V. ALLIED PILOTS ASSOCIATION, ET AL |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| ON-SITE RESOURCE FEE | | 1 | 95.00 | | $95.00 |
| APP FEE: FIRST HOUR | | 1 | 75.00 | | $75.00 |
| APP FEE: ADDITIONAL HOURS | | 6.5 | 0.00 | | $0.00 |
| APP FEE: ADDITIONAL HOURS OVERTIME | | 0.5 | 110.00 | | $55.00 |
| TRANSCRIPT - O&1 - VID-CAPT-WI | Lawrence Meadows Conf. | 272 | 4.45 | | $1,210.40 |
| 4 DAY EXPEDITE | Lawrence Meadows Conf. | | 70% | | $847.28 |
| E-EXHIBITS B&W ORIG | Lawrence Meadows Conf. | 23 | 0.25 | | $5.75 |
| E- EXHIBITS COLOR ORIG | Lawrence Meadows Conf. | 30 | 0.25 | | $7.50 |
| LITIGATION SUPPORT PACKAGE | Lawrence Meadows Conf. | 1 | 0.00 | | $0.00 |
| CONDENSED TRANSCRIPT | Lawrence Meadows Conf. | 1 | 0.00 | | $0.00 |
| PROCESSING & COMPLIANCE | Lawrence Meadows Conf. | 1 | 10.00 | | $10.00 |
| INTELLIGENT SUMMARY+ - OVER 100 PAGES | Lawrence Meadows Conf. | 1 | 100.00 | | $100.00 |
| TRANSCRIPT - O&1 - VID-WI | Lawrence Meadow | 118 | 4.45 | | $525.10 |
| 4 DAY EXPEDITE | Lawrence Meadow | | 70% | | $367.57 |
| E-EXHIBITS B&W ORIG | Lawrence Meadow | 337 | 0.25 | | $84.25 |
| E- EXHIBITS COLOR ORIG | Lawrence Meadow | 200 | 0.25 | | $50.00 |
| LITIGATION SUPPORT PACKAGE | Lawrence Meadow | 1 | 0.00 | | $0.00 |
| CONDENSED TRANSCRIPT | Lawrence Meadow | 1 | 0.00 | | $0.00 |
| PROCESSING & COMPLIANCE | Lawrence Meadow | 1 | 10.00 | | $10.00 |
| INTELLIGENT SUMMARY+ - OVER 100 PAGES | Lawrence Meadow | 1 | 100.00 | | $100.00 |
| HARD COPY EXHIBIT SHIPPING | | 1 | 20.00 | | $20.00 |
| INVOICE ADMINISTRATION SERVICE FEE<br>Claim information disclosed after initial billing | | 1 | 25.00 | | $25.00 |

| | |
|---|---|
| **Subtotal** | 3,587.85 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $3,587.85 |
| **Amount Paid** | 3,587.85 |

*Representing Client: RLI Corporation - Enterprise : RLI Insurance Co*

ESQUIRE
DEPOSITION SOLUTIONS

***Invoice INV3469234***

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 4/20/2026 |
| **Terms** | Net 30 |
| **Due Date** | 5/20/2026 |

| | |
|---|---|
| **Client Number** | C7119966 |
| **Esquire Office** | Washington DC |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | Andrea Proia |
| **Firm Matter/File #** | 0146-0026 |
| **Client Claim/Matter #** | 446137 |
| **Date of Loss** | |

Attorney is responsible for payment of all charges incurred. Payment is due by “Due Date” shown on invoice. Failure to pay by “Due Date” may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).
Payments made by credit card will be subject to a convenience fee up to 3%, except where prohibited by law. Convenience fees do not apply to clients located in CT, ME, and MA. A convenience fee of 2% will be applied for clients located in CO. Convenience fees are only applicable to payments made by credit card, to avoid this fee payments can be made by ACH or Check.

---

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Click Here to Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | RLI Insurance Co |
| **Client #** | C7119966 |
| **Invoice #** | INV3469234 |
| **Invoice Date** | 4/20/2026 |
| **Due Date** | 5/20/2026 |
| **Amount Due** | **$0.00** |

ESQUIRE DEPOSITION SOLUTIONS

***Invoice INV3468026***

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Date** 4/19/2026
**Terms** Net 30
**Due Date** 5/19/2026

**Client Number** C7119966
**Esquire Office** Washington DC
**Proceeding Type** Deposition
**Name of Insured**
**Adjuster** Andrea Proia
**Firm Matter/File #** 0146-0026
**Client Claim/Matter #** 446137
**Date of Loss**

**Bill To**
RLI Insurance Company
9025 N Lindbergh Drive
Peoria, IL 61615

**Services Provided For**
Bredhoff & Kaiser, PLLC
Shiffrin, Joshua B
805 Fifteenth Street, NW
Suite 1000
Washington, DC 20005

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 1/13/2026 | J14060650 | Miami, FLORIDA | LAWRENCE MEADOWS V. ALLIED PILOTS ASSOCIATION, ET AL |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| Takedown for: Non Confidential, Confidential | Lawrence Meadows Non Confidential | 1 | 0.00 | | $0.00 |
| VIDEOGRAPHER MINIMUM | Lawrence Meadows Confidential | 1 | 295.00 | | $295.00 |
| VIDEOGRAPHER ADDITIONAL HOURS | Lawrence Meadows Confidential | 7 | 110.00 | | $770.00 |
| VIDEOGRAPHER ADDITIONAL HOURS OVERTIME | Lawrence Meadows Confidential | 0.25 | 202.52 | | $50.63 |
| DIGITAL MEDIA MPEG1 | Lawrence Meadows | 1 | 50.00 | | $50.00 |
| HANDLING FEE | Lawrence Meadows Confidential | 1 | 0.00 | | $0.00 |
| DIGITAL MEDIA MPEG1 | Lawrence Meadows | 5 | 50.00 | | $250.00 |
| HANDLING FEE | Lawrence Meadows Non Confidential | 1 | 0.00 | | $0.00 |
| INVOICE ADMINISTRATION SERVICE FEE Claim information disclosed after initial billing | | 1 | 25.00 | | $25.00 |

*Representing Client: RLI Corporation - Enterprise : RLI Insurance Co*

| | |
|---|---|
| **Subtotal** | 1,440.63 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $1,440.63 |
| **Amount Paid** | 1,440.63 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).
Payments made by credit card will be subject to a convenience fee up to 3%, except where prohibited by law. Convenience fees do not apply to clients located in CT, ME, and MA. A convenience fee of 2% will be applied for clients located in CO. Convenience fees are only applicable to payments made by credit card, to avoid this fee payments can be made by ACH or Check.

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Click Here to Pay Now

ESQUIRE
DEPOSITION SOLUTIONS

***Invoice INV3468026***

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 4/19/2026 |
| **Terms** | Net 30 |
| **Due Date** | 5/19/2026 |

| | |
|---|---|
| **Client Number** | C7119966 |
| **Esquire Office** | Washington DC |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | Andrea Proia |
| **Firm Matter/File #** | 0146-0026 |
| **Client Claim/Matter #** | 446137 |
| **Date of Loss** | |

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | RLI Insurance Co |
| **Client #** | C7119966 |
| **Invoice #** | INV3468026 |
| **Invoice Date** | 4/19/2026 |
| **Due Date** | 5/19/2026 |
| **Amount Due** | **$0.00** |

# INVOICE

**Amy Massey & Associates**
6724 Kirk Ln
Burleson, TX 76028-1921

amymasseyassociates@gmail.com
+1 (817) 447-6721

Amy Massey & ASSOCIATES

**Bill to**
Joshua Shiffrin
Bredhoff & Kaiser, PLLC
805 15th Street Northwest
Suite 1000
Washington, DC 20005

**Invoice details**
Invoice no.: 15134
Terms: Due on receipt
Invoice date: 02/11/2026
Due date: 03/13/2026

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | 01/21/2026 | **Full Copy, Cond., Ascii/Etran** | Full size Copy, Condensed & Ascii/Etran: Mark Myers - day 1 part 1 | 1 | $1,192.25 | $1,192.25 |

**Total** **$1,192.25**

## Ways to pay

VISA DISCOVER AMEX BANK PayPal venmo

### Note to customer

Payment is due upon receipt. Payment is not contingent upon client reimbursement.

Cause No.: 1 :17-cv-22589-EA
Lawrence Meadows
V
Allied Pilots Association, et al

View and pay

# INVOICE

**Amy Massey & Associates**
6724 Kirk Ln
Burleson, TX 76028-1921

amymasseyassociates@gmail.com
+1 (817) 447-6721

**Bill to**
Joshua Shiffrin
Bredhoff & Kaiser, PLLC
805 15th Street Northwest
Suite 1000
Washington, DC 20005

**Invoice details**
Invoice no.: 15125
Terms: Due on receipt
Invoice date: 02/09/2026
Due date: 03/11/2026

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | 01/21/2026 | **Ascii/Etran Copy of Transcript** | Ascii/Etran Copy of Transcript: Mark Myers Day 1 / Part 2 | 1 | $330.00 | $330.00 |

**Total** **$330.00**

## Ways to pay

VISA BANK venmo

### Note to customer

Payment is due upon receipt. Payment is not contingent upon client reimbursement.
Cause : 1:17-cv-22589-EA
Lawrence Meadows
v
Allied Pilots Association, et al

View and pay

# INVOICE

**Amy Massey & Associates**
6724 Kirk Ln
Burleson, TX 76028-1921

amymasseyassociates@gmail.com
+1 (817) 447-6721

**Bill to**
Joshua Shiffrin
Bredhoff & Kaiser, PLLC
805 15th Street Northwest
Suite 1000
Washington, DC 20005

**Invoice details**
Invoice no.: 15140
Terms: Due on receipt
Invoice date: 02/17/2026
Due date: 03/19/2026

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | 01/22/2026 | **Ascii/Etran Copy of Transcript** | Ascii/Etran Copy of Transcript: Mark Myers Day 2 | 1 | $1,149.75 | $1,149.75 |

**Total** **$1,149.75**

## Ways to pay

VISA, Mastercard, Discover, AMEX, BANK, PayPal, venmo

### Note to customer

Payment is due upon receipt. Payment is not contingent upon client reimbursement.

Cause No.: 1 :17-cv-22589-EA
Lawrence Meadows
V
Allied Pilots Association, et al

View and pay

Elite Video Productions, Inc.
3018 Commerce Street
Dallas, TX 75226
214-747-1952
www.EliteVideoProductions.com

# Invoice

**Bill To:**

Declan Hayes
Bredhoff & Kaiser P.L.L.C.
805 15th Street NW, Ste. 1000
Washington, DC 20005

| Invoice # | Invoice Date |
|---|---|
| 43868 | 5/26/2026 |
| **Terms** | **Due Date** |
| Due Upon Receipt | 5/26/2026 |

**EVP Job No.**

| Court Reporter | Tech | State Taken | Cause No. | P.O. No. |
|---|---|---|---|---|
| Massey | OF | TX | 1:17-cv-22589-EA | Meadows v APA |

| Item | Description | Hrs/Qty | Rate | Amount |
|---|---|---|---|---|
| Copy Order Synchronization | Copy order synchronization of the videotaped deposition of MARK MYERS - VOL. 1 taken on 1.21.2026. Encoding and Synchronization of the video and the transcript in the following file formats: ptf, cms, mdb, ASCII, xml & xmef files. Hours billed @ $150 per hour, 2-hour minimum. | 6.5 | 150.00 | 975.00 |
| Copy Order Synchronization | Copy order synchronization of the videotaped deposition of MARK MYERS - VOL. 2 taken on 1.22.2026. Encoding and Synchronization of the video and the transcript in the following file formats: ptf, cms, mdb, ASCII, xml & xmef files. Hours billed @ $150 per hour, 2-hour minimum. | 5 | 150.00 | 750.00 |
| Administration | Archive HD Camera Master Files / FTP Upload & maintain for 5 years from the date of the deposition. Administration Fee/Processing/Handling | | 85.00 | 85.00 |
| | LAWRENCE MEADOWS<br>v.<br>ALLIED PILOTS ASSOCIATION, et al. | | | |

**NOTE: There is a cancellation fee if the deposition is cancelled after 4:00 pm the last business day before the deposition is scheduled to take place.**

| | |
|---|---|
| **Total** | $1,810.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,810.00 |

"If a picture is worth a thousand words, a video is worth a million."™
Elite Video Productions, Inc. has been serving the legal community since 1989.

Elite Video Productions, Inc. is NOT AFFILIATED with any other "Elite" companies.
Tax ID: 20-0169294

ESQUIRE
DEPOSITION SOLUTIONS

**Invoice INV3469227**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 4/20/2026 |
| **Terms** | Net 30 |
| **Due Date** | 5/20/2026 |

| | |
|---|---|
| **Client Number** | C7119966 |
| **Esquire Office** | Washington DC |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | Andrea Proia |
| **Firm Matter/File #** | 0146-0026 |
| **Client Claim/Matter #** | 446137 |
| **Date of Loss** | |

**Bill To**
RLI Insurance Company
9025 N Lindbergh Drive
Peoria, IL 61615

**Services Provided For**
Bredhoff & Kaiser, PLLC
Shiffrin, Joshua B
805 Fifteenth Street, NW
Suite 1000
Washington, DC 20005

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 1/26/2026 | J14124875 | Nashville, TENNESSEE | LAWRENCE MEADOWS V. ALLIED PILOTS ASSOCIATION, ET AL |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| REMOTE VIDEO CONFERENCING - ZOOM | Peter Wrobel | 1 | 150.00 | | $150.00 |
| APP FEE: FIRST HOUR | Peter Wrobel | 1 | 50.00 | | $50.00 |
| APP FEE: ADDITIONAL HOURS | Peter Wrobel | 1.5 | 50.00 | | $75.00 |
| TRANSCRIPT - O&1 - EXP-VC-WI | Peter Wrobel | 65 | 0.00 | | $0.00 |
| MINIMUM TRANSCRIPT | Peter Wrobel | 1 | 350.00 | | $350.00 |
| E-EXHIBITS B&W ORIG | Peter Wrobel | 455 | 0.75 | | $341.25 |
| E- EXHIBITS COLOR ORIG | Peter Wrobel | 20 | 0.75 | | $15.00 |
| LITIGATION SUPPORT PACKAGE | Peter Wrobel | 1 | 75.00 | | $75.00 |
| CONDENSED TRANSCRIPT | Peter Wrobel | 1 | 45.00 | | $45.00 |
| PROCESSING & COMPLIANCE | Peter Wrobel | 1 | 55.00 | | $55.00 |
| INVOICE ADMINISTRATION SERVICE FEE<br>Claim information disclosed after initial billing | | 1 | 25.00 | | $25.00 |

| | |
|---|---|
| **Subtotal** | 1,181.25 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $1,181.25 |
| **Amount Paid** | 1,181.25 |

*Representing Client: RLI Corporation - Enterprise : RLI Insurance Co*

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).
Payments made by credit card will be subject to a convenience fee up to 3%, except where prohibited by law. Convenience fees do not apply to clients located in CT, ME, and MA. A convenience fee of 2% will be applied for clients located in CO. Convenience fees are only applicable to payments made by credit card, to avoid this fee payments can be made by ACH or Check.

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Click Here to Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | RLI Insurance Co |
| **Client #** | C7119966 |
| **Invoice #** | INV3469227 |
| **Invoice Date** | 4/20/2026 |
| **Due Date** | 5/20/2026 |
| **Amount Due** | **$0.00** |

**Mile High Court Reporting & Video, Inc.**
14143 Denver West Pkwy, Suite 100
Golden, CO 80401
3032020210
contact@milehighreporting.com
www.milehighreporting.com

**BILL TO**
Joshua B. Shiffrin, Esq.
Bredhoff & Kaiser
805 15th Street NW
Suite 1000
Washington, D.C. 20005

## Invoice 7956

**DATE** 02/11/2026 **TERMS** Net 15

**DUE DATE** 02/26/2026

**REP**
ASR

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Re: Meadows v. Allied Pilots Association<br>Case No. 1:17-cv-22589-EA | |
| 01/27/2026 | Etranscript copy of the deposition of: Matt Barton<br>Includes: Etranscript only | 802.00 |
| | Exhibits/scanned only - 119 pages | 29.75 |
| | Credit card processing fee. Please subtract this fee if paying by check or ACH bank transfer | 29.12 |
| | 1.5% - Applied on Mar 29, 2026 | 12.91 |
| | 1.5% - Applied on Apr 29, 2026 | 13.11 |

PAID

EIN #26-0486204
Thank you for your business!
We appreciate the opportunity to work with you!

| | |
|---|---|
| PAYMENT | 886.89 |
| TOTAL DUE | **$0.00** |

Invoices more than 30 days past due will incur a 1.5% late fee

# INVOICE



WORDS
COURT REPORTING SERVICES
325 CARLSBAD VILLAGE DRIVE, SUITE D2, CARLSBAD CA 92008
PHONE 844-289-WORD (9673)
www.WORDSCOURTREPORTING.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1624 | 3/24/2026 | 1667 |

| Job Date | Case No. |
|---|---|
| 2/26/2026 | |

| Case Name |
|---|
| |

| Payment Terms |
|---|
| Due upon receipt |

Bredhoff & Kaiser
Bredhoff & Kaiser
805 15th Street, N.W., Suite 1000
Washington D.C., DC 20005
T: 202-842-2600

| | | | | |
|---|---|---|---|---|
| Robert Glathe Deposition | | | | |
| Video Conference Connect | 1.00 | @ | 50.000 | 50.00 |
| Minimum Transcript | 1.00 | @ | 300.000 | 300.00 |
| Transcript/Exhibit Handling | 1.00 | @ | 75.000 | 75.00 |
| Transcript & Exhibit (Email) | 1.00 | @ | 30.000 | 30.00 |
| **TOTAL DUE >>>** | | | | **$455.00** |

Thank you for choosing WCRS! We appreciate your business.
Contact us if you have any questions. We would be more than happy to assist you.
Please Submit payment towards this invoice at your earliest convenience. Be sure to reference your invoice(s) number for proper remittance.

Invoice due upon receipt for new clients, out-of-city and out-of-state clients. Transcript delivery will follow after payment receipt.

FOLLOWING PAYMENT OPTIONS:

PAY VIA BUSINESS ZELLE: GIDGETTE NIEVES OR A WORDS REPORTING SERVICE 760-703-6632

OR

**Tax ID:** 85-0611561

*Please detach bottom portion and return with payment.*

Bredhoff & Kaiser
Bredhoff & Kaiser
805 15th Street, N.W., Suite 1000
Washington D.C., DC 20005

Invoice No. : 1624
Invoice Date : 3/24/2026
**Total Due : $455.00**

Job No. : 1667
BU ID : 1-MAIN
Case No. :
Case Name :

Remit To: **Words Court Reporting Services**
**PO Box 27001**
**San Diego, CA 92198**

# INVOICE



WORDS
COURT REPORTING SERVICES
325 CARLSBAD VILLAGE DRIVE, SUITE D2, CARLSBAD CA 92008
PHONE 844-289-WORD (9673)
www.WORDSCOURTREPORTING.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1624 | 3/24/2026 | 1667 |
| **Job Date** | **Case No.** | |
| 2/26/2026 | | |
| **Case Name** | | |
| | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Bredhoff & Kaiser
Bredhoff & Kaiser
805 15th Street, N.W., Suite 1000
Washington D.C., DC 20005
T: 202-842-2600

---

Check (scan check and email to gidgette@awordsreporting.com) See mailing address on invoice

Please be advised that if you plan to pay by card, the total amount charged to your card will include an additional "per transaction surcharge" of 3.69% + $.40.

---

**Tax ID:** 85-0611561

*Please detach bottom portion and return with payment.*

Bredhoff & Kaiser
Bredhoff & Kaiser
805 15th Street, N.W., Suite 1000
Washington D.C., DC 20005

Invoice No. : 1624
Invoice Date : 3/24/2026
**Total Due : $455.00**

Remit To: **Words Court Reporting Services**
**PO Box 27001**
**San Diego, CA 92198**

Job No. : 1667
BU ID : 1-MAIN
Case No. :
Case Name :

**SOUTHWEST FLORIDA**
**REPORTING SERVICES, INC.**

*Post Office Box 9161, Naples, FL 34101*
*www.SouthwestFloridaReporting.com*
*(239) 778-7303 office (text enabled)*
*Serving Southwest Florida since 1985*

# INVOICE

| BILL TO | CASE INFO |
|---|---|
| Bredhoff & Kaiser, PLLC<br>815 15th Street NW #1000<br>Washington, DC 20005<br>202-842-2600<br>jshiffrin@bredhoff.com | Lawrence Meadows v. Allied Pilots Assoc.<br>Case: 1:17-cv-22589 So Dist of FL/Miami<br>Taken on March 4, 2026<br>**REPORTER** Sabrina Beauvais |

| TAXPAYER ID # | DATE | INVOICE # |
|---|---|---|
| 65-0624253 | 4/17/2026 | 26090 |

| DESCRIPTION | AMOUNT |
|---|---|
| Transcribing of the video deposition testimony of Daniel F. Carey, two volumes, 420 total pages: | 2,310.00 |
| Exhibits in PDF format to be attached to the transcript, 426 pages: | 213.00 |
| Copy of the video deposition of Daniel F. Carey: | 100.00 |
| Video syncing, 7 hours x $100 per hour to syncing firm: | 700.00 |
| Thank you! | |

*PAYMENT DUE UPON RECEIPT*
*A service charge of $5 per month will be added to all accounts over 30 days.*

| TOTAL DUE | **$3,323.00** |
|---|---|

**THANK YOU FOR ALLOWING US TO SERVE YOUR COURT REPORTING NEEDS!**

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## District of Columbia

Invoice No.: 20250841

Hans-Peter von Thielen
Bredhoff & Kaiser, PLLC
805 15th Street, Northwest
Suite 1000
Washington, DC 20005

**MAKE CHECKS PAYABLE TO:**
Lisa Edwards
18300 McKernon Way
Poolesville, MD 20837
(202) 354-3269
Lisa_Edwards@dcd.uscourts.gov
Tax ID: 20-0649279

__ CRIMINAL X CIVIL

DATE ORDERED: 10-28-2025

DATE DELIVERED: 10-30-2025

**In the matter of:** 17CV22589, Lawrence Meadows v Allied Pilots Association, et al.

Transcript of the Discovery Hearing held before Magistrate Judge Reid on October 28, 2025

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | 94 | 7.21 | 677.74 | | | | | | | 677.74 |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 677.74 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 677.74 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: Lisa Edwards

DATE: 10-30-2025

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment) COURT REPORTER COURT REPORTER SUPERVISOR

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## District of Columbia

Invoice No.: 20260870

Jackson Wheeler
Bredhoff & Kaiser, PLLC
805 15th Street, Northwest
Suite 1000
Washington, DC 20005

**MAKE CHECKS PAYABLE TO:**
Lisa Edwards
18300 McKernon Way
Poolesville, MD 20837
(202) 354-3269
Lisa_Edwards@dcd.uscourts.gov
Tax ID: 20-0649279

__ CRIMINAL X CIVIL

DATE ORDERED: 01-09-2026

DATE DELIVERED: 01-09-2026

**In the matter of:** 17CV22589, Lawrence Meadows v Allied Pilots Association, et al.

Transcript of the Discovery Hearing held before Magistrate Judge Reid on January 7, 2026

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | 142 | 8.03 | 1140.26 | | | | | | | 1140.26 |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 1140.26 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 1140.26 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: Lisa Edwards

DATE: 01-12-2026

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment) COURT REPORTER COURT REPORTER SUPERVISOR

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## District of Columbia

Invoice No.: 20260886

Joshua B. Shiffrin
Bredhoff & Kaiser, PLLC
805 15th Street, Northwest
Suite 1000
Washington, DC 20005

**MAKE CHECKS PAYABLE TO:**
Lisa Edwards
18300 McKernon Way
Poolesville, MD 20837
(202) 354-3269
Lisa_Edwards@dcd.uscourts.gov
Tax ID: 20-0649279

__ CRIMINAL X CIVIL

DATE ORDERED: 02-12-2026

DATE DELIVERED: 02-08-2026

**In the matter of:** 17CV22589, Lawrence Meadows v Allied Pilots Association, et al.

Transcript of the Status Conference held before Magistrate Judge Reid on January 23, 2026

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | 70 | 6.44 | 450.80 | | | | | | | 450.80 |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | Misc. Charges | | | | | | | | | |
| | | | | | | | | | **Subtotal** | 450.80 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 450.80 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: Lisa Edwards

DATE: 02-08-2026

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment) COURT REPORTER COURT REPORTER SUPERVISOR

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## District of Columbia

Invoice No.: 20260890

Joshua B. Shiffrin
Bredhoff & Kaiser, PLLC
805 15th Street, Northwest
Suite 1000
Washington, DC 20005

**MAKE CHECKS PAYABLE TO:**
Lisa Edwards
18300 McKernon Way
Poolesville, MD 20837
(202) 354-3269
Lisa_Edwards@dcd.uscourts.gov
Tax ID: 20-0649279

__ CRIMINAL    X CIVIL

DATE ORDERED: 02-17-2026

DATE DELIVERED: 02-18-2026

**In the matter of:** 17CV22589, Lawrence Meadows v Allied Pilots Association, et al.

Transcript of the Discovery Hearing held before Judge Reid on February 10, 2026

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | 80 | 8.03 | 642.40 | | | | | | | 642.40 |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 642.40 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 642.40 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: Lisa Edwards

DATE: 02-18-2026

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment) COURT REPORTER COURT REPORTER SUPERVISOR