**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**LAWRENCE MEADOWS,**

Plaintiff, **CASE NO. 17-CV-22589-JLK**

v.

**ALLIED PILOTS ASSOCIATION,**
**et al.**

Defendants.
_______________________________________/

**DEFENDANT'S NOTICE OF STRIKING DE 311**

Defendant, ALLIED PILOTS ASSOCIATION (hereinafter "Defendant"), by and through undersigned counsel, hereby files this Notice of Striking Defendant's Memorandum in Support of Bill of Costs [DE 311] from the record. Defendant will refile its Bill of Costs and Memorandum in support of its Bill of Costs separately.

WHEREFORE, Defendant respectfully submits this Notice of Striking Defendant's Memorandum in Support of Bill of Costs [DE 311].

Respectfully submitted this Thursday, September 17, 2026.

*/s/Shea C. Kleinman*
Capri Trigo, Esq.
Florida Bar No.: 28564
Shea C. Kleinman, Esq.
Florida Bar No.: 1049666
GORDON REES
SCULLY MANSUKHANI
100 S.E. Second Street, Suite 3900
Miami, Florida 33131
Email: ctrigo@grsm.com
Email: skleinman@grsm.com

*/s/ Joshua B. Shiffrin*
Joshua B. Shiffrin*
John M. Pellettieri*
Lane Shadgett*
BREDHOFF & KAISER PLLC
805 15th Street NW, Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Email: jshiffrin@bredhoff.com
Email: jpellettieri@bredhoff.com
Email: lshadgett@bredhoff.com
*Admitted *Pro Hac Vice*

*Counsel for Defendant Allied Pilots Association*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on Thursday, September 17, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the Florida E-Filing Portal, which will serve a copy of this document by electronic notice to all Attorneys and Parties of record in this case.

By: */s/ Shea C. Kleinman*
Shea C. Kleinman