**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**LAWRENCE MEADOWS,**

Plaintiff, **CASE NO. 1:17-CV-22589-EA**

v.

**ALLIED PILOTS ASSOCIATION, *et al.*,**

Defendants.
_______________________________________/

**DECLARATION OF JOSHUA B. SHIFFRIN IN SUPPORT OF BILL OF COSTS**

I, JOSHUA B. SHIFFRIN, hereby declare and state as follows:

1. I am a resident of Maryland. I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am an attorney at Bredhoff & Kaiser, PLLC. I am lead counsel to Allied Pilots Association ("APA") in the above-captioned litigation.

3. I submit this declaration in support of the Bill of Costs submitted by APA on September 17, 2026. ECF No. 313.

4. All of the invoices that are appended to the Bill of Costs have been fully paid on behalf of APA.

5. Invoice no. 8903972 from Veritext Legal Solutions (ECF No. 313, at 4) is a true and correct copy of an invoice related to APA's service of a subpoena duces tecum on CCL Aviation, which is one of Plaintiff's former employers. This invoice has been paid in full.

6. Invoice no. 8903741 from Veritext Legal Solutions (ECF No. 313, at 5) is a true and correct copy of an invoice related to APA's service of a subpoena duces tecum on Atlas Air, which is Plaintiff's current employer. This invoice has been paid in full.

7. On January 6, 2026, APA served an amended notice of deposition on Plaintiff that stated his deposition on January 13, 2026, would be "recorded by videotape, audiotape, and/or stenographic means." Plaintiff did not object to having his deposition recorded both by video and stenographic means.

8. Invoice no. INV3469234 from Esquire Deposition Solutions (ECF No. 313, at 6-7) is a true and correct copy of an invoice related to APA's court reporting and transcription costs associated with its deposition of Plaintiff on January 13, 2026. This invoice has been paid in full.

9. Invoice no. INV3468026 from Esquire Deposition Solutions (ECF No. 313, at 8-9) is a true and correct copy of an invoice related to APA's videographer costs associated with its deposition of Plaintiff on January 13, 2026. This invoice has been paid in full.

10. Plaintiff deposed Mark Myers, an APA attorney and APA's Rule 30(b)(6) witness, on January 21 and 22, 2026. Plaintiff noticed and made arrangements for Mr. Myers' deposition, and the Rule 30(b)(6) deposition of APA, to be recorded by stenographic and video means. Plaintiff retained Amy Massey & Associates for court reporting services and Elite Video Productions for videographer services.

11. Invoice no. 15134 from Amy Massey & Associates (ECF No. 313, at 10) is a true and correct copy of an invoice related to a transcript that APA ordered of part 1 of the first day of a two-day deposition that Plaintiff took of Mark Myers, an APA attorney and APA's Rule 30(b)(6) witness, on January 21, 2026. This invoice has been paid in full.

12. Invoice no. 15125 from Amy Massey & Associates (ECF No. 313, at 11) is a true and correct copy of an invoice related to a transcript that APA ordered of part 2 of the first day of a two-day deposition that Plaintiff took of Mr. Myers on January 21, 2026. This invoice has been paid in full.

13. Invoice no. 15140 from Amy Massey & Associates (ECF No. 313, at 12) is a true and correct copy of an invoice related to a APA's expenses for a transcript of the second day of a two-day deposition that Plaintiff took of Mr. Myers on January 22, 2026. This invoice has been paid in full.

14. Invoice no. 43868 from Elite Video Productions, Inc. (ECF No. 313, at 13) is a true and correct copy of an invoice related to copies of videos that APA ordered of both days of Mr. Myers' deposition. The "copy order synchronization" charges reflect the amounts paid on behalf of APA for copies of the two videos, and the charges were inclusive of the costs of the videos themselves as well as transcript synchronization. As reflected in the invoice, APA ordered copies of the videos in May 2026, in anticipation of a potential trial in June 2026. This invoice has been paid in full.

15. Invoice no. INV3469227 from Esquire Deposition Solutions (ECF No. 313, at 14) is a true and correct copy of an invoice for APA's expenses related to APA's deposition of Peter Wrobel, Plaintiff's expert witness regarding damages, on January 26, 2026. This invoice has been paid in full.

16. Invoice no. 7956 from Mile High Court Reporting & Video, Inc. (ECF No. 313, at 15) is a true and correct copy of an invoice for APA's expenses for a transcript of a deposition conducted by Plaintiff of Matt Barton, APA's expert witness regarding damages, on January 27, 2026. Plaintiff retained Mile High Court Reporting & Video, Inc. This invoice has been paid in full.

17. Invoice no. 1624 from Words Court Reporting Service (ECF No. 313, at 16-17) is a true and correct copy of an invoice for APA's expenses related to a transcript of a deposition conducted by Plaintiff of third-party witness Robert Glathe. Plaintiff subpoenaed Mr. Glathe and

conducted the deposition, and he was responsible for retaining Words Court Reporting Service. This invoice has been paid in full.

18. Invoice no. 26090 from Southwest Florida Reporting Services, Inc. (ECF No. 313, at 18) is a true and correct copy of an invoice for APA's expenses related to a transcript and video of a deposition of third-party witness Daniel Carey. Plaintiff subpoenaed Mr. Carey and stated in the deposition notice related to the deposition that it would be "recorded by both stenographic and audiovisual means." Plaintiff was responsible for retaining the services of Southwest Florida Reporting Services, Inc. This invoice has been paid in full.

19. Invoice no. 20250841 from court reporter Lisa Edwards (ECF No. 313, at 19) is a true and correct copy of an invoice for the transcript of a discovery hearing that took place before Magistrate Judge Reid on October 28, 2025. This invoice has been paid in full.

20. Invoice no. 20260870 from court reporter Lisa Edwards (ECF No. 313, at 20) is a true and correct copy of an invoice for the transcript of a discovery hearing that took place before Magistrate Judge Reid on January 7, 2026. This invoice has been paid in full.

21. Invoice no. 20260886 from court reporter Lisa Edwards (ECF No. 313, at 21) is a true and correct copy of an invoice for the transcript of a status conference that took place before Magistrate Judge Reid on January 23, 2026. This invoice has been paid in full.

22. Invoice no. 20260890 from court reporter Lisa Edwards (ECF No. 313, at 22) is a true and correct copy of an invoice for the transcript of a discovery hearing that took place before Magistrate Judge Reid on February 10, 2026. This invoice has been paid in full.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 6, 2026

Joshua B. Shiffrin